# EXHIBIT A

Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC
& SONICHASH LLC



WY Chancery Court
May 02 2023 05:04PM
CH-2023-0000006
69941100
N/A

**FILED**

### IN THE CHANCERY COURT
### FOR THE STATE OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC, <br> a Wyoming Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; MINEONE CLOUD COMPUTING 1 LP, believed To be a limited partnership registered under the laws of the British Virgin Islands; MINEONE PARTNERS LIMITED, believed to be a limited partnership registered under the laws of the British Virgin Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who Control or direct some or all of the named Defendants. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. CH-2023-0000006 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### OBJECTION TO PROCEEDING IN CHANCERY COURT

COME NOW Defendants MineOne Wyoming Data Center, LLC and SonicHash LLC, by and through their counsel, HATHAWAY & KUNZ, LLP, through a limited entry of appearance only for the purpose of objecting to this matter proceeding in Chancery Court, and hereby object to

this matter proceeding in the Chancery Court for the State of Wyoming pursuant to Rule 3 of the Wyoming Rules of Civil Procedure for the Chancery Court. W.R.C.P.Ch.C 3(a). Plaintiff's counsel provided these Defendants an extension of time to file their responsive pleading through and including today May 2, 2023. As such, Defendants timely file this objection.

**WHEREFORE** Defendants herein request that Plaintiff's Complaint be dismissed without prejudice.

DATED this 2nd day of May, 2023.

<div style="margin-left: 50%;">

MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC

*/s/ Sean Larson*
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC

</div>

## **CERTIFICATE OF SERVICE**

    This is to certify that on the 2nd day of May, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick Murphy | [✓] File & ServeXpress |
| Scott C. Murray | [ ] Fax: |
| Williams, Porter, Day & Neville, P.C. | [ ] E-mail: |
| 1569 N Wolcott., Suite 400 | |
| Casper, WY 82601 | |

                                              */s/ Candice Hough*
                                              Hathaway & Kunz, LLP

Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC
& SONICHASH LLC

WY Chancery Court
May 02 2023 05:04PM
CH-2023-0000006
69941100
N/A
**FILED**

IN THE CHANCERY COURT
FOR THE STATE OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC,<br>a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER, LLC,<br>a Delaware limited liability company; TERRA<br>CRYPTO INC., a Delaware corporation; BIT<br>ORIGIN LTD, a Cayman Islands Company;<br>MINEONE CLOUD COMPUTING 1 LP, believed<br>To be a limited partnership registered under the laws<br>of the British Virgin Islands; MINEONE<br>PARTNERS LIMITED, believed to be a limited<br>partnership registered under the laws of the British<br>Virgin Islands Company; SONICHASH LLC, a<br>Delaware limited liability company; and JOHN<br>DOES 1–20, related persons and companies who<br>Control or direct some or all of the named<br>Defendants.<br><br>Defendants. | Docket No. CH-2023-0000006 |

## LIMITED ENTRY OF APPEARANCE

Sean Larson of HATHAWAY & KUNZ, LLP hereby enters his limited appearance pursuant to Rule 102(a)(1)(C) of the Wyoming Uniform Rules for the Chancery Court for Defendants MineOne Wyoming Data Center, LLC and SonicHash LLC for the limited purpose of objecting

to this matter proceeding in Chancery Court. Accordingly, this limited appearance explicitly does not waive any defenses which could have been raised by Defendants, including specifically personal jurisdiction in the State of Wyoming for each of these Defendants.

DATED this 2nd day of May, 2023.

<div style="text-align: right;">

MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC

</div>

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of May, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick Murphy<br>Scott C. Murray<br>Williams, Porter, Day & Neville, P.C.<br>1569 N Wolcott., Suite 400<br>Casper, WY 82601 | [✓] File & ServeXpress<br>[ ] Fax:<br>[ ] E-mail: |

/s/ Candice Hough
Hathaway & Kunz, LLP

WY Chancery Court
May 02 2023 05:04PM
CH-2023-0000006
69941100
N/A
**FILED**

IN THE CHANCERY COURT
FOR THE STATE OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC, a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; MINEONE CLOUD COMPUTING 1 LP, believed To be a limited partnership registered under the laws of the British Virgin Islands; MINEONE PARTNERS LIMITED, believed to be a limited partnership registered under the laws of the British Virgin Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who Control or direct some or all of the named Defendants.<br><br>Defendants. | Docket No. CH-2023-0000006 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**BEFORE THE COURT** is Defendants' Objection to Proceeding in Chancery Court requesting this Court dismiss with matter without prejudice. Because Defendants objected before the date their first pleading is due, the Court must enter an order dismissing the case without prejudice under W.R.C.P.Ch.C 3(a).

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed without prejudice, with each party to bear its own fees and costs.

DATED this _____ day of May, 2023.

<div style="text-align:right">

_____
THE HONORABLE STEVEN K. SHARPE
CHANCERY COURT JUDGE

</div>