# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,

                    Plaintiff,

vs.

MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company, et al.

                    Defendants.

Case Number: 23-CV-79-ABJ

## ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Scott W. Skavdahl, Chief United States District Judge to the Honorable Alan B. Johnson, United States District Judge as a conflict now exists with the previous presiding judge. The reassignment was completed through the random assignment process. Please use case number 23-CV-79-ABJ for all future case filings.

Dated this 9th day of May, 2023.

Scott W. Skavdahl
Chief United States District Judge