# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company

V.

TERRA CRYPTO INC., a Delaware corporation, et al.

Case Number:   23-CV-079

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

  Please issue a  SUMMONS

in the above-entitled cause for:

ERICK RENGIFO AS AN OFFICER OF TERRA CRYPTO INC.

_____
Attorney for BCB Cheyenne LLC

May 15, 2023
Date