# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company

V.

BIT ORIGIN LTD, a Cayman Islands company; et al.

Case Number: 23-CV-079

___

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **SUMMONS**

in the above-entitled cause for:

**BIT ORIGIN LTD.**

_____
Attorney for BCB Cheyenne LLC

May 17, 2023
Date