# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company

V.

MINEONE PARTNERS LLC, a Delaware limited liability company; et al.

Case Number: 23-CV-079

**PRAECIPE**

TO THE CLERK OF THIS SAID COURT:

Please issue a __SUMMONS__

in the above-entitled cause for:

__MINEONE PARTNERS LLC__

_____
Attorney for BCB Cheyenne LLC

May 17, 2023
Date