# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company

V.

MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; et al.

Case Number:   23-CV-079

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a  SUMMONS

in the above-entitled cause for:

MINEONE WYOMING DATA CENTER LLC

_____
Attorney for BCB Cheyenne LLC

May 17, 2023
Date