# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company

V.

SONICHASH LLC, a Delaware limited liability company; et al.

Case Number: 23-CV-079

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a __SUMMONS__

in the above-entitled cause for:

__SONICHASH LLC__

_____

Attorney for BCB Cheyenne LLC

__May 17, 2023__
Date