# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited
liability company

            V.
TERRA CRYPTO INC., a Delaware
corporation; et al.

**Case Number:**   23-CV-079

---

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

     Please issue a **SUMMONS** _____

in the above-entitled cause for:

TERRA CRYPTO INC. _____

_____

_____

_____

_____


_____

Attorney for  BCB Cheyenne LLC


May 17, 2023
Date