Case 1:23-cv-00079-ABJ   Document 15   Filed 06/13/23   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; BIT ORIGIN LTD, a Cayman Islands company; et al.<br><br>*Defendant(s)* | Civil Action No. 23-CV-79 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BIT ORIGIN LTD

    Registered Agent: McGrath Tonner Corporate Services Limited
    PO Box 446, 5th Floor, Genesis Building
    Genesis Close
    George Town, KY1-1106, Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN

    Patrick J. Murphy
    Williams, Porter, Day & Neville, PC
    159 N. Wolcott Street, Suite 400
    Casper, WY 82601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: May 18, 2023

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Patrick J. Murphy | SBN: 5-1779<br>BISON BLOCKCHAIN<br>, ,<br>TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS *(Optional):* emory@bcbv net<br>ATTORNEY FOR *(Name):* Plaintiff: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 2120 CAPITOL AVENUE, ROOM 2141 | |
| MAILING ADDRESS: | |
| CITY AND Z P CODE: CHEYENNE, WY 82001 | |
| BRANCH NAME: FOR THE DISTRICT OF WYOMING | |

| PLAINTIFF: BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN | CASE NUMBER: |
|---|---|
| DEFENDANT: MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, TERRA CRYPTO INC, BIT ORIGIN LTD, SONICHASH LLC, | 23CV79-SWS |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>23CV79-SWS |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTIONPROOF OF SERVICECOMPLAINT FOR BREACH OF CONTRACT**

| | |
|---|---|
| PARTY SERVED: | **BIT ORIGIN LTD** |
| PERSON SERVED: | **David Fiebig - Authorized to accept** |
| DATE & TIME OF DELIVERY: | **5/23/2023**<br>**12:00 PM** |
| ADDRESS, CITY, AND STATE: | **PO Box 446 Genesis Building, # 5th Floor**<br>**George Town, Cayman Islands KY1-1106,** |

MANNER OF SERVICE:

WITNESS FEES:
  Were offered or demanded and paid:  $ .00.

Fee for Service: **$ .00**
  County:
  Registration No.:
**Process Server One - EFile**
**Expert LLC**
**13395 Voyage Parkway Suite 130**
**Colorado Springs, CO 80921**
**(855) 545-1303**
**Ref: 23CV79-SWS**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 23, 2023**

Signature: _____
**Joan Ebanks Agurcia**

**PROOF OF SERVICE**                                                  DefaultProof/25399