AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:23-cv-00079-ABJ |
| MINEONE WYOMING DATA CENTER, LLC, et al. *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MineOne Wyoming Data Center, LLC, Mineone Partners LLC, Terra Crypto Inc., Bit Origin Ltd and Sonich.

Date:   06/22/2023

*Attorney's signature*

Sean Larson (Wyo. Bar #7-5112)
*Printed name and bar number*

Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208

*Address*

slarson@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*