Sean Larson, #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com

COUNSEL FOR DEFENDANTS
MINEONE WYOMING DATA CENTER, LLC,
MINEONE PARTNERS LLC, TERRA CRYPTO INC.,
BIT ORIGIN LTD, & SONICHASH LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-00079-ABJ |
| vs. | ) ) ) | |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto

Inc., Bit Origin Ltd, and Sonichash LLC, by and through counsel, HATHAWAY & KUNZ, LLP, and

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, hereby request

an extension of time of fourteen (14) days, until July 10, 2023, to file their answers or responsive

pleadings to *Plaintiff's Complaint* [Doc. No. 1]. Plaintiff opposes this motion. In support of the

motion, Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto

Inc., Bit Origin Ltd, and SonicHash LLC, state as follows:

1.      Plaintiff filed its *Complaint* on May 3, 2023. At the time of filing, Plaintiff had an

open case and complaint in Wyoming Chancery Court. Nine (9) days after Plaintiff's

hastily filed this federal *Complaint*, Judge Steven K. Sharpe dismissed the Chancery Court

complaint without prejudice.

2.      During the Chancery Court matter and now as this matter as proceeded, Plaintiff

and Defendants' counsel have been in some discussions about potential pre-litigation

mediation, potential acceptance of service, and other issues.

3.      Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and

Sonichash LLC were served with the *Summons* and *Complaint* on June 5, 2023. These three

Defendants have until June 26, 2023 to serve their answers or responsive pleadings.

Defendants' counsel's understanding was that neither Terra Crypto Inc., nor Bit Origin Ltd

had been served. Defendants' counsel notes that a return of service for both of those

Defendants have been filed but has no information as to the validity of that service at this

time.

4.      Defendants request this extension because counsel has been evaluating these

complicated claims concerning multiple Defendants, which include an allegation of "no

less than $22,000,000.00" in damages. In addition to the complexity of the claims and

allegation of more than $22,000,000.00 in damages, this case potentially involves

complicated issues for consideration of diversity of the parties. These three Defendants are

limited liability entities, and as such the domiciles of each of their members come into play

in assessing diversity. Plaintiff's claims are all state law claims, and as such diversity will need to be considered by the parties and this Court. Plaintiff's *Complaint* is 47 pages and 222 paragraphs in length. All of the above circumstances require additional time, research, and assessment, most of which is somewhat unique to filing this matter in federal court.

5.      Due to the various issues involved in these complicated state law claims brought under diversity jurisdiction and considering the damages claim of more than $22,000,000.00 in damages, Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and Sonichash LLC need additional time to answer or otherwise respond to the *Complaint*. Such are compelling circumstances under Local Rule 6.1(b) and good cause under Fed. R. Civ. Pro. 6(b).

6.      This motion is timely filed, there are compelling circumstances, and an extension will not cause prejudice to any party. No other matters are currently pending in this action. No scheduling order has been entered by the Court and this extension will not conflict with any orders of the Court.

7.      No prior extensions of time have been requested in the matter before this Court.

8.      Defendants' counsel conferred on this motion on June 15, 2023, then followed up with Plaintiff's counsel on June 21, 2023. Plaintiff's counsel failed to respond to the conferral for one week, until midday today, June 22, 2023. Plaintiff opposes the motion.

9.      The communications concerning conferral are attached herewith as Exhibit A for the Court's review. Defendants note for the record that they disagree strongly with a number of the assertions raised by Plaintiff's counsel and the context which has been communicated in counsel's response email.

10.     Compelling circumstances exist for the extension to be granted given the complicated nature of this case filed pursuant to the diversity jurisdiction of this Court.

WHEREFORE Defendants request that they be granted an extension of time of fourteen (14) days and until July 10, 2023, to serve their responsive pleadings to Plaintiff's *Complaint*.

DATED this 22nd day of June, 2023.

MINEONE WYOMING DATA CENTER, LLC,
MINEONE PARTNERS LLC, TERRA CRYPTO
INC., BIT ORIGIN LTD & SONICHASH LLC

*/s/ Sean Larson*
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING
DATA CENTER, LLC, MINEONE
PARTNERS LLC, TERRA CRYPTO INC.,
BIT ORIGIN LTD & SONICHASH LLC

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of June, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy                        [ ✓ ] CM/ECF
Scott C. Murray                          [  ] Fax:
Williams, Porter, Day & Neville, P.C.    [  ] E-mail:
159 N. Wolcott., Suite 400
Casper, WY 82601

*/s/ Candice Hough*
Hathaway & Kunz, LLP