IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Case No. 1:23-cv-00079-ABJ |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND

THIS MATTER, having come before the Court on the Defendants *Motion for Extension of Time to Respond*, and the Court having considered the Motion and finding good cause, therefore, finds that the Motion should be and the same is hereby granted.

IT IS ORDERED that Defendants shall have up to and including July 10, 2023, by which to answer or otherwise respond to Plaintiff's Complaint.

DATED this _____ day of _____, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE