# EXHIBIT A

Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC
& SONICHASH LLC

WY Chancery Court
May 02 2023 05:04PM
CH-2023-0000006
69941100
N/A
FILED

IN THE CHANCERY COURT
FOR THE STATE OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC,<br>a Wyoming Limited Liability Company,<br><br>     Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER, LLC,<br>a Delaware limited liability company; TERRA<br>CRYPTO INC., a Delaware corporation; BIT<br>ORIGIN LTD, a Cayman Islands Company;<br>MINEONE CLOUD COMPUTING 1 LP, believed<br>To be a limited partnership registered under the laws<br>of the British Virgin Islands; MINEONE<br>PARTNERS LIMITED, believed to be a limited<br>partnership registered under the laws of the British<br>Virgin Islands Company; SONICHASH LLC, a<br>Delaware limited liability company; and JOHN<br>DOES 1–20, related persons and companies who<br>Control or direct some or all of the named<br>Defendants.<br><br>     Defendants. | Docket No. CH-2023-0000006 |

## OBJECTION TO PROCEEDING IN CHANCERY COURT

**COME NOW** Defendants MineOne Wyoming Data Center, LLC and SonicHash LLC, by and through their counsel, HATHAWAY & KUNZ, LLP, through a limited entry of appearance only for the purpose of objecting to this matter proceeding in Chancery Court, and hereby object to

this matter proceeding in the Chancery Court for the State of Wyoming pursuant to Rule 3 of the Wyoming Rules of Civil Procedure for the Chancery Court. W.R.C.P.Ch.C 3(a). Plaintiff's counsel provided these Defendants an extension of time to file their responsive pleading through and including today May 2, 2023. As such, Defendants timely file this objection.

**WHEREFORE** Defendants herein request that Plaintiff's Complaint be dismissed without prejudice.

DATED this 2nd day of May, 2023.

>MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC
>
>*/s/ Sean Larson*
>Sean Larson Wyo. Bar #7-5112
>HATHAWAY & KUNZ, LLP
>P. O. Box 1208
>Cheyenne, WY 82003
>Phone: (307) 634-7723
>Fax: (307) 634-0985
>slarson@hkwyolaw.com
>
>COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC & SONICHASH LLC

## CERTIFICATE OF SERVICE

     This is to certify that on the 2nd day of May, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick Murphy | [✓] File & ServeXpress |
| Scott C. Murray | [ ] Fax: |
| Williams, Porter, Day & Neville, P.C. | [ ] E-mail: |
| 1569 N Wolcott., Suite 400 | |
| Casper, WY 82601 | |

 

                                                  */s/ Candice Hough*
                                                Hathaway & Kunz, LLP

Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

COUNSEL FOR MineOne WYOMING DATA CENTER, LLC,
SONICHASH LLC & BIT ORIGIN LTD



WY Chancery Court
May 08 2023 04:44PM
CH-2023-0000006
69976370
N/A

**FILED**

IN THE CHANCERY COURT
FOR THE STATE OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC,<br>a Wyoming Limited Liability Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER, LLC,<br>a Delaware limited liability company; TERRA<br>CRYPTO INC., a Delaware corporation; BIT<br>ORIGIN LTD, a Cayman Islands Company;<br>MINEONE CLOUD COMPUTING 1 LP, believed<br>To be a limited partnership registered under the laws<br>of the British Virgin Islands; MINEONE<br>PARTNERS LIMITED, believed to be a limited<br>partnership registered under the laws of the British<br>Virgin Islands Company; SONICHASH LLC, a<br>Delaware limited liability company; and JOHN<br>DOES 1–20, related persons and companies who<br>Control or direct some or all of the named<br>Defendants.<br><br>                    Defendants. | Docket No. CH-2023-0000006 |

### OBJECTION TO PROCEEDING IN CHANCERY COURT

**COMES NOW** Defendant Bit Origin LTD, by and through their counsel, HATHAWAY & KUNZ, LLP, through a limited entry of appearance only for the purpose of objecting to this matter proceeding in Chancery Court, and hereby object to this matter proceeding in the Chancery Court

for the State of Wyoming pursuant to Rule 3 of the Wyoming Rules of Civil Procedure for the Chancery Court. W.R.C.P.Ch.C 3(a). Defendant Bit Origin LTD timely files this objection.

**WHEREFORE** Defendant Bit Origin LTD herein requests that Plaintiff's Complaint be dismissed without prejudice.

DATED this 8th day of May, 2023.

MINEONE WYOMING DATA CENTER, LLC, SONICHASH LLC & BIT ORIGIN LTD

*/s/ Sean Larson*
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

COUNSEL FOR MINEONE WYOMING DATA CENTER, LLC, SONICHASH LLC & BIT ORIGIN LTD

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of May, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick Murphy                              [✓] File & ServeXpress
Scott C. Murray                             [ ] Fax:
Williams, Porter, Day & Neville, P.C.       [ ] E-mail:
1569 N Wolcott., Suite 400
Casper, WY 82601

*/s/ Candice Hough*
Hathaway & Kunz, LLP