# EXHIBIT B



This order has been: **Granted**

WY Chancery Court
CH-2023-0000006
Filing ID: 69983715
Filing Date: May 12, 2023
N/A

Judge Steven K. Sharpe



WY Chancery Court
May 12 2023 11:05AM
CH-2023-0000006
70005917
N/A

**FILED**

## IN THE CHANCERY COURT
## FOR THE STATE OF WYOMING

BCB CHEYENNE LLC,
a Wyoming limited liability company,

    Plaintiff,

v.

MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; MINEONE CLOUD COMPUTING 1 LP, believed to be a limited partnership registered under the laws of the British Virgin Islands; MINEONE PARTNERS LIMITED, believed to be a limited partnership registered under the laws of the British Virgin Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants,

    Defendants.

Case No. CH-2023-0000006

### ORDER DISMISSING THIS CASE WITHOUT PREJUDICE

THIS MATTER comes before the Court on Defendants' timely objections to proceeding in the Chancery Court, and on Plaintiff's Stipulation to the dismissal of this case without prejudice pursuant to Rule 3(a) of the Civil Procedure Rules for Chancery Court.

The Court FINDS that Rule 3(a) requires the Court to dismiss this action without prejudice

where, as here, any party timely objects to proceeding in the Chancery Court, even though the objecting part(ies) do not state their reason(s) for objecting to proceeding in the Chancery Court.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed without prejudice, with each party to bear its own costs and fees; and

IT IS FURTHER ORDERED that Plaintiff may re-file its Complaint in any Court of competent jurisdiction.

DATED this \_\_\_\_ day of May, 2023.

_____<br>
Honorable Steven K. Sharpe<br>
Chancery Court Judge