# EXHIBIT E

| | |
|---|---|
| From: | wyodcclerks@wyd.uscourts.gov |
| To: | wyd_cmecf@wyd.uscourts.gov |
| Subject: | Activity in Case 1:23-cv-00079-ABJ BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al Summons Returned Executed |
| Date: | Wednesday, June 14, 2023 9:40:05 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Wyoming

**Notice of Electronic Filing**

The following transaction was entered by Murphy, Patrick on 06/13/2023 at 10:38:32 AM MDT and filed on 06/13/2023
**Case Name:**   BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al
**Case Number:**   1:23-cv-00079-ABJ
**Filer:**   BCB Cheyenne LLC
**Document Number:** 12

**Docket Text:**
**SUMMONS Returned Executed by BCB Cheyenne LLC. MineOne Wyoming Data Center LLC served on 6/1/2023 6/7/2023 answer due on 6/22/2023 6/28/2023 (Murphy, Patrick) Modified date served and answer deadline date on 6/14/2023 (Court Staff, stmo).**

**1:23-cv-00079-ABJ Notice has been electronically mailed to:**

Patrick J Murphy     pmurphy@wpdn.net, cmasterson@wpdn.net, wtrembath@wpdn.net

Scott C Murray     smurray@wpdn.net, mmichalov@wpdn.net

**1:23-cv-00079-ABJ This document has NOT been electronically delivered - you must serve it manually to the following people:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1043181152 [Date=6/13/2023] [FileNumber=2109211-0

] [ae1d4ce0cb8749433173650f575775a8137dbbf29567e6473b5b62bdaffaa57b0b632f7b74fe88f3019bcfe5d006d66cb9d0811acc5dc49c1fd6eb0d5935bf32]]

*This is a re-generated NEF. Created on 6/14/2023 at 9:38 AM MDT*