# EXHIBIT G

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br>_____ <br> *Plaintiff(s)* <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; et al. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  23-CV-79

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MINEONE PARTNERS LLC

> Registered Agent:
> Corp1, Inc.
> 614 N. Dupont Highway, Suite 210
> Dover, DE  19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN

> Patrick J. Murphy
> Williams, Porter, Day & Neville, PC
> 159 N. Wolcott Street, Suite 400
> Casper, WY  82601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____May 18, 2023_____

_____
Signature of Clerk or Deputy Clerk

## AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-00079-ABJ | Court:<br>United States District Court for the District of Wyoming | County: | Job:<br>8978396 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>BCB Cheyenne LLC d/b/a Bision Blockchain, A Wyoming limited liability company | | **Defendant / Respondent:**<br>Mineone Wyoming Data Center LLC, A Delaware limited liability company; Mineone Partners LLC, a Delaware limited liability company | |
| **Received by:**<br>Capital Courier, LLC | | **For:**<br>Williams, Porter, Day & Neville | |
| **To be served upon:**<br>Mineone Partners LLC c/o Corp1 Registered Agent | | | |

I, Isaiah Greene, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Mineone Partners LLC c/o Corp1 Registered Agent, 614 N Dupont Hwy Suite 210, Dover, DE 19901
**Manner of Service:**  Registered Agent, Jun 1, 2023, 1:38 pm EDT
**Documents:**  Summons

**Additional Comments:**
1) Successful Attempt: Jun 1, 2023, 1:38 pm EDT at 614 N Dupont Hwy Suite 210, Dover, DE 19901 received by Mineone Partners LLC c/o Corp1 Registered Agent. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'5"; Hair: Blond; Other: Mazie Kramer-Corporations Specialist;

Isaiah Greene                    Date  6/7/23
1367519

Capital Courier, LLC
PO Box 38
Dover, DE 19903
3028570811

Subscribed and sworn to before me by the affiant who is
personally known to me.

Notary Public

Date  6/7/2023          Commission Expires  11/10/2024

Karen E. Elliott
Notary Public
State of Delaware
My Commission Expires November 10, 2024