# EXHIBIT L



# Search Report

**Entity Name :** Bit Origin Ltd
**Jurisdiction :** Cayman Islands
**Registration Number :** 332059
**Registration Date :** 23rd January 2018
**Entity Type :** EXEMPT
**Registered Office :** MCGRATH TONNER CORPORATE SERVICES LIMITED
P. O. Box 446
5th Floor, Genesis Building
Genesis Close
George Town
KY1-1106
Cayman Islands

**Status :** ACTIVE
**Status Date :** 23rd January 2018

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 449157579599
www.verify.gov.ky
14 March 2023