# EXHIBIT N

| | |
|---|---|
| From: | wyodcclerks@wyd.uscourts.gov |
| To: | wyd_cmecf@wyd.uscourts.gov |
| Subject: | Activity in Case 1:23-cv-00079-ABJ BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al Summons Returned Executed |
| Date: | Tuesday, June 13, 2023 12:23:27 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Wyoming

**Notice of Electronic Filing**

The following transaction was entered by Murphy, Patrick on 6/13/2023 at 12:23 PM MDT and filed on 6/13/2023
**Case Name:**     BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al
**Case Number:**    1:23-cv-00079-ABJ
**Filer:**         BCB Cheyenne LLC
**Document Number:** 15

**Docket Text:**
**SUMMONS Returned Executed by BCB Cheyenne LLC. Bit Origin Ltd served on 5/23/2023, answer due on 6/13/2023 (Murphy, Patrick)**

**1:23-cv-00079-ABJ Notice has been electronically mailed to:**

Patrick J Murphy    pmurphy@wpdn.net, cmasterson@wpdn.net, wtrembath@wpdn.net

Scott C Murray     smurray@wpdn.net, mmichalov@wpdn.net

**1:23-cv-00079-ABJ This document has NOT been electronically delivered - you must serve it manually to the following people:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1043181152 [Date=6/13/2023] [FileNumber=2109276-0
] [8f929db39ad1fe98caf95ea22cb3c9ed4c8ffba09525325efe4bdb51f005a37457a
b94cb5124a1478a3314a9690caa57513152340d864fa0cc82a8e822241524]]