# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

*11:59 am, 6/26/23*

BCB CHEYENNE LLC

    Plaintiff,

vs.

MINEONE WYOMING DATA CENTER LLC et al

    Defendant.

Case Number: 23-CV-79-ABJ

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ This was a Telephonic Hearing
☑ Motions Hearing

Date: 06/26/2023  Time: 11:06 - 11:27 AM  (Telephonic)

| Kelly H. Rankin | MiYon Bowden | N/A | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Patrick Murphy, Scott Murray

Attorney(s) for Defendant(s)   Sean Larson

Other:

Upon consideration of the arguments made, Court determined that given Defendants' timely request for an extension and due to the procedural posturing of this case, Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., and Sonic Hash LLC's answers are due on or before July 3, 2023. Plaintiff's request for default against Defendant Bit Origin Ltd [19] shall be addressed by the trial Court. Plaintiff's right to seek default or other recourse against any Defendant is preserved.

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 17 | Extension of Time | Granted In Part and Denied In Part |