#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 23CV-79-SWS |
| ) | |
| v. ) | |
| ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**ORDER DENYING APPLICATION FOR DEFAULT AGAINST DEFENDANT BIT ORIGIN, LTD.**

THIS MATTER comes before the Court on *Plaintiff's Response and Objection to Defendants' Motion for Extension of Time to Answer, and Plaintiff's Application for Entry of Default against Defendants Mineone Wyoming Data Center LLC, Mineone Partners LLC, Sonichash LLC, and Bit Origin, Ltd.* (the "Application for Default") and *Defendants' Response in Opposition to Plaintiff's Application for Entry of Default against Bit Origin, Ltd [Doc No. 19].* Having reviewed the filings, applicable law, and being otherwise fully advised, the Court hereby finds the Application for Default against Defendant Bit Origin, Ltd. is DENIED.

DATED this _____ day of _____, 2023.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE