Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

Paula K. Colbath, Esq. (Pro Hac Vice Forthcoming)
Sarah Levitan Perry, Esq. (Pro Hac Vice Forthcoming)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905

ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-SWS |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' NOTICE OF COMPLEXITY

**COME NOW** Defendants MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, TERRA CRYPTO INC., BIT ORIGIN LTD., SONICHASH LLC (collectively, the "Defendants"), by their attorneys Hathaway & Kunz, LLP and Loeb & Loeb LLP, and pursuant to U.S.D.C.L.R. 16.4, notifies the Court and parties that the above-named civil case is **NON-COMPLEX.**

DATED this 17th day of July, 2023.

                        HATHAWAY & KUNZ, LLP

                        By: */s/ Sean M. Larson*
                            Sean Larson, Esq.
                            HATHAWAY & KUNZ, LLP
                            2515 Warren Ave
                            Cheyenne, WY 82003
                            Telephone:  (307) 634-7723
                            Fax:  (307) 634-0985
                            slarson@hkwyolaw.com

                            LOEB & LOEB LLC

                            Paula K. Colbath, Esq. (Pro Hac Vice Pending)
                            Sarah Levitan Perry, Esq. (Pro Hac Vice Pending)
                            345 Park Avenue
                            New York, NY  10154
                            Telephone: 212-407-4905

                            ATTORNEYS FOR DEFENDANTS

-3-

## CERTIFICATE OF SERVICE

    This is to certify that on the 17th day of July, 2023, the undersigned served a true and correct copy of the foregoing as follows:

| | |
|---|---|
| Patrick J. Murphy | [ ✓ ] CM/ECF |
| Scott C. Murray | [  ] U.S. Mail |
| Williams, Porter, Day & Neville, P.C. | [  ] Fax: |
| 159 N. Wolcott., Suite 400 | [  ] E-mail: |
| Casper, WY 82601 | |

                                                  */s/ Sean M. Larson*
                                                  HATHAWAY & KUNZ, LLP