Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

Paula K. Colbath, Esq. (Pro Hac Vice Forthcoming)
Sarah Levitan Perry, Esq. (Pro Hac Vice Forthcoming)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905

ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-SWS |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

**COME NOW** Defendants MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, TERRA CRYPTO INC., BIT ORIGIN LTD., SONICHASH LLC (collectively, the "Defendants"), by their attorneys Hathaway & Kunz, LLP, and Loeb & Loeb LLP, and hereby submits its corporate disclosure statement pursuant to FED. R. CIV. P. 7.1.

Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and SonicHash LLC are limited liability companies organized in Delaware. These companies have members domiciled in Delaware, Texas, Cayman Islands, China, Singapore, and the British Virgin Islands.

Defendant Terra Crypto, Inc. is a corporation incorporated in Delaware with its principal place of business in New York. Terra Global Asset Management Holdings Inc. holds 10% or more of Terra Crypto, Inc.

Defendant Bit Origin Ltd is a publicly traded corporation incorporated in the Cayman Islands with its principal place of business in New York. No parent corporation or publicly held corporation holds 10% or more of Bit Origin Ltd.

DATED this 17th day of July, 2023.

                HATHAWAY & KUNZ, LLP

By: /s/ *Sean M. Larson*
    Sean Larson, Esq.
    HATHAWAY & KUNZ, LLP
    2515 Warren Ave
    Cheyenne, WY 82003
    Telephone: (307) 634-7723
    Fax: (307) 634-0985
    slarson@hkwyolaw.com

LOEB & LOEB LLC
Paula K. Colbath, Esq. (Pro Hac Vice Pending)
Sarah Levitan Perry, Esq. (Pro Hac Vice Pending)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of July, 2023, the undersigned served a true and correct copy of the foregoing as follows:

| | |
|---|---|
| Patrick J. Murphy | [ ✓ ] CM/ECF |
| Scott C. Murray | [   ] U.S. Mail |
| Williams, Porter, Day & Neville, P.C. | [   ] Fax: |
| 159 N. Wolcott., Suite 400 | [   ] E-mail: |
| Casper, WY 82601 | |

*/s/ Sean M. Larson*
HATHAWAY & KUNZ, LLP