AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, )<br>*Plaintiff* )<br>v. )<br>MINEONE WYOMING DATA CENTER, LLC, et al. )<br>*Defendant* ) | Case No.   1:23-cv-00079-ABJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MineOne Wyoming Data Center, LLC, Mineone Partners LLC, Terra Crypto Inc., Bit Origin Ltd and SonicH .

Date:   07/18/2023

*Attorney's signature*

Kari Hartman (Wyo. Bar #8-6507)
*Printed name and bar number*

Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208

*Address*

khartman@hkwyolaw.com
*E-mail address*

(307) 634-7723
*Telephone number*

(307) 634-0985
*FAX number*