Sean Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.<br><br>　　　　　　　　Defendants. | Civil Action No. 23CV-79-SWS |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

The undersigned attorney, Sean Larson, attorney for Defendants, hereby moves this Court, pursuant to Local Rule 84.2(b) and (d), for an Order admitting Paula K. Colbath to appear and participate as attorney for Defendants in the above-captioned action.

In support of this motion, counsel submits the attached copy of the original Declaration of Paula K. Colbath, executed on July 3, 2023, which reflects that Ms. Colbath has been admitted to practice before the District(s) of New York and New Jersey since 1991.

The address, e-mail address, and telephone number for Paula K. Colbath are as follows:

>Loeb & Loeb LLP
>345 Park Avenue
>New York, New York 10154
>(212) 407-4000
>pcolbath@loeb.com

The Attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court, is fully prepared to represent the Defendants at any time in any capacity, and to the best of his knowledge and belief, vouches for Paula K. Colbath's good moral character and veracity.

WHEREFORE, the undersigned respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

RESPECTFULLY SUBMITTED this 19th day of July, 2023.

>HATHAWAY & KUNZ, LLP
>
>By: */s/ Sean M. Larson*
>Sean Larson, Esq.
>HATHAWAY & KUNZ, LLP
>2515 Warren Ave
>Cheyenne, WY 82003
>Telephone: (307) 634-7723
>Fax: (307) 634-0985
>slarson@hkwyolaw.com
>
>ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    This is to certify that on the 19th day of July, 2023, the undersigned served a true and correct copy of the foregoing as follows:

| | |
|---|---|
| Patrick J. Murphy | [ ✓ ] CM/ECF |
| Scott C. Murray | [   ] U.S. Mail |
| Williams, Porter, Day & Neville, P.C. | [   ] Fax: |
| 159 N. Wolcott., Suite 400 | [   ] E-mail: |
| Casper, WY 82601 | |

    */s/ Sean M. Larson*
    HATHAWAY & KUNZ, LLP