Sean Larson, #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company; BIT ORIGIN LTD, A Cayman Islands Company, et al. <br><br> Defendants. | Case No. 1:23-cv-00079-ABJ |

### DECLARATION OF PAULA K. COLBATH
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Paula K. Colbath, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am submitting this Declaration in support of my motion seeking admission *Pro Hac Vice* under Local Rule 84.2(b).

2. I am an attorney with the law firm of Loeb & Loeb LLP ("Loeb") located at 345 Park Avenue, New York, New York 10154. Loeb's telephone number is (212) 407-4000 and my email is pcolbath@loeb.com.

3. I have been admitted to practice before the following Courts as listed below and am in good standing with each:

    a. New York, admitted in 1991;

    b. New Jersey, admitted in 1991.

4. There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

5. I will comply with and be bound by the Local Rules of the Unites States District Court for the District of Wyoming.

6. Sean Larson is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Larson is required to be fully prepared to represent the Defendants at any time, in any capacity.

7. I acknowledge that by appearing *pro hac vice,* I submit and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 3rd day of July, 2023.

                                           **PAULA K. COLBATH**