IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23CV-79-SWS |
| v. | ) ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

THIS MATTER comes before the Court upon the motion of counsel for Defendants, pursuant to Rule 84.2(b) and (d) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Sarah Levitan Perry as *pro hac vice* counsel in the District of Wyoming. The Court HAS reviewed this matter and finds that the motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Sarah Levitan Perry is admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority

to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

    DATED this _____ day of July, 2023.

                                                                         KELLY H. RANKIN,
                                                                         UNITED STATES MAGISTRATE JUDGE