IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company, et al.<br><br>        Defendants. | Case No. 1:23-cv-00079-ABJ |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants and Counterclaimants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin, Ltd. and SonicHash LLC and request that copies of all pleadings and notices be served upon me.

Dated:  New York, New York
             July 20, 2023                    LOEB & LOEB LLP

                                                    By:  */s/ Paula K. Colbath*
                                                           Paula K. Colbath
                                                           345 Park Avenue
                                                           New York, NY  10154
                                                           Tel.: 212.407.4000
                                                           pcolbath@loeb.com

                                                          *Attorneys for Defendants*
                                                          *MineOne Wyoming Data Center LLC,*
                                                          *MineOne Partners LLC, Terra Crypto Inc.,*
                                                          *Bit Origin, Ltd. and SonicHash LLC*