IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) | |
| | ) | Case No. 1:23-cv-00079-ABJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company, et al. | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendants and Counterclaimants MineOne Wyoming Data Center LLC, MineOne

Partners LLC, Terra Crypto Inc., Bit Origin, Ltd. and SonicHash LLC and request that copies of

all pleadings and notices be served upon me.

Dated:   New York, New York
         July 20, 2023                    LOEB & LOEB LLP

                                          By: /s/ Sarah Levitan Perry
                                              Sarah Levitan Perry
                                              345 Park Avenue
                                              New York, NY  10154
                                              Tel.: 212.407.4000
                                              sperry@loeb.com

                                              *Attorneys for Defendants*
                                              *MineOne Wyoming Data Center LLC,*
                                              *MineOne Partners LLC, Terra Crypto Inc.,*
                                              *Bit Origin, Ltd. and SonicHash LLC*