Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
        smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,          . | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain ("Plaintiff"

or "BCB"), through its counsel, and hereby submits its corporate disclosure statement

pursuant to FED. R. CIV. P. 7.1(b).

1

Plaintiff BCB Cheyenne LLC is a limited liability company organized in Wyoming. It has seven members:  Formerly from Casper, Wyoming, Member Michael Murphy, now resides in Colorado.  Member Emory Patterson, IV is an Illinois resident.  Member Neil Phippen is a Colorado resident.  Member BCB Ventures LLC is a Wyoming limited liability company.  Member CMV Global, LLC is a Wyoming limited liability company. Member Bryce Fincham is an Ohio resident.  And member Bayview Capital Investments, LLC is a Wyoming limited liability company.

BCB Cheyenne LLC does not have any parent corporation.  No publicly held corporation holds 10% or more of BCB Cheyenne LLC.

DATED this 31tst day of July, 2023.

> BCB CHEYENNE LLC d/b/a
> BISON BLOCKCHAIN,
>
> Plaintiff
>
> By:    /s/ Patrick J. Murphy
>        Patrick J. Murphy (WSB No. 5-1779)
>        Scott C. Murray (WSB No. 7-4896)
>        Williams, Porter, Day & Neville, PC
>        159 N Wolcott St. Suite 400
>        Casper, WY 82601
>        Ph: (307) 265-0700
>        pmurphy@wpdn.net
>        smurray@wpdn.net
>
>        *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of ***Plaintiff's Corporate Disclosure Statement*** was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 31st day of July, 2023.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112 | ☐ U.S. Mail (Postage Prepaid) |
| HATHAWAY & KUNZ, LLP | ☐ Fax |
| P.O. Box 1208 | ☐ Overnight Delivery |
| Cheyenne, WY 82001 | ☐ Hand Delivery |
| slarson@hkwyolaw.com | ☒ CM/ECF Email |
| | |
| Paula Colbath, *Pro Hac Vice* | ☐ U.S. Mail (Postage Prepaid) |
| Sarah Levitan Perry, *Pro Hac Vice* | ☐ Fax |
| LOEB & LOEB LLP | ☐ Overnight Delivery |
| 345 Park Avenue | ☐ Hand Delivery |
| NewYork, NY 10154 | ☒ CM/ECF Email |
| pcolbath@loeb.com | |
| sperry@loeb.com | |

/s/ Patrick J. Murphy
Patrick J. Murphy