Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
          smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,                               . | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 23-CV-79 |
| | ) | |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff BCB Cheyenne LLC, a Wyoming limited liability company, and pursuant to FED. R. CIV. P. 7.1(2)(A), hereby files its supplemental Corporate Disclosure Statement. The reason for this supplemental filing is to inform the Court of the domiciles of all the members of the three Wyoming limited liability companies

1

who were members of Plaintiff BCB Cheyenne LLC as of May 3, 2023 when Plaintiff filed its Complaint.

### A.  Members of BCB Cheyenne LLC

Plaintiff BCB Cheyenne LLC is a limited liability company organized in Wyoming. It has seven members:  Formerly from Casper, Wyoming, Member Michael Murphy, now resides in Colorado.  Member Emory Patterson, IV is an Illinois resident.  Member Neil Phippen is a Colorado resident.  Member BCB Ventures LLC is a Wyoming limited liability company.  Member CMV Global, LLC is a Wyoming limited liability company. Member Bryce Fincham is an Ohio resident.  And member Bayview Capital Investments, LLC is a Wyoming limited liability company.

BCB Cheyenne LLC does not have any parent corporation.  No publicly held corporation holds 10% or more of BCB Cheyenne LLC.

### B.    Members of BCB Ventures LLC.

The only three members of BCB Ventures LLC are Michael Murphy (Colorado), Neil Phippen (Colorado), and Emory Patterson, IV (Illinois).

### C.    Members of CMV Global, LLC.

Attached, on **"Exhibit 1,"** are all the members of CMV Global LLC, a Wyoming limited liability company.  All these members are individuals who are domiciled in the various states identified on **Exhibit 1**.

### D.    Members of Bayview Capital Investments, LLC.

Attached, on **"Exhibit 1,"** are the only two members of Bayview Capital Investments, LLC, a Wyoming limited liability company.  These members are individuals domiciled in Illinois.

DATED this 10th day of August, 2023.

> BCB CHEYENNE LLC d/b/a
> BISON BLOCKCHAIN,
>
> Plaintiff
>
> By:   /s/ Patrick J. Murphy
> Patrick J. Murphy (WSB No. 5-1779)
> Scott C. Murray (WSB No. 7-4896)
> Williams, Porter, Day & Neville, PC
> 159 N Wolcott St. Suite 400
> Casper, WY 82601
> Ph: (307) 265-0700
> pmurphy@wpdn.net
> smurray@wpdn.net
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of ***Plaintiff's Supplemental Corporate Disclosure Statement*** was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 10th day of August, 2023.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Ann Hartman, WSB No 8-6507.<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |

/s/ Patrick J. Murphy
Patrick J. Murphy

# EXHIBIT 1

Here are the members of CMV Global, LLC:

| Member | Investment Source (Self / LLC) | Address |
|---|---|---|
| XXX Quid (1) | LLC | WY |
| XXX Fincham | Self | OH |
| XXX Stone | Self | TN |
| XXX Quid (2) | Self | IL |
| XXX Lord (1) | Self | IL |
| XXX Lord (2) | Self | IL |
| XXX Rein | LLC | AZ |
| XXX Sullins | LLC | AZ |
| XXX Greesh (1) | LLC | IL |
| XXX Rendtslev | Self | IL |
| XXX Edwards (1) | Self | FL |
| XXX Quid (3) | LLC | IL |
| XXX Patsel (1) | Self | KY |
| XXX Patsel (2) | Self | OH |
| XXX Patsel (3) | Self | TN |
| XXX Clarke | Self | CO |
| XXX Edwards (2) | Self | FL |
| XXX Edwards (3) | Self | FL |
| XXX Ihde | Self | FL |
| XXX Greesh (2) | LLC | NH |
| XXX Greesh (3) | Self | NH |
| XXX Valenzuela | Self | IL |
| XXX Edwards (4) | Self | IL |
| XXX Krasaeath | LLC | IL |
| XXX Post | Self | IL |
| XXX Morgan (1) | Self | IL |
| XXX Morgan (2) | Self | IL |
| XXX Peters | Self | CO |
| XXX Firetto | Self | AZ |
| XXX Desrochers | Self | TX |

And here are the members of Bayview Capital Investments, LLC

| Bayview Capital Investments, LLC | | |
|---|---|---|
| Member | Investment Source (Self / LLC) | Address |
| XXX Quid (1) | Self | IL |
| XXX Quid (2) | Self | IL |