Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted Pro Hac Vice)
Sarah Levitan Perry, Esq. (Admitted Pro Hac Vice)
LOEB & LOEB LLC
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4000
pcolbath@loeb.com
sperry@loeb.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, )<br><br>Plaintiff, )<br><br>v. )<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.<br><br>Defendants. | Civil Action No. 23CV-79-SWS |

## DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, TERRA CRYPTO INC., BIT ORIGIN LTD., SONICHASH LLC (sic) (collectively, the "Defendants"), by their attorneys Hathaway & Kunz, LLP, and Loeb & Loeb LLP, and hereby amends its corporate disclosure statement pursuant to FED. R. CIV. P. 7.1:

- **Defendant MineOne Wyoming Data Center LLC** is a limited liability company with the following members:

  o *Yu & Jing Investment LLC*, a limited liability company that has Yu Jing, an individual residing in Texas, as its sole member.

  o *Rising Sun Properties LLC*, a limited liability company that has Dongsheng Tian, an individual residing in Texas, as its sole member.

  o *Oriental Sun Enterprises LLC*, a limited liability company that has Jason Sun, an individual residing in Texas, as its sole member.

  o *MineOne Data Center LLC*, a limited liability company with the following members:

    ▪ MineOne Cloud Computing Investment I L.P., a British Virgin Island limited partnership, comprised of the following partners:

      • Bit Origin Ltd., a defendant in this action and a publicly traded company whose details are set forth below.

      • Vantage International Group Limited, a Cayman corporation with its principal place of business in the Cayman Islands.

      • Jiaqi Li, an individual residing in China.

      • Commas International Holding LLC, a limited liability company with Yi Guo, an individual residing in China as its sole partner.

- AVVE SG Investment Pte. Ltd., a Singapore corporation with its principal place of business in Singapore.

- MineOne Partners Limited, a British Virgin Island corporation with its principal place of business in Wyoming.

- **Defendant MineOne Partners LLC** is a limited liability company with Jiaming Li, an individual residing in China, as its sole member.

- **Defendant SonicHash LLC** is a limited liability company with defendant Bit Origin Ltd., a defendant in this action and a publicly traded company whose details are set forth below, as its sole member.

- **Defendant Terra Crypto, Inc.** is a corporation incorporated in Delaware with its principal place of business in New York.  Terra Global Asset Management Holdings Inc. holds 10% or more of Terra Crypto, Inc. as a parent corporation.

- **Defendant Bit Origin Ltd**. is a publicly traded corporation incorporated in the Cayman Islands with its principal place of business in New York. No parent corporation or publicly held corporation holds 10% or more of Bit Origin Ltd.

DATED this 15th day of August, 2023.

HATHAWAY & KUNZ, LLP

By: */s/ Kari Hartman*
Sean Larson, Esq.
Kari Hartman, Esq.
2515 Warren Ave, Suite 500
Cheyenne, WY 82003
Telephone:  (307) 634-7723
Fax:  (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com

LOEB & LOEB LLP


By: */s/ Paula Colbath*
      Paula K. Colbath, Esq. (Admitted Pro Hac
      Vice)
      Sarah Levitan Perry, Esq. (Admitted Pro Hac
      Vice)
      345 Park Avenue
      New York, NY  10154
      Telephone: 212-407-4000
      pcolbath@loeb.com
      sperry@loeb.com

      *Attorneys for Defendants*

      *MINEONE WYOMING DATA CENTER LLC, a
      Delaware limited liability company;
      MINEONE PARTNERS LLC, a Delaware
      limited liability company; TERRA CRYPTO
      INC., a Delaware corporation; BIT ORGIN,
      LTD, a Cayman Island Company;
      SONICHASH LLC, a Delaware limited liability
      company; and JOHN DOES 1-20, related
      persons and companies who control or direct
      some or all of the named Defendants.*

**CERTIFICATE OF SERVICE**

    This is to certify that on the 15th day of August, 2023, the undersigned served a true and correct copy of the foregoing as follows:

| | | |
|---|---|---|
| Patrick J. Murphy | [ ✓ ] | CM/ECF |
| Scott C. Murray | [   ] | U.S. Mail |
| Williams, Porter, Day & Neville, P.C. | [   ] | Fax:  307-672-8955 |
| 159 N. Wolcott., Suite 400 | [   ] | E-mail: |
| Casper, WY 82601 | | |

                                        */s/Kari Hartman*

                                        HATHAWAY & KUNZ, LLP