# EXHIBIT
# 1

Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
        smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, )<br><br>Plaintiff, )<br><br>v. )<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, )<br><br>Defendants. ) | Civil No. 23-CV-79 |

## AFFIDAVIT OF JAMES QUID

COMES NOW your affiant, on his oath, and hereby states as follows:

1.  I am James Quid, age 34, and I am competent to provide this testimony.

1

2.     I am married to Jessica Quid. We live together at our home in Naperville, Illinois, at this address:

1904 Tufton Court
Naperville, IL 60564

We have continuously lived at this address since December 2021. I have resided and lived in Illinois for 32 of my 34 years.

3.     My wife Jessica Quid and I are the only two members – and managing members – of Bayview Capital Investments, LLC. Bayview Capital Investments, LLC is the sole managing member of CMV Global, LLC. These are two limited liability companies that I formed and organized under Wyoming law. Both of these limited liability companies are Wyoming limited liability companies, even though I live and reside in Illinois. Wyoming has very favorable laws for limited liability companies.

4.     CMV Global, LLC is, and has been, a member of Plaintiff BCB Cheyenne LLC since January 16, 2022. As one of two managing members of Bayview Capital Investments, LLC, which is the sole managing member of CMV Global, LLC, I know each and all the members of CMV Global, LLC.

5.     Bayview Capital Investments, LLC is, and has been, a member of Plaintiff BCB Cheyenne LLC since May 6, 2023. As one of two managing members of Bayview Capital Investments, LLC, I know each and all of the members of Bayview Capital Investments, LLC. At all times, the only two members of Bayview Capital Investments, LLC are myself and my wife, Jessica Quid.

6.     Michael Murphy, a member of BCB Cheyenne LLC, recently asked me to provide him with a list of all the members of CMV Global, LLC and Bayview Capital

2

Investments, LLC. I prepared a list of members, and I sent it to Mr. Murphy. A short time later, Mr. Murphy asked me to (1) reconfirm the accuracy of the CMV Global, LLC list (including the domiciles of the CMV Global, LLC members), (2) provide the full names of each individual member of CMV Global, LLC, (3) provide the names of the LLC members of CMV Global, LLC, (4) provide the full names and domiciles of each of the members of the LLC members of CMV Global, LLC, and (5) provide the names, state of incorporation, and principal place of business for any corporation members of CMV Global, LLC. Attached as **"Exhibit 1-A"** is the list of information that I subsequently sent to Mr. Murphy, which includes the aforementioned requested information. This list accurately identifies (a) all the members of CMV Global, LLC and Bayview Capital Investments, LLC, (b) the domicile of each individual member of the aforementioned LLCs, (c) the domicile of each member of the LLC members of CMV Global, LLC, and (d) the state of incorporation and principal place of business for the one corporation member of CMV Global, LLC.

7.      The attached list in **"Exhibit 1-A"** corrects the only two mistakes I made in the information I had initially provided to Mr. Murphy relating to the domicile of members of CMV Global, LLC: (a) the domicile of Tim Desrochers and (b) the domicile of the two members of Bayview Capital Investments, LLC.

8.      My mistake with respect to CMV Global, LLC member Tim Desrochers is that I originally stated that Mr. Desrochers is domiciled in "TX." I recalled that Mr. Desrochers lived in Texas sometime before the Covid-19 pandemic, so I listed "TX" as being Mr. Desrochers' domicile without asking or checking with Mr. Desrochers to see if

3

he still lived or resided in Texas.  Now, in the last few days, I have learned that Tim Desrochers has not lived or resided in Texas since before the Covid-19 pandemic began in March 2020, and that he has been living in Colorado since that time.  **"Exhibit 1-A"** accurately reflects Mr. Desrochers' domicile as Colorado.

