# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

10:22 am, 8/30/23

BCB Cheyenne LLC

              Plaintiff,

vs.

MineOne Wyoming Data Center LLC et al

              Defendants.

Case Number: 1:23-CV-00079-ABJ

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 08/30/2023    Time: 9:02am - 9:32am

| Alan B. Johnson | Becky Harris | Jan Davis | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy, Scott Murray

Attorney(s) for Defendant(s)    Paula Colbath, Sean Larson, Kari Hartman

Other:

Hearing held via Zoom video-conference

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline: | 2/28/24 |
| Defendant Expert Witness Designation Deadline: | 4/15/24 |
| Discovery Due: | 8/7/24 |
| Other Fact Witness Deadline: | |
| Stipulation Deadline: | |
| Dispositive Motions Deadline | 9/6/24 |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challenges | |
| Dispositive Motions Response Deadline | 9/20/24 |

MINUTE SHEET STATUS CONFERENCE
1:23-CV-00079-ABJ

| | |
|---|---|
| Reply Deadline | 9/27/24 |
| Final Pretrial Conference Set: | 1/10/25 at 9:30 AM |
| Jury Trial Set: | 1/27/25 at 9:30 AM (2-wk Bench Trial) |
| Status Conference Set: | |

Other:

Self-Executing Routine Discovery: 9/15/23

Joint Final Pretrial Memo: 11/8/24

Motions in Limine: 11/8/24
Responses: 11/22/24
Replies: 12/2/24

Order to follow.