# EXHIBIT A

Plaintiff will file a *Motion for Leave of Court to File Exhibit A to Amended Complaint as Non-Public*. If the Court grants the *Motion,* Exhibit A will be filed separately as a non-public, supporting document and linked to the *Amended Complaint* in the CM/ECF system.