Patrick J. Murphy, WSB No. 7-1779
Scott C. Murry, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Telephone:   (307) 265-0700
Facsimile:    (307) 266-2306
Email:    pmurphy@wpdn.net
              smurray@wpdn.net

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company ) ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR EXHIBIT TO BE FILED AS A NON-PUBLIC DOCUMENT

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, through its counsel, and hereby moves this Court for an Order allowing "**Exhibit A**" to *Plaintiff's First Amended Complaint for Breach of Contract, Anticipatory Repudiation of Contract, Intentional Interference*

*with Contractual Relations, Alter Ego Liability, Enterprise Liability, and Lost Profits and Money Damages* ("*Amended Complaint*") to be filed as a non-public document ("*Motion*"). In support of this *Motion*, Plaintiff submits the following:

Plaintiff proposes to file and serve "**Exhibit A,**" a proprietary business document, as evidentiary support for its *Amended Complaint* filed on September 30, 2023 (Doc 50). This document – titled "Service Framework Agreement" – contains and describes confidential and proprietary information that is to be disclosed only to the parties to the Agreement. Further, paragraph 12 of the Service Framework Agreement defines the confidentiality required of the parties to the Agreement.

For these reasons, "**Exhibit A**" to the *Amended Complaint* should not be available to the public. The Plaintiff has an interest in this proprietary information remaining confidential and available only to the Court and the Parties in this lawsuit.

The "**Exhibit A**" that was filed with the *Amended Complaint* on 9/30/23 as Doc 50-1 was a "placeholder" for the Service Framework Agreement should the Court grant this *Motion*.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests an Order from this Court allowing "**Exhibit A**" of the *Amended Complaint* to be filed supplementally as a non-public document pursuant to U.S.D.C.L.R. 5.1(g).

Respectfully submitted this 5th day of October 2023.

                                          BCB CHEYENNE LLC d/b/a
                                          BISON BLOCKCHAIN,
                                          Plaintiff

                            By:   /s/ Patrick J. Murphy
                                   Patrick J. Murphy (WSB No. 5-1779)
                                   Scott C. Murray (WSB No. 7-4896)
                                   Williams, Porter, Day & Neville, PC
                                   Ph: (307) 265-0700
                                   pmurphy@wpdn.net
                                   smurray@wpdn.net

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 5th day of October 2023.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Ann Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |

                                      By:  /s/ Patrick J. Murphy
                                                    Patrick J. Murphy