

FILED

2:06 pm, 10/6/23
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company )<br><br>  Plaintiffs )<br><br>v. )<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, )<br><br>  Defendants. ) | Civil No. 23-CV-79 |

## ORDER GRANTING
## MOTION FOR EXHIBIT TO BE FILED AS A NON-PUBLIC DOCUMENT

**THIS MATTER** came before the Court upon Plaintiff's *Motion for Exhibit to be Filed as a Non-Public Document* ("*Motion*"). The Court, having considered the *Motion*, finds and orders as follows:

Plaintiff seeks to attach confidential and proprietary business information in the form of the Service Framework Agreement as "**Exhibit A**" to *Plaintiff's First Amended Complaint for Breach of Contract, Anticipatory Repudiation of Contract, Intentional Interference with*

-2-

*Contractual Relations, Alter Ego Liability, Enterprise Liability, and Lost Profits and Money Damages* ("*Amended Complaint*") (Doc 50), which was filed on September 30, 2023.

Although the information contained in "**Exhibit A**" supports the *Amended Complaint*, Plaintiff has a justified interest and good cause not to have his confidential and proprietary information placed on the Court's publicly-available electronic file management system.

The information contained in "**Exhibit A**" to Doc 50 will remain available only to the Court and Parties to this civil action.

IT IS THEREFORE ORDERED that the *Motion* is granted and "**Exhibit A**" to the *Amended Complaint* shall be filed as a non-public document.

ENTERED this 6th day of October, 2023.

Hon. Kelly H. Rankin
Chief U.S. Magistrate Judge