# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

V.                                          **Case Number:**

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a _____

in the above-entitled cause for:

_____

_____

_____

_____

_____

_____
Attorney for

_____
Date