**FILED**



*2:15 pm, 10/23/23*

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited
liability company

        V.                                **Case Number:**   23-CV-079

BITMAIN TECHNOLOGIES GEORGIA LIMITED,
a Georgia corporation; JOHN DOES
1-18, et al.

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a  **SUMMONS**

in the above-entitled cause for:

**BITMAIN TECHNOLOGIES GEORGIA LIMITED**

_____
Attorney for BCB Cheyenne LLC

**10-23-2023**
Date