Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Case No. 1:23-cv-00079-ABJ |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [DOC. NO. 50]**

Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC, by and through counsel, HATHAWAY & KUNZ, LLP, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, hereby request an extension of time of four (4) days, until October 31, 2023, to file their answers or responsive pleadings to *Plaintiff's First Amended Complaint for Breach of Contract, Anticipatory Repudiation of Contract, Intentional Interference with Contractual Relations, Alter Ego Liability, Enterprise Liability, and Lost Profits and Money Damages* [Doc. No. 50]. In support of this Motion, Defendants state as follows:

1. The deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint is October 27, 2023. Defendants request an additional four days to answer or otherwise respond to the First Amended Complaint given unanticipated scheduling issues.

2. The requested extension will not conflict with any scheduling or other order of the Court. This motion is made for good cause given counsel's schedule issues.

3. Counsel for Defendants has conferred with counsel for Plaintiff and there are no objections to filing the motion or to the extension.

WHEREFORE, Defendants request that they be granted an extension of time of four (4) days and until October 31, 2023, to serve their responsive pleadings to Plaintiff's *First Amended Complaint*.

DATED this 26th day of October, 2023.

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS

*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.*

## CERTIFICATE OF SERVICE

    This is to certify that on the 26th day of October, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy | [✓] CM/ECF |
| Scott C. Murray | [ ] Fax: |
| Williams, Porter, Day & Neville, P.C. | [ ] E-mail: |
| 159 N. Wolcott., Suite 400 | pmurphy@wpdn.net |
| P.O. Box 10700 (82602) | smurray@wpdn.net |
| Casper, WY 82601 | |

                                       */s/ Sean Larson*
                                       Hathaway & Kunz, LLP