AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN,
a Wyoming limited liability company,

*Plaintiff(s)*

v.

BITMAIN TECHNOLOGIES GEORGIA LIMITED, a
Georgia corporation; JOHN DOES 1-18, et al.

*Defendant(s)*

Civil Action No. 23-CV-079-J

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BITMAIN TECHNOLOGIES GEORGIA LIMITED
Though Its Registered Agent: Cogency Global Inc.
900 Old Rosewell Lakes Parkway, Suite 310
Atlanta, GA  30076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. Murphy
WILLIAMS, PORTER, DAY & NEVILLE, PC
159 North Wolcott Street, Suite 400
Casper, WY  82601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___10/23/2023___    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-079-J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BITMAIN TECHNOLOGIES GEORGIA LIMITED Regiestered Agent: COGENCY GLOBAL INC.** was received by me on *(date)* **10/24/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **SCOTT PERKINS**, who is designated by law to accept service of process on behalf of *(name of organization)* **BITMAIN TECHNOLOGIES GEORGIA LIMITED Registered Agent: COGENCY GLOBAL INC.** on *(date)* **October 25, 2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**Description: Sex: Male - Skin: Caucasian - Hair: Hat - Age:60's - Height: Sitting - Weight: 161-200 lbs**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **October 25, 2023**

*Server's signature*

**Haile Kahssu - Process Server**
*Printed name and title*

**4848 Memorial Dr. Suite D Stone Mountain, GA 30083**
*Server's address*

Additional information regarding attempted service, etc:
**SUMMONS; PLAINTIFFS FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, ANTICIPATORY REPUDIATION OF CONTRACT, INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS, ALTER EGO LIABILITY, ENTERPRISE LIABILITY, AND LOST PROFITS AND MONEY DAMAGES; EXHIBITS A,B,C**