# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN LTD, a Cayman Islands Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1–20, related persons and companies who control or direct some or all of the named Defendants.<br><br>Defendants. | **FILED**<br><br>3:25 pm, 11/8/23<br><br>**Margaret Botkins**<br>**Clerk of Court**<br><br>Civil Action No.  23-CV-79-J |

### ORDER GRANTING ADMISSION PRO HAC VICE OF ALEX INMAN AS COUNSEL FOR DEFENDANTS

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendants, Bit Origin Ltd, Bitmain Technologies Georgia Limited, Bitmain Technologies Holding Company, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc, Counter Claimants Bit Origin Ltd, MineOne Partners LLC, MineOne Wyoming Data Center LLC, SonicHash LLC, Terra Crypto Inc. pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of

admitting Alex Inman as Pro Hac Vice counsel in the District of Wyoming.  The Court has reviewed this matter, and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Alex Inman is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings.  Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 8th day of November, 2023.

_____
KELLY H. RANKIN,
UNITED STATES MAGISTRATE JUDGE