Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC., BIT ORIGIN
LTD, SONICHASH LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-SWS |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPNAY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO AMEND ORDER GRANTING ADMISSION PRO HAC VICE OF ALEX INMAN AS COUNSEL FOR DEFENDANTS [DOC 65]

Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC, by and through counsel, HATHAWAY & KUNZ, LLP, hereby request the Court amend its *Order Granting Admission Pro Hac Vice of Alex Inman as Counsel for Defendants* [DOC 65] for the reason that during the filing process of above-named Defendants' *Motion for Admission of Counsel to Appear Pro Hac Vice* [DOC 64], counsel for Defendants MineOne Wyoming Data Center, LLC, MineOne Partners, LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC, by human error, inadvertently selected all Defendants were being represented by Mr. Inman when in fact, his representation is only of Defendants MineOne Wyoming Data Center, LLC, MineOne Partners, LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Amend *Order Granting Admission Pro Hac Vice of Alex Inman as Counsel for Defendants* [DOC 65] be granted and the Court's docket report accurately reflect representation.

RESPECTFULLY SUBMITTED this 14th day of November, 2023.

        HATHAWAY & KUNZ, LLP

By: */s/ Sean M. Larson*
Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
2515 Warren Ave
Cheyenne, WY 82003
Telephone:  (307) 634-7723
Fax:  (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, TERRA CRYPTO, INC., BIT ORIGIN LTD, SONICHASH LLC

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of November, 2023, the undersigned served a true and correct copy of the foregoing as follows:

| | |
|---|---|
| Patrick J. Murphy | [ ✓ ] CM/ECF |
| Scott C. Murray | [ ] U.S. Mail |
| Williams, Porter, Day & Neville, P.C. | [ ] Fax: |
| 159 N. Wolcott., Suite 400 | [ ] E-mail: |
| Casper, WY 82601 | |

*/s/ Sean M. Larson*
HATHAWAY & KUNZ, LLP