IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPNAY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.<br><br>Defendants. | Civil Action No. 23CV-79-SWS |

## ORDER GRANTING MOTION TO AMEND ORDER GRANTING ADMISSION PRO HAC VICE OF ALEX INMAN AS COUNSEL FOR DEFENDANTS [DOC 65]

THIS MATTER, having come before the Court on Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC's *Motion to Amend Order Granting Admission Pro Hac Vice of Alex Inman as Counsel for Defendants [DOC 65]*, and the Court having considered the Motion and finding good cause, therefore, finds that the Motion should be and the same is hereby GRANTED.

IT IS ORDERED that the Court will amend its *Order Granting Admission Pro Hac Vice of Alex Inman as Counsel for Defendants* [DOC 65] to reflect Mr. Inman's representation of Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC, only and the Court will update its docket report to reflect the same.

DATED this _____ day of _____, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE