IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>　　　　Plaintiffs<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Islands Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Islands company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 23-CV-79<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF DEFAULT AGAINST

## DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED

THIS MATTER comes before the Clerk of the District Court on Plaintiff's November 16, 2023, *Application for the Clerk's Entry of Default Against Bitmain Technologies Georgia Limited*.

As Defendant Bitmain Technologies Georgia Limited has failed to answer or plead to the Plaintiff's First Amended Complaint, and time for doing so has expired, this Entry of Default is now entered against Defendant Bitmain Technologies Georgia Limited, a Georgia corporation.

Entered this _____ day of November, 2023.

BY THE CLERK: _____
Clerk of the District Court