IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company, et al.<br><br>    Defendants. | Case No. 1:23-cv-00079-ABJ |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants and Counterclaimants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin, Ltd. and SonicHash LLC and request that copies of all pleadings and notices be served upon me.

Dated: New York, New York
    November 28, 2023    LOEB & LOEB LLP

                By: */s/ Alex Inman*
                   Alex Inman
                   345 Park Avenue
                   New York, NY  10154
                   Tel.: 212.407.4000
                   ainman@loeb.com

                   *Attorneys for Defendants*
                   *MineOne Wyoming Data Center LLC,*
                   *MineOne Partners LLC, Terra Crypto Inc.,*
                   *Bit Origin, Ltd. and SonicHash LLC*