# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPNAY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.<br><br>          Defendants. | Civil Action No. 23CV-79-SWS |

## STIPULATED MOTION FOR PROTECTIVE ORDER

The above captioned parties, by and through their respective counsel respectfully request that the Court issue a protective order and informs the Court as follows:

1. The parties agree that certain documents are confidential and should only be produced pursuant to a valid court order.

2. The confidential documents may be relevant and a number of them should be disclosed.

3. The parties have attached to this filing a proposed protective order which balances the need for discovery with the necessary protections for the confidential documents.

Wherefore, the parties request the Court grant this motion and issue the attached protective order.

RESPECTFULLY SUBMITTED this 5th day of December, 2023.

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB #7-1779
Scott C. Murray, WSB #7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10770 (82602)
Casper, WY 82601
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
pmurphy@wpdn.net
smurray@wpdn.net

*Attorneys for Plaintiff*

By: /s/ Sean Larson
Sean Larson, WSB #7-5112
Kari Hartman, WSB #8-6507
HATHAWAY & KUNZ, LLP
2515 Warren Ave., Ste. 500
P.O. Box 1208 (82003)
Cheyenne, WY 82001
Telephone: (307) 634-7723
Facsimile: (307) 634-0985
sslarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4905
Facsimile: (212) 407-4990
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com

*Attorneys for MineOne Wyoming Data Center, LLC, MineOne Partners LLC, Terra Crypto, Inc., Bit Origin LTD, SonicHash LLC*