IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPNAY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. </br></br>　　　　　Defendants. | Civil Action No. 23CV-79-SWS |

## ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER

THIS MATTER having come before the Court on the filing of the parties' Stipulated Motion for Protective Order, and upon consideration thereof,

IT IS HEREBY ORDERED that the Protective Order is accepted and entered by the Court.

DATED _____

_____
Magistrate Judge Kelly H. Rankin
U.S. District Court Magistrate Judge