# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 23-CV-79 |
| ) | |
| **MINEONE WYOMING DATA CENTER LLC ET AL** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Kelly Brandt, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Systems Mechanical & Electrical Contractors, LLC in Sweetwater County, WY on December 7, 2023 at 5:13 pm at 1215 Secretariat Drive, Rock Springs, WY 82901-7158 by leaving the following documents with Misty McPherson who as Registered agent is authorized by appointment or by law to receive service of process for Systems Mechanical & Electrical Contractors, LLC.

Subpoena DT to Systems Mechanical & Electrical Contractors


White Female, est. age 45-54, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.6013717838,-109.2590135896
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Sweetwater County   ,
  WY    on   12/8/2023   .

/s/ *Kelly Brandt*
Signature
Kelly Brandt
+1 (307) 389-4578

