**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | }<br>}<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | }<br>} Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## *ENTRY OF APPEARANCE*

– 2 –

Please enter my appearance as attorney for Defendant Bitmain Technologies Georgia Limited in the above-captioned matter.

Dated: 11 December 2023.

HIRST APPLEGATE, LLP

BY: s/Khale J. Lenhart
**KHALE J. LENHART, #7-4693**
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com

### CERTIFICATE OF SERVICE

I certify the foregoing ***Entry of Appearance*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 11 December 2023, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 3 –

Paula Colbath, *Pro Hac Vice*  
Sarah Levitan Perry, *Pro Hac Vice*  
Loeb & Loeb, LLP  
345 Park Avenue  
New York, NY 10154  
pcolbath@loeb.com  
sperry@loeb.com  
*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash*

☐ U.S. MAIL  
☐ FED EX  
☐ FAX  
☐ HAND DELIVERED  
☐ EMAIL  
☒ E-FILE

_s/Norma J. Hubka_  
OF HIRST APPLEGATE, LLP  
Attorneys for Defendant Bitmain