## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN
vs.
Defendant:
MINEONE WYOMING DATA CENTER, LLC et al.

For: Hathaway & Kunz, P.C.

Received by Front Range Legal Process Service, Inc. on the 6th day of December, 2023 at 4:10 pm to be served on James Quid, 1904 Tufton Court, Naperville, IL 60564. I, MARK GLENA, do hereby affirm that on the 8th day of December, 20 23 at 11:15A .m., executed service by delivering a true copy of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT(S) in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE:

( ) SUBSTITUTE SERVICE: By Serving _____ Relationship is: _____
Who confirms the individual being served is a resident at the above address at the time of service.

( ) POSTING _____

( ) DESCRIPTION ) Age 33 Sex M Race White Height 160 Weight 5'9" Hair BRN Glasses ____

( ) NON SERVICE: See Comments Below

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 117-001734
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2023011417

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2f