UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79J |

## DECLARATION OF MARC FEINSTEIN

Marc Feinstein, being first duly sworn, on his oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, mfeinstein@omm.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the state of California (admitted 1992); the United States District Court

for the Central, Southern, and Northern Districts of California (admitted May 19, 1993, July 31, 2000, and July 28, 2017 respectively); and the United States Court of Appeals for the Ninth Circuit (admitted October 6, 1995).

3. No disciplinary proceedings are pending against me, and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Khale J. Lenhart, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 12 December 2023.

_____
MARC FEINSTEIN