**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } } | |
| Plaintiff, | } } | |
| vs. | } } | Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } } } } } | |
| Defendants. | } | |

### MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED

Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia"), pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, hereby moves this Court for an Order Setting Aside the *Entry of Default Against Defendant Bitmain Technologies Georgia Limited ("Entry of Default")* filed herein on November 17, 2023. Dismissal is appropriate for the reasons set forth in the *Memorandum in Support of Motion to Set Aside Entry of Default Against Defendant Bitmain Technologies Georgia Limited* ("*Memorandum in Support*"), filed contemporaneously herewith.

Furthermore, pursuant to U.S.D.C.L.R. 7.1(b)(1)(A), counsel certifies that it has conferred with opposing counsel and that opposing counsel opposes the *Motion to Set Aside Entry of Default Against Defendant Bitmain Technologies Georgia Limited*. The specific efforts undertaken to confer with opposing counsel are set forth in the "Relevant Facts" section of the *Memorandum in Support*.

**WHEREFORE**, Defendant Bitmain Georgia respectfully requests the Court find good cause to grant the *Motion to Set Aside Entry of Default Against Bitmain Technologies Georgia Limited* and allow Bitmain to defend this matter on its merits.

Dated:  13 December 2023.

>BITMAIN TECHNOLOGIES GEORGIA
>LIMITED, Defendant
>
>BY:  s/Khale J. Lenhart
>   **KHALE J. LENHART, #7-4693**
>   **TYSON R. WOODFORD, #8-6650**
>   OF HIRST APPLEGATE, LLP
>   Attorneys for Defendant Bitmain Georgia
>   P. O. Box 1083
>   Cheyenne, WY 82003-1083
>   Phone: (307) 632-0541
>   Fax: (307) 632-4999
>   klenhart@hirstapplegate.com
>   twoodford@hirstapplegate.com

### CERTIFICATE OF SERVICE

I certify the foregoing *Motion to Set Aside Entry of Default Against Defendant Bitmain Technologies Georgia Limited* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 13 December 2023, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

                         /s/ Norma J. Hubka
                         OF HIRST APPLEGATE, LLP
                         Attorneys for Defendant Bitmain Georgia