# *DECLARATION OF YILIANG GUO*
# *12/12/23*

**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>  Defendants. | Civil No. 23-CV-79J |

**DECLARATION OF YILIANG GUO IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED**

I, Yiliang Guo, declare as follows:

1. I am an employee of Bitmain Technologies Inc. (北京比特大陆科技有限公司). I submit this declaration in support of Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside Entry of Default. I have personal knowledge of the facts set forth herein, and if called upon to do so could competently testify thereto.

2. I have been employed by Bitmain Technologies Inc. since April 2018. I am responsible for business development relating to data center hosting services of Bitmain Technologies Georgia Limited ("Bitmain Georgia") in the United States.

3. Bitmain Technologies Georgia Limited ("Bitmain Georgia") is involved in the business of mining for Bitcoin.

4. Bitmain Georgia and MineOne Wyoming Data Center LLC ("MineOne") entered into a Service Framework Agreement (the "Agreement"), dated March 10, 2023. Under the Agreement, Bitmain Georgia agreed to deliver 9,800 S19XP Bitcoin mining machines (the "Machines") to a data center facility located at 635 Logistics Drive, Cheyenne, Wyoming 82009 (the "Data Center Facility") and pay monthly hosting fees for the power consumption of the Machines. In exchange, MineOne agreed to provide sufficient hosting capacity for the Machines and ensure that the Data Center Facility was connected to electrical power and in standard operational condition by a certain date.

5. Pursuant to the Agreement, Bitmain Georgia delivered 9,800 S19XP Bitcoin mining machines to the Data Center Facility.

6. At no point did Bitmain Georgia engage in any actions with the intent to disrupt or otherwise interfere with any contract that may exist between MineOne and BCB Cheyenne LLC ("BCB") or between Terra Crypto Inc. ("Terra") and BCB, including any actions to cause MineOne to breach any contract that may exist between MineOne and BCB or Terra to breach any contract that may exist between Terra and BCB.

7. Bitmain Georgia's actions in regard to the project that is the subject of the Agreement have been reasonable and justified.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12 day of December 2023 in Beijing, China.



3