# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

11:29 am, 12/13/23

Margaret Botkins
Clerk of Court

| | |
|---|---|
| BCB CHEYENNE LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Civil Action No. 23-cv-00079-ABJ |
| | ) |
| MINEONE WYOMING DATA | ) |
| CENTER LLC, et al, | ) |
| | ) |
| Defendant(s). | ) |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF
## MARC FEINSTEIN AND WILLIAM K. PAO
## AS COUNSEL FOR DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant, Bitmain Technologies Georgia Limited, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Marc Feinstein and William K. Pao as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Marc Feinstein and William K. Pao are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 13th day of December, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE