**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | }<br>}<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | } Civil No. 23-CV-79J<br>} |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Defendants. | }<br>} |

## *NOTICE OF COMPLEXITY OF CIVIL CASE*

– 2 –

Pursuant to U.S.D.C. Local Rule 16.4, the Defendant, Bitmain Technologies Georgia Limited, hereby notifies the Court and opposing parties that the above named civil case is:

   ✓    NON-COMPLEX        _____ COMPLEX

Dated: 13 December 2023.

BITMAIN TECHNOLOGIES GEORGIA LIMITED, Defendant

BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4693**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing *Notice of Complexity of Civil Case* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 13 December 2023, and that copies were served as follows:

Patrick J. Murphy, #5-1779
Scott C. Murray, #7-4896
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, WY 82602-3902
pmurphy@wpdn.net
smurray@wpdn.net
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

– 3 –

| | |
|---|---|
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

      s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain