UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:23-cv-00079-ABJ |
| v. | ) ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William K. Pao of O'Melveny & Myers LLP hereby enters his appearance in the above-captioned matter as counsel for Defendant Bitmain Technologies Georgia Limited, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
O'MELVENY & MYERS LLP

400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:     +1 213 430 6000

William K. Pao was admitted *pro hac vice* to practice before the United States District Court for the District of Wyoming on December 13, 2023.  (Dkt. No. 83).

Dated: December 14, 2023             O'MELVENY & MYERS LLP


                                     By:  /s/ William K. Pao
                                          William K. Pao

                                     Attorneys for Defendant Bitmain Technologies Georgia Limited