# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** <br><br> *Plaintiff* <br><br> v. <br><br> **MINEONE WYOMING DATA CENTER LLC ET AL** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-CV-79 |

## AFFIDAVIT OF SERVICE

I, Robert Jones, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Crypto Cache, LLC d/b/a CEGEN in New Castle County, DE on December 11, 2023 at 9:33 am at Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801 by leaving the following documents with Chimera Brooks who as Intake Specialists at The Corporation Trust Company is authorized by appointment or by law to receive service of process for Crypto Cache, LLC d/b/a CEGEN.

Subpoena Duces Tecum to Crypto Cache, LLC


Black or African American Female, est. age 25-34, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7482516,-75.5477775
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in New Castle County, DE on 12/12/2023.

/s/ *Robert Jones*

Signature
Robert Jones
+1 (302) 525-9691

