# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 23-CV-79 |
| **MINEONE WYOMING DATA CENTER LLC ET AL** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Terra Global Asset Management Holdings, LLC in Kent County, DE on December 11, 2023 at 10:12 am at 614 N. Dupont Hwy, Suite 210, Dover, DE 19901 by leaving the following documents with Heather Stewart who as Controller at Cope 1 inc is authorized by appointment or by law to receive service of process for Terra Global Asset Management Holdings, LLC.

Subpoena Duces Tecum to Terra Global Asset Management Holdings, LLC

Additional Description:
Heather Stewart controller for registered agent corporate one Inc documents. On December 11, 2023 at 10:02 AM

White Female, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.1768984963,-75.5256876257
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Kent County  ,   DE   on   12/12/2023  .

/s/ *Brendan Bellamy*

Signature
Brendan Bellamy
+1 (302) 359-8255

Exhibit 1a)

