# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** | ) ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 23-CV-79 |
| **MINEONE WYOMING DATA CENTER LLC ET AL** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Universal Capital Holdings Group Inc. in Kent County, DE on December 11, 2023 at 10:11 am at 614 N Dupont Hwy, Suite 210, Dover, DE 19901 by leaving the following documents with Heather Stewart who as Controller at Corp 1 inc is authorized by appointment or by law to receive service of process for Universal Capital Holdings Group Inc..

Subpoena Duces Tecum to Universal Capital Holdings Group Inc.

Additional Description:
Heather Stewart controller for registered agent corporate one Inc documents. On December 11, 2023 at 10:02 AM.

White Female, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.1770422227,-75.5258202738
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Kent County  ,   DE   on   12/12/2023  .

/s/ *Brendan Bellamy*

Signature
Brendan Bellamy
+1 (302) 359-8255

Exhibit 1a)

