# UNITED STATES DISTRICT COURT
for the
DISTRICT OF WYOMING

| | | |
|---|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** | ) ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 23-CV-79 |
| **MINEONE WYOMING DATA CENTER LLC ET AL.** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, George Gliem, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Affie Ellis in Laramie County, WY on December 14, 2023 at 2:28 pm at Brownstein Hyatt Farber Schreck (Law Office), 1807 Capitol Avenue, Suite 203, Cheyenne, WY 82001 by personal service by handing the following documents to an individual identified as Affie Ellis.

Subpoena Duces Tecum to Affie Ellis
Exhibit A to Subpoena Duces Tecum to Affie Ellis


American Indian or Alaska Native Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.1350629153,-104.8167745584
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Laramie County  ,
  WY   on   12/15/2023  .

/s/ *George Gliem*
_____
Signature
George Gliem
+1 (307) 221-8333



Exhibit 1a)