# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**MINEONE WYOMING DATA CENTER LLC ET AL** )<br>)<br>*Defendant* ) | Civil Action No. 23-CV-79 |

## AFFIDAVIT OF SERVICE

I, George Gliem, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Anthony Apollo in Laramie County, WY on December 14, 2023 at 2:40 pm at Wyoming Stable Token Commission, 2323 Carey Avenue, Idelman Mansion, Cheyenne, WY 82002 by personal service by handing the following documents to an individual identified as Anthony Apollo.

Subpoena Duces Tecum to Anthony Apollo
Exhibit A to Subpoena Duces Tecum to Anthony Apollo

White Male, est. age 35-44, glasses: Y, No Hair hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.1391404597,-104.8208013923
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Laramie County_____,
__WY____ on __12/15/2023_____.

/s/ *George Gliem*
―――――――――――――――――――
Signature
George Gliem
+1 (307) 221-8333



Exhibit 1a)