AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  Civil Action No. 23CV-79-ABJ

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* Tim Desrochers
on *(date)* 12/7/2023.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____
on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Made 4 attempts, and no one ever answered the door. I left my contact info on door each time.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/15/2023

*Server's signature*

Kourtney D. Potter-Acord, PSC-13407
*Printed name and title*

P.O. Box 11042; Killeen, TX 76547
*Server's address*

Additional information regarding attempted service, etc.:

Attempts @ 2711 Baldwin Dr.; Arlington, TX 76012-5306

12/8 @ 8:10 AM: No answer @ door, no vehicles.

12/9 @ 6:02 PM: No answer @ door, no vehicles.

12/11 @ 7:04 PM: No answer @ door, no vehicles.

12/12 @ 5:08 PM: Someone in house, but no one answered door. No vehicles.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Wyoming

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN )<br>*Plaintiff* )<br>v.  )<br>  )<br>MINEONE WYOMING DATA CENTER, LLC et al. )<br>*Defendant* ) | Civil Action No. Civil Action No. 23CV-79-ABJ |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Tim Desrochers, 2711 Baldwin Drive, Arlington, TX 76012-5306

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: Hathaway & Kunz, LLP, P.O. Box 1208, Cheyenne, WY 82003-1208; email: SLarson@hkwyolaw.com | Date and Time: 12/18/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/05/2023

*CLERK OF COURT*

OR _____

_____                                           _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* MineOne Wyoming Terra Crypto Inc., Bit Origin Ltd., and SonicHash LLC _____, who issues or requests this subpoena, are:

Sean M. Larson, P.O. Box 1208, Cheyenne, WY 82003-1208; slarson@hkwyolaw.com; 307-634-7723

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).