Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
　　　　smurray@wpdn.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,                            . | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S RESPONSE AND OPPOSITION TO BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO SET ASIDE THE DEFAULT

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, through its counsel, and hereby submits its Response and Opposition to Defendant Bitmain Technologies Georgia Limited's *Motion to Set Aside Entry of Default* (Docs. 81 and 82). Plaintiff relies on the following materials to support its Response and Opposition:

1.      Plaintiff's Response Memorandum;

2.      Affidavit of Patrick J. Murphy;

3.      Declaration of Sean P. Murphy, and all of the exhibits attached thereto; and,

4.      The audiovisual file of the 3/7/23 recorded call with and among Jiaming Li, Erick Rengifo, Michael Murphy, and Emory Pattersen, IV.

WHEREFORE, Plaintiff BCB Cheyenne LLC d/b/a/ Bison Blockchain respectfully requests the Court to deny Bitmain Technologies Georgia Limited's Motion Set aside the Clerk's Entry of Default. Good cause does not exist to set aside the default.

DATED this 21st day of December, 2023.

> BCB CHEYENNE LLC d/b/a
> BISON BLOCKCHAIN,
>
> Plaintiff
>
> By:     /s/ Patrick J. Murphy
>         Patrick J. Murphy (WSB No. 5-1779)
>         Scott C. Murray (WSB No. 7-4896)
>         Williams, Porter, Day & Neville, PC
>         159 N Wolcott St. Suite 400
>         Casper, WY 82601
>         Ph: (307) 265-0700
>         pmurphy@wpdn.net
>         smurray@wpdn.net
>
>         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 The undersigned does hereby certify that a true and correct copy of ***Plaintiff's Response and Opposition to Bitmain Technologies Georgia Limited's Motion to Set Aside the Default*** was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 21st day of December, 2023.

Sean M. Larson, WSB No. 7-5112
Kari Hartman, WSB No. 8-6507
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY 82001
slarson@hkwyolaw.com

☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☒ CM/ECF Email

Paula Colbath, *Pro Hac Vice*
Sarah Levitan Perry, *Pro Hac Vice*
Alex Inman, *Pro Hac Vice*
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com

☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☒ CM/ECF Email

Khale J. Lenhart, WSB No. 7-4581
Tyson R. Woodford, WSB No. 8-6650
HIRST APPLEGATE LLP
1720 Carey Ave. Room 400
P.O. BOX 1083
Cheyenne, WY 82003
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☒ CM/ECF Email

Marc Feinstein, *Pro Hac Vice*
William Pao, *Pro Hac Vice*
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA 90071-2899
mfeinstein@omm.com
wpao@omm.com

☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☒ CM/ECF Email

/s/ Patrick J. Murphy
Patrick J. Murphy