BCB Cheyenne LLC v. MineOne Data Center LLC et al.,
1:23-CV-00079-ABJ

## VIDEO RECORDING OF 3/7/2023 MEETING

Submitted as an Exhibit to Plaintiff's Opposition to Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside Default