UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>Defendants. | Civil No. 23-CV-79J |

## ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO SET ASIDE THE ENTRY OF DEFAULT

THIS MATTER came before the Court on Defendant Bitmain Technologies Georgia Limited's (hereinafter "Bitmain Georgia"), *Motion to Strike Plaintiff's Response Memorandum in Opposition to Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside the Entry of Default* ("*Plaintiff's Opposition Memorandum*"), and the Court finding good cause to grant the Motion:

IT IS ORDERED that Bitmain Georgia's *Motion to Strike Plaintiff's Response Memorandum in Opposition to Defendant Bitmain Technologies Georgia Limited's Motion to Set Aside the Entry of Default* is granted.

Dated: _____.

_____
KELLY H. RANKIN, United States Magistrate Judge