Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC., BIT ORIGIN
LTD, SONICHASH LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-SWS |

## NOTICE OF SERVICE OF SUBPOENA *DUCES TECUM*

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC,

Terra Crypto Inc., Bit Origin Ltd, and SonicHash LLC, by and through counsel, HATHAWAY &

KUNZ, LLP, and LOEB & LOEB LLC, and provide notice that the attached Subpoena will be

served on Tim Desrochers.

DATED this 3rd day of January, 2024.

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS

*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORGIN, LTD, a Cayman Island Company;*

*SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 3rd day of January, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy        [✓ ] CM/ECF
Scott C. Murray        [   ] Fax:
Williams, Porter, Day & Neville, P.C.        [   ] E-mail:
159 N. Wolcott., Suite 400        pmurphy@wpdn.net
P.O. Box 10700 (82602)        smurray@wpdn.net
Casper, WY 82601

Khale J. Lenhart        [✓ ] CM/ECF
Tyson R. Woodford        [   ] Fax:
Hirst Applegate, LLP        [   ] E-mail:
P. O. Box 1083        klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083        twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*        [✓ ] CM/ECF
William K. Pao, *pro hac vice*        [   ] Fax:
O'Melveny & Myers, LLP        [   ] E-mail:
400 South Hope Street, 18th Floor        mfeinstein@omm.com
Los Angeles, CA 90071        wpao@omm.com

*/s/ Sean Larson*
Hathaway & Kunz, LLP