## Exhibit A to Subpoena Issued to Tim Desrochers

*Request No. 1*

Produce a copy of any current driver's license(s) you hold, as well as any driver's license you have held from any state during the years 2021, 2022, and 2023.

*Request No. 2*

Produce a copy of your filed federal tax returns for the years 2021, 2022, and 2023. The term "you" includes any entity of which you are an owner.

*Request No. 3*

Produce a copy of any state or other local tax return(s) you filed in 2021, 2022, and 2023. The term "you" includes any entity of which you are an owner.

*Request No. 4*

Produce a copy of any deed(s) for any real estate you own in any state. The term "you" includes any entity of which you are an owner.

*Request No. 5*

Produce a copy of any lease for any residential or commercial real estate you currently lease or have leased for any period during 2021, 2022, and 2023. The term "you" includes any entity of which you are an owner.

*Request No. 6*

Produce documents which demonstrate where you have registered to vote and/or have voted in 2021, 2022, and 2023.

*Request No. 7*

Produce all vehicle titles for which you are a registered owner from any state for the years 2021, 2022, and 2023. The term "you" includes any entity of which you are an owner.