## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 2nd day of January, 2024 at 4:41 pm to be served on **Tim Desrochers, 7426 Matheson Drive, Fort Collins, CO**.

I, James Archuleta, do hereby affirm that on the **15th day of January, 2024** at **1:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **Tim Desrochers** at the address of: **7426 Matheson Drive, Fort Collins, CO**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 180, Hair: Black, Glasses: .

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

**James Archuleta**
Process Server

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2024000099