Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email:   pmurphy@wpdn.net
         smurray@wpdn.net

*Attorneys for Plaintiff BCB Cheyenne LLC*
*d/b/a Bison Blockchain*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-CV-79-ABJ |

## BCB CHEYENNE, LLC, d/b/a BISON BLOCKCHAIN'S NOTICE OF INTENT TO SERVE ITS FIRST AMENDED SUBPOENA UPON CHEYENNE LIGHT, FUEL, AND POWER COMPANY D/B/A BLACK HILLS ENERGY, A SUBSIDIARY OF BLACK HILLS CORPORATION

COMES NOW Plaintiff BCB Cheyenne, LLC d/b/a Bison Blockcahin, through its counsel, Patrick J. Murphy and Scott C. Murray of *WILLIAMS, PORTER, DAY & NEVILLE, P.C.,* and gives this *Notice of Intent to Serve its First Amended Subpoen*a attached hereto as "Exhibit A" upon Cheyenne Power, Fuel, and Light Company ("CLFPC") (d/b/a Black Hills Energy), a subsidiary of Black Hills Corporation.  BCB gives further notice that it withdraws its original records subpoena dated November 29, 2023 to Black Hills Energy.  This First Amended Subpoena supersedes and replaces BCB's original records subpoena to Cheyenne Power, Fuel and Light Company d/b/a Black Hills Energy of November 29, 2023.

DATED this 18th day of  January, 2024.

BCB CHEYENNE LLC d/b/a
BISON BLOCKCHAIN,

Plaintiff

By: _____

Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, PC
159 N. Wolcott, Ste. 400
Casper, WY 82601
(307) 265-0700
pmurphy@wpdn.net
smurray@wpdn.net

*Attorneys for Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January 2024, a true and correct copy of the foregoing document was served as follows:

Todd Brink
Cheyenne Light, Fuel, and Power Company, LLC
Black Hills Service Company, LLC
7001 Mt. Rushmore Rd.
Rapid City, SD 57709
Todd.Brink@blackhillscorp.com

☐ CM/ECF Electronic Filing
☐ U.S. Mail, Postage Prepaid
☐ Overnight Delivery
☐ Hand Delivery
☐ Facsimile
✗ E-Mail

Sean M. Larson, WSB No. 7-5112
Kari Hartman, WSB No. 8-6507
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY 82001
slarson@hkwyolaw.com

☒ CM/ECF Electronic Filing
☐ U.S. Mail, Postage Prepaid
☐ Overnight Delivery
☐ Hand Delivery
☐ Facsimile
☐ E-Mail

Paula Colbath, *Pro Hac Vice*
Sarah Levitan Perry, *Pro Hac Vice*
Alex Inman, *Pro Hac Vice*
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com

☒ CM/ECF Electronic Filing
☐ U.S. Mail, Postage Prepaid
☐ Overnight Delivery
☐ Hand Delivery
☐ Facsimile
☐ E-Mail

Khale J. Lenhart, WSB No. 7-4581
Tyson R. Woodford, WSB No. 8-6650
HIRST APPLEGATE LLP
1720 Carey Ave. Room 400
P.O. BOX 1083
Cheyenne, WY 82003
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

☒ CM/ECF Electronic Filing
☐ U.S. Mail, Postage Prepaid
☐ Overnight Delivery
☐ Hand Delivery
☐ Facsimile
☐ E-Mail

Marc Feinstein, *Pro Hac Vice*
William Pao, *Pro Hac Vice*
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA 90071-2899
mfeinstein@omm.com  wpao@omm.com

☒ CM/ECF Electronic Filing
☐ U.S. Mail, Postage Prepaid
☐ Overnight Delivery
☐ Hand Delivery
☐ Facsimile
☐ E-Mail

By: _____
Patrick J. Murphy