Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
         smurray@wpdn.net

*Attorneys for Respondent James Quid*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 23-CV-79-ABJ |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### JAMES QUID'S NOTICE OF COMPLIANCE WITH DEFENDANTS' RECORDS SUBPOENA SERVED ON JAMES QUID

1

COMES NOW James Quid, through his counsel, Patrick Murphy and Scott Murray, and hereby provides the Court and all Parties with Notice of Mr. Quid's Compliance with the records subpoena that was personally served on Mr. Quid on December 8, 2023.  Mr. Quid shows the Court as follows:

1. At the informal telephonic discovery conference with the Honorable Kelly Rankin on January 10, 2024, the Court ordered that Mr. Quid respond to the records subpoena that was served on Mr. Quid (CM/ECF Doc. 104) ("James Quid has been served with a subpoena and shall respond within 14 days").

2. There are two requests in the Subpoena served on James Quid.  These two requests are stated, verbatim, below:

**Exhibit A to Subpoena Issued to James Quid**

*Request No. 1*

Produce all documents in your possession, custody, or control concerning Tim Desrochers' state of domicile as of the date of August 10, 2024.

*Request No. 2*

Produce all documents you received concerning Tim Desrochers' state of domicile after the date of August 10, 2024.  This includes all communications with individuals acting for BCB Cheyenne d/b/a Bison Blockchain.

3. Through the 1/10/24 agreement of counsel, the two requests were corrected to say "August 10, 2023" not "August 10, 2024."

4. Mr. Quid then performed a diligent search for any documents responsive to Request No. 1 and Request No. 2 above.

5. With respect to Request No. 1, Mr. Quid found – and produces here – the two documents responsive to Request No. 1.  They are attached as **"Exhibit 1**."

6.      With respect to Request No. 2, Mr. Quid found – and produces here – the document responsive to Request No. 2.  It is attached as **"Exhibit 2."**

RESPECTFULLY SUBMITTED this 24th day of January 2024.

        JAMES QUID,

        Respondent

By:    /s/ Patrick J. Murphy
        Patrick J. Murphy (WSB No. 5-1779)
        Scott C. Murray (WSB No. 7-4896)
        Williams, Porter, Day & Neville, PC
        159 N Wolcott St. Suite 400
        Casper, WY 82601
        Ph: (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

*Attorneys for Respondent James Quid*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 24th day of January 2024.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [ ] U. S. Mail (prepaid)<br>[ x ] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com | [ ] U. S. Mail (prepaid)<br>[ x ] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>William Pao, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>wpao@omm.com | [ ] U. S. Mail (prepaid)<br>[ x ] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581<br>Tyson R. Woodford, WSB No. 8-6650<br>HIRST APPLEGATE LLP<br>1720 Carey Ave. Room 400<br>P.O. BOX 1083<br>Cheyenne, WY 82003<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com | [ ] U. S. Mail (prepaid)<br>[ x ] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |

/s/Patrick J. Murphy
Patrick J. Murphy