# EXHIBIT 1

# PurLeaf Holdings, LLC.
## MEMBER CONTACT & BENEFICIARY INFO

**Full Legal Name:** Tim Desrochers

**Primary Phone #:** 706-206-1323

**Secondary Phone #:** N/A

**Email Address:** Tim.J.Desrochers@Outlook.com

**Home Address:**
Mailing Address - 1401 Lavaca Street, Unit #242, Austin, TX, 78701
Legal Address - 7426 Matheson Drive, Fort Collins, CO, 80525

**Beneficiary Full Name:** Caroline Free

**Beneficiary Relationship:** Sister

**Beneficiary Phone #:** (404) 307-2323

**Beneficiary Email:** carolinedesrochers@gmail.com

**Beneficiary Home Address:** 7426 Matheson Drive, Fort Collins, CO, 80525

*PurLeaf Holdings, LLC.*
*1320 N. Wolcott Ave. Unit # 3 Chicago, IL 60622*
*(708) 899-1288*

## EXHIBIT B

## BENEFICIARY DESIGNATION

I am a Member of PurLeaf Investments, LLC. If I die, and pursuant to the Operating Agreement for PurLeaf Investments, LLC, I designate the following individual as the beneficiary to my Membership Interest in PurLeaf Investments, LLC.

Beneficiary Name: Caroline Froe

Beneficiary Address: 7426 Matheson Drive
Fort Collins, CO, 80525

Beneficiary Phone: 404-307-2323

By signing this Beneficiary Designation, I authorize PurLeaf Investments, LLC to rely upon the information set forth above.

Tim Desrochers
Member Name

*[signature]*
Member Signature

4/23/21
Date

Operating Agreement of PurLeaf Holdings, LLC
Page 17 of 17

Initials *JQ*

# EXHIBIT 2

Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
       smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF TIM DESROCHERS

1. I am Tim Desrochers, age 33, and I am competent to provide this testimony.

2. Attached to my Affidavit is **"Exhibit A."** This is the document that was filed with the Court on August 10, 2023 identifying the members, and the respective state residence, or domicile, of members of CMV Global, LLC and Bayview Capital

1

Investments, LLC. I did not prepare **"Exhibit A."** As I understand it, James Quid prepared this document. I did not review this document before it was filed with the Court on August 10, 2023.

3. In **"Exhibit A,"** I am mis-identified as being domiciled in Texas.

4. I last lived in Texas *before* the Covid-19 pandemic in an apartment that I rented. I haven't lived in Texas since the Covid-19 pandemic took hold in March 2020. I have not considered Texas my home, or domicile, since March, 2020. I have no home or real property in Texas. I have never owned real property in Texas. I have no bank account in Texas. I have no Texas business, limited liability company, or any other kind of organization.

5. In March 2020, when the lease for my apartment in Texas expired, I moved from my Texas apartment to my sister's house in Colorado. My sister's house is at 7426 Matheson Drive, Fort Collins, Colorado. Since March 2020, one hundred percent of my personal property and belongings have been, and continue to be, at my sister's house in Colorado. Since March 2020, I have received, and continue to receive, my personal mail at my sister's house in Colorado. Further, whenever I travel for work or pleasure, my place of return is my sister's house in Colorado. As such, I consider my sister's house in Colorado to be my domicile. I confirm that my sister's house in Colorado was my domicile on May 3, 2023, when this lawsuit was filed.

2

FURTHER AFFIANT SAYETH NOT.

DATED this \4 day of August, 2023.

_____
(SIGNATURE)

STATE OF COLORADO      )
                       )
COUNTY OF LARIMER      )

Before me, a Notary Public in and for the County of Larimer, State of Colorado, personally appeared Tim Desrochers, this 14 day of August, 2023, and he being duly sworn by me upon his oath, says that the facts alleged in the foregoing instrument are true.

Witness my hand and official seal:     _____
                                                    Notary Public

S
E
A
L

MISTY RUBY
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20234005512
MY COMMISSION EXPIRES FEB 9, 2027

My Commission Expires: 02/09/2027

3

# EXHIBIT A

Here are the members of CMV Global, LLC:

| Member | Investment Source (Self / LLC) | Address |
|---|---|---|
| XXX Quid (1) | LLC | WY |
| XXX Fincham | Self | OH |
| XXX Stone | Self | TN |
| XXX Quid (2) | Self | IL |
| XXX Lord (1) | Self | IL |
| XXX Lord (2) | Self | IL |
| XXX Rein | LLC | AZ |
| XXX Sullins | LLC | AZ |
| XXX Greesh (1) | LLC | IL |
| XXX Rendtslev | Self | IL |
| XXX Edwards (1) | Self | FL |
| XXX Quid (3) | LLC | IL |
| XXX Patsel (1) | Self | KY |
| XXX Patsel (2) | Self | OH |
| XXX Patsel (3) | Self | TN |
| XXX Clarke | Self | CO |
| XXX Edwards (2) | Self | FL |
| XXX Edwards (3) | Self | FL |
| XXX Ihde | Self | FL |
| XXX Greesh (2) | LLC | NH |
| XXX Greesh (3) | Self | NH |
| XXX Valenzuela | Self | IL |
| XXX Edwards (4) | Self | IL |
| XXX Krasaeath | LLC | IL |
| XXX Post | Self | IL |
| XXX Morgan (1) | Self | IL |
| XXX Morgan (2) | Self | IL |
| XXX Peters | Self | CO |
| XXX Firetto | Self | AZ |
| XXX Desrochers | Self | TX |

And here are the members of Bayview Capital Investments, LLC

| Bayview Capital Investments, LLC | | |
|---|---|---|
| Member | Investment Source (Self / LLC) | Address |
| XXX Quid (1) | Self | IL |
| XXX Quid (2) | Self | IL |

2