# EXHIBIT 4

# TEXAS CERTIFICATE OF TITLE

**TxDMV**

TEXAS DEPARTMENT OF MOTOR VEHICLES

160266975

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTYE1CM6HKA61278 | 2017 | FORD | CG |

| | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|
| | 22731444426090311 | 08/28/2021 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 5000 | PWB8636 |

ODOMETER READING: 92332

PREVIOUS OWNER: CARMA AUTOMOTIVE GROUP DULUTH GA

OWNER:
TIMOTHY JACKSON DESROCHERS
1401 LAVACA ST #242
AUSTIN, TX 78701

REMARK(S):
ACTUAL MILEAGE
VIN CERTIFICATION WAIVED

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN / 1ST LIENHOLDER
**NONE**

1ST LIEN RELEASED ____ DATE ____
BY ____ AUTHORIZED AGENT

DATE OF LIEN / 2ND LIENHOLDER

2ND LIEN RELEASED ____ DATE ____
BY ____ AUTHORIZED AGENT

DATE OF LIEN / 3RD LIENHOLDER

3RD LIEN RELEASED ____ DATE ____
BY ____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ____ DATE ____
SIGNATURE ____ DATE ____
SIGNATURE ____ DATE ____

FORM 30-C REV. 05/2016       DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.