UNITED STATES DISTRICT COURT
for the
DISTRICT OF WYOMING

| | |
|---|---|
| **BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**<br><br>*Plaintiff*<br><br>v.<br><br>**MINEONE WYOMING DATA CENTER LLC;<br>MINEONE PARTNERS LLC; TERRA CRYPTO,<br>INC.; BIT ORIGIN, LTD; SONICHASH LLC;<br>BITMAIN TECHNOLOGIES HOLDING COMPANY;<br>BITMAIN TECHNOLOGIES GEORGIA LIMITED;<br>JOHN DOES 1-18**<br><br>*Defendant* | Civil Action No. 23-CV-79 |

## AFFIDAVIT OF SERVICE

I, George Gliem, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Jared Olsen in Laramie County, WY on February 1, 2024 at 9:52 am at 204 East 22nd Street, Cheyenne, WY 82001 by personal service by handing the following documents to an individual identified as Jared Olsen.

Subpoena

Additional Description:
The subpoena was given to Autumn Ruiz, Jared Olson's secretary. Jared was in with a client.

White Female, est. age 35-44, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.1389015336,-104.8163101171
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>Laramie County</u>, <u>WY</u> on <u>2/1/2024</u>.

/s/ *George Gliem*

Signature
George Gliem
+1 (307) 221-8333

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Laramie County, WY on 2/1/2024.

/s/ *George Gliem*

Signature
George Gliem
+1 (307) 221-8333

