**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** (*pro hac vice*)
**WILLIAM PAO** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com
wpao@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>Defendants. | Civil No. 23-CV-79J |

## ***STIPULATION TO PROTECTIVE ORDER***

Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia") hereby provides notice that it stipulates to, accepts, and agrees with the entry of the *Stipulated Protective Order*, entered by the Court on December 6, 2023.

Dated:  8 February 2024.

          BITMAIN TECHNOLOGIES GEORGIA
          LIMITED, Defendant

BY: _____
          **KHALE J. LENHART, #7-4581**
          **TYSON R. WOODFORD, #8-6650**
          OF HIRST APPLEGATE, LLP
          Attorneys for Defendant Bitmain
          P. O. Box 1083
          Cheyenne, WY 82003-1083
          Phone: (307) 632-0541
          Fax: (307) 632-4999
          klenhart@hirstapplegate.com
          twoodford@hirstapplegate.com

          and for

          **MARC FEINSTEIN (*pro hac vice*)**
          **WILLIAM PAO (*pro hac vice*)**
          O'Melveny & Myers
          400 South Hope Street
          Los Angeles, CA 90071-2899
          Phone: (213) 430-6000
          Fax: (213) 430-6407
          mfeinstein@omm.com
          wpao@omm.com

### CERTIFICATE OF SERVICE

I certify the foregoing *Stipulation to Protective Order* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 8 February 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

/s/ _____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain