# Exhibit A to Subpoena Issued to Tim Desrochers

*Request No. 1*
Produce all documents relating to the address at 1401 Lavaca St., Austin TX, 78701, which was referenced in your Notice of Compliance, ECF No. 110, including any applications, payments, contracts/agreements, documents showing dates of use and whether this address is currently active.

*Request No. 2*
Produce a copy of any of all tax records related to tax years 2021, 2022, and 2023, including but not limited to all Schedule K-1s or other tax documents related to your interests in any entities, all W-2 forms, and all Form 1099s.

*Request No. 3*
Produce any document evidencing the name and address in Utah of the person who prepared your income tax returns for tax years 2021, 2022 and 2023.

*Request No. 4*
Produce a copy of all your communications with the Internal Revenue Service ("IRS") or any other taxing authority since January 1, 2020, including any IRS Forms 8822.

*Request No. 5*
Produce a copy of all personal business cards or other documents displaying your address and/or place of employment for the years 2021, 2022, and 2023.

*Request No. 6*
Produce a copy of your motor vehicle insurance policy for the years 2021, 2022, and 2023.

*Request No. 7*
Produce a copy of any loan applications you applied for in the years 2021, 2022, and 2023.

*Request No. 8*
Produce a copy of your homeowners insurance application(s) for the years 2021, 2022, and 2023.

*Request No. 9*
Produce a copy of your renters insurance application(s) for the years 2021, 2022, and 2023.

*Request No. 10*
Produce a copy of your health insurance cards for the years 2021, 2022, and 2023.

*Request No. 11*
Produce all medical claim forms and explanation of benefit forms for the years 2021, 2022, and 2023 with personal information redacted, but which show your address.

*Request No. 12*
Produce any documents evidencing your membership in any unions, organizations, and clubs for the years 2021, 2022, and 2023.

*Request No. 13*

Produce any statements for any of your investment, bank or brokerage accounts for the years 2021, 2022, and 2023.

*Request No. 14*

Produce a copy of the operating agreement for CMV Global, LLC ("CMV"), including all exhibits, schedules, and other attachments to said operating agreement, and any communications with any member of CMV.

*Request No. 15*

Produce a copy of any and all communications between James Quid, Jessica Quid and/or Bayview Capital Investments, LLC, on the one hand, and you or anyone acting on your behalf, including anyone at the firm of Williams Porter, Day & Neville, P.C., on the other hand.

*Request No. 16*

Produce a copy of all drafts and communications relating to your Affidavit, dated August 14, 2023, including Exhibit A thereto (ECF No. 42-1).