## Exhibit A to Subpoena Issued to Tim Desrochers

***Request No. 1***
Produce a copy of all communications (i.e., text messages, emails, letters, etc.) you have had with anyone, since January 1, 2023, regarding your residence and/or domicile in Colorado and/or Texas, including but not limited to your communications with James Quid, Michael Murphy, Sean Murphy, Patrick Murphy or anyone with Williams Porter Day Neville, Caroline Free, any direct or indirect investor or participant in BCB, the IRS, your employer, any licensing authority, insurance company, and/or your accountant.