Meggan J. Hathaway, WSB# 7-4856
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th St., Ste. 200
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
mhathaway@spkm.org
*Attorney for Defendants* Bit Origin LTD and Sonichash LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAN TECHNOLOGIES HOLDING COMPANY, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23-CV-79-SWS |

**ENTRY OF APPEARANCE**

Please enter the appearance of Meggan J. Hathaway, of the firm Sundahl, Powers, Kapp & Martin, LLC, P.O. Box 328, Cheyenne, WY 82003-0328, as attorney for Bit Origin LTD and Sonichash LLC.

**DATED** this 21st day of February 2024.

                                                    */s/ Meggan J. Hathaway*
Meggan J. Hathaway, WSB# 7-4856
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th St., Ste. 200
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
mhathaway@spkm.org
*Attorney for Defendants* Bit Origin LTD and Sonichash LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I caused the foregoing pleading to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| Sean Larson<br>Hathaway & Kunz, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82003-1208 | [ _ ] U.S. Mail<br>[ ___ ] Electronically<br>[ _X_ ] E-File |
| Paula K. Colbaath<br>Sarah Levitan Perry<br>Loeb & Loeb LLC<br>345 Park Ave<br>New York, NY 10154 | [ _ ] U.S. Mail<br>[ ___ ] Electronically<br>[ _X_ ] E-File |
| Patrick J. Murphy<br>Scott C. Murray<br>Williams, Porter, Day & Neville, P.C.<br>159 N. Wolcott, Ste. 400<br>Casper, WY 82601 | [ _ ] U.S. Mail<br>[ ___ ] Electronically<br>[ _X_ ] E-File |

                                                    */s/ Meggan J. Hathaway*
                                                    Meggan J. Hathaway