Jane M. France, WSB No. 7-4828
Meggan J. Hathaway, WSB No. 7-4856
Sundahl, Powers, Kapp & Martin, LLC
500 W 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82001
Phone:  (307) 632-6421
Fax:     (307) 632-7216
 jfrance@spkm.org
mhathaway@spkm.org
*Attorneys for Defendants Bit Origin, Ltd.
and Sonichash, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN, <br><br>  Plaintiff <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants. <br><br>  Defendants. | Civil Action No. 23-CV-79-ABJ |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR MARC S. GOTTLIEB TO THE UNITED STATES DISTRICT COURT OF WYOMING**

**COMES NOW**, Meggan J. Hathaway ("Local Counsel"), of the firm Sundahl, Powers, Kapp & Martin, LLC, who is a member in good standing of the Wyoming State Bar and the Bar

1

of this Court, as well as counsel of record for Defendants Bit Origin, Ltd. and Sonichash, LLC, and hereby moves this Court for an Order permitting Marc S. Gottlieb to practice before this Court *Pro Hac Vice* in the above captioned case as co-counsel for Defendants Bit Origin, Ltd. and Sonichash, LLC.  In support of said motion, Local Counsel states as follows:

1. Marc. S. Gottlieb practices at:

    Ortoli Rosenstadt, LLP.
    366 Madison Avenue, 3rd Floor
    New York, New York 10017
    (212) 829-8943 (Tel)
    msg@orllp.legal (email)

2. Mr. Gottlieb obtained his Juris Doctor from Brooklyn Law School in 1989.  He is a member in good standing with the New Jersey and New York Supreme Courts, United States District Court for the District of New Jersey, United States District Court for the Southern District of New York, United States District Court for the District of the Eastern District of New York, and the U.S. Court of Appeals, Ninth Circuit. He has had no disciplinary actions by any bar or any Court where he is or has been licensed, nor has he been denied admission to any bar.  In accordance with U.S.D.C.L.R. 84.2(b), attached hereto as Exhibit A is the Declaration of Marc S. Gottlieb.

3. I hereby vouch, to the best of my knowledge and belief, for the good moral character and veracity of Marc S. Gottlieb.

4. I shall be fully prepared to represent Defendants Bit Origin, Ltd. and Sonichash, LLC at any time, in any capacity.

**WHEREFORE**, the undersigned respectfully requests that this Court admit Marc S. Gottlieb to practice before this Court in the present case.

DATED this 21st day of February 2024.

_/s/ Meggan J. Hathaway_
Jane M. France WSB #7-4828
Meggan J. Hathaway, WSB #7-4856
Sundahl, Powers, Kapp & Martin, LLC
500 W 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82001
(307) 632-6421 (office)
(307) 432-6107 (direct)
(307) 632-7216 (fax)
jfrance@spkm.org

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing was duly served by filing with Pacer CM/ECF which sent copies to the following parties, on this __21st day of February 2024 addressed as follows:

| | |
|---|---|
| Sean M. Larson, WSB #7-5112<br>Kari Ann Hartman,, WSB #8-6507<br>Hathaway & Kunz, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82003-1208<br>(307) 634-7723<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone Wyoming Data Center LLC, Mineone Partners LLC, Terra Crypto Inc., Bitman Technologies Holding Company, Bitman Technologies Georgia Limited* | Paula Colbath, *Pro Hac Vice*<br>Sarah Lebitan Perry, *Pro Hac Vice*<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com |

Patrick J. Murphy, WSB # 5-1779
Scott C. Murray, WSB #7-4896
Williams, Porter, Day & Neville, P.C.
159 N Wolcott St., Suite 400
Casper, WY 82601(307) 265-0700
pmurphy@wpdn.net
smurray@wpdn.net

*Attorney for Plaintiffs*

                */s/ Meggan J. Hathaway*_____
                Meggan J. Hathaway