## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN,<br><br>　　　　　Plaintiff<br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants.<br><br>　　　　　Defendants. | Civil Action No. 23-CV-79-ABJ |

### DECLARATION OF OUT-OF-STATE ATTORNEY MARC S. GOTTLIEB IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

MARC S. GOTTLIEB, being duly sworn, declares the following under penalty of perjury:

1. I am submitting this Declaration in support of my motion seeking admission *Pro Hac Vice* under Local Rule 84.2(b).

2. I am an attorney at law, duly licensed in the States of New Jersey (Dec. 1989) and New York (Jan. 1990). I am a member of the Manhattan-based law firm Ortoli Rosenstadt, LLP., and run the firm's litigation department. My firm is located at 366 Madison Avenue, 3rd Floor,

1



New York, New York 10017. The firm's telephone number is (212) 588-0022. My email address is msg@orllp.legal.

3. I have been admitted to practice before the Courts listed below:

(i) New Jersey (1989)

(ii) U.S. District Court for the District of New Jersey (1989)

(iii) New York (1990)

(iv) U.S. District Court for the Southern District of New York (1991)

(v) U.S. District Court for the Eastern District of New York (1991)

(vi) U.S. Court of Appeals, Ninth Circuit (2016).

4. I have no pending disciplinary proceedings and no past public sanctions.

5. I have familiarized myself with and agree to fully comply and be bound by the Local Rules of the United States District Court for the District of Wyoming.

6. I hereby acknowledge that I submit to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course, preparation, and representation in these proceedings.

7. I acknowledge that I am fully aware of the rules governing the continuing obligations of local counsel, including counsel's assurance that it stands ready to represent our clients Bit Origin, Ltd. and Sonichash, LLC at any time, and in any capacity. Jane France, Esq. and Meggan Hathaway, Esq., both attorneys for Sundahl Powers Kapp & Martin, LLC. out of Cheyenne, Wyoming, have agreed to represent our clients Bit Origin, Ltd. and Sonichash, LLC at any time, and in any capacity.

8. I swear that the foregoing statements made by me are true and accurate except as to those statements made by me which are based upon my knowledge and information, and as to those matters, I believe them to be true.

Dated: February 15, 2024
New York, New York

_____
MARC S. GOTTLIEB