IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN,<br><br>      Plaintiff<br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants.<br><br>      Defendants. | Civil Action No. 23-CV-79-ABJ |

## ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE

  THIS MATTER comes before the Court upon the motion of counsel for Defendants BIT ORIGIN, LTD. and SONICHASH, LLC. pursuant to Rule 84.2(b) and (d) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Marc S. Gottlieb as *pro hac vice* counsel in the District of Wyoming. The Court HAS reviewed this matter and finds that the motion should be GRANTED.

  Accordingly, IT IS HEREBY ORDERED that Marc S. Gottlieb is admitted to practice before this Court for all purposes in this matter as co-counsel for Defendants Bit Origin, Ltd. and Sonichash, LLC.

IT IS FURTHER ORDERED that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

DATED this _____ day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE