Jane M. France, WSB# 7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th St., Ste. 200
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jfrance@spkm.org
*Attorney for Defendants* Bit Origin LTD and Sonichash LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | Civil Action No. 23-CV-79-SWS |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAN TECHNOLOGIES HOLDING COMPANY, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jane M. France, of the firm Sundahl, Powers, Kapp & Martin, LLC, P.O. Box 328, Cheyenne, WY 82003-0328, as attorney for Bit Origin LTD and Sonichash LLC.

**DATED** this 21st day of February 2024.

/s/ *Jane M. France*
Jane M. France, WSB# 7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
500 W. 18th St., Ste. 200
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jfrance@spkm.org
*Attorney for Defendants* Bit Origin LTD and Sonichash LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I caused the foregoing pleading to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

Sean Larson                                             [ _ ] U.S. Mail
Hathaway & Kunz, LLP                          [____] Electronically
P.O. Box 1208                                          [__X_] E-File
Cheyenne, WY 82003-1208

Paula K. Colbaath                                   [ _ ] U.S. Mail
Sarah Levitan Perry                                [____] Electronically
Loeb & Loeb LLC                                    [__X_] E-File
345 Park Ave
New York, NY 10154

Patrick J. Murphy                                   [ _ ] U.S. Mail
Scott C. Murray                                       [____] Electronically
Williams, Porter, Day & Neville, P.C.   [__X_] E-File
159 N. Wolcott, Ste. 400
Casper, WY 82601

/s/ *Jane M. France*
Jane M. France

2