Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No. 23CV-79-ABJ |
| v. | ) ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to U.S.D.C.L.R. 84.3(c) Sean Larson and Kari Hartman of Hathaway & Kunz, LLP, and Paula K. Colbath, Sarah Levitan Perry, and Alex Inman, admitted pro hac vice of Loeb & Loeb LLC, attorneys for Bit Origin LTD ("Bit Origin") and SonicHash LLC ("SonicHash") notify this Court of their withdrawal as counsel for Bit Origin and SonicHash. Counsel advises the Court that Bit Origin and SonicHash consent to their withdrawal and that Meggan J. Hathaway and Jane M. France of Sundahl, Powers, Kapp & Martin, LLC will continue to represent Bit Origin and SonicHash.

Sean Larson and Kari Hartman of Hathaway & Kunz, LLP, and Paula K. Colbath, Sarah Levitan Perry, and Alex Inman, admitted pro hac vice of Loeb & Loeb LLC will continue their representation of Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto, Inc. in this matter.

DATED this 22nd day of February, 2024.

                                           */s/ Kari Hartman*
                                           Sean Larson Wyo. Bar #7-5112
                                           Kari Hartman, Wyo. Bar #8-6507
                                           HATHAWAY & KUNZ, LLP
                                           P. O. Box 1208
                                           Cheyenne, WY 82003
                                           Phone: (307) 634-7723
                                           Fax: (307) 634-0985
                                           slarson@hkwyolaw.com
                                           khartman@hkwyolaw.com

                                           Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
                                           Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
                                           Alex Inman, Esq. (*Admitted Pro Hac Vice*)

-2-

345 Park Avenue
New York, NY 10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS
*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation*

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of February, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy  [✓] CM/ECF
Scott C. Murray  [ ] Fax:
Williams, Porter, Day & Neville, P.C.  [ ] E-mail:
159 N. Wolcott., Suite 400  pmurphy@wpdn.net
P.O. Box 10700 (82602)  smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart  [✓] CM/ECF
Tyson R. Woodford  [ ] Fax:
Hirst Applegate, LLP  [ ] E-mail:
P. O. Box 1083  klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083  twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*  [✓] CM/ECF
William K. Pao, *pro hac vice*  [ ] Fax:
O'Melveny & Myers, LLP  [ ] E-mail:
400 South Hope Street, 18th Floor  mfeinstein@omm.com
Los Angeles, CA 90071  wpao@omm.com
*Attorneys for Bitmain Technologies Georgia Limited*

Meggan J. Hathaway  [✓] CM/ECF
Jane M. France  [ ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.  [ ] E-mail:
500 W. 18th Street, Suite 200  mhathaway@spkm.org
Cheyenne, WY 82003-0328  jfrance@spkm.org
*Attorneys for Bit Origin and SonicHash*

*/s/ Candice Hough*
Hathaway & Kunz, LLP