# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 9th day of February, 2024 at 3:28 pm to be served on **Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525**.

I, James Archuleta, do hereby affirm that on the **13th day of February, 2024** at **1:35 pm, I:**

Served the within named resident by attaching a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; $40.00 WITNESS FEE** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property described within, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
Attempted service on 2/9/2024 @ 5:05 PM - Spoke with the subject's sister who stated that the subject was out of town for work. She called the subject and he stated that he would call the attorney.

Attempted service on 2/12/2024 @ 11:55 AM - No answer at the door. No activity seen or heard. The resident closed the blinds when I rang the door bell and refused to answer. There is a Black Hyundai Santa Fe with plate UYQ-295 and a White Kia Spectra with plate EOR-906 present both with Colorado plates.

Attempted service on 2/13/2024 @ 1:35 PM - No answer at the door. No activity seen or heard. I posted the documents per client instructions.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

**James Archuleta**
Process Server

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2024001298

## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 9th day of February, 2024 at 3:28 pm to be served on **Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525**.

I, James Archuleta, do hereby affirm that on the **13th day of February, 2024** at **1:35 pm, I:**

**POSTED** by attaching a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **7426 Matheson Dr., Fort Collins, CO 80525**.

Additional Information pertaining to this Service:
Attempted service on 2/9/2024 @ 5:05 PM - Spoke with the subject's sister who stated that the subject was out of town for work. She called the subject and he stated that he would call the attorney.

Attempted service on 2/12/2024 @ 11:55 AM - No answer at the door. No activity seen or heard. The resident closed the blinds when I rang the door bell and refused to answer. There is a Black Hyundai Santa Fe with plate UYQ-295 and a White Kia Spectra with plate EOR-906 present both with Colorado plates.

Attempted service on 2/13/2024 @ 1:35 PM - No answer at the door. No activity seen or heard. I posted the documents per client instructions.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

James Archuleta
Process Server

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2024001299

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 9th day of February, 2024 at 3:28 pm to be served on **Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525**.

I, James Archuleta, do hereby affirm that on the **13th day of February, 2024** at **1:35 pm, I:**

**POSTED** by attaching a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **7426 Matheson Dr., Fort Collins, CO 80525**.

**Additional Information pertaining to this Service:**
Attempted service on 2/13/2024 @ 1:35 PM - No answer at the door. No activity seen or heard. I posted the documents per client instructions.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

James Archuleta
Process Server

**Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783**

Our Job Serial Number: FRS-2024001348

