UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited
liability company,

              Plaintiff,

        vs.

MINEONE WYOMING DATA CENTER
LLC, a Delaware limited liability company;
MINEONE PARTNERS LLC, a Delaware
limited liability company; TERRA
CRYPTO INC., a Delaware corporation;
BIT ORIGIN, LTD., a Cayman Island
Company; SONICHASH LLC, a Delaware
limited liability company; BITMAIN
TECHNOLOGIES HOLDING COMPANY,
a Cayman Island Company; BITMAIN
TECHNOLOGIES GEORGIA LIMITED, a
Georgia corporation; and JOHN DOES
1-18, related persons and companies who
control or direct some or all of the named
Defendants,

             Defendants.

Civil No. 23-CV-79J

## *ORDER GRANTING MOTION TO VACATE THE ORDER ON INITIAL PRETRIAL CONFERENCE AND SET A NEW SCHEDULING CONFERENCE*

This matter came before the Court on Defendant Bitmain Technologies Georgia Limited's (hereinafter "Bitmain Georgia") *Motion to Vacate the Order on Initial Pretrial Conference and Set a New Scheduling Conference.* The Court having considered the matter and is fully advised in the premises, finds good cause to support the Motion. It is therefore:

**ORDERED** that Defendant's *Motion to Vacate the Order on Initial Pretrial Conference and Set a New Scheduling Conference* be and hereby is **GRANTED** and that a Scheduling Conference is set for _____ 2024 at __:__ _.m.

Dated: ____ February 2024.

_____
DISTRICT JUDGE