# EXHIBIT 3

Message

**From:** Jiaming Li [jiam@ucholding.com]
**on behalf of** Jiaming Li <jiam@ucholding.com> [jiam@ucholding.com]
**Sent:** 12/15/2022 3:52:56 PM
**To:** Erick Rengifo [rengifo@ucholding.com]
**CC:** haku du [info@mineonepartners.com]
**Subject:** Current funding situation

Hi Erick,

As the construction continues under progress, we're happy to get another investor who has already signed a commitment of $2,000,000 investment to our site as a senior investor.
Also, we're under discussion with the largest manufacturer, Bitmain, for a comprehensive partnership: a) we're going to host their miners around 9,000 to fit 6MDCs, and they're going to ship the most advanced series S19 XP. b) Bitmain will loan us 50% LTV of what we have spent on the time our site energized, which means, around $8,000,000 will fund us to allow us to continue phase 2, or buy additional miners, or lower down our debt rate, etc.
But Bitmain requires us to energize asap, also from our best interest, we can only sign agreements and get their funds by then. Which means, we need current lener's money to speed up the process, even 1 day means a lot to us. As soon as the new investor's $2M arrives, it'll immediately transfer back to them, which should be happening by this Friday or Monday maximum since it's an international transfer, normally taking 2-5 days.
Please let me know your thoughts.

Best,
Jiaming