# EXHIBIT 4

Message

| | |
|---|---|
| **From:** | Info@MineOne [haku@mineonepartners.com] |
| **on behalf of** | Info@MineOne <haku@mineonepartners.com> [haku@mineonepartners.com] |
| **Sent:** | 2/20/2023 5:16:10 PM |
| **To:** | Michael Murphy [murf@bcbv.net] |
| **CC:** | Jiaming Li [jiam@ucholding.com]; rengifo@ucholding.com; zelara@hotmail.com; noemikii@outlook.com; ziyaoshao@gmail.com; Wiley Zhang [506244106@qq.com]; Emory Patterson [emory@bcbv.net]; Neil Phippen [neil@bisonblockchain.com]; Steve Randall [steve@bisonblockchain.com] |
| **Subject:** | FW: 美国国内运输：S19XP-9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009-订单号：MDC42-20230214-007 |

Hi Michael,

Please find following email from Bitmain about the logistics of 9800 miners.
Please note there will be 5600 miners arriving to the site before Feb 24 and another 4200 miners before Mar 1. The testing of first batch shall be finished before Mar 2nd. The testing for the 2nd batch shall be finished before Mar 6. All 9800 miners shall be powered on before Mar 10.

**From:** cbbit@cbscs.com <cbbit@cbscs.com>
**Sent:** Tuesday, February 21, 2023 1:07 AM
**To:** qixi <qixi@yhglobal.com>; Info@MineOne <info@mineonepartners.com>; peter <peter@sailinglogistics.com>; tommy <tommy@sailinglogistics.com>; sales01 <sales01@sailinglogistics.com>
**Cc:** kang.he <kang.he@bitmain.com>; rebecca.kang <rebecca.kang@bitmain.com>; sandy.zhu <sandy.zhu@cbscs.com>; cbcloudic <cbcloudic@cbscs.com>; qiang.liu <qiang.liu@bitmain.com>; cbbit <cbbit@cbscs.com>; zhen.lu <zhen.lu@bitmain.com>; 张诚cheng.zhang_w <cheng.zhang_w@bitmain.com>; ruyi.peng <ruyi.peng@bitmain.com>
**Subject:** Re: 美国国内运输：S19XP-9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009-订单号：MDC42-20230214-007

Hi 鑫远航 team,

此订单提货需求如下，请及时安排车辆并提供BOL，谢谢

| Order number | 产品 | 数量 | 发运仓 | 目的地 |
|---|---|---|---|---|
| MDC42-20230214-007 | S19XP-141T | 5600 | 5301 POLK STREET BUILDING 21 HOUSTON, TX 77023, 联系人：Joseph Rachal, 电话：832 988 0107, 邮箱：qixi@yhglobal.com | 635 Logistics Dr, Che 82009, 联系人：Wiley Zhang +1 9174553937, 邮箱：info@mineonepar |
| MDC42-20230214-007 | S19XP-141T | 1084 | | |
| MDC42-20230214-007 | S19XP-134T | 3116 | | |

Dear qixi/昭兴,

此订单分两批出货，请按照以上明细，安排仓库做好出货准备，谢谢

CONFIDENTIAL                                                                                                          MINEONE0014900

如有问题，请及时与我联系

班丽华 Krystal Ban
比特大陆科技有限公司（深圳）
E-Mail：cbbit@cbscs.com
地址：广东省深圳市宝安区展云路6号会展湾云岸广场T10座

---

发件人： Jingping.huang@bitmain.com
发送时间： 2023-02-20 17:33
收件人： cbbit@cbscs.com; cbcloudic
抄送： sales01; 何康hekang; 刘强qiang.liu; 卢桢; 张诚cheng.zhang_w; 彭茹忆ruyi.peng; tommy; Peter
主题： 美国国内运输：S19XP-9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009-订单号：MDC42-20230214-007

丽华，

请安排，美国国内整车运输，S19XP-9800pcs-545plt, 21*53'货车，对接鑫远航

订单号：MDC42-20230214-007   需求人：张诚

要求2月24号到货5600台，3月1号到货4200台。 算力分配为：141T 6684pcs, 134T 3116pcs

发货地址：5301 POLK STREET BUILDING 21 HOUSTON, TX 77023，联系人：Joseph Rachal，电话：832 988 0107，邮

收件地址：635 Logistics Dr, Cheyenne, WY 82009，联系人：Wiley Zhang（张怀利），+1 9174553937，邮箱：info@min

黄京萍 Jingping Huang
比特大陆科技有限公司（深圳）
电话：18779623806
邮箱：Jingping.huang@bitmain.com
地址：广东省深圳市宝安区展云路6号会展湾云岸广场T10座

---

发件人： ruyi.peng@bitmain.com
发送时间： 2023-02-20 13:40
收件人： tommy; peter
抄送： sales01; kang.he; jingping.huang; qiang.liu; zhen.lu; cheng.zhang_w
主题： 回复：回复：美国国内运输：9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009

hi tommy&peter,
请尽快安排操作对接。订单号：MDC42-20230214-007 需求人：张诚
预计2月24号到货5600台，3月1号到货4200台。 算力分配为：141T 6684, 134T 3116pcs
发货地址：5301 POLK STREET BUILDING 21 HOUSTON, TX 77023，联系人：Joseph Rachal，电话：832 988 0107，邮
收件人：635 Logistics Dr, Cheyenne, WY 82009  Wiley Zhang（张怀利），+1 9174553937 邮箱：info@mineonepartners
hi 京萍，
麻烦尽快转给丽华对接，谢谢

CONFIDENTIAL

彭茹忆 Ruyi Peng
比特大陆科技有限公司（深圳）
手机：15889443231
邮箱：ruyi.peng@bitmain.com
地址：广东省深圳市宝安区展云路6号会展湾云岸广场T10座

