IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**[Proposed] ORDER GRANTING PLAINTIFF'S FIRST MOTION
TO COMPEL DISCOVERY FROM DEFENDANTS
MINEONE WYOMING DATA CENTER, LLC AND TERRA CRYPTO, INC.**

THIS MATTER comes before the Court on Plaintiff's First Motion to Compel Discovery ("First Motion") filed on February 23, 2024. The Court was already aware of these discovery disputes by virtue of its informal discovery conference with counsel on February 8, 2024 where these discovery disputes were discussed with the Court, and where the Court then entered its February 9, 2024 text Order.

The Court has carefully reviewed Plaintiff's First Motion, as well as the seven (7) "exhibits" attached to Plaintiff's First Motion. The Court FIRST FINDS that Defendant MineOne Wyoming Data Center, LLC has failed to make its promised production of documents responsive

1

to Plaintiff's Requests for Production Nos. 2, 3 and 4, and the Court now ORDERS Defendant MineOne Wyoming Data Center, LLC to provide all documents responsive to BCB's Requests for Production Nos. 2, 3 and 4 on or before March 4, 2023.

With respect to the additional interrogatories being requested by Plaintiff BCB, the Court approves MineOne's proposal that it answer BCB's Interrogatory Nos. 3, 10, and 20 by March 20, 2024, and the Court now ORDERS MineOne Wyoming Data Center, LLC to answer those interrogatories by March 20, 2024.  The Court also approves Terra Crypto's proposal that it answer BCB's Interrogatory Nos. 20 and 21 by March 20, 2024, and the Court now ORDERS Terra Crypto, Inc. to answer those interrogatories by March 20, 2024.

The Court FURTHER FINDS that, given the needs of this case, the Court should exercise its discretion and allow Plaintiff to submit several additional interrogatories to Defendants MineOne Wyoming and Terra Crypto, pursuant to Rule 33(a)(1), F.R.Civ.P.  The Court FURTHER FINDS and ORDERS that Defendant MineOne Wyoming Data Center, LLC should also answer BCB's Interrogatory 7, 8, 12, 17, and 19 by March 20, 2024.  Finally, the Court FURTHER FINDS and ORDERS that Defendant Terra Crypto, Inc. should also answer BCB's Interrogatory Nos. 3, 15, 16 and 18 by March 20, 2024.

DATED this ____ day of _____, 2024.

BY THE COURT: _____
                                      Kelly H. Rankin
                                      United States Magistrate Judge