IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN, | ) <br> ) <br> ) |
| Plaintiff | ) |
| v. | ) <br> ) |
| MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 23-CV-79-ABJ |
| Defendants. | ) |

## ORDER GRANTING MOTION TO VACATE ORDER ON INITIAL PRETRIAL CONFERENCE AND SET A NEW SCHEDULIGN CONFERNCE

**THIS MATTER** came before the Court on Defendants Bit Origin, LTD. and SonicHash, LLC's *Motion to Vacate Order on Initial Pretrial Conference and Set a New Scheduling Conference*. The Court having considered the matter and is fully advised in the premises, finds good cause to support the Motion. It is therefore:

**ORDERED** that Defendants' Motion to Vacate the Order on Initial Pretrial Conference and Set a New Scheduling Conference be and hereby is GRANTED and that a Scheduling Conference is set for _____ 2024 at __:__ _.m.

1

DATED this _____ day of February 2024.

_____
Hon. Alan B. Johnson
United States District Court Judge