Marc S. Gottlieb
Ortoli Rosenstadt, LLP.
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorneys for Defendants*
*Bit Origin, Ltd. and Sonichash, LLC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN, )<br>)<br>Plaintiff )<br>v. )<br>)<br>MINEONE WYOMING DATA CENTER )<br>LLC, MINEONE PARTNERS LLC., )<br>TERRA CRYPTO INC., BIT ORIGIN, )<br>LTD., SONICHASH, LLC., BITMAIN )<br>TECHNOLOGIES HOLDING )<br>COMPANY, BITMAIN TECHNOLOGIES )<br>GEORIGE LIMITED, and JOHN DOES )<br>1-18, related persons and companies who )<br>Control or direct some or all of the named )<br>Defendants. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 23-CV-79-ABJ |

## NOTICE OF APPEARANCE

The undersigned attorney, Marc S. Gottlieb, a member of the law firm Ortoli Rosenstadt, LLP., located at 366 Madison Avenue, 3rd Floor, New York, New York, 10017, having been granted permission to appear in this action *Pro Hac Vice* (ECF 120), appears on behalf of Defendants BIT ORIGIN, LTD and SONICHASH, LLC.

**DATED** this 29th day of February 2024.

ORTOLI ROSENSTADT, LLP.

By:    */s/ Marc S. Gottlieb*
Marc S. Gottlieb (NY Bar # 2313666)
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorney for Defendants Bit Origin, Ltd. and Sonichash, LLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2024, I caused the foregoing Notice to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

| | |
|---|---|
| Sean Larson<br>Hathaway & Kunz, LLP.<br>P.O. Box 1208 Cheyenne, WY 82003-1208<br>Cheyenne, WY 82003-1208 | [____] U.S. Mail<br>[____] Electronically<br>[_X__] E-File |
| Paula Coldbath, Esq.<br>Sarah Levitan Perry, Esq.<br>Loeb & Loeb LLC<br>345 Park Avenue<br>New York, New York 10154 | [____] U.S. Mail<br>[____] Electronically<br>[_X__] E-File |
| Patrick J. Murphy, Esq.<br>Scott C. Murray, Esq.<br>Williams Porter Day & Neville, P.C.<br>159 N.Wolcot, Suite 400<br>Casper, WY 82601 | [____] U.S. Mail<br>[____] Electronically<br>[_X__] E-File |
| Jane M. France, Esq.<br>Meggan Hawthorn, Esq.<br>Sundahl Powers Kapp & Martin, LLC.<br>500 West 18th Street, Suite 200<br>P.O. Box 328<br>Cheyenne, WY 82003-0328 | [____] U.S. Mail<br>[____] Electronically<br>[_X__] E-File |

                                                */s/ Marc S. Gottlieb*
                                                Marc S. Gottlieb