Marc S. Gottlieb
Ortoli Rosenstadt, LLP.
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorneys for Defendants*
*Bit Origin, Ltd. and Sonichash, LLC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN, <br><br> Plaintiff <br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23-CV-79-ABJ |

## NOTICE OF APPEARANCE

The undersigned attorney, Marc S. Gottlieb, a member of the law firm Ortoli Rosenstadt,

LLP., located at 366 Madison Avenue, 3rd Floor, New York, New York, 10017, having been granted

permission to appear in this action *Pro Hac Vice* (ECF 120), appears on behalf of Defendants BIT

ORIGIN, LTD and SONICHASH, LLC.

**DATED** this 29th day of February 2024.

ORTOLI ROSENSTADT, LLP.

By:     __*/s/ Marc S. Gottlieb*_____
Marc S. Gottlieb (NY Bar # 2313666)
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorney for Defendants Bit Origin, Ltd. and Sonichash, LLC.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I caused the foregoing Notice to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

Sean Larson                                         [____] U.S. Mail
Hathaway & Kunz, LLP.                               [____] Electronically
P.O. Box 1208 Cheyenne, WY 82003-1208              [ X  ] E-File
Cheyenne, WY 82003-1208

Paula Coldbath, Esq.                                [____] U.S. Mail
Sarah Levitan Perry, Esq.                           [____] Electronically
Loeb & Loeb LLC                                     [ X  ] E-File
345 Park Avenue
New York, New York 10154

Patrick J. Murphy, Esq.                             [____] U.S. Mail
Scott C. Murray, Esq.                               [____] Electronically
Williams Porter Day & Neville, P.C.                 [ X  ] E-File
159 N.Wolcot, Suite 400
Casper, WY 82601

Jane M. France, Esq.                                [____] U.S. Mail
Meggan Hawthorn, Esq.                               [____] Electronically
Sundahl Powers Kapp & Martin, LLC.                  [ X  ] E-File
500 West 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82003-0328

                              /s/ Marc S. Gottlieb
                              Marc S. Gottlieb