Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
smurray@wpdn.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79 |

**PLAINTIFF BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN'S ERRATA TO ITS FIRST MOTION TO COMPEL DISCOVERY FROM DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, AND TERRA CRYPTO, INC.**

COMES NOW Plaintiff BCB Cheyenne LLC, d/b/a Bison Blockchain ("BCB"), through its counsel Patrick Murphy and Scott Murray of WILLIAMS, PORTER, DAY & NEVILLE, PC, and submits this *Errata* to notify the Court and Parties about the following errors in Exhibits 5 and 6 to BCB's *First Motion to Compel Discovery from Defendants MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.* ("*Motion to Compel*," Doc 124 filed 2/23/24), and to submit the

1

complete and proper Exhibits 5 and 6 to the *Motion to Compel*.

The Clerk of Court was notified on 2/27/24 regarding the errors in Exhibits 5 and 6 to the *Motion to Compel* and the Clerk has marked those exhibits in Doc 124 as "DISREGARD – To be Refiled." This *Errata* is the correction and refiling of Exhibits 5 and 6 and will be linked in CM/ECF to the original *Motion to Compel* (Doc 124) as instructed by the Clerk of Court.

## **CORRECTIONS**

1. Exhibit 5 (Doc 124-5) contained incomplete attachments to the email dated 1/29/24 at 6:25 p.m. from Patrick Murphy to Paula Colbath, et al. (Doc 124-5, pp. 11-12).

2. The complete and correct Exhibit 5 is attached hereto and replaces the pages previously filed as Exhibit 5 (Doc 124-5) to the *Motion to Compel*.

3. Exhibit 6 (Doc 124-6) previously did not contain the attachment to the email dated 1/22/24 at 7:27 p.m. from Patrick Murphy to Paula Colbath and Marc Gottlieb (Doc 124-6, pp. 3-4).

4. The complete and correct Exhibit 6 is attached hereto and replaces the pages previously filed as Exhibit 6 (Doc 124-6) to the *Motion to Compel*.

DATED this 29th day of February 2024.

                                BCB CHEYENNE LLC d/b/a
                                BISON BLOCKCHAIN,

                                Plaintiff

By:   /s/ Patrick J. Murphy
        Patrick J. Murphy (WSB No. 5-1779)
        Scott C. Murray (WSB No. 7-4896)
        WILLIAMS, PORTER, DAY & NEVILLE, PC
        159 N Wolcott St. Suite 400
        Casper, WY 82601
        Ph: (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 29th day of February 2024.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [ ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue New<br>York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com | [ ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>William Pao, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>wpao@omm.com | [ ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581<br>Tyson R. Woodford, WSB No. 8-6650<br>HIRST APPLEGATE LLP<br>1720 Carey Ave. Room 400<br>P.O. BOX 1083<br>Cheyenne, WY 82003<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com | [ ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |

| | |
|---|---|
| Meggan J. Hathaway<br>Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>500 W. 18th Street, Ste. 200<br>Cheyenne, WY 82003<br>mhathaway@spkm.org<br>jfrance@spkm.org | [ ] U. S. Mail (prepaid)<br>[x] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |

By:   /s/ Patrick J. Murphy
      Patrick J. Murphy

4