# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 23CV-79-ABJ |
| v. | ) ) ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER SETTING HEARING ON PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY FROM DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, AND TERRA CRYPTO, INC.

Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., having requested a hearing on Plaintiff's *Motion to Compel Discovery from Defendants MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.*, [Doc. 124];

IT IS HEREBY ORDERED that a hearing on *Plaintiff's Motion to Compel Discovery from Defendants MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.*, shall be held on the

_____ day of _____, 2024, at _____ ___.m. Counsel may appear by telephone by calling: _____.

      DATED this _____ day of _____, 2024.

                                     KELLY H. RANKIN
                                     U.S. MAGISTRATE JUDGE