**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } } } } | |
| Plaintiff, | } } } } | |
| vs. | } } } | Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } } } | |
| Defendants. | } } } } | |

## *MOTION FOR ADMISSION OF DAVID IDEN, SHERIN PARIKH, AND KAITIE FARRELL, PRO HAC VICE*

Khale J. Lenhart of HIRST APPLEGATE, LLP, counsel for Defendant Bitmain Technologies Georgia Limited (hereinafter "Bitmain Georgia"), moves this Court for the admissions of David Iden, Sherin Parikh, and Kaitie Farrell, *pro hac vice*, for the purpose of representing Bitmain Georgia herein and in support thereof, states the following:

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

1.      Khale J. Lenhart is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2.      Khale J. Lenhart or some other attorney of Hirst Applegate will assist David Iden, Sherin Parikh, and Kaitie Farrell in the representation of the Defendant Bitmain Georgia herein.

3.      David Iden is an attorney of the law firm of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, diden@omm.com.  David Iden is an attorney licensed to practice law in the state of California and is a member in good standing of the United States District Court for the Central, Southern, and Northern Districts of California.

4.      Sherin Parikh is an attorney of the law firm of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, sparikh@omm.com. Sherin Parikh is an attorney licensed to practice law in the state of California and is a member in good standing of the United States District Court for the Central District of California and the United States Court of Appeals for the Second Circuit.

5.      Kaitie Farrell is an attorney of the law firm of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, kfarrell@omm.com. Kaitie Farrell is an attorney licensed to practice law in the state of California and is a member in good standing of the United States District Court for the Central District of California.

6.      Based on available information and belief, Khale J. Lenhart vouches for the good moral character and veracity of David Iden, Sherin Parikh, and Kaitie Farrell.

7.      Khale J. Lenhart or some other attorney with Hirst Applegate, LLP will continue to act as counsel for Defendant Bitmain Georgia herein and will be present in Court during all proceedings in connection with the case, unless excused and will have full authority to act for and on behalf of the client on all matters, including Pretrial Conferences, as well as trial and other hearings.

8.      David Iden, Sherin Parikh, and Kaitie Farrell understand that upon their admission for purposes of this proceeding, they are deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

9.      Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto are the Declarations of David Iden, Sherin Parikh, and Kaitie Farrell in support of their requests for admission.

10.     The requisite fee for admission of attorneys pro hac vice will be provided to the Court.

Dated:  7 March 2024.

BITMAIN TECHNOLOGIES GEORGIA
LIMITED, Defendant


BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4693**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain Georgia
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

### CERTIFICATE OF SERVICE

I certify the foregoing ***Motion for Admission of David Iden, Sherin Parikh, and Kaitie Farrell, Pro Hac Vice*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 7 March 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

_s/Norma J. Hubka_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain