UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } } | |
| Plaintiff, | } } } | |
| vs. | } } } | Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } | |
| Defendants. | } } | |

# *DECLARATION OF SHERIN PARIKH*

Sherin Parikh, being first duly sworn, on his oath deposes and states as follows:

1.      I am over 18 years of age.  I am an attorney of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, sparikh@omm.com.

2.      I have been and I am presently a member in good standing of the Bar and am admitted to practice in the state of California (admitted 2014); the United States District Court

– 2 –

for the Central District of California (admitted December 2, 2015); and the United States Court of

Appeals for the Second Circuit (admitted August 31, 2016).

       3.     No disciplinary proceedings are pending against me, and I have not incurred

in the past any public sanctions.

       4.     I will comply with and be bound by the Local Rules of the United States

District Court for the District of Wyoming.

       5.     I acknowledge that local counsel, Khale J. Lenhart, is required to be fully

prepared to represent the client at any time, in any capacity.

       6.     I acknowledge that I must submit to and am subject to the disciplinary

jurisdiction of the Court for any alleged misconduct arising in the course of preparation and

representation in these proceedings.

       Dated: 7 March 2024.

_____
SHERIN PARIKH