UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79J |

## *DECLARATION OF KAITIE FARRELL*

Kaitie Farrell, being first duly sworn, on his oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, kfarrell@omm.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the state of California (admitted 2021) and the United States District Court for the Central District of California (admitted November 15, 2022).

Case 1:23-cv-00079-ABJ   Document 136-3   Filed 03/07/24   Page 2 of 2

– 2 –

      3.      No disciplinary proceedings are pending against me, and I have not incurred in the past any public sanctions.

      4.      I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

      5.      I acknowledge that local counsel, Khale J. Lenhart, is required to be fully prepared to represent the client at any time, in any capacity.

      6.      I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 7 March 2024.

_____
KAITIE FARRELL

– 2 –