Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-ABJ |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) |
| Defendants. | ) |

## DEFENDANTS' REQUEST FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY FROM DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, AND TERRA CRYPTO, INC. [ECF No. 124]

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby request an extension of time to respond to *Plaintiff's Motion to Compel Discovery from Defendants MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.* (ECF No. 124). Lead counsel for these Defendants will be traveling and is unable to provide a substantive response until early next week. Additionally, counsel needs to obtain input from the clients prior to filing. As such, these Defendants request an extension of up to and including March 13, 2024 in which to file their response to *Plaintiff's Motion to Compel* (ECF No. 124). These Defendants have conferred with counsel for the other parties in this matter. Plaintiff's counsel, Bitmain's counsel, SonicHash and Bit Origin's counsel all advised that they do not object to the extension request.

WHEREFORE Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. request this Court enter an order granting an extension of up to and including March 13, 2024 in which to respond to Plaintiff's *Motion to Compel* (ECF No. 124).

DATED this 7th day of March, 2024.

-2-

/s/ Kari Hartman
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com


Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (*Admitted Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS
*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation*

# CERTIFICATE OF SERVICE

This is to certify that on the 7th day of March, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy | [✓]  CM/ECF |
| Scott C. Murray | [  ]  Fax: |
| Williams, Porter, Day & Neville, P.C. | [  ]  E-mail: |
| 159 N. Wolcott., Suite 400 | pmurphy@wpdn.net |
| P.O. Box 10700 (82602) | smurray@wpdn.net |
| Casper, WY 82601 | |
| *Attorneys for Plaintiff* | |
| | |
| Khale J. Lenhart | [✓]  CM/ECF |
| Tyson R. Woodford | [  ]  Fax: |
| Hirst Applegate, LLP | [  ]  E-mail: |
| P. O. Box 1083 | klenhart@hirstapplegate.com |
| Cheyenne, WY 82003-1083 | twoodford@hirstapplegate.com |
| | |
| Marc Feinstein, *pro hac vice* | [✓]  CM/ECF |
| William K. Pao, *pro hac vice* | [  ]  Fax: |
| O'Melveny & Myers, LLP | [  ]  E-mail: |
| 400 South Hope Street, 18th Floor | mfeinstein@omm.com |
| Los Angeles, CA 90071 | wpao@omm.com |
| *Attorneys for Bitmain Technologies Georgia Limited* | |
| | |
| Meggan J. Hathaway | [✓]  CM/ECF |
| Jane M. France | [  ]  Fax: |
| Sundahl, Powers, Kapp & Martin, L.L.C. | [  ]  E-mail: |
| 500 W. 18th Street, Suite 200 | mhathaway@spkm.org |
| Cheyenne, WY 82003-0328 | jfrance@spkm.org |
| | |
| Marc S. Gottlieb | [✓]  CM/ECF |
| Ortoli Rosenstadt, LLP | [  ]  Fax: |
| 366 Madison Avenue, 3rd Floor | [  ]  E-mail: |
| New York, NY 10017 | msg@orllp.legal |
| *Attorneys for Bit Origin and SonicHash* | |

                                                                              */s/ Candice Hough*
                                                                              Hathaway & Kunz, LLP