IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants.<br><br>     Defendants. | Civil Action No. 23CV-79-ABJ |

**ORDER GRANTING REQUEST FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY FROM DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, AND TERRA CRYPTO, INC.**

THIS MATTER comes before the Court on Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc.'s Request for Extension to Respond to Plaintiff's First Motion to Compel Discovery From Defendants MineOne Wyoming Data Center, LLC and Terra Crypto Inc. Having reviewed the filing and being otherwise fully advised, the Court finds the Request should be GRANTED.

IT IS HEREBY ORDERED that Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. shall have up to and including March 13, 2024 in which to file their response to Plaintiff's First Motion to Compel Discovery (ECF No. 124).

DATED this _____ day of _____, 2024.

_____
KELLY H. RANKIN
U.S. MAGISTRATE JUDGE