UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants.<br><br>                Defendants. | Civil Action No. 23CV-79-SWS |

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Kaitie Farrell of O'Melveny & Myers LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant Bitmain Technologies Georgia Limited, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

      KAITIE FARRELL (S.B. #341259)
      kfarrell@omm.com
      O'MELVENY & MYERS LLP
      400 South Hope Street, 18th Floor
      Los Angeles, California  90071-2899
      Telephone:    +1 213 430 6000

Kaitie Farrell was admitted *pro hac vice* to practice before the United States District Court for the District of Wyoming on March 8, 2024. (Dkt. No. 139).

Dated: March 8, 2024

O'MELVENY & MYERS LLP

By: _____
Kaitie Farrell

Attorneys for Defendant Bitmain Technologies Georgia Limited