UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants.<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23CV-79-SWS |

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that David Iden of O'Melveny & Myers LLP hereby enters his appearance in the above-captioned matter as counsel for Defendant Bitmain Technologies Georgia Limited, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

　　　　DAVID IDEN (S.B. #307494)
　　　　diden@omm.com
　　　　O'MELVENY & MYERS LLP
　　　　400 South Hope Street, 18th Floor
　　　　Los Angeles, California  90071-2899
　　　　Telephone:　　+1 213 430 6000

David Iden was admitted *pro hac vice* to practice before the United States District Court for the District of Wyoming on March 8, 2024. (Dkt. No. 139).

| | |
|---|---|
| Dated: March 8, 2024 | O'MELVENY & MYERS LLP |
| | By: /s/ David Iden |
| | David Iden |
| | Attorneys for Defendant Bitmain Technologies Georgia Limited |