Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted Pro Hac Vice)
Sarah Levitan Perry, Esq. (Admitted Pro Hac Vice)
Alex Inman, Esq. (Admitted Pro Hac Vice)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4000
212-407-4900 (Fax)
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com

*Attorneys for Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No. 23CV-79-ABJ |
| v. | ) ) ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF ALEX INMAN IN SUPPORT OF DEFENDANTS MINEONE WYOMING DATA CENTER LLC AND TERRA CRYPTO INC.'s OPPOSITION TO PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY

I, Alex Inman, declare as follows:

1. I am an attorney with the firm of Loeb & Loeb LLP, counsel to Defendants MineOne Wyoming Data Center LLC and Terra Crypto Inc. ("Defendants"). I am admitted *pro hac vice* to practice before the Courts in the District of Wyoming in the above-referenced action. I submit this declaration in support of Defendants' opposition to Plaintiff's First Motion to Compel Discovery, dated February 23, 2024. I have personal knowledge of the facts set forth herein, and if called upon to do so would competently testify thereto.

2. Pursuant to the Court's Order of February 9, 2024, and consistent with Defendants' confidentiality obligations to Defendant Bitmain Technologies Georgia Limited, I reviewed and identified communications that were responsive to Plaintiff's Requests for Production Nos. 2, 3, and 4.

3. On February 16, 2024, I produced these documents to counsel for all parties to this case. A true and correct copy of the email alerting counsel to this fact is attached hereto as **Exhibit A**.

4. On February 16, 2024, Scott Murray, counsel for Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, accessed the document production. A true and correct copy of a screenshot evidencing this fact is attached below:



5.      Upon review of Plaintiff's Motion to Compel, it was determined that Defendants' prior production did not contain a fully executed copy of the Service Framework Agreement. On February 26, 2024, I sent a supplemental document production containing this document to all parties to this case. A true and correct copy of the email alerting counsel to this fact is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March 2024 in New York, New York.

/s/ Alex Inman
Alex Inman