# EXHIBIT A

| | |
|---|---|
| **From:** | iManage Share <no-reply@imanageshare.com> |
| **Sent:** | Friday, February 16, 2024 4:42 PM |
| **To:** | Antoinette Pepper |
| **Subject:** | Folder Share Notification from Loeb & Loeb LLP |

**CAUTION: EXTERNAL EMAIL**



- Similar name as someone you've contacted but the email is different.

Report or Mark as Safe

## Loeb & Loeb LLP

Alex Inman granted access to folder MineOne Production - 2.16.24

*"Counsel: Attached is Defendant MineOne's Supplemental Document Production. Regards, Alex"*

iManage.com | Privacy | iManage Share Login

Disclaimer: This message, including any links and attachments, may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. If you are not the intended recipient or have received this message in error, please notify the sender immediately by reply email and permanently delete the original transmission from the sender, including any links and attachments, without making a copy.

© 2023 iManage LLC

Powered by