# EXHIBIT B

| | |
|---|---|
| **From:** | Alex Inman |
| **To:** | mhathaway@spkm.org; Farrell, Kaitie; smurray@wpdn.net; Marc Gottlieb; Parikh, Sherin; Iden, David; Feinstein, Marc; Khale J. Lenhart; Grace Bai; pmurphy@wpdn.net; twoodford@hirstapplegate.com |
| **Cc:** | Leily Lashkari; Antoinette Pepper; Sean Larson; Kari Hartman; Sarah Levitan Perry; Paula Colbath |
| **Subject:** | BCB v MineOne et al - MineOne Defendants" Supplemental Document Production |
| **Date:** | Monday, February 26, 2024 5:32:15 PM |
| **Attachments:** | Mimecast Large File Send Instructions.msg |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:

Attached is a supplemental document production from the MineOne Defendants.

Please let me know if you have difficulty accessing the documents.

Regards,

Alex