Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-ABJ |

**MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S JOINDER TO MOTIONS TO VACATE THE ORDER ON INITIAL PRETRIAL CONFERENCE AND SET A NEW SCHEDULING CONFERENCE FILED BY BITMAIN AND BIT ORIGIN/SONICHASH**

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. (the "MineOne Defendants" and "Terra Crypto"), by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby submit their Joinder to Motions to Vacate the Order on Initial Pretrial Conference and Set a New Scheduling Conference Filed by Bitmain and Bit Origin/SonicHash.

1. On February 23, 2024, Bitmain Technologies Georgia Limited and Bit Origin, Ltd and SonicHash LLC both filed separate Motions to Vacate Order on Initial Pretrial Conference and Set a New Scheduling Conference. ECF No. 123, 125.

2. The MineOne Defendants and Terra Crypto advised they did not object to these Motions, but Plaintiff does object to them. *Id.*

3. The MineOne Defendants and Terra Crypto join all the points raised by the other Defendants but file this separate Joinder to address additional points.

4. At the outset of this case, the MineOne Defendants and Terra Crypto raised the issue regarding subject matter jurisdiction and the potential lack of diversity of citizenship. ECF No. 44 at 9 ("Defendants do not agree that this court has jurisdiction because there is not complete diversity. Several of defendant LLCs have members with Texas citizenship and Plaintiff revealed that it has a member with Texas citizenship as well.").

5. This Court noted that it would permit jurisdictional discovery at the Initial Pretrial

Conference.

6. The MineOne Defendants and Terra Crypto have conducted some jurisdictional discovery through service of a subpoena duces tecum on January 15, 2024. ECF No. 105.

7. However, the documents provided in response to the subpoena duces tecum lend further credence to concerns regarding lack of diversity of citizenship. *See* ECF Nos. 110, 110-1, 110-2, 110-3, 110-4.

8. For example, despite claiming in his sworn affidavit that he has lived in Colorado (and not Texas) since March of 2020, Mr. Desrochers did not obtain a Colorado driver's license until September 29, 2023 (months after this lawsuit was filed), he used a Texas address for the filing of his federal tax returns in 2021-2022, he did not file any Colorado state income tax returns for the years 2021-2022, and he obtained a Texas Certificate of Title in 2021 for his vehicle using a Texas address. *See* ECF No. 42-1 at 11; ECF No. 110 at 3; ECF Nos. 110-1, 110-2, 110-3, 110-4.

9. As such, the MineOne Defendants and Terra Crypto have attempted to conduct further jurisdictional discovery within the timeline provided by this Court but have been unable to serve additional subpoenas for production of documents and for attendance at a deposition. *See* ECF No. 122 (noting that the process server attempted service but was informed that Mr. Desrochers was out of town for work; on the next attempt at service, the residents refused to answer the door and the blinds were closed; on another attempt at service, there was no answer at the door); **Exhibit A**, *March 5, 2024 Email from Private Investigator Tim Gosar* (noting two additional attempts at service with no response); **Exhibit B**, *March 15, 2024 Email from Front Range Legal Process Service*

(noting three additional attempts at service and attempts to call Mr. Desrochers with no response).

10. Plaintiff's counsel also represents the individual which the MineOne Defendants and Terra Crypto have attempted to serve with a subpoena, but counsel has refused to accept service of the subpoenas on his behalf and the individual appears to be evading service, as the MineOne Defendants and Terra Crypto have made numerous attempts to serve the individual at his purported address in Colorado, with no success.

11. Due to the delays in the ability to conduct discovery on the issue of diversity of citizenship, which is a threshold issue before the Court can exercise jurisdiction over this case, the MineOne Defendants and Terra Crypto request the Court vacate the current schedule and set the case for another scheduling conference.

12. Beyond the delays of Plaintiff in adding the Bitmain Defendants in this case and in allowing jurisdictional discovery to move forward, the breadth of work to be conducted in this case is incredible, which is not due to a lack of diligence in discovery. With tens of thousands of pages of documents exchanged, more than twenty fact depositions to be taken, as well as numerous expert depositions to be taken, the previous schedule was tight to begin with. All deadlines should be vacated and rescheduled to allow the parties to properly address the merits of the claims and defenses presented in this case.

WHEREFORE Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. request this Court enter an order vacating the Order on Initial Pretrial Conference and set a new scheduling conference.

DATED this 15th day of March, 2024.

/s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com


Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Sarah Levitan Perry, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (*Admitted Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS
*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

    This is to certify that on the 15th day of March, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy                                [✓] CM/ECF
Scott C. Murray                                 [ ] Fax:
Williams, Porter, Day & Neville, P.C.       [ ] E-mail:
159 N. Wolcott., Suite 400              pmurphy@wpdn.net
P.O. Box 10700 (82602)                smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart                               [✓] CM/ECF
Tyson R. Woodford                        [ ] Fax:
Hirst Applegate, LLP                     [ ] E-mail:
P. O. Box 1083                               klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083          twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*            [✓] CM/ECF
William K. Pao, *pro hac vice*           [ ] Fax:
Sherin Parikh, *pro hac vice*             [ ] E-mail:
David Iden, *pro hac vice*               mfeinstein@omm.com
Kaitie Farrell, *pro hac vice*             wpao@omm.com
O'Melveny & Myers, LLP             sparikh@omm.com
400 South Hope Street, 18th Floor    diden@omm.com
Los Angeles, CA 90071                kfarrell@omm.com
*Attorneys for Bitmain Technologies Georgia Limited*

Meggan J. Hathaway                    [✓] CM/ECF
Jane M. France                             [ ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.   [ ] E-mail:
500 W. 18th Street, Suite 200          mhathaway@spkm.org
Cheyenne, WY 82003-0328          jfrance@spkm.org

Marc S. Gottlieb                             [✓] CM/ECF
Ortoli Rosenstadt, LLP                  [ ] Fax:
366 Madison Avenue, 3rd Floor       [ ] E-mail:
New York, NY 10017                  msg@orllp.legal
*Attorneys for Bit Origin and SonicHash*

                                                    /s/ Candice Hough
                                                    Hathaway & Kunz, LLP