# EXHIBIT A

| | |
|---|---|
| From: | TIM GOSAR |
| To: | Kari Hartman |
| Cc: | Sean Larson; Candice Hough |
| Subject: | RE: 1:23-cv-00079-ABJ BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC - Subpoenas for Service |
| Date: | Tuesday, March 5, 2024 7:23:44 AM |

Good morning everyone,

    I attempted service on 3/1 ~7:20 pm and was told by Caroline in the driveway that Tim wasn't home nor was she sure if he'd be home on the weekend. ███████████████████████████████████████████████



    I attempted service on 3/3 ~7 pm with some lights on inside but no one answered the door.  They do have a doorbell service on the right side of the front door.



    I'm not optimistic that I'm going to get Tim served at 7426 MD but luck plays some part in these things.  I have a prior commitment that is taking me out of the office until, 3/8, but will be able to attempt service again on the weekend.

    If you'd like I can try again on 3/8 and if unsuccessful I can try earlier on 3/9 or 3/10 & canvas neighbors it unsuccessful again.  Thoughts & ideas?  Thanks,  Tim

    I have spent ~ 5 hours working on the case so far.

The information contained in this message is privileged and confidential and is intended for the use of the addressee. If the reader of this message is not the addressee, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you received this message in error, please notify us by telephone or e-mail and delete the above. Thank you.

Gosar Investigations LLC
P.O. Box 940
Fort Collins, CO 80522
(970)221-3532
tgos@comcast.net