# EXHIBIT B

| | |
|---|---|
| **From:** | WSP Server on behalf of Front Range Legal Process Service |
| **To:** | Candice Hough |
| **Cc:** | Front Range Legal Process Service |
| **Subject:** | FRS Status on (Desrochers, Timothy) |
| **Date:** | Friday, March 15, 2024 9:15:09 AM |

To: Hathaway & Kunz, P.C.

This is an automated message relating to:

> **Our Job Number:** 2024002400
> **Your Reference Number:**
> **Party To Be Served:** Desrochers, Timothy
> **Documents To Be Served:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Federal Rule of Civil Procedure; Exhibit A; Exhibit 1
> **Case Info:** Wyoming 23CV-79-ABJ
> **Case Style:** BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN vs. MINEONE WYOMING DATA CENTER, LLC et al.

Original Service Address: Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525

Latest Status: 3 attempts with the servers most recent attempt was 3-14-24 @ 10:20 am No response, the vehicle has not been present on all attempts. He has called the phone number provided 2 times, with no return call. The server was not able to go last evening because of the snow storm. Will be going back 3-15-24

Thank you,
Front Range Legal Process Service
frlps970@gmail.com
Phone: (888) 387-3783

More detailed status is available at https://frs.sopstatus.com