# EXHIBIT B

| | |
|---|---|
| **From:** | Front Range Legal Process Service <info@frlps.com> |
| **Sent:** | Wednesday, January 10, 2024 11:47 AM |
| **To:** | Candice Hough |
| **Cc:** | Front Range Legal Process Service; Sean Larson; Kari Hartman |
| **Subject:** | Re: **RUSH SERVICE** - Tim Desrochers - Fort Collins, CO |

Hi Candice,

Their attorney advised her that she CAN accept service. However, this is a Subpoena so the server did not sub-serve.

Thank you,
-Taylor


**We value your business and look forward to serving your needs!**
**Front Range Legal Process Service**
Phone: (888) 387-3783
Fax: (970) 797-2679
Email: info@frlps.com

**Serving you Nationwide with Offices in:**
Denver, CO | Review this office
Fort Collins, CO | Review this office
Tampa, FL | Review this office
Dallas TX | Review this office

**More office locations:**
Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**
**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.


On Tue, Jan 9, 2024 at 2:20 PM Candice Hough <chough@hkwyolaw.com> wrote:

> Thanks, Taylor. She can or cannot accept service on his behalf?
>
>
> **From:** Front Range Legal Process Service <info@frlps.com>
> **Sent:** Tuesday, January 9, 2024 1:43 PM
> **To:** Candice Hough <chough@hkwyolaw.com>

1

**Cc:** Front Range Legal Process Service <info@frlps.com>
**Subject:** Re: **RUSH SERVICE** - Tim Desrochers - Fort Collins, CO

Good afternoon,

Attempted service on 1/5/2023 @ 10:50 AM - Spoke with a female resident who stated that the subject is traveling and will not be back until the 12th or 13th of January. She further stated that their attorney advised that she can accept service on his behalf. We will make another attempt on 1/14/2023.

Thank you,

-Taylor

**We value your business and look forward to serving your needs!**

**Front Range Legal Process Service**

Phone: (888) 387-3783
Fax: (970) 797-2679

Email: info@frlps.com

**Serving you Nationwide with Offices in:**

Denver, CO | Review this office

Fort Collins, CO | Review this office

Tampa, FL | Review this office

Dallas TX | Review this office

**More office locations:**

Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**

2

**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

On Tue, Jan 9, 2024 at 10:05 AM Candice Hough <chough@hkwyolaw.com> wrote:

Good morning,

Following up on this rush service.

Thanks!

Candice

**From:** Front Range Legal Process Service <info@frlps.com>
**Sent:** Wednesday, January 3, 2024 1:06 PM
**To:** Candice Hough <chough@hkwyolaw.com>
**Subject:** Re: **RUSH SERVICE** - Tim Desrochers - Fort Collins, CO

Hi Candice.

Thank you- we will RUSH.

Warm regards,

Michelle

**We value your business and look forward to serving your needs!**

**Front Range Legal Process Service**

3

Phone: (888) 387-3783
Fax: (970) 797-2679

Email: info@frlps.com

**Serving you Nationwide with Offices in:**

Denver, CO | Review this office

Fort Collins, CO | Review this office

Tampa, FL | Review this office

Dallas TX | Review this office

**More office locations:**

Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**

**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

On Wed, Jan 3, 2024 at 12:49 PM Candice Hough <chough@hkwyolaw.com> wrote:

# **RUSH SERVICE REQUESTED**

Please serve the attached Subpoena and Ex. A, ASAP.

Mr. Desrochers states that he lives at his sister's house at 7426 Matheson Drive, Fort Collins, Colorado.

Thank you,

4

Candice



**Candice Hough, Legal Assistant**

Hathaway & Kunz, LLP | The Wyoming Law Firm™

2515 Warren Avenue | Suite 500 | P.O. Box 1208

Cheyenne, WY 82001

p (307) 634-7723 | f (307) 634-0985

CHough@hkwyolaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

5