# EXHIBIT C

| | |
|---|---|
| **From:** | Front Range Legal Process Service <info@frlps.com> |
| **Sent:** | Thursday, February 15, 2024 6:17 PM |
| **To:** | Front Range Legal Process Service |
| **Cc:** | Kari Hartman; Candice Hough; Sean Larson |
| **Subject:** | Re: Service on Tim Desrochers - Fort Collins, CO |

Hi,

Called 706 206 1323 on 2/15 at 4pm, it went straight to a voicemail which identified itself as Tim Derochers' voicemail and I left a message.

Called 678 777 0722 on 2/15 at 402p and there was no answer and I left a voicemail.

Thank you,
-Taylor


**We value your business and look forward to serving your needs!**
**Front Range Legal Process Service**
Phone: (888) 387-3783
Fax: (970) 797-2679
Email: info@frlps.com

**Serving you Nationwide with Offices in:**
Denver, CO | Review this office
Fort Collins, CO | Review this office
Tampa, FL | Review this office
Dallas TX | Review this office

**More office locations:**
Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**
**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.


On Thu, Feb 15, 2024 at 3:54 PM Front Range Legal Process Service <info@frlps.com> wrote:
> Of course! I will advise the server.
>
> Thank you,
> -Taylor

We value your business and look forward to serving your needs!
**Front Range Legal Process Service**
Phone: (888) 387-3783
Fax: (970) 797-2679
Email: info@frlps.com

**Serving you Nationwide with Offices in:**
Denver, CO | Review this office
Fort Collins, CO | Review this office
Tampa, FL | Review this office
Dallas TX | Review this office

**More office locations:**
Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**
**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.



**From:** Candice Hough <chough@hkwyolaw.com>
**Sent:** Thursday, February 15, 2024 3:03 PM
**To:** Front Range Legal Process Service <info@frlps.com>
**Cc:** Sean Larson <slarson@hkwyolaw.com>; Kari Hartman <khartman@hkwyolaw.com>
**Subject:** RE: Service on Tim Desrochers - Fort Collins, CO

Thank you, Taylor.

We appreciate you providing this to us.

Best,

Candice

**From:** Front Range Legal Process Service <info@frlps.com>
**Sent:** Thursday, February 15, 2024 2:15 PM
**To:** Candice Hough <chough@hkwyolaw.com>
**Cc:** Front Range Legal Process Service <info@frlps.com>; Sean Larson <slarson@hkwyolaw.com>; Kari Hartman <khartman@hkwyolaw.com>
**Subject:** Re: Service on Tim Desrochers - Fort Collins, CO

Hi Candice,

Attached are the affidavit for all three subpoenas along with the invoices. To answer your questions, the server made two attempts before serving the previous set of documents from December. When serving the supplemental subpoena the server only made one attempt because he received the documents on the day he was making his last attempt for the others. The server did not attempt to call the subject with the provided phone numbers before the documents were posted. If you would like, I can have the server make those calls if you believe it would help. The server thinks that they are in full evasive mode and have been since he spoke with the subject sister on the first attempt.

Thank you,

-Taylor

3

We value your business and look forward to serving your needs!

**Front Range Legal Process Service**

Phone: (888) 387-3783
Fax: (970) 797-2679

Email: info@frlps.com

**Serving you Nationwide with Offices in:**

Denver, CO | Review this office

Fort Collins, CO | Review this office

Tampa, FL | Review this office

Dallas TX | Review this office

**More office locations:**

Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**

**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

On Thu, Feb 15, 2024 at 1:20 PM Candice Hough <chough@hkwyolaw.com> wrote:

> Thank you, Taylor. We are looking forward to hearing from you.
>
> Best,

Candice



**Candice Hough, Legal Assistant**

Hathaway & Kunz, LLP | The Wyoming Law Firm™

2515 Warren Avenue | Suite 500 | P.O. Box 1208

Cheyenne, WY 82001

p (307) 634-7723 | f (307) 634-0985

CHough@hkwyolaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Front Range Legal Process Service <info@frlps.com>
**Sent:** Thursday, February 15, 2024 1:18 PM
**To:** Candice Hough <chough@hkwyolaw.com>
**Cc:** Front Range Legal Process Service <info@frlps.com>; Sean Larson <slarson@hkwyolaw.com>; Kari Hartman <khartman@hkwyolaw.com>
**Subject:** Re: Service on Tim Desrochers - Fort Collins, CO

Hi Candace,

Per our phone conversation yesterday, the server should be coming into the office within the next hour so I should have some answers for you.

Thank you,

-Taylor

**We value your business and look forward to serving your needs!**

**Front Range Legal Process Service**

Phone: (888) 387-3783
Fax: (970) 797-2679

Email: info@frlps.com

**Serving you Nationwide with Offices in:**

Denver, CO | Review this office

Fort Collins, CO | Review this office

Tampa, FL | Review this office

Dallas TX | Review this office

**More office locations:**

Rapid City, SD, Chicago IL, Omaha NE, Las Vegas NV, Salt Lake City UT, Cheyenne WY

**All RUSH requests MUST be called in shortly after sending by Fax, or E-mail.**

**CONFIDENTIALITY NOTICE:** This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

On Wed, Feb 14, 2024 at 1:12 PM Candice Hough <chough@hkwyolaw.com> wrote:

> …additionally, did the process server call Tim Desrochers or leave any messages to schedule a time to meet and Desrochers failed or refused to respond?
>
> **From:** Candice Hough
> **Sent:** Wednesday, February 14, 2024 12:57 PM

**To:** Front Range Legal Process Service (frlps970@gmail.com) <frlps970@gmail.com>; Front Range Legal Process Service <info@frlps.com>
**Subject:** Service on Tim Desrochers - Fort Collins, CO
**Importance:** High

Hi Taylor,

Would you or someone at FRLP be able to assist me with some questions regarding service on Tim Desrochers?

1.	How many times did the server back in December attempt service on Desrochers at his Colorado address before they were able to serve him?

2.	How many times has the process server this week again tried to serve the supplemental subpoenas?

3.	Do you know when you might receive the affidavit and photos from the server?

We are preparing a letter to the Court regarding all attempts made and would like as many details as possible.

Thank you again for all your assistance on this. We really appreciate it.

Best,

Candice



**Candice Hough, Legal Assistant**

Hathaway & Kunz, LLP | The Wyoming Law Firm™

2515 Warren Avenue | Suite 500 | P.O. Box 1208

Cheyenne, WY 82001

p (307) 634-7723 | f (307) 634-0985

CHough@hkwyolaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.