# EXHIBIT E

| | |
|---|---|
| **From:** | Candice Hough <chough@hkwyolaw.com> |
| **Sent:** | Friday, March 15, 2024 4:51 PM |
| **To:** | Sean Larson; Kari Hartman |
| **Subject:** | FW: FRS Status on  (Desrochers, Timothy) |

**From:** WSP Server <DBSServer@dbsinfo.net> **On Behalf Of** Front Range Legal Process Service
**Sent:** Friday, March 15, 2024 2:49 PM
**To:** Candice Hough <chough@hkwyolaw.com>
**Cc:** Front Range Legal Process Service <frlps970@gmail.com>
**Subject:** FRS Status on (Desrochers, Timothy)


To: Hathaway & Kunz, P.C.

This is an automated message relating to:

   **Our Job Number:** 2024002400
   **Your Reference Number:**
   **Party To Be Served:** Desrochers, Timothy
   **Documents To Be Served:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Federal Rule of Civil Procedure; Exhibit A; Exhibit 1
   **Case Info:** Wyoming 23CV-79-ABJ
   **Case Style:** BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN vs. MINEONE WYOMING DATA CENTER, LLC et al.

Original Service Address: Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525

Latest Status: 3-13-24 @ 3:13PM / BLACK HYUNDAI IN DRIVE / CO PLATE # UYD-295 CALLED PROVIDE TEL # / NO ANSWER / LEFT ANOTHER MESSAGE TO CALL ME

Thank you,
Front Range Legal Process Service
frlps970@gmail.com
Phone: (888) 387-3783

More detailed status is available at https://frs.sopstatus.com