Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
       smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>    Plaintiff,<br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79 |

### PLAINTIFF BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN'S
### FED. R. CIV. P 26(a)(2) EXPERT WITNESS DISCLOSURES

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain ("BCB"), through its

counsel Patrick Murphy and Scott Murray of WILLIAMS, PORTER, DAY & NEVILLE, P.C., and pursuant

to Fed. R. Civ. P. 26(a)(2)(B) and U.S.D.C.L.R. 26.l(g)(4), hereby designates the following expert

witness who may be called to testify in the trial of this matter. The testimony of any expert designated herein may be offered live or by trial deposition.

Discovery in this case is ongoing. The Defendants have not yet designated experts and no experts have been deposed. BCB reserves the right to amend or supplement this expert witness disclosure as additional information is discovered and, in particular, after the Defendants have produced requested documents, answered requested interrogatories, and served their own expert witness designation(s). BCB also reserves the right to call any expert whose necessity becomes known based upon another party's disclosure or deposition or for rebuttal, and the right to withdraw the designation of any expert and to re-designate that expert as a consulting expert who cannot be called by opposing counsel.

By providing this designation, BCB does not waive, and expressly reserves its right to assert, any and all objections it may have to the admissibility of the expert testimony offered by Defendants, and to seek limitation or exclusion of Defendants' experts' opinions. Additionally, identification of an expert is not a guarantee that BCB will call said expert at trial.

## RETAINED EXPERT

**Patrick Gahan**
**ALDER Capital Partners**
**Marietta, Georgia**
**Website: https://www.aldercp.com**
**Phone: (470) 207-1558**

Patrick Gahan is an experienced entrepreneur with a strong understanding of the financial and operational cost efficiencies involved in the organization and execution of various types of businesses, including experience in the cryptocurrency sector. Mr. Gahan will opine on all the matters in his attached Expert Report. Mr. Gahan's opinions are set forth in his detailed Expert Report attached as "**Exhibit 1**."

Also included as exhibits to this Expert Witness Disclosure statement are Michael Murphy's Campstool Affidavit ("**Exhibit 2**") and Emory Patterson's Power Expansion Affidavit (**Exhibit 3**"). Mr. Gahan has read and relies on both of these Affidavits for some of the opinions in Mr. Gahan's Expert Report.

Mr. Gahan's curriculum vitae is included as an exhibit to his attached Expert Report.

Mr. Gahan will charge $1,500/hour for all his professional work on this case, which includes his work writing, editing and finalizing his Expert Report, potentially his work reviewing and critiquing the Defendants' expert report(s), and testifying at the trial in Cheyenne, Wyoming. If the Defendants later request to take Mr. Gahan's deposition, Defendants' counsel are responsible for paying Mr. Gahan's $1,500/hour fees for his deposition time.

Mr. Gahan has not testified as an expert at a deposition or trial in the past four years.

DATED this 20th day of March 2024.

                              BCB CHEYENNE LLC d/b/a
                              BISON BLOCKCHAIN,

                              Plaintiff


By:   /s/ Patrick J. Murphy
        Patrick J. Murphy (WSB No. 5-1779)
        Scott C. Murray (WSB No. 7-4896)
        Williams, Porter, Day & Neville, PC
        159 N Wolcott St. Suite 400
        Casper, WY 82601
        Ph: (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 20th day of March 2024.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [  ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[  ]  Overnight Delivery<br>[  ]  Hand Delivery<br>[  ]  Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com | [  ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[  ]  Overnight Delivery<br>[  ]  Hand Delivery<br>[  ]  Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>William Pao, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>wpao@omm.com | [  ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[  ]  Overnight Delivery<br>[  ]  Hand Delivery<br>[  ]  Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581<br>Tyson R. Woodford, WSB No. 8-6650<br>HIRST APPLEGATE LLP<br>1720 Carey Ave. Room 400<br>P.O. BOX 1083<br>Cheyenne, WY 82003<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com | [  ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[  ]  Overnight Delivery<br>[  ]  Hand Delivery<br>[  ]  Electronic Mail |

| | | |
|---|---|---|
| Meggan J. Hathaway<br>Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>500 W. 18th Street, Ste. 200<br>Cheyenne, WY 82003<br>mhathaway@spkm.org<br>jfrance@spkm.org | [  ]<br>[ x ]<br>[  ]<br>[  ]<br>[  ] | U. S. Mail (prepaid)<br>CM/ECF Electronic Transmission<br>Overnight Delivery<br>Hand Delivery<br>Electronic Mail |
| Marc S. Gottlieb<br>ORTOLI ROSENSTADT, LLP.<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10017<br>Telephone: (212) 588-0022<br>Facsimile: (866) 294-0074<br>Email: msg@orllp.legal | [  ]<br>[ x ]<br>[  ]<br>[  ]<br>[  ] | U. S. Mail (prepaid)<br>CM/ECF Electronic Transmission<br>Overnight Delivery<br>Hand Delivery<br>Electronic Mail |

By:   /s/ Patrick J. Murphy
      Patrick J. Murphy