

**FILED**

3:26 pm, 3/21/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC | |
| Plaintiff, | |
| vs. | Case Number: 23-CV-79-ABJ |
| MINEONE WYOMING DATA CENTER LLC et al | |
| Defendant. | |

## CIVIL MINUTE SHEET - MOTION HEARING

☑ Zoom Video

Date: Mar 21, 2024    Time: 2:08 - 3:24 PM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Joseph Layzell |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Patrick Murphy, Scott Murray

Attorney(s) for Defendant(s)    Kari Hartman, Paula Colbath, Sean Larson, Alex Inman, Paula Colbath, Marc Gottlieb, Meggan Hathaway, Khale Lenhart, Kaitlyn Farrell

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 124 | Motion to Compel | Under Advisement |

☐ Briefs to be filed on or before _____ by _____
                                        by _____

☑ Order to be prepared by  ☑ Court   ☐ Attorney

Other:
Court heard arguments from parties regarding the pending motion to compel [124]. Written guidance to be provided by the Court.