## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 12th day of March, 2024 at 1:21 pm to be served on **Timothy Desrochers, 7426 Matheson Dr., Fort Collins, CO 80525**.

I, Stephen J. Carlyle, do hereby affirm that on the **16th day of March, 2024** at **8:59 am, I:**

**NON-SERVED** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Federal Rule of Civil Procedure; Exhibit A; Exhibit 1**. After due search, careful inquiry and diligent attempts was unable to serve on **Timothy Desrochers** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
3/15/2024  2:14 pm  ATTEMPTED PROVIDED ADDRESS /' RING DOORBELL  / NO ANSWER / WHITE KIA 4 DOOR IN DRIVE COLORADO PLATE # [redacted]
CALLED PROVIDE TEL # / NO ANSWER / LEFT ANOTHER MESSAGE TO CALL ME
MADE NUMEROUS ATTEMPTS WITH NEVER ANY CONTACT AT ADDRESS PROVIDED  - CALLED TEL # OF 706-206-1323 NUMEROUS TIMES WITH NO RETURN CALL - WAS NEVER A 2017 WHITE FORD PRESENT BUT A WHITE HYUNDAI WAS

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

**Stephen J. Carlyle**
Process Server

**Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783**

Our Job Serial Number: FRS-2024002400





