# Exhibit C

On following pages is an infographic of Bitmain's (owned and controlled by the Zhan Ketuan, the co-founder and CEO of Bitmain/Antminer, who controls Antpool/Antalpha)  corporate hierarchy showing the complex offshore structuring -- admitted by Defendant Bitmain Georgia -- and the "comprehensive partnership" (at bottom, in red) identified by Jiaming Li of MineOne in **Exhibit A** and the *Loan and Security Agreemen*t identified in **Exhibit B.** The contractual interference by Bitmain occurred by way of  three primary contracts: the (1) *Service Framework Agreement, (2) Operations and Maintenance Service Framework Agreement* and (3) *Loan Security Agreement*. The *Loan and Security Agreement* has not been produced and the only way MineOne will produce this critical document (in full and unredacted form) is by order of the Court.



[An enlarged version of this infographic is contained on the following page for printing/review]

## Manufacturing & Mining

**Bitmain Technologies Holding Company** 🇰🇾

*100% ownership / wholly-owned subsidiary*

**Bitmain Technologies Limited** 🇨🇳

*100% ownership / wholly-owned subsidiary*

**Bitmain Switzerland AG** 🇨🇭

*100% ownership / wholly-owned subsidiary*

**Bitmain Delaware Holdings Company, Inc.** 🇺🇸

*100% ownership / wholly-owned subsidiary*

**Bitmain Technologies Georgia Limited** 🇺🇸

### Micree Zhan (aka Zhan Ketuan)
(Chinese: 詹克团)



The co-founder and CEO of Bitmain and sole director of Antpool. **Controls and directs Bitmain, Antpool and Antalpha**. In 2019, Bloomberg ranks Zhan as the world's 9th richest self-made billionaire aged 40 or younger, with a net worth of US$5.2 billion. Note how the Bitmain (Antminer), Antpool, and AntAlpha logos, branding, and offshore structuring and naming are all similar.

*1. Service Framework Agreement\* (3/10/23) and 2. Operation and Maintenance Service Framework Agreement\* (3/10/23) [Produced]*



**MineOne Wyoming Data Center, LLC**

## Financing

**Antpool Technologies Holding Company ("Antpool")** 🇰🇾

*100% ownership / wholly-owned subsidiary*

**Antalpha Holdings Limited ("Antalpha Holdings")** 🇻🇬

*100% ownership / wholly-owned subsidiary*

**Antalpha Technologies Holdings Limited ("Antalpha Tech")** 🇻🇬

*100% ownership / wholly-owned subsidiaries*

**Antalpha Technologies Limited ("Antalpha") (BVI, Hong Kong, Singapore)** 🇻🇬 🇨🇳 🇸🇬

*Loan and Security Agreement\* (7/27/23) [NOT PRODUCED]*

\* Red shows the "comprehensive partnership" between MineOne and Bitmain identified in **Exhibit A**, and the *Loan and Security Agreement* identified in **Exhibit B**.