# Exhibit D

8:22

‹    **Details**

**Wiley Zhang**

这个团队又一次在美国的沃土上壮大了，更多的事情更多的事业有人分担了，开心快乐不言而喻！这是运维团队，不是厨师！美国这帮兄弟有料！

Translated by Weixin

Once again, the team has grown in the fertile land of America, more things and more undertakings are shared, and happiness is self-evident! This is the O & M team, not the chef! The United States, these brothers have material!



February 25, 2023 1:35 AM                    ⋯

Comment                                        ☺

**CONFIDENTIAL**





BCB 000797

**CONFIDENTIAL**

12:08

**Wiley Zhang**

新的起点！2期60MW即将6月1号正式开工开建！特别感谢各位合作伙伴的大力支持！感谢各位股东、投资人的信任！如果大家有在北美需要建设场地帮忙，随时可以联系我们！JWJ在北美加密矿业领域业务包含：土地购买、电价谈判、场地建设、场地运维、场地招商！欢迎各位同仁到我们场地参观指导工作！

Translated by Weixin

A new starting point! Phase 2 60MW will officially start construction on June 1! Special thanks to our partners for their support! Thank you for the trust of shareholders and investors! If you need help building a space in North America, feel free to contact us! JWJ's business in the North American crypto mining sector includes: land purchase, electricity price negotiation, site construction, site operation and maintenance, and site investment! Welcome colleagues to visit our site to guide the work!



Comment

**CONFIDENTIAL**

BCB 000802

8:24

## Details

**Wiley Zhang**

对手很恶心，兄弟很给力，大戏刚刚开始，我们兄弟们绝对奉陪到底！

Translated by Mr. Translator

The opponent is very disgusting, the brother is very powerful, the big play has just begun, our brothers absolutely accompany to the end!

United States of America · Macon · Popeyes Lo...

December 12, 2022 7:11 PM

♡ 

💬  **Jack Zhu**            December 12, 2022 7:13 PM
    今晚上加肉

Comment  😀

**CONFIDENTIAL**

BCB 000167