# Exhibit D



BCB 000796

**CONFIDENTIAL**





**CONFIDENTIAL**

BCB 000797



**CONFIDENTIAL**

BCB 000802



**CONFIDENTIAL**

BCB 000167