KHALE J. LENHART, #7-4693
TYSON R. WOODFORD, #8-6650
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | } Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Defendants. | }<br>} |

## *MOTION FOR ADMISSION OF DANIEL HIRSCH, PRO HAC VICE*

Khale J. Lenhart of Hirst Applegate, LLP, counsel for Defendant Bitmain Technologies Georgia Limited (hereinafter "Bitmain Georgia"), moves this Court for the admission of Daniel Hirsch, *pro hac vice*, for the purpose of representing Bitmain Georgia herein and in support thereof, states the following:

1. Khale J. Lenhart is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2. Khale J. Lenhart or some other attorney of Hirst Applegate, LLP will assist Daniel Hirsch in the representation of Defendant Bitmain Georgia herein.

3. Daniel Hirsch is an attorney of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, dhirsch@omm.com. Daniel Hirsch is an attorney licensed to practice law in the State of California.

4. Based on available information and belief, Khale J. Lenhart vouches for the good moral character and veracity of Daniel Hirsch.

5. Khale J. Lenhart or some other attorney with Hirst Applegate, LLP will continue to act as counsel for Defendant Bitmain Georgia herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including Pretrial Conferences, as well as trial and other hearings.

6. Daniel Hirsch understands that upon his admission for purposes of this proceeding, he is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

7. Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Declaration of Daniel Hirsch in support of his request for admission.

8. The requisite fee for admission of an attorney pro hac vice will be provided to the Court.

Dated: 17 April 2024.

BITMAIN TECHNOLOGIES GEORGIA
LIMITED, Defendant

BY: /s/ *signature*

KHALE J. LENHART, #7-4693
TYSON R. WOODFORD, #8-6650
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

## CERTIFICATE OF SERVICE

    I certify the foregoing *Motion for Admission of Daniel Hirsch, Pro Hac Vice* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 17 April 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto, Bit Origin, Sonichash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia