UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>Defendants. | Civil No. 23-CV-79J |

## *DECLARATION OF DANIEL HIRSCH*

Daniel Hirsch, being first duly sworn, on his oath deposes and states as follows:

1. I am over 18 years of age. I am an attorney of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, 213-430-6000, dhirsch@omm.com.

2. I have been and I am presently a member in good standing of the Bar and am admitted to practice in the State of California (admitted 2023).

-2-

3. No disciplinary proceedings are pending against me, and I have not incurred in the past any public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Khale J. Lenhart of Hirst Applegate, LLP, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I must submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

Dated: 17 April 2024.

_____
DANIEL HIRSCH