# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:34 pm, 4/25/24

**Margaret Botkins**
**Clerk of Court**

BCB Cheyenne LLC

                Plaintiff,

vs.

MineOne Wyoming Data Center LLC et al

                Defendant.

Case Number: 1:23-CV-00079-ABJ

## CIVIL MINUTE SHEET STATUS/SCHEDULING CONFERENCE

☑ Scheduling Conference   ☑ Motions Hearing

Date: 04/25/2024   Time: 1:33pm - 2:12pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy

Attorney(s) for Defendant(s)    Sean Larson, Kari Hartman, Paula Colbath
Marc Gottllieb
Khale Lenhart, Daniel Hirsch

Other:

Hearing held via Zoom video conference

Plaintiff Expert Witness Designation Deadline:    Filed on 3/21/2024 at ECF [151]

Defendant Expert Witness Designation Deadline:    7/15/24

Discovery Due:    9/17/24

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Deadline    10/4/24

Dispositive Motions Hearing

    ☐ Including Daubert Challenges

Dispositive Motions Response Deadline

WY 51                                                                                                    Rev. 03/14/2024

MINUTE SHEET STATUS CONFERENCE
1:23-CV-00079-ABJ

Reply Deadline

Final Pretrial Conference Set: Remains set for 1/10/2025 at 9:30 AM

Jury Trial Set: Remains set for 1/27/2025 at 9:30 AM

Status Conference Set:

Other:

Deadlines on the jurisdiction issue:
    Rule 12(b) Motion to Dismiss: 5/10/24
    Responses: 5/17/24
    Hearing: 5/22/24 at 10:30 AM by Zoom

All Other Pretrial Motions: 10/18/24

Mediation deadline: 10/30/24

All other deadlines remain the same.

Order to follow.

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 123 | Motion to Vacate IPT Order | Granted In Part and Denied In Part |
| Defendant | 125 | Motion to Vacate Scheduling Order | Granted In Part and Denied In Part |