# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. on the 29th day of April, 2024 at 1:58 pm to be served on **Orange Theory, 2261 E Drake Rd, # 140, Fort Collins, CO 80525**.

I, Stephen J. Carlyle, do hereby affirm that on the **30th day of April, 2024** at **9:04 am, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the date and hour of service endorsed thereon by me, to: **LINDSEY KINNIBURGH** as **MANAGER** for **Orange Theory**, at the address of: **2261 E Drake Rd, # 140, Fort Collins, CO 80525**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

Stephen J. Carlyle
Process Server

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2024003889

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k