## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 23CV-79-ABJ

Plaintiff:
**BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN**

vs.

Defendant:
**MINEONE WYOMING DATA CENTER, LLC et al.**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service to be served on **Progressive Casualty Insurance Company,, 7700 E Arapahoe Rd., Ste 220, Centennial, CO 81112**.

I, Derek Minto, being duly sworn, depose and say that on the **30th day of April, 2024** at **2:42 pm**, I:

affirm that I served the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** upon **Progressive Casualty Insurance Company,** by leaving the papers with **Mikayla Kranzusch of CT Corporation System(Registered Agent)** who is an agent authorized and/or designated to receive service for **Progressive Casualty Insurance Company,** . Service was made at **7700 E Arapahoe Rd., Ste 220, Centennial, CO 81112** .

**Description** of Person Served: Age: 20s, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 185, Hair: Dark, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

Subscribed and Sworn to before me on the 1st day of May, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My commission expires_____

HEATHER HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184032275
MY COMMISSION EXPIRES SEPTEMBER 13, 2026

**Derek Minto**
Process Server

**Front Range Legal Process Service
145 W. Swallow Road
Fort Collins, CO 80525
(970) 267-9109**

Our Job Serial Number: FRS-2024003891
Service Fee: _____