

**FILED**

**11:49 am, 5/7/24**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited
liability company,

        Plaintiff,

    vs.

MINEONE WYOMING DATA CENTER
LLC, a Delaware limited liability
company, et al.,

        Defendants.

Case No.  23-CV-79-J

---

## ORDER FOR *IN CAMERA* REVIEW

The Court is currently considering Plaintiff's Motion for Reconsideration of the March 27, 2024, Order on Plaintiff's Motion to Compel and Jurisdictional Discovery Briefing. (ECF No. 158). In reviewing the briefing, a strong area of contention surrounds Plaintiff's request for the July 27, 2023, Loan and Security Agreement between Defendants MineOne and Bitmain/AntAlpha. The Court has determined it cannot assess the document's relevance without first reviewing the document. Accordingly, Defendant MineOne shall produce an unredacted copy of the agreement to the Court via email at wyojudgekhr@wyd.uscourts.gov. "The decision whether to review [documents] in camera is within the sound discretion of the trial court." *Black & Veatch Corp. v. Aspen Ins. (UK)*, 29 F.R.D. 611, 621 (D. Kan. 2014) (quoting *Mounger v. Goodyear Tire & Rubber Co.*, No.

99-2230-JWL, 2000 WL 33712198, at *1 (D. Kan. Sept. 22, 2000)). The necessity to review this document to assess its relevance affords a sufficient basis to order the *in camera* review. *Id.* Defendant MineOne shall produce this document to the Court as soon as possible, but no later than May 13, 2023.

NOW, THEREFORE, IT IS ORDERED Defendant MineOne shall produce the July 27, 2023, Loan and Security Agreement to the Court for *in camera* review as soon as possible, but no later than May 13, 2024.

Dated this 7th day of May, 2024.

_____
Kelly H. Rankin
United States District Judge