# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action Number 23CV-79-ABJ

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited
liability company,

    Plaintiff,

vs.

MINEONE WYOMING DATA CENTER LLC,
a Delaware limited liability company;
MINEONE PARTNERS LLC, a Delaware
limited liability company; TERRA
CRYPTO INC., a Delaware corporation;
BIT ORIGIN, LTD, a Cayman Island
Company; SONICHASH LLC, a Delaware
limited liability company; BITMAIN
TECHNOLOGIES HOLDING COMPANY, a
Cayman Island Company; BITMAIN
TECHNOLOGIES GEORGIA LIMITED, a
Georgia corporation; and JOHN DOES
1-20, related persons and companies
who control or direct some or all of
the named Defendants,

    Defendants.

---

REMOTE DEPOSITION OF TIM DESROCHERS
April 23, 2024

---

```
 1      APPEARANCES:
 2      ON BEHALF OF THE PLAINTIFF :
                    PATRICK J. MURPHY, ESQ.
 3                  Williams, Porter, Day & Neville, P.C.
                    159 North Wolcott, Suite 400
 4                  Casper, Wyoming 82601
                    Phone: 307-265-0700
 5                  Email: pmurphy@wpdn.net
 6      ON BEHALF OF THE DEFENDANTS MINEONE WYOMING DATA
        CENTER LLC; MINEONE PARTNERS LLC; AND TERRA CRYPTO
 7      INC.:
                    PAULA K. COLBATH, ESQ.
 8                  ALEX INMAN, ESQ.
                    Loeb & Loeb LLC
 9                  345 Park Avenue
                    New York, New York 10154
10                  Phone: 212-407-4905
                    Email: pcolbath@loeb.com
11                         ainman@loeb.com
12                  SEAN LARSON, ESQ.
                    KARI HARTMAN, ESQ.
13                  Hathaway & Kunz, LLP
                    P.O. Box 1208
14                  Cheyenne, Wyoming 82003
                    Phone: 307-634-7723
15                  Email: slarson@hkwyolaw.com
                           khartman@hkwyolaw.com
16
        ON BEHALF OF THE DEFENDANTS BIT ORIGIN LTD AND
17      SONICHASH LLC:
                    MARC S. GOTTLIEB, ESQ.
18                  Ortoli | Rosenstadt LLP
                    366 Madison Avenue, 3rd Floor
19                  New York, New York 10017
                    Phone: 212-588-0022
20                  Email: msg@orllp.legal
21                  MEGGAN J. HATHAWAY, ESQ.
                    Sundahl, Powers, Kapp & Martin, L.L.C.
22                  500 West 18th Street, Suite 200
                    Cheyenne, Wyoming 82003
23                  Phone:  307-632-6421
                    Email:  mhathaway@spkm.org
24
25
```

APPEARANCES (Cont.):

ON BEHALF OF THE DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED:

        KHALE J. LENHART, ESQ.
        Hirst Applegate, LLP
        1720 Carey Avenue, Suite 400
        Cheyenne, Wyoming 82001
        Phone: 307-632-0541
        Email: klenhart@hirstapplegate.com

Also Present:  Dan Acosta, Tech Specialist
        Antoinette Pepper

1        PURSUANT TO WRITTEN NOTICE and the
2   appropriate rules of civil procedure, the remote
3   deposition of TIM DESROCHERS, called for examination by
4   the Defendants MineOne Wyoming Data Center LLC; MineOne
5   Partners LLC; Terra Crypto Inc., was taken with all
6   parties appearing remotely, commencing at 9:04 a.m. on
7   April 23, 2024, before Kimberly Smith, Registered
8   Professional Reporter and Notary Public in and for the
9   State of Colorado.

                          I N D E X
EXAMINATION:                                           PAGE
By Ms. Colbath                                       11, 273
By Mr. Gottlieb                                          159
By Mr. Murphy                                            194
EXHIBITS:                                              PAGE
Exhibit 1      Operating Agreement of CMV                26
               Global, LLC

Exhibit 2      2022 Schedule K-1                         30

Exhibit 3      Complaint for Breach of Contract,         35
               Anticipatory Repudiation of
               Contract, Intentional Interference
               with Contractual Relations, Alter
               Ego Liability, Enterprise Liability,
               and Lost Profits and Money Damages,
               with attachments

Exhibit 4      Affidavit of Tim Desrochers               39

Exhibit 5      Application for Delivery of Mail          66
               Through Agent, 10/26/2020

1          P R O C E E D I N G S
2              THE STENOGRAPHER: Does everyone agree that
3     I can swear in the deponent remotely?
4              MS. COLBATH: MineOne parties do.
5              MR. GOTTLIEB: Bit Origin and SonicHash do
6     as well.
7              MR. LENHART: Yes, for Bitmain.
8              MR. MURPHY: And yes for Plaintiff.
9                    TIM DESROCHERS
10    having been first duly sworn, was examined and
11    testified as follows:
12             MS. COLBATH: Do we need appearances of
13    counsel, or can I just start?
14             MR. MURPHY: Paula, this is Pat. I would
15    like to state on the record that this deposition is --
16    all of it is being marked as confidential, for
17    attorney's eyes only, pursuant to the December 6,
18    2023, stipulated protective order.
19             And as I advised counsel earlier, we will
20    be making a motion with the Court to file not only the
21    deposition and all of its testimony, but all of the
22    exhibits under seal with the Court. Thank you.
23             MS. COLBATH: And as we discussed off the
24    record, the MineOne parties object to the attorney's
25    eyes only designation.

1          And we will follow -- we don't consent to
2     the motion, and we will follow the procedure in the
3     stipulated protective order:  the documents that were
4     produced and -- have all of the confidential material
5     redacted and left only an address.
6          And we don't believe that that's subject to
7     an attorney's eyes only designation.  So we will
8     proceed accordingly.
9                        EXAMINATION
10    BY MS. COLBATH:
11         Q    Good morning, Mr. Desrochers.
12         A    Good morning.
13         Q    My name is Paula Colbath.  I'm a lawyer
14    with the firm of Loeb & Loeb, LLP, in New York City.
15    And we represent two of the defendants in an action
16    that you were subpoenaed in.  The parties are MineOne,
17    Wyoming Data Center, LLC, and MineOne Partners, LLC.
18         How is your health today?
19         A    How is my health?
20         Q    Yes.
21         A    Good.
22         Q    Okay.  Are you taking any medication that
23    could interfere with your ability to testify
24    truthfully?
25         A    No.

Page 298

1  Exhibits?  Expedite?
2              MS. COLBATH:  If I get a transcript by next
3  Tuesday or Wednesday, that would be good.
4              THE STENOGRAPHER:  Mr. Murphy?
5              MR. MURPHY:  Yes, I would like one for
6  sure.  E-tran.
7              THE STENOGRAPHER:  Anybody else?
8              MR. LENHART:  Lenhart.  I do not at this
9  point.
10             MR. MURPHY:  Kim, this is Pat Murphy.  Do
11 you understand what I need?  Just the e-tran.
12             THE STENOGRAPHER:  Yes.
13                *   *   *   *   *   *   *
14             WHEREUPON, the foregoing deposition was
15 concluded at 4:36 p.m.  Total time on the record was
16 7 hours and 9 minutes.