## AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
District of Wyoming

Case Number: 23CV-79-ABJ

**Plaintiff: BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN**
vs.
**Defendant: MINEONE WYOMING DATA CENTER, LLC ET AL.**

For:
HATAWAY & KUNZ
P.O BOX 1208
CHEYENNE, WY 82003-1208

Received by Front Range Legal Process Service on the 30th day of April, 2024 at 8:42 am to be served on **THE ACCOUNTING FACTOR, 899 EAST 9400 SOUTH, SANDY, UT 84094**

I, JOSLYN STEVENS, being duly sworn, depose and say that on the **6th day of May, 2024** at **1:10 pm**, I:

SERVED the within named **CORPORATION** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; and FEDERAL RULE OF CIVIL PROCEDURE 45 (C), (D), (E), AND (G) (EFFECTIVE 12/01/13)** with the date and hour of service endorsed thereon by me to Peng Lim, Owner as AUTHORIZED LEGAL AGENT of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: ASIAN, Height: 5'6", Weight: 140, Hair: BLACK, Glasses: Y

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

HEIDI ANDERSON
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/20
Commission # 715926

Subscribed and Sworn to before me on the 7th day of May, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

**JOSLYN STEVENS**
Process Server

**Front Range Legal Process Service**
145 W. Swallow Road
FORT COLLINS, CO 80525
(888) 387-3783

Our Job Serial Number: AND-2024001782
Ref: 3888