

**FILED**

**1:32 pm, 5/9/24**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, )<br><br>    Plaintiff, )<br><br>v. )<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, )<br><br>    Defendants. ) | Civil No. 23-CV-79 |

### ORDER GRANTING PLAINTIFF'S AND TIM DESROCHERS' MOTION TO FILE TIM DESROCHERS' DEPOSITION TESTIMONY, DEPOSITION EXHIBITS AND DOMICILE/JURISDICTIONAL MEMORANDA AS NON-PUBLIC DOCUMENTS

THIS MATTER comes before the Court on the Plaintiff's and Tim Desrochers' 5/8/24 Motion to File Tim Desrochers' deposition testimony, deposition exhibits, and any domicile/jurisdictional Memoranda as non-public documents.

The Court FINDS that the motion should be, and hereby is, GRANTED. The Court observes that Tim Desrochers is not a party to this case: he is a third person, a member of a member of Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain. Many of the exhibits in Mr. Desrochers 4/23/24 jurisdictional deposition contain Mr. Desrochers' personal, financial, tax, health, banking, investments, and credit card records. This information should be protected from public disclosure.

While the Court needs these documents to help determine where Mr. Desrochers was domiciled on May 3, 2023, the date this suit was filed, these are personal documents to Tim Desrochers, and the public has no compelling need or reason to have access to them. Therefore, the Court FINDS and

IT IS THEREFORE ORDERED that when the Parties and their counsel file Tim Desrochers' deposition testimony, deposition exhibits, domicile-related documents, and their respective domicile/jurisdictional Memoranda with the Court in May, 2024, that they file these documents as non-public documents pursuant to Rule 5.1(g), U.S.D.C.L.R.

DATED this 9th day of May 2024.

BY THE COURT: *[signature]*
United States District Judge