Jane M. France, WSB No. 7-4828
Meggan J. Hathaway, WSB No. 7-4856
Sundahl, Powers, Kapp & Martin, LLC
500 W 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82001
Phone:  (307) 632-6421
Fax:      (307) 632-7216
 jfrance@spkm.org
mhathaway@spkm.org

Marc S. Gottlieb (Admitted *Pro Hac Vice*)
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorneys for Defendants Bit Origin, Ltd.*
*and Sonichash, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BCB CHEYENNE, LLC d/b/a BISON BLOCKCHAIN, <br><br> Plaintiff <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC., TERRA CRYPTO INC., BIT ORIGIN, LTD., SONICHASH, LLC., BITMAIN TECHNOLOGIES HOLDING COMPANY, BITMAIN TECHNOLOGIES GEORIGE LIMITED, and JOHN DOES 1-18, related persons and companies who Control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23-CV-79-ABJ |

## MOTION TO DISMISS

1

**COME NOW** Defendants Bit Origin Ltd. and Sonichash, LLC, by and through their counsel Meggan J. Hathaway, Esq. of Sundahl, Powers, Kapp & Martin, LLC. and Marc S. Gottlieb, Esq., of Ortoli Rosenstadt, LLP. and move to dismiss Plaintiff's First Amended Complaint (Doc. 50) herein pursuant to FRCP Rule 12(b)(1) for failure to allege and/or establish facts sufficient to establish diversity jurisdiction sufficient to satisfy 28 U.S.C. §1332(a)(1). In support of Defendants' motion, Defendants submit their memorandum of points and authorities filed concurrently herewith.

WHEREFORE, Defendants request that the Amended Complaint be dismissed, that Plaintiff take nothing thereby, for an award of their attorney's fees and costs incurred in the defense of this action, and for such other and further relief as the Court deems just and equitable.

Dated this 10th day of May 2024.

SUNDAHL POWERS KAPP & MARTIN, LLC.

By:   /s/ Meggan J. Hathaway
Jane M. France, WSB No. 7-4828
Meggan J. Hathaway, WSB No. 7-4856
500 W 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82001
Phone: (307) 632-6421
Fax; (307) 632-7216
mhathaway@spkm.org

ORTOLI ROSENSTADT, LLP

By:    /s/ Marc S. Gottlieb
Marc S. Gottlieb (Admitted *Pro Hac Vice*)
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 588-0022
Facsimile: (866) 294-0074
Email: msg@orllp.legal

*Attorneys for Defendants Bit Origin, Ltd. and Sonichash, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was duly served by filing with Pacer CM/ECF which sent copies to the following parties, on this 10th day of May 2024 addressed as follows:

Sean M. Larson, WSB #7-5112
Kari Ann Hartman,, WSB #8-6507
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
slarson@hkwyolaw.com
khartman@hkwyolaw.com
*Attorneys for Defendants Mineone Wyoming Data Center LLC, Mineone Partners LLC, Terra Crypto Inc.*

Patrick J. Murphy, WSB # 5-1779
Scott C. Murray, WSB #7-4896
Williams, Porter, Day & Neville, P.C.
159 N Wolcott St., Suite 400
Casper, WY 82601(307) 265-0700
pmurphy@wpdn.net
smurray@wpdn.net
*Attorney for Plaintiffs*

Paula Colbath, *Pro Hac Vice*
Sarah Lebitan Perry, *Pro Hac Vice*
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com
sperry@loeb.com

Khale J. Lenhart
Tyson R. Woodford
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

Marc Feinstein, *Pro Hac Vice*
William K. Poa*, Pro Hac Vice*
Sherin Parikh*, Pro Hac Vice*
David Iden*, Pro Hac Vice*
Kaitie Farrell*, Pro Hac Vice*
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
*A*ttorneys for Defendants *Bitman Technologies Holding Company, Bitman Technologies Georgia Limited*

/s/ Meggan J. Hathaway
Meggan J. Hathaway