IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23-CV-79-ABJ <br><br><br> **NOTICE OF WITHDRAWAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Local Civil Rule 84.3(c), attorney Sarah L. Perry of Loeb & Loeb LLP, counsel to Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC and Terra Crypto Inc. ("Defendants"), respectfully withdraws her appearance in this matter on behalf of Defendants.

Ms. Perry has the consent of Defendants, who continue to be represented by Loeb & Loeb LLP attorneys Paula Colbath and Alex Inman and Hathaway & Kunz LLP attorneys Sean M. Larson and Kari Hartman. Ms. Perry's withdrawal will not impede, nor impact any of the remaining deadlines in this proceeding.

Dated: May 16, 2024

Respectfully submitted,

/s/ Sarah Levitan Perry

Sarah Levitan Perry, Esq. (*Pro Hac Vice*)
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4000
sperry@loeb.com