**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** (*pro hac vice*)
**WILLIAM PAO** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KAITLYN FARRELL** (*pro hac vice*)
**SHERIN PARIKH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; wpao@omm.com; diden@omm.com; kfarrell@omm.com; sparikh@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>Defendants. | Civil No. 23-CV-79J |

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

– 2 –

## BITMAIN TECHNOLOGIES GEORGIA LIMITED'S NOTICE OF NON-OPPOSITION TO CO-DEFENDANTS' MOTIONS TO DISMISS

Defendant Bitmain Technologies Georgia Limited (hereinafter "Bitmain Georgia") hereby provides notice to the Court that it takes no position on *Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc.'s Motion to Dismiss* or the *Motion to Dismiss* filed by Defendants Bit Origin Ltd. and Sonichash, LLC (collectively, "co-defendants' motions"). If the Court grants the co-defendants' motions, however, Plaintiff's claims against Bitmain Georgia should be dismissed as well, as the co-defendants are indispensable parties and all parties would be unfairly prejudiced if the Court retained jurisdiction over Bitmain Georgia.

### ANALYSIS

Courts may not dismiss indispensable parties to preserve diversity jurisdiction. *See Lenon v. St. Paul Mercury Ins.*, 136 F.3d 1365, 1371 (10th Cir. 1998) (discretion district courts have to dismiss nondiverse parties "is circumscribed…by Rule 19(b) because the court cannot proceed without indispensable parties.").

> Under Rule 19, a party is an indispensable party if (1) "in that person's absence, the court cannot accord complete relief among existing parties" or (2) proceeding without that party would "impair or impede the person's ability to protect [an] interest" or "leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest."

*Grice*, 921 F.3d at 969 (citing FED. R. CIV. P. 19). If any party would be "unfairly prejudiced by dismissing a defendant, the court must dismiss the case in its entirety for lack of jurisdiction." *Id.* (further citation omitted).

Here, co-defendants are indispensable parties and all parties would be unfairly prejudiced if the Court retained jurisdiction over Plaintiff's claim against Bitmain Georgia. The claims against Bitmain Georgia and the co-defendants arise from the same factual circumstances and are intertwined. *See Amended Complaint*, (Doc. 50), at ¶¶ 84, 102-03, 177, 179, 223-26. Given Plaintiff's allegations, it is impossible to litigate a case against Bitmain Georgia and accord complete relief to all parties without co-defendants' participation. As such, the co-defendants are indispensable to the litigation of Plaintiff's claims against Bitmain Georgia and vice versa. Furthermore, litigating this matter in two different lawsuits would unduly burden the parties, pose substantial risk of inconsistent rulings or obligations, and cut against the public interest of judicial efficiency.

WHEREFORE, Bitmain Georgia respectfully requests that if the Court grants the co-defendants' motions, the Court dismiss the entire case and not retain jurisdiction over Bitmain Georgia.

Dated:  17 May 2024.

BITMAIN TECHNOLOGIES GEORGIA
LIMITED, Defendant


BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4581**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain Georgia
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

and for

– 4 –

**MARC FEINSTEIN** (*pro hac vice*)
**WILLIAM PAO** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KAITLYN FARRELL** (*pro hac vice*)
**SHERIN PARIKH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; wpao@omm.com;
diden@omm.com; kfarrell@omm.com;
sparikh@omm.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Bitmain Technologies Georgia Limited's Notice of Non-Opposition to Co-Defendants' Motions to Dismiss*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 17 May 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

– 5 –

| | |
|---|---|
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orlip.legal<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

_s/Norma J. Hubka_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georiga