# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

12:23 pm, 5/17/24

BCB Cheyenne LLC

          Plaintiff,

vs.

MineOne Wyoming Data Center LLC et al

          Defendants.

Case Number: 23-CV-79-J

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 05/17/2024    Time: 10:33 a.m. - 12:10 p.m.    (Telephonic)

| Alan B. Johnson | Abby Logan | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

**Attorney(s) for Plaintiff(s)**: Patrick Murphy, Scott Murray

**Attorney(s) for Defendant(s)**: Marc Gottlieb, Khale Lenhart, Sean Larson, Kari Hartman, Meggan Hathaway, Paula Colbath

Other:

This was a joint hearing with Alan B. Johnson and Mark L. Carman presiding.

This case is already set for a hearing on 5/22/24 at 10:30 a.m. before Judge Johnson. The Court hopes to have the issue resolved on subject matter jurisdiction decided before that hearing.

Judge Johnson leaves the bench at 11:30 a.m.

Judge Carman takes over the hearing with regards to informal discovery issues. The discovery issue is between Patrick Murphy and Paula Colbath so all other attorneys are given the option to leave the hearing at this point. Marc Gottlieb and Khale Lenhart disconnected and all others remained on the line. Discovery issues discussed with counsel. Text-Only Order will be entered.