# EXHIBIT A



Image: 0-ea-d1-ce9a973e62ba67708151dfdc07674df4.1.jpeg (191 KB)

L  **live:.cid.e73517886f1698df**                                                           1/3/2023, 4:31 PM

&lt;at id="8:erengifo"&gt;Erick&lt;/at&gt; dear Erick. Just received the letter from CFIUS

L  **live:.cid.e73517886f1698df**                                                           1/3/2023, 4:40 PM

I will call Jonathan our morning to see if we can backdate the filing from Nov 30 to Nov 21. CFIUS reverted back to BTOG on Nov 29  3PM Beijing time so we better date the restructuring before this date.

L  **live:.cid.e73517886f1698df**                                                           1/3/2023, 4:40 PM



Image: 0-ea-d7-cc125ba4c82f3b24c189e4f9ad49b3d6.1.jpeg (275 KB)

E  **erengifo**                                                                              1/3/2023, 4:43 PM

I have never received this email

E  **erengifo**                                                                              1/3/2023, 4:43 PM

&lt;quote author="live:.cid.e73517886f1698df" authorname="haku du" timestamp="1672764008" conversation="19:f243b09179f94165adaab1ee934225e7@thread.skype" messageid="1672764008035" cuid="877139318374689980"&gt;&lt;legacyquote&gt;[1672764008] haku du: &lt;/legacyquote&gt;I will call Jonathan our morning to see if we can backdate the filing from Nov 30 to Nov 21. CFIUS reverted back to BTOG on Nov 29  3PM Beijing time so we better date the restructuring before this date.&lt;legacyquote&gt;