# EXHIBIT B

# Semi Trucks Quickly Removing Defendants' Only Assets of Value From Wyoming

### Pictures from the North Range bitcoin mining site (several miles outside of Cheyenne, WY).
### *May 20, 2024*



**Pictured at Right:** On Monday May 20, 2024, four semi trucks were on the North Range site quickly loading up and removing Defendants' only recoverable assets (beyond the $18,750,000-$32,500,000 in monies from the *Purchase and Sales Agreement*).

In the pictures you will see each pallet is stacked with approximately 48 bitcoin mining computers. Each bitcoin mining computer is worth $1,500-$3,000, meaning these pictures show Defendants' quickly removing more than $30,000,000 worth of bitcoin mining computers from Wyoming. The removal is well coordinated with at least 10 vehicles, and two dozen individuals on the North Range site, quickly loading the bitcoin mining computers into semi trucks just as they arrive onto the site.



Based upon the rate of removal and semi trucks being loaded on the North Range site, it is clear all of Defendants' bitcoin mining computers will be removed from the site within several days.

Mr. Murphy, who took these pictures from a public road near the site, has no plans to return to take more pictures of the bitcoin miners being removed from Wyoming knowing that within a few days it appears to be a near certainty all of the bitcoin mining computers will be gone and all of Defendants' bitcoin mining computers will be removed from Wyoming.



Defendants are moving so quickly and swiftly they left thousands of bitcoin mining computers out in the rain on May 19, 2024 as they were being staged to be loaded and trucked off the site today, May 20, 2024.