# EXHIBIT A

**From:** Allen, Austin
**To:** Bockelmann, Sarah; Carr, Aaron; Brink, Todd; Jacobs, Todd
**Subject:** MineOne/CleanSpark Update
**Date:** Tuesday, May 14, 2024 6:48:00 PM

All,

Aaron and I had a productive meeting with MineOne and CleanSpark today. Highlights below:

- CleanSpark stated that they are still committed to the acquisition, but they find the CFIUS rule disconcerting for the NR Site.
- CleanSpark is working with CFIUS, and their legal/lobbying team to identify any gating items at NR.
- CleanSpark would like to accelerate the closing of the Campstool/EBP property with M1 as they see this as the path of least resistance.
    - Sounds like a 2-part acquisition.
- CleanSpark stated that they do not do any hosting, so their will be no foreign counterparties.
- CleanSpark committed to providing us a ramp schedule for EBP and NRBP.
    - Initial feedback was that load would begin materializing in 120 days at EBP. Their proposed build-out is with modular buildings, should go quickly.
- We are organizing a meeting with the Architectural Review Committee for Campstool for tomorrow to get an understanding of timeframe.
- We are organizing a meeting with LEADS tomorrow for an introduction to CleanSpark.
- We are organizing a meeting with the Mayor/City.
- We are meeting again tomorrow morning to discuss feedback related to agreement timing and how this will impact load materializing.
- CleanSpark asked about other growth opportunities. They have publicly announced this acquisition, but also have also announced plans to add over 1GW of load in the next 2 years.
    - We stated that we are very interested in growth but needed to see load materialize back in Cheyenne immediately.

All in, a very good meeting. Will work on a narrowed down update to the broader group for tomorrow and provide another update after tomorrow's conversations with CleanSpark.

Thank you,
Austin