# EXHIBIT B

**From:** Allen, Austin
**To:** Bockelmann, Sarah; Carr, Aaron; Brink, Todd
**Cc:** Jacobs, Todd; Ashton, Wes; McKen, Dustin
**Subject:** CleanSpark Update
**Date:** Wednesday, May 15, 2024 8:40:00 PM

Evening Team,

Eventful day two of meetings with CleanSpark. Key takeaways are:

- Met with John Volk (EBP architectural review committee and landowner). Believe we successfully cleared the path for an expedient architectural review and sign off for CleanSpark's future build.
- Met with LEADS. CleanSpark was able to clearly communicate their objectives and the value they will bring to Cheyenne. While the meeting was productive, more work needs to be done to ensure alignment with LEADS.
- Received further verification from CleanSpark that their intent is to close their deal quickly with MineOne.
    - CleanSpark's goal is to close on the EBP campus next week and begin load ramping within 120 days of closing.
    - CleanSpark anticipates closing of NRBP campus to take longer due to CFIUS.
    - CleanSpark is attempting to negotiate new conditions with CFIUS to expedite service at NRBP. Probably a longshot, but they are lobbying folks in D.C.
- Please note that things are very fluid at this point. I will continue to update you as conversations progress.

CleanSpark will be at Horizon Point next Tuesday to meet with our team. Objective will be to solidify our path forward, review schedules, review contract assignment. I believe, after this meeting has concluded, we should be able to more accurately project the financial ramifications of this impact and our solutions to offset.

Appreciate everyone's support navigating to our solution.

Please let me know if you have any questions or comments.

-Austin