# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

12:47 pm, 5/22/24

**Margaret Botkins**
**Clerk of Court**

BCB Cheyenne LLC

        Plaintiff,

vs.

        Case Number: 1:23-CV-00079-ABJ

MineOne Wyoming Data Center LLC et al

        Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Motions Hearing

Date: 05/22/2024     Time: 10:56am - 12:45 pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Pat Murphy

Attorney(s) for Defendant(s)     Paula Colbath, Alex Inman, Sean Larson, Kari Hartman
        Marc Gottllieb, Meggan Hathaway
        Khale Lenhart, Daniel Hirsch

Other:

Hearing held via Zoom video conference
The Court heard from Ms. Colbath. She moves to strike the materials that Mr. Murphy submitted by email as improper.
The Court heard from Mr. Gottlieb, Mr. Lenhart and Mr. Murphy.
The Court heard rebuttal from Ms. Colbath.
Defendant MineOne will file brief by noon on 5/24/24.
Motions taken under advisement.

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 175 | Motion to Dismiss (Bit Origin/Sonic Hash) | Under Advisement |
| Defendant | 178 | Motion to Dismiss (MineOne/Terra Crypto) | Under Advisement |