IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79 |

## [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AN OVER-LENGTH BRIEF OF SEVENTEEN (17) PAGES

THIS MATTER comes before the Court on Plaintiff's *Motion for Leave to File an Over-Length Brief of Seventeen (17) Pages* on its [proposed] Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishmen*t* ("Amended Emergency Motion"). Being very familiar with the file, and noting that the Defendants do not object to filing of the over-length Amended Emergency Motion, but do object to Plaintiff being allowed to file this Amended Emergency Motion, the Court FINDS that there are complex and numerous legal issues presented

in the 5/15/25 *Emergency Motion* [ECF 182], the MineOne Defendants' 5/24/24 *Response* [ECF 194], and this new proposed Amended Emergency Motion, some of which are issues of first impression for the Court. The Court FURTHER FINDS that the interests of justice are best served by allowing Plaintiff to file its 17-page Amended Emergency Motion.

    IT IS THEREFORE ORDERD that Plaintiff BCB Cheyenne LLC is granted leave to file its Amended Emergency Motion.

    DATED this _____ day of _____, 2024.

BY THE COURT:

_____
United States District Judge