**FILED**

9:23 am, 6/3/24

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,     .       )        )       )       ) | |

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited liability
Company,                                          .

      Plaintiff,

v.                                                                        Civil No. 23-CV-79

MINEONE WYOMING DATA CENTER,
LLC, a Delaware limited liability company;
MINEONE PARTNERS LLC, a Delaware
limited liability company; TERRA CRYPTO
INC., a Delaware corporation; BIT ORIGIN,
LTD, a Cayman Island Company;
SONICHASH LLC, a Delaware limited
liability company; BITMAIN
TECHNOLOGIES HOLDING COMPANY,
A Cayman Island Company; BITMAIN
TECHNOLOGIES GEORGIA LIMITED,
a Georgia corporation; and JOHN DOES 1-18,
related persons and companies who control
or direct some or all of the named Defendants,

      Defendants.

---

## ORDER GRANTING PLAINTIFF LEAVE TO FILE AN OVER-LENGTH BRIEF OF SEVENTEEN (17) PAGES

---

THIS MATTER comes before the Court on Plaintiff's *Motion for Leave to File an Over-Length Brief of Seventeen (17) Pages* on its [proposed] Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishmen*t* ("Amended Emergency Motion"). Being very familiar with the file, and noting that the Defendants do not object to filing of the over-length Amended Emergency Motion, but do object to Plaintiff being allowed to file this Amended Emergency Motion, the Court FINDS that there are complex and numerous legal issues presented

in the 5/15/25 *Emergency Motion* [ECF 182], the MineOne Defendants' 5/24/24 *Response* [ECF 194], and this new proposed Amended Emergency Motion, some of which are issues of first impression for the Court. The Court FURTHER FINDS that the interests of justice are best served by allowing Plaintiff to file its 17-page Amended Emergency Motion.

IT IS THEREFORE ORDERD that Plaintiff BCB Cheyenne LLC is granted leave to file its Amended Emergency Motion.

DATED this 3rd day of June, 2024.

BY THE COURT:

_____
United States Magistrate Judge