Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email:   pmurphy@wpdn.net
         smurray@wpdn.net

*Attorneys for Plaintiff BCB Cheyenne LLC
d/b/a Bison Blockchain*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-CV-79-ABJ |
| | ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**BCB CHEYENNE LLC, d/b/a BISON BLOCKCHAIN'S
NOTICE OF INTENT TO SERVE SECOND AMENDED SUBPOENA DUCES TECUM
UPON REPUBLIC TITLE OF TEXAS, INC. IN A CIVIL ACTION**

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, through its counsel, Patrick J. Murphy and Scott C. Murray of WILLIAMS, PORTER, DAY & NEVILLE, P.C., and gives this *Notice of Intent to Serve Second Amended Subpoena Duces Tecum upon Republic Title of Texas, Inc. in a Civil Action.* The Second Amended Subpoena Duces Tecum and Second Amended Exhibit A are attached hereto.

DATED this 5th day of June 2024.

        BCB CHEYENNE LLC d/b/a
        BISON BLOCKCHAIN,

        Plaintiff

**By:** _____
        Patrick J. Murphy, WSB No. 5-1779
        Scott C. Murray, WSB No. 7-4896
        WILLIAMS, PORTER, DAY & NEVILLE, PC
        159 N. Wolcott, Ste. 400
        Casper, WY 82601
        (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

        *Attorneys for Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June 2024, a true and correct copy of the foregoing document was served as follows:

| | | |
|---|---|---|
| Sean M. Larson, WSB No. 7-5112 | [ ] | U. S. Mail (prepaid) |
| Kari Hartman, WSB No. 8-6507 | [ x ] | CM/ECF Electronic Transmission |
| HATHAWAY & KUNZ, LLP | [ ] | Overnight Delivery |
| P.O. Box 1208 | [ ] | Hand Delivery |
| Cheyenne, WY 82001 | [ ] | Electronic Mail |
| slarson@hkwyolaw.com | | |
| khartman@hkwyolaw.com | | |

| | | |
|---|---|---|
| Paula Colbath, *Pro Hac Vice* | [ ] | U. S. Mail (prepaid) |
| Sarah Levitan Perry, *Pro Hac Vice* | [ x ] | CM/ECF Electronic Transmission |
| Alex Inman, *Pro Hac Vice* | [ ] | Overnight Delivery |
| LOEB & LOEB LLP | [ ] | Hand Delivery |
| 345 Park Avenue New York, NY 10154 | [ ] | Electronic Mail |
| pcolbath@loeb.com | | |
| sperry@loeb.com | | |
| ainman@loeb.com | | |

| | | |
|---|---|---|
| Marc Feinstein, *Pro Hac Vice* | [ ] | U. S. Mail (prepaid) |
| William Pao, *Pro Hac Vice* | [ x ] | CM/ECF Electronic Transmission |
| O'MELVENY & MYERS | [ ] | Overnight Delivery |
| 400 South Hope Street | [ ] | Hand Delivery |
| Los Angeles, CA 90071-2899 | [ ] | Electronic Mail |
| mfeinstein@omm.com | | |
| wpao@omm.com | | |

| | | |
|---|---|---|
| Khale J. Lenhart, WSB No. 7-4581 | [ ] | U. S. Mail (prepaid) |
| Tyson R. Woodford, WSB No. 8-6650 | [ x ] | CM/ECF Electronic Transmission |
| HIRST APPLEGATE LLP | [ ] | Overnight Delivery |
| 1720 Carey Ave. Room 400 | [ ] | Hand Delivery |
| P.O. BOX 1083 | [ ] | Electronic Mail |
| Cheyenne, WY 82003 | | |
| klenhart@hirstapplegate.com | | |
| twoodford@hirstapplegate.com | | |

| | | |
|---|---|---|
| Meggan J. Hathaway | [ ] | U. S. Mail (prepaid) |
| Jane M. France | [ x ] | CM/ECF Electronic Transmission |
| SUNDAHL, POWERS, KAPP & MARTIN, LLC | [ ] | Overnight Delivery |
| | [ ] | Hand Delivery |
| 500 W. 18th Street, Ste. 200 | [ ] | Electronic Mail |
| Cheyenne, WY 82003 | | |
| mhathaway@spkm.org | | |
| jfrance@spkm.org | | |

| | | |
|---|---|---|
| Marc S. Gottlieb | [ ] | U. S. Mail (prepaid) |
| ORTOLI ROSENSTADT, LLP | [ x ] | CM/ECF Electronic Transmission |
| 366 Madison Avenue, 3rd Floor | [ ] | Overnight Delivery |
| New York, NY 10017 | [ ] | Hand Delivery |
| Telephone: (212) 588-0022 | [ ] | Electronic Mail |
| Facsimile: (866) 294-0074 | | |
| Email: msg@orllp.legal | | |

**By:** _____

Patrick J. Murphy