Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, PC
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email:  pmurphy@wpdn.net
        smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br>           Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br>           Defendants. | Civil Action No. 23-CV-79-ABJ |

## EXHIBIT A
## TO BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN'S THIRD AMENDED SUPBOENA DUCES TECUM TO CLEANSPARK, INC. IN A CIVIL ACTION

CLEANSPARK, INC. is commanded to produce copies of the following documents to

Patrick J. Murphy at WILLIAMS, PORTER, DAY & NEVILLE, P.C. at 159 N. Wolcott Street, Suite

400, Casper, WY 82601, or by emailing the documents to pmurphy@wpdn.net by June 11, 2024 at 4:00 p.m. MDT, as follows:

## DEFINITIONS

1. "Document" shall have the full meaning ascribed to it in Rule 34 of the Federal Rules of Civil Procedure and shall include every writing or record of every type and description, including, but not limited to, agreements, contracts, contract files, correspondence, memoranda, publications, pamphlets, promotional materials, studies, books, tables, charts, graphs, schedules, e-mails, text messages, photographs, films, voice recordings, reports, surveys, analyses, journals, ledgers, telegrams, stenographic or handwritten notes, minutes of meetings, transcripts, financial statements, purchase orders, vouchers, invoices, bills of sale, bills of lading, credit and billing statements, checks, manuals, circulars, bulletins, instructions, sketches, diagrams, computer programs, printouts, punch cards, tabulations, logs, telephone records, desk calendars, diaries, appointment books, computer data, tapes, and disks; and includes all drafts or copies of every such writing or record whenever a draft or copy of a document is not an identical copy of the original or where such draft or copy contains any commentary or notes that do not appear on the original.

2. "Communications" shall mean all written, oral, telephonic, electronic, e-mail, text, or other transmittal of words, thoughts, ideas, and images, including, but not limited to, inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, letters, notes, telegrams, advertisements, press releases, publicity releases, trade releases, and interviews.

3. The term "relating to" shall mean directly or indirectly mentioning or describing, comprising, consisting of, referring to, reflecting on, or being in any way logically or factually connected with the matter discussed.

4. The term "North Range" shall mean of, concerning, or relating in any way to the improved real property commonly known as 635 Logistics Drive in the City of Cheyenne, Laramie County, Wyoming 82009 and the related electrical power contracts with Black Hills Energy for the BCIS power (~45 megawatts) and expansion power (~25 megawatts).

5. The term "Campstool" shall mean of, concerning, or relating to the property known as Lot 1 Block 4 Venture Dr., in the City of Cheyenne, Laramie County, Wyoming 82007 and the related electrical power contracts with Black Hills Energy for the BCIS power (~30 megawatts) and expansion power (~30 megawatts).

## DOCUMENTS REQUESTED

1. Produce documents and communications, specifically, any and all wire transfer documentation, of any payment(s) CleanSpark, Inc. and/or any of its subsidiaries have made from May 8, 2024 to June 10, 2024[1] to the Escrow Holder (Republic Title of Texas, Inc.), Defendant MineOne, Defendant Terra Crypto Inc, and/or any of MineOne's alleged creditors relating to North Range and/or Campstool pursuant to the May 8, 2024 Purchase and Sale Agreement ("PSA"), the May 29, 2024 Amended and Restated Purchase and Sale Agreement ("North Range PSA") and the May 29, 2024 Campstool Purchase and Sale Agreement ("Campstool PSA"), including amendments thereto for all of the aforementioned agreements, and any other agreement between CleanSpark, Inc. (or any of its subsidiaries) and MineOne Wyoming Data Center LLC relating to North Range and/or Campstool.

---

[1] In the Court's Order on Plaintiff's *Emergency Motion*, the Court relied on what Ms. Colbath, MineOne's counsel, represented to the Court when she stated: "There is no emergency present, no money has exchanged hands and no money will for at least 30 days [from May 17, 2024], and likely longer" [ECF 194 at p. 4].

2. Produce documents and communications from May 25, 2024 to present relating to the Closing date for (1) the Campstool PSA and (2) the North Range PSA. Please note: this request seeks email communications confirming what date (or what anticipated date) Closing is scheduled for both the Campstool PSA and the North Range PSA.

3. Please produce documents and communications showing whether Defendant MineOne provided the PSA Section 7a disclosure schedule to CleanSpark before the May 8, 2024 signing of the PSA. Please produce communications in the form of .eml file(s) for any email communications that exist under this request.

**Please note**: All documents and communication requests under this subpoena are being done so on an *emergency* basis ahead of the Evidentiary Hearing scheduled on Friday afternoon June 7, 2024. By our estimation, these requests include no more than 15 documents and email threads, and maybe as few as five or six, in total. We don't believe gathering and producing the documents and communications in the three requests above will take more than a few hours of time.

On May 31, 2024, CleanSpark's counsel, Leighton Koehler, was provided the Stipulated Protective Order that was entered in this civil action (on December 6, 2023). All documents and communication requested and provided under this subpoena are protected and treated as confidential under this civil action's Stipulated Protective Order and are being requested prior to the Evidentiary Hearing.

**Please send the requested documents and communications via email to pmurphy@wpdn.net by June 11, 2024 at 4:00 p.m. MDT.**

RESPECTFULLY SUBMITTED this 5th day of June 2024.

        BCB CHEYENNE LLC d/b/a
        BISON BLOCKCHAIN,

        Plaintiff

**By:** 
        Patrick J. Murphy, WSB No. 5-1779
        Scott C. Murray, WSB No. 7-4896
        WILLIAMS, PORTER, DAY & NEVILLE, PC
        159 N. Wolcott, Ste. 400
        Casper, WY 82601
        (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

        *Attorneys for Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain*