**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** (*pro hac vice*)
**WILLIAM PAO** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KAITLYN FARRELL** (*pro hac vice*)
**SHERIN PARIKH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; wpao@omm.com;
diden@omm.com; kfarrell@omm.com; sparikh@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>      Plaintiff,<br><br>    vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>      Defendants. | Civil No. 23-CV-79J |

## *NOTICE OF WITHDRAWAL OF KAITIE FARRELL*

***PLEASE TAKE NOTICE THAT***, pursuant to Local Civil Rule 84.3(c), attorney Kaitie Farrell of O'Melveny & Myers LLP, counsel to Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia), respectfully withdraws her appearance in this matter on behalf of Bitmain Georgia.

Ms. Farrell has the consent of Bitmain Georgia, who continues to be represented by O'Melveny & Myers LLP attorneys Marc Feinstein, William Pao, David Iden, Sherin Parikh, and Danny Hirsch and Hirst Applegate, LLP attorneys Khale Lenhart and Tyson Woodford.  Ms. Farrell's withdrawal will not impede nor impact any of the remaining deadlines in this proceeding.

Dated:  10 June 2024.

        BITMAIN TECHNOLOGIES GEORGIA
        LIMITED, Defendant


    BY: s/Khale J. Lenhart
        **KHALE J. LENHART, #7-4581**
        **TYSON R. WOODFORD, #8-6650**
        OF HIRST APPLEGATE, LLP
        Attorneys for Defendant Bitmain Georgia
        P. O. Box 1083
        Cheyenne, WY 82003-1083
        Phone: (307) 632-0541
        Fax: (307) 632-4999
        klenhart@hirstapplegate.com
        twoodford@hirstapplegate.com

        and for

        **MARC FEINSTEIN (*pro hac vice*)**
        **WILLIAM PAO (*pro hac vice*)**
        **DAVID IDEN (*pro hac vice*)**
        **KAITLYN FARRELL (*pro hac vice*)**
        **SHERIN PARIKH (*pro hac vice*)**
        O'Melveny & Myers
        400 South Hope Street
        Los Angeles, CA 90071-2899
        Phone: (213) 430-6000

Fax: (213) 430-6407  
mfeinstein@omm.com; wpao@omm.com;  
diden@omm.com; kfarrell@omm.com;  
sparikh@omm.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Notice of Withdrawal of Kaitie Farrell*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 10 June 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 4 –

Marc S. Gottlieb, I, *Pro Hac Vice*
Ortoli Rosenstadt, LLP
366 Madison Avenue, 3rd Floor
New York, NY 10022-5616
msg@orlip.legal
*Attorneys for Defendant Bit Origin Ltd., SonicHash*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

_s/Norma J. Hubka_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia