UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>                Defendants. | Civil No. 23-CV-79J |

## ORDER GRANTING WITHDRAWAL OF KAITIE FARRELL

**THIS MATTER** comes before the Court upon the *Notice of Withdrawal of Kaitie Farrell* as counsel for Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia), and the Court having reviewed and considered the same hereby **ORDERS** that the *Withdrawal of Kaitie Farrell* is hereby **GRANTED**.

Dated: _____ June 2024.

 

_____
UNITED STATES MAGISTRATE JUDGE