**FILED**



3:33 pm, 6/10/24

**Margaret Botkins**
**Clerk of Court**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } } | |
| Plaintiff, | } } } | |
| vs. | } } } | Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } } } } | |
| Defendants. | } | |

# ORDER GRANTING WITHDRAWAL OF KAITIE FARRELL

**THIS MATTER** comes before the Court upon the *Notice of Withdrawal of Kaitie Farrell* as counsel for Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia), and the Court having reviewed and considered the same hereby **ORDERS** that the *Withdrawal of Kaitie Farrell* is hereby **GRANTED**.

Dated:  10  June 2024.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE