# Exhibit C

DEFENDANTS' RELATED PARTIES & ALLEGED CREDITORS
Chong "Lucas" Wang, MBA
Jiaming Li, PhD
Erick Rengifo, PhD
Defendant in BCB Lawsuit
RED NAME
Divested by Presidential Order
Selling assets for $22.5M
Alleged "third party" lenders
Alleged creditor
Bit Origin Limited
Former Management (and/or Owners)
MineOne Wyoming Data Center LLC
Management and/or Beneficial Owners
MineOne Partners LLC
100% Owner
Terra Crypto, Inc.
Management and/or Beneficial Owners
Bitmain Georgia
$1M+ Equity
$1M+ Equity
$1M+ Equity
100% Owner
$3M Equity
Oriental Sun Enterprises LLC
Rising Sun Properties LLC
Yu & Jing Investment LLC
MineOne Data Center LLC
Management and/or Beneficial Owners
Terra Global Asset Management Holdings Inc.
Management and/or Beneficial Owners
General Partner?
100% Owner
MineOne Cloud Computing Investment I LP
Management and/or Beneficial Owners
Terra Global Capital LLC
Management and/or Beneficial Owners
$5M Equity
General Partner?
40% Owner
40% Owner
20% Owner
Vantage International Group Limited,
Jiaqi Li,
Commas International Holding LLC,
AVVE SG Investment Pte. Ltd
BitGeek DT Group Limited
Founder (and likely Owner and Management)
MineOne Partners Limited
Management and/or Owners
International Intellectual Capital LLC
100% Owner
Global Network of Business Consultants Inc.
100% Owner
Erick Rengifo











