# Exhibit D

# Statement of Financial Accounting Standards No. 57

[FAS57 Status Page](#)
[FAS57 Summary](#)

Related Party Disclosures

March 1982



Financial Accounting Standards Board
of the Financial Accounting Foundation
401 MERRITT 7, P.O. BOX 5116, NORWALK, CONNECTICUT 06856-5116

## Appendix B:  GLOSSARY

24. For purposes of this Statement, certain terms are defined as follows:

a. **Affiliate.**  A party that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with an enterprise.

b. **Control.**  The possession, direct or indirect, of the power to direct or cause the direction of the management and policies of an enterprise through ownership, by contract, or otherwise.

c. **Immediate family.**  Family members whom a principal owner or a member of management might control or influence or by whom they might be controlled or influenced because of the family relationship.

d. **Management.**  Persons who are responsible for achieving the objectives of the enterprise and who have the authority to establish policies and make decisions by which those objectives are to be pursued.  Management normally includes members of the board of directors, the chief executive officer, chief operating officer, vice presidents in charge of principal business functions (such as sales, administration, or finance), and other persons who perform similar policymaking functions.  Persons without formal titles also may be members of management.

e. **Principal owners.**  Owners of record or known beneficial owners of more than 10 percent of the voting interests of the enterprise.

f. **Related parties.**  Affiliates of the enterprise; entities for which investments are accounted for by the equity method by the enterprise; trusts for the benefit of employees, such as pension and profit-sharing trusts that are managed by or under the trusteeship of management; principal owners of the enterprise; its management; members of the immediate families of principal owners of the enterprise and its management; and other parties with which the enterprise may deal if one party controls or can significantly influence the management or operating policies of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests.  Another party also is a related party if it can significantly influence the management or operating policies of the transacting parties or if it has an ownership interest in one of the transacting parties and can significantly influence the other to an extent that one or more of the transacting parties might be prevented from fully pursuing its own separate interests.

Copyright © 1982, Financial Accounting Standards Board                                               Not for redistribution