## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>      Defendants. | Civil No. 23-CV-79 |

**[PROPOSED] ORDER REQUIRING THE MINEONE DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S EXPEDITED MOTION TO COMPEL DISCOVERY FROM THE MINEONE DEFENDANTS [ECF 214] BY THURSDAY, JUNE 13, 2024**

THIS MATTER comes before the Court on Plaintiff's *Expedited Motion to Compel Discovery from the MineOne Defendants* ("*Expedited Motion to Compel*"). The Court has reviewed the *Expedited Motion to Compel*, and the Court FINDS that the MineOne Defendants should file their Response to Plaintiff's *Expedited Motion to Compel* by Thursday, June 13, 2024; and the Court FURTHER FINDS that it will determine and issue its ruling on the substantive aspects of Plaintiff's *Expedited Motion to Compel* shortly thereafter without any further briefing or oral argument.

DATED this _____ day of June, 2024.

BY THE COURT: _____
Mark L. Carman
United States Magistrate Judge