FILED

9:03 am, 6/13/24

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a/ BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Islands company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Case No.  23-CV-79-ABJ |

**ORDER GRANTING DEFENDANTS' MOTION TO VACATE AND RESET HEARING AND SET BRIEFING DEADLINE**

THIS MATTER comes before the Court upon Plaintiff's *Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment* (ECF No. 203), filed on June 3, 2024, Defendants' *Motion to Vacate and Reset Hearing and Set Briefing Deadline* (ECF No. 205), filed on June 4, 2024. Having reviewed the filings, the applicable law, and

being otherwise fully advised, the Court finds Defendants' *Motion to Vacate and Reset Hearing and Set Briefing Deadline* (ECF No. 205) is **GRANTED**. The hearing on this matter is **RESET** for June 26, 2024 at 1:30PM.

## DISCUSSION

Plaintiff, BCB Cheyenne LLC d/b/a/ Bison Blockchain ("BCB" or "Plaintiff"), filed an *Emergency Motion for a Protective Order with Prejudgment Writs of Attachment and Garnishment* on May 12, 2024. ECF No. 182. The Court conducted a brief hearing on May 17, 2024. ECF No. 186. Defendant MineOne Wyoming Data Center LLC, MineOne Partners LLC and Terra Crypto Inc. (collectively, "MineOne Defendants") filed its *Procedural Opposition to Setting Emergency Hearing and Expedited Briefing Regarding Plaintiff's Motion for a Protective Order* on May 20, 2024. ECF No. 189. Plaintiff filed a reply to MineOne Defendants' procedural opposition on May 20, 2024. ECF No. 191. Plaintiff also filed a supplement to the *Emergency Motion* (ECF No. 182) on May 21, 2024. ECF No. 192. Defendants MineOne Wyoming Data Center LLC ("MineOne"), MineOne Partners LLC, and Terra Crypto Inc. (collectively, "MineOne Defendants") filed their *Memorandum of Law in Opposition to Plaintiff's Emergency Motion for Protective Order with Prejudgment Writs of Attachment and Garnishment* (ECF No. 195) on May 24, 2024.

On May 31, 2024, this Court set a hearing on Plaintiff's *Emergency Motion* for June 7, 2024. ECF No. 199. On June 3, 2024, Plaintiff filed an *Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment* ("*Amended Emergency Motion*"). ECF No. 203. On June 4, 2024, MineOne Defendants filed their motion requesting that the Court vacate and reset the hearing on the emergency motion to allow counsel to properly respond

and prepare for the hearing. ECF No. 205. Plaintiff responded in opposition to Defendants' Motion to vacate on June 5, 2024. ECF No. 206. On June 6, 2024, the Court vacated the hearing set for June 7, 2024. ECF No. 211.

The MineOne Defendants indicate that a short adjournment of the hearing on Plaintiff's requested emergency relief will allow both parties to exchange lists of anticipated witnesses and exhibits, to proceed with the emergency evidentiary hearing and aid the Court in its evaluation. ECF No. 205. The Court agrees and finds it necessary that the parties receive scheduled briefing deadlines and clear guidance for anticipated evidence and witness testimony.

## CONCLUSION

Accordingly, **IT IS HEREBY ORDERED**, Defendants' *Motion to Vacate and Reset Hearing and Set Briefing Deadline* (ECF No. 205) is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's *Amended Emergency Motion* (ECF No. 203) is **HEREBY RESET** for Wednesday, June 26, 2024 at 1:30PM.

**IT IS FURTHER ORDERED** that MineOne Defendants' response to Plaintiff's *Amended Emergency Motion* (ECF No. 203) is due on June 17, 2024. Plaintiff may file a reply to Defendants' response no later than June 24, 2024.

**IT IS FURTHER ORDERED** that the parties shall exchange and file anticipated witness lists no later than June 19, 2024.

**IT IS FURTHER ORDERED** that the parties shall exchange and file anticipated exhibits no later than June 19, 2024.

**IT IS FURTHER ORDERED** that should the parties endeavor to stipulate to any of the factual basis for Plaintiff's *Amended Emergency Motion*, such stipulations should be filed no later than June 19, 2024.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2024.

Alan B. Johnson
United States District Judge