# EXHIBIT B

Message

**From:** Info@MineOne [info@mineonepartners.com]
on behalf of Info@MineOne <info@mineonepartners.com> [info@mineonepartners.com]
**Sent:** 3/17/2023 10:31:06 PM
**To:** Ethan Ellenberg [ethan@moonshot-pods.com]; Erick Rengifo [rengifo@ucholding.com]; Jiaming Li [jli@mineonepartners.com]
**CC:** Todd Dempsey [todd@moonshot-pods.com]; Andrew Phelan [andrew@moonshot-pods.com]
**Subject:** Re: Mineone/Moonshot Wyoming Project

Hi Ethan,

Thank you for providing the manuals and we will read them thoroughly.

Could you please send us the contract signed between mineone and moonshot and all the invoice you have issued so far( I believe we have paid out all the invoices) and all the equipment for each DC you have shipped to the site as of now? We are happy to review and evaluate.

For automation electronics, all their work has been redone by our new vendor System MEC, please ask them to provide proof or work for each DC( what they exactly have done) and I will let System MeC to review and mark those works they have redone.

Thank you very much!


Get Outlook for iOS

---

**From:** Ethan Ellenberg <ethan@moonshot-pods.com>
**Sent:** Friday, March 17, 2023 2:22:36 PM
**To:** Erick Rengifo <rengifo@ucholding.com>; Info@MineOne <info@mineonepartners.com>; Jiaming Li <jli@mineonepartners.com>
**Cc:** Todd Dempsey <todd@moonshot-pods.com>; Andrew Phelan <andrew@moonshot-pods.com>
**Subject:** Mineone/Moonshot Wyoming Project

Jiaming,

I have attached the Smart PDU Operation Guide. Note we will have a V2 that will be released on Monday but this should get you familiar with the process.
If you want the PDUs to be aggregated together Forman is setup to do that with our PDU.

I have included a price list for 5% of recommended spare parts. (PDUs, Breakers, VFDs)

Moving forward.

We are VERY appreciative of your business.
We look forward to finishing this project and working with you on future opportunities.
This has been a challenging project and if you were to ask Michael and Emory,
Moonshot has played a critical role in supplying Electrical Equipment and labor to keep the project moving.

With that said, we are in a tough situation.
This project was originally scoped to be delivered in December 2022. **Our terms were based on that schedule**.

MINEONE0014459

We understand that there were delays that are out of everyone's control and we have been more than willing to accommodate thus far.
As a UL508A/891 shop we design and fabricate the panels. We have a large amount of components such as breakers, enclosures and wires we get from various manufacturers.
Our manufacturers typically give us net30 terms. They have been gracious enough to extend those terms to 90 days. That has gotten us to this point.
We now need to receive final payment so we can pay out vendors accordingly. This is risking our credit and could hinder our ability to conduct future business with these companies.

My board is concerned. We have experienced 2 other very large projects delay or fail to pay the final 20% of the project. The delays in payment we are currently experiencing, exposes Moonshot to an uncomfortable level of risk.
We have also been made aware of several employees and contractors no longer with the project which adds concern. The board has advised me to hold off on any more deliveries as well as startup and commissioning support until the following balances are paid.

$40,518.84 – VFDs, Controls & Onsite- Commissioning
$188,536.23 – 1200A Panels & PDUs

In addition, we referred Automation Electric to MineOne to help them out of a bind. It has come to our attention that they have not been paid.
We deeply value all of our partners and do not wish to lose them as a critical partner.

$136,032.38 – Labor & Interest (See attached)

We look forward to supporting you in getting your operation up and running.
We just need to get these invoices taken care of so we can continue to provide the high quality service our customer's deserve.

Thanks,


Ethan Ellenberg
Owner/CEO

Moonshot Global Holdings Corp.
469-588-2100 | Dallas, Texas
Ethan@moonshot-pods.com

moonshot-pods.com
t.me/moonshotmining

MINEONE0014460