Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212-407-4000
pcolbath@loeb.com
ainman@loeb.com

*Attorneys for Defendants MineOne Wyoming Data Center, LLC,
MineOne Partners LLC, and Terra Crypto Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) |
| Plaintiff, | ) |
| | ) Civil Action No. 23CV-79-ABJ |
| v. | ) |
| | ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS MINEONE WYOMING DATA CENTER LLC,
MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S
<u>HEARING WITNESS & EXHIBIT LISTS</u>**

Pursuant to the Court's June 13, 2024 Order (ECF No. 217) directing the parties to exchange and file anticipated witness list and exhibits list, Defendants MineOne Wyoming Data Center LLC ("MineOne"), MineOne Partners LLC and Terra Crypto Inc. (collectively, the "MineOne Defendants") identify the individuals listed below to testify as witnesses and the documents listed below as potential exhibits for the hearing on Plaintiff's Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment (ECF No. 203). The MineOne Defendants respectfully submit the following list of individuals whom they will or may call to testify at the hearing, via such means as appear below. This list is advisory only and not a commitment that the MineOne Defendants will call all or any particular witness at the hearing. This list is not set forth in the order in which such witnesses are expected to testify.

The MineOne Defendants reserve the right to make an application to the Court to call additional witnesses in addition to those listed below. The list below does not include rebuttal and/or witnesses for credibility purposes. The MineOne Defendants reserve the right to call any witnesses called by the other parties and to revise this list in light of further rulings that may be issued by the Court or as a result of any other changed circumstances.

| Witness Name and Means of Testimony |
| --- |
| Mark Aldrich – via Zoom |
| Michael Murphy – via Zoom |
| Sean Murphy – via Zoom (pending service of or acceptance of subpoena by Mr. Patrick Murphy) |
| Emory Patterson IV – via Zoom (pending service of or acceptance of subpoena by Mr. Patrick Murphy) |
| Neil Phippen – via Zoom (pending service of or acceptance of subpoena by Mr. Patrick Murphy) |
| Steven Randall – via Zoom (pending service of or acceptance of subpoena by Mr. Patrick Murphy) |
| Dr. Erick Rengifo – via Zoom |

This below exhibit list does not include any documents intended to be introduced solely for impeachment purposes, and the MineOne Defendants reserve the right to introduce such documents as exhibits for that purpose.  The MineOne Defendants further reserve the right to introduce any exhibits they may deem necessary to introduce in fairness to rebut the other parties' witnesses' testimony and exhibits presented at hearing, to introduce any exhibits contained on the other parties' exhibit lists, and to revise this list in light of further rulings that may be issued by the Court or as a result of any other changed circumstances.

| Defendants' Hearing Ex. | Exhibit Description | Bates No. / Other Designation |
|---|---|---|
| 1 | MineOne Defendants' Amended Corporate Disclosure Statement | ECF No. 41 |
| 2 | Development, Hosting & Services Agreement between MineOne Wyoming Data Center LLC and BCB Cheyenne LLC, dated June 9, 2022 | BCB 000068-90 |
| 3 | Consultancy Services Agreement between BCB Cheyenne LLC and Terra Crypto Inc., dated June 9, 2022 | BCB 000093-99 |
| 4 | Email from Michael Murphy to Erick Rengifo and Jiaming Li, dated April 23, 2022 | MINEONE0025201 |
| 5 | Compilation of BCB Invoices | BCB 003341-79 |
| 6 | Email from Michael Murphy to Iris Li and Jiaming Li, dated March 11, 2023 | MINEONE0005568 |
| 7 | Email from Jiaming Li to Michael Murphy, dated March 13, 2023 | MINEONE0017531 |
| 8 | Phase I Budget (as produced to BCB) | MINEONE0033209 |
| 9 | Operation and Maintenance Service Framework Agreement between Bitmain Technologies Georgia Limited and MineOne Wyoming Data Center LLC, dated March 10, 2023 | BITMAIN_GEORGIA_000038-74 |
| 10 | Email from Betsey Hale (Cheyenne Leads) to Michael Murphy enclosing Microsoft CIFUS Submission, dated November 7, 2022 | BCB 000253-69 |

