| STATE OF WYOMING | COUNTY OF |
| --- | --- |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

**BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN**
*Plaintiff,*
-vs-
**MINEONE WYOMING DATA CENTER LLC ET AL.**
*Defendant.*

Civil Action No: **23-CV-79-ABJ**

### SERVICE RETURN FOR NEIL PHIPPEN C/O BCB CHEYENNE LLC

I, **Chantel Schmidt**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [►] I made service of said *SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION* in the county aforesaid on the **19th** day of **June, 2024**, at **2:17 PM** *(from GPS coordinates 42.851167, -106.323947)* by delivering a copy of the same, to **NEIL PHIPPEN C/O BCB CHEYENNE LLC** to wit:

   a. [  ] Personally and in person at:
   - [►] Home
   - [  ] Work:
   - [  ] Bank:
   - [  ] Other:

   b. [►] By leaving copies with **Murray Scott (Attorney)**, a person over the age of 14 years old, at the defendant's residence: **NEIL PHIPPEN C/O BCB CHEYENNE LLC, 159 North Wolcott Street Ste 400, Casper, WYOMING 82601**.

2. [  ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Male, approx 6'0", approx 150 lbs, approx 30's, Blonde hair.

**Chantel Schmidt**

Subscribed and affirmed, or sworn to before me in the County of
Natrona,
State of _Wyoming_ this _20_ day of _June_ 2024.

**CHELSEA M. BURGARDT**
**NOTARY PUBLIC**
**STATE OF WYOMING**
**COMMISSION ID: 156392**
**MY COMMISSION EXPIRES: 09/16/2028**

**Notary Public / Clerk**

Hathaway & Kunz, P.C.

815221