| STATE OF WYOMING | COUNTY OF |
|---|---|

#### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

**BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN**
  *Plaintiff*,
 -*vs*-
**MINEONE WYOMING DATA CENTER LLC ET AL.**
  *Defendant*.

Civil Action No: **23-CV-79-ABJ**

### SERVICE RETURN FOR EMORY PATTERSON C/O BCB CHEYENNE LLC

I, **Chantel Schmidt**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [►] I made service of said *SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION* in the county aforesaid on the **19th** day of **June, 2024**, at **2:14 PM** *(from GPS coordinates 42.851188, -106.323911)* by delivering a copy of the same, to **EMORY PATTERSON C/O BCB CHEYENNE LLC** to wit:

   a. [  ] Personally and in person at:
      [►] Home
      [  ] Work:
      [  ] Bank:
      [  ] Other:

   b. [►] By leaving copies with **Murray Scott (Attorney)**, a person over the age of 14 years old, at the defendant's residence: **EMORY PATTERSON C/O BCB CHEYENNE LLC, C/O SCOTT MURRAY, 159 N Wolcott St Ste 400, Casper, WYOMING 82601.**

2. [  ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Male, approx 6'0", approx 150 lbs, approx 30's,
Blonde hair.

**Chantel Schmidt**

Subscribed and affirmed, or sworn to before me in the County of
_____Natrona_____,
State of ____Wyoming____ this __20__ day of __June__ 2024.

CHELSEA M. BURGARDT
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 156392
MY COMMISSION EXPIRES: 09/16/2028

**Notary Public / Clerk**

Hathaway & Kunz, P.C.

815219