| STATE OF WYOMING | COUNTY OF |
|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN
   Plaintiff,
-vs-
MINEONE WYOMING DATA CENTER LLC ET AL.
   Defendant.

Civil Action No: **23-CV-79-ABJ**

### SERVICE RETURN FOR STEPHEN RANDALL C/O BCB CHEYENNE LLC

I, **Chantel Schmidt**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶] I made service of said *SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION* in the county aforesaid on the **19th** day of **June, 2024**, at **2:15 PM** *(from GPS coordinates 42.851124, -106.323836)* by delivering a copy of the same, to **STEPHEN RANDALL C/O BCB CHEYENNE LLC** to wit:

   a. [ ] Personally and in person at:
      [▶] Home
      [ ] Work:
      [ ] Bank:
      [ ] Other:

   b. [▶] By leaving copies with **Murray Scott (Attorney)**, a person over the age of 14 years old, at the defendant's residence: **STEPHEN RANDALL C/O BCB CHEYENNE LLC, 159 North Wolcott Street ste 400, Casper, WYOMING 82601**.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Male, approx 6'0", approx 150 lbs, approx 30's,
Blonde hair.

_____
Chantel Schmidt

Subscribed and affirmed, or sworn to before me in the County of
__Natrona__,
State of __Wyoming__ this __20__ day of __June__ 2024.

_____
Notary Public / Clerk

CHELSEA M. BURGARDT
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 156392
MY COMMISSION EXPIRES: 09/16/2028

Hathaway & Kunz, P.C.

815220