9.    My mistake with respect to the members of CMV Global, LLC member Bayview Capital Investments, LLC is that I originally stated their domicile is "WY."  I mistakenly listed the state of organization of Bayview Capital Investments, LLC rather than the domicile of its individual members.  I have now provided the full names and domiciles of the only two members of Bayview Capital Investments, LLC, which are myself (James Quid) and my wife (Jessica Quid), who are both domiciled in Illinois.

10.    In preparing **"Exhibit 1-A,"** I have re-confirmed the following: (a) the domicile of all of the individual members of CMV Global, LLC, (b) the domicile of all of the members of the LLC members of CMV Global, LLC, and (c) the state of incorporation and principal place of business for the corporation member of CMV Global, LLC.  These domiciles (for individual members and members of LLC members of CMV Global, LLC) and the state of incorporation and principal place of business (for the corporation member) are correct as of May 3, 2023 when Plaintiff BCB Cheyenne LLC filed its Complaint against the Defendants.

FURTHER AFFIANT SAYETH NOT.

DATED this 21st day of August, 2023.

(SIGNATURE)

JAMES QUID 8.21.23

4

STATE OF ILLINOIS          )
                           )
COUNTY OF ~~WILL~~ Dupage )

       Before me, a Notary Public in and for the County of Will, State of Illinois, personally appeared James Quid, this _2 1_ day of August, 2023, and he being duly sworn by me upon his oath, says that the facts alleged in the foregoing instrument are true.

       Witness my hand and official seal:     _Khalaw Al Bqacen_
                                                      Notary Public

S
E
A
L

My Commission Expires: _Oc 1-/0 7/2024_

> KHALED ALBQAEEN
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Oct 7, 2024

# EXHIBIT
# 1-A

# EXHIBIT 1-A

| CMV Global, LLC | |
|---|---|
| **Member** | **Domicile** |
| **Lucas Clarke** | Colorado |
| **Tim Desrochers** | Colorado |
| **Beth Edwards** | Illinois |
| **Brennan Edwards** | Florida |
| **Ryan Edwards** | Florida |
| **Todd Edwards** | Florida |
| **Bryce Fincham** | Ohio |
| **Alan Firetto** | Arizona |
| **Arvind Greesh** | New Hampshire |
| **Zach Ihde** | Illinois |
| **James Lord** | Illinois |
| **Julie Lord** | Illinois |
| **Connor Morgan** | Illinois |
| **Martin Morgan** | Illinois |
| **Barney Patsel** | Tennessee |
| **Kalani Patsel** | Japan |
| **Lee Patsel** | Kentucky |
| **Jennifer Peters** | Colorado |
| **Josh Post** | Illinois |
| **Gregory Quid** | Illinois |
| **Aleksander Rendtslev** | Portugal |
| **Brian Stone** | Tennessee |
| **Nicole Valenzuela** | Illinois |
| **Bayview Capital Investments, LLC** | |
| James Quid | Illinois |
| Jessica Quid | Illinois |
| **Diversey Real Estate, LLC** | |
| Jack Krasaeath | Illinois |
| **QL Holdings, LLC** | |
| Ryan Quid | Illinois |
| Sean Lahart | Illinois |
| **Riberia, LLC** | |
| Anthony Rein | Arizona |
| **Rivers End Realty Group, LLC** | |
| Arvind Greesh | New Hampshire |
| David Palma | New Hampshire |
| **Sul Cap, LLC** | |
| Anthony Sullins | Arizona |
| **PBGG Investments, Inc.** | |
| Incorporated in Illinois | |
| Principal place of business in Illinois | |

| Bayview Capital Investments, LLC | |
|---|---|
| **Member** | **Domicile** |
| **James Quid** | Illinois |
| **Jessica Quid** | Illinois |

# EXHIBIT
# 2

Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
       smurray@wpdn.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF TIM DESROCHERS

1.      I am Tim Desrochers, age 33, and I am competent to provide this testimony.

2.      Attached to my Affidavit is **"Exhibit A."**  This is the document that was filed

with the Court on August 10, 2023 identifying the members, and the respective state

residence, or domicile, of members of CMV Global, LLC and Bayview Capital

1

Investments, LLC.  I did not prepare **"Exhibit A."**  As I understand it, James Quid prepared this document.  I did not review this document before it was filed with the Court on August 10, 2023.