---

发件人： tommy@sailinglogistics.com
发送时间： 2023-02-17 14:23
收件人： ruyi.peng; peter
抄送： sales01
主题： 回复: 回复: 美国国内运输：9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009

Hi Rui,

车型：使用车辆为53'货车，每辆53'货车可以装大概 26 pallets.
运输时效：提货地址距离送货地址距离约1,821公里，全程17小时，算上司机休息时间，大概需两天到达
报价有效期：价格有效期至3月10日

谢谢！

Best Regards
Tommy Zhang / General Manager

Sailing Logistics Inc.
31037 Commerce Point Dr, Walnut, CA 91789
Shenzhen Sailing Supply Chain Co., Ltd
Sailing Supply Chain (HK) Co., Ltd
Unit 16A16, Jazz Building, Jiabin Road, Luohu District, Shenzhen, China 518000
Tel: +86 755 2513 8881      Fax: +86 755 2590 1858
Cell / WhatsApp: +86 135 1062 6816
E-mail: tommy@sailinglogistics.com

---

发件人： ruyi.peng@bitmain.com
发送时间： 2023-02-17 13:44
收件人： tommy; peter
抄送： sales01
主题： 回复: 回复: 美国国内运输：9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009

hi Tommy,
什么车型需要21辆，另外提供下运输时效和报价有效期，谢谢

彭茹忆 Ruyi Peng
比特大陆科技有限公司（深圳）
手机：15889443231
邮箱：ruyi.peng@bitmain.com
地址：广东省深圳市宝安区展云路6号会展湾云岸广场T10座

发件人： tommy@sailinglogistics.com

发送时间: 2023-02-16 22:00
收件人: peter; ruyi.peng
抄送: sales01
主题: 回复: Re: 美国国内运输: 9800pcs-545plt - Houston, TX --> Cheyenne, WY 82009

Dear Ruyi,

不好意思，今天上午才收到Peter转发的邮件。

谢谢!

Best Regards
Tommy Zhang / General Manager

**Sailing Logistics Inc.**
31037 Commerce Point Dr, Walnut, CA 91789
**Shenzhen Sailing Supply Chain Co., Ltd**
**Sailing Supply Chain (HK) Co., Ltd**
Unit 16A16, Jazz Building, Jiabin Road, Luohu District, Shenzhen, China 518000
Tel: +86 755 2513 8881       Fax: +86 755 2590 1858
Cell / WhatsApp: +86 135 1062 6816
E-mail: tommy@sailinglogistics.com

---

发件人: Peter Liu
发送时间: 2023-02-16 09:24
收件人: ruyi.peng
抄送: sales01; tommy
主题: Re: 美国国内运输: 9800pcs-545plt

Dear Ruyi,

您好!
邮件收到,非常感谢!

CC,Tommy&Sarah,,请报价.

Best regards,

Peter Liu 刘俊平



深圳市鑫远航供应链管理有限公司 / Shenzhen Sailing Supply Chain Co., Ltd (since 2009)
深圳市罗湖区嘉宾路爵士大厦16A16 /Room 16A16, Jazz Building, Luohu District, Shenzhen, China
T/+86-755 25138880 |E: peter@sailinglogistics.com |www.sailinglogitics.com
Mobile/We chat /Whatsapp: +86 136 3250 5508

**分公司/Branch Office**

**美国分部/USA office**: Sailing Logistics INC  主营: 美国全境卡车 / USA Trailor Service
E: sales01@sailinglogistics.com | 31037 COMMERCE POINT DR WALNUT, CA 91789
**国际搬家部/International Move Dept.**: 深圳市易安达国际搬家有限公司/Eanta Mover Limited  主营: 国际搬家、家庭搬家、
International Move |Domestics & Local Move| Exhibition logistics |Fine Art Logistics |Warehousing service
www.cantamover.com  E: info@eantamover.com| T/+86 755 82345195  仓库: 深圳市横岗六约红棉路金山园物流园七栋 B207
**电商部/FBA Dept**: 深圳市信远达供应链有限公司  主营: 美国海外仓库，FBA 电商物流/ FBA LOGISTICS
E: poplar@sailinglogsitics.com| T/: +86 15875564153| 仓库: 深圳市宝安区福园一路135号（荣天盛工业园C栋一楼）

香港分部/HK office： 鑫远航（香港）供应链有限公司/Sailing Supply Chain (HK)Co., LTD / Room 504.Nathan Centre,580G Natha

发件人： ruyi.peng@bitmain.com
发送时间： 2023-02-15 18:44
收件人： ruyi.peng
主题： 美国国内运输：9800pcs-545plt

你好！我司有一批货物，计划在2月28日前在美国国内运输，还请在2月16日16时前
1.报价(合适车型)
2.运输时效
3.报价有效期

| 发运地址 |
| --- |
| 5301 POLK STREET BUILDING 21 HOUSTON, TX 77023 |
| 收件地址 |
| 635 Logistics Dr, Cheyenne, WY 82009 |

| 发运机型 | 卡板数 |
| --- | --- |
| S19XP | 545 |

| S19XP每个卡板尺寸 |
| --- |
| 100*120 cm |
| S19XP毛重 |
| 17KG |
| S19XP尺寸 |
| 57*31.6*43 cm |
| 每个卡板机器数 |
| 18pcs |
| 每个卡板重量 |
| 315KG |

彭茹忆 Ruyi Peng
比特大陆科技有限公司（深圳）
手机：15889443231
邮箱：ruyi.peng@bitmain.com
地址：广东省深圳市宝安区展云路6号会展湾云岸广场T10座