| Defendants' Hearing Ex. | Exhibit Description | Bates No. / Other Designation |
|---|---|---|
| 11 | Presidential Order dated May 13, 2024 | MINEONE0033218-28 |
| 12 | CleanSpark Form 8K dated May 29, 2024 | MINEONE0033229- |
| 13 | Email from Stephen Cohen to CleanSpark enclosing PSA Disclosure Schedules | MINEONE0033033 |
| 14 | Blockchain Interruptible Electric Service Agreement between Cheyenne LLC and Cheyenne Light, Fuel and Power Company, dated February 22, 2022 | MINEONE0033144-63 |
| 15 | Blockchain Interruptible Electric Service Agreement between Cheyenne Light, Fuel and Power Company and MineOne Wyoming Data Center LLC, dated June 9, 2022 | MINEONE0033187-208 |
| 16 | Amended and Restated Blockchain Interruptible Service Agreement between Cheyenne Light, Fuel and Power Company and MineOne Wyoming Data Center LLC, dated April 1, 2022 | MINEONE0033164-86 |
| 17 | Loan and Security Agreement between AntAlpha and MineOne Wyoming Data Center LLC, dated July 27, 2023 | MINEONE0033295-401 |
| 18 | AntAlpha UCC Search | MINEONE0033402-07 |
| 19 | AntAlpha Payoff Statement dated June 6, 2024 | MINEONE0033291-94 |
| 20 | Terra Crypto, Inc. Promissory Note dated September 14, 2022 | MINEONE0033440-47 |
| 21 | Purchase Agreement between Terra Crypto, Inc. and MineOne Wyoming Data Center LLC, dated September 16, 2022 | MINEONE00334420-32 |
| 22 | Terra Crypto, Inc. Promissory Note dated December 20, 2022 | MINEONE0033448-55 |
| 23 | Repurchase and Debt Conversion Agreement between Terra Crypto, Inc. and MineOne Wyoming Data Center LLC, dated March 20, 2024 | MINEONE0033433-39 |
| 24 | Loan Agreement between Yu & Jing Investment LLC, Oriental Sun | MINEONE0033285-90 |

| Defendants' Hearing Ex. | Exhibit Description | Bates No. / Other Designation |
|---|---|---|
|  | Enterprises LLC, Rising Sun Properties LLC and MineOne Wyoming Data Center LLC, dated April 23, 2024 |  |
| 25 | Loan Agreement between BitGeek DT Group Limited and MineOne Wyoming Data Center LLC, dated April 30, 2024 | MINEONE0033408-13 |
| 26 | Loan Agreement between Intellectual International Capital and MineOne Wyoming Data Center LLC, dated April 30, 2024 | MINEONE0033414-19 |
| 27 | Bitmain Invoice Compilation | MINEONE0033210-13 |
| 28 | Black Hills Energy invoice dated June 11, 2024 | MINEONE0033277-80 |
| 29 | Systems MEC Final Invoice dated May 27, 2024 | MINEONE0033284 |
| 30 | Systems MEC Disassembly Quote dated May 22, 2024 | MINEONE0033281-83 |

DATED this 19th day of June, 2024.

HATHAWAY & KUNZ, LLP

By: */s/ Sean Larson*
    Sean Larson, Esq.
    Kari Hartman, Esq.
    2515 Warren Ave, Suite 500
    Cheyenne, WY 82003
    Telephone: (307) 634-7723
    Fax: (307) 634-0985
    slarson@hkwyolaw.com
    khartman@hkwyolaw.com

LOEB & LOEB LLP

By: */s/ Paula K. Colbath*
    Paula K. Colbath, Esq. (*Pro Hac Vice*)
    Alex Inman, Esq. (*Pro Hac Vice*)
    345 Park Avenue
    New York, NY 10154
    Telephone: (212) 407-4000
    pcolbath@loeb.com
    ainman@loeb.com

*Attorneys for Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of June, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy                                    [✓] CM/ECF
Scott C. Murray                                      [  ] Fax:
Williams, Porter, Day & Neville, P.C.                [  ] E-mail:
159 N. Wolcott., Suite 400                           pmurphy@wpdn.net
P.O. Box 10700 (82602)                               smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart                                     [✓] CM/ECF
Tyson R. Woodford                                    [  ] Fax:
Hirst Applegate, LLP                                 [  ] E-mail:
P. O. Box 1083                                       klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083                              twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*                       [✓] CM/ECF
William K. Pao, *pro hac vice*                       [  ] Fax:
David Iden, *pro hac vice*                           [  ] E-mail:
Sherin Parikh, *pro hac vice*                        mfeinstein@omm.com
Daniel Hirsch, *pro hac vice*                        wpao@omm.com
O'Melveny & Myers, LLP                               diden@omm.com
Los Angeles, CA 90071                                sparikh@omm.com
*Attorneys for Bitmain Technologies Georgia
Limited*

Meggan J. Hathaway                                   [✓] CM/ECF
Jane M. France                                       [  ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.               [  ] E-mail:
500 W. 18th Street, Suite 200                      mhathaway@spkm.org
Cheyenne, WY 82003-0328                              jfrance@spkm.org

Marc S. Gottlieb                                     [✓] CM/ECF
Ortoli Rosenstadt, LLP                               [  ] Fax:
366 Madison Avenue, 3rd Floor                      [  ] E-mail:
New York, NY 10017                                   msg@orllp.legal
*Attorneys for Bit Origin and SonicHash*

                                        */s/ Paula K. Colbath*

                                        Loeb & Loeb, LLP