3.      In **"Exhibit A,"** I am mis-identified as being domiciled in Texas.

4.      I last lived in Texas *before* the Covid-19 pandemic in an apartment that I rented.  I haven't lived in Texas since the Covid-19 pandemic took hold in March 2020.  I have not considered Texas my home, or domicile, since March, 2020.  I have no home or real property in Texas. I have never owned real property in Texas.  I have no bank account in Texas.  I have no Texas business, limited liability company, or any other kind of organization.

5.      In March 2020, when the lease for my apartment in Texas expired, I moved from my Texas apartment to my sister's house in Colorado.  My sister's house is at 7426 Matheson Drive, Fort Collins, Colorado.  Since March 2020, one hundred percent of my personal property and belongings have been, and continue to be, at my sister's house in Colorado.  Since March 2020, I have received, and continue to receive, my personal mail at my sister's house in Colorado.  Further, whenever I travel for work or pleasure, my place of return is my sister's house in Colorado.  As such, I consider my sister's house in Colorado to be my domicile.  I confirm that my sister's house in Colorado was my domicile on May 3, 2023, when this lawsuit was filed.

FURTHER AFFIANT SAYETH NOT.

DATED this ⎵4⎵ day of August, 2023.

_____
(SIGNATURE)

STATE OF COLORADO      )
                       )
COUNTY OF LARIMER      )

     Before me, a Notary Public in and for the County of Larimer, State of Colorado, personally appeared Tim Desrochers, this ⎵4⎵ day of August, 2023, and he being duly sworn by me upon his oath, says that the facts alleged in the foregoing instrument are true.

     Witness my hand and official seal: _____
                                             Notary Public

S
E        MISTY RUBY
A   NOTARY PUBLIC - STATE OF COLORADO
L      NOTARY ID 20234005512
     MY COMMISSION EXPIRES FEB 9, 2027

My Commission Expires: 02|09|2027

3

# EXHIBIT

# A

Here are the members of CMV Global, LLC:

| Member | Investment Source (Self / LLC) | Address |
|---|---|---|
| XXX Quid (1) | LLC | WY |
| XXX Fincham | Self | OH |
| XXX Stone | Self | TN |
| XXX Quid (2) | Self | IL |
| XXX Lord (1) | Self | IL |
| XXX Lord (2) | Self | IL |
| XXX Rein | LLC | AZ |
| XXX Sullins | LLC | AZ |
| XXX Greesh (1) | LLC | IL |
| XXX Rendtslev | Self | IL |
| XXX Edwards (1) | Self | FL |
| XXX Quid (3) | LLC | IL |
| XXX Patsel (1) | Self | KY |
| XXX Patsel (2) | Self | OH |
| XXX Patsel (3) | Self | TN |
| XXX Clarke | Self | CO |
| XXX Edwards (2) | Self | FL |
| XXX Edwards (3) | Self | FL |
| XXX Ihde | Self | FL |
| XXX Greesh (2) | LLC | NH |
| XXX Greesh (3) | Self | NH |
| XXX Valenzuela | Self | IL |
| XXX Edwards (4) | Self | IL |
| XXX Krasaeath | LLC | IL |
| XXX Post | Self | IL |
| XXX Morgan (1) | Self | IL |
| XXX Morgan (2) | Self | IL |
| XXX Peters | Self | CO |
| XXX Firetto | Self | AZ |
| XXX Desrochers | Self | TX |

And here are the members of Bayview Capital Investments, LLC

| Bayview Capital Investments, LLC | | |
|---|---|---|
| Member | Investment Source (Self / LLC) | Address |
| XXX Quid (1) | Self | IL |
| XXX Quid (2) | Self | IL |