# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC

          Plaintiff,

vs.

MINEONE WYOMING DATA CENTER LLC et al

          Defendants.

Case Number: 23-CV-79-J

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ This was a Telephonic Hearing

Date: 06/18/2024    Time: 2:10 p.m. - 3:30 p.m.    (Telephonic)

| Mark L. Carman | none | none | none |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy, Scott Murray

Attorney(s) for Defendant(s)    Paula Colbath

Other:

On June 18, 2024 an informal discovery conference was held before the Honorable Mark Carman in this matter. The issue addressed was the production of Skype messages which were redacted in large part. Plaintiff was represented by Mr. Patrick Murphy. Defendant MineOne, represented by Ms. Paula Colbath, indicated that the redactions address three issues. First was the redaction of those parts of the conversations which did not relate to the Wyoming projects at North Range and Campstool. Second was conversations which addressed concerns related to the Committee on Foreign Investment in the United States ("CFIUS"), and the third with efforts to obtain financing under the Ant Alpha loan. Following lengthy conversation, the Court made the following proposal to resolve these matters.

1. Regarding relevancy the Plaintiffs will identify 10 days of Skype communications. Defendant MineOne will provide the Court with the redacted and unpredicted Skype messages for those dates which this Court will review in camera and based upon that review make a decision as the appropriateness of the redactions. Those documents shall be provided directly to Judge Carman's chambers for review by MineOne on or before the close of business on June 7, 2024.
2. MineOne will not be required to produce redactions related to the Ant Alpha loan.
3. MineOne will provide all non-privileged Skype messages which related to CFIUS for the time frame ending May 3, 2023.

MINUTE SHEET STATUS CONFERENCE
23-CV-79-J

Plaintiff indicated its agreement and Defendant MineOne requested a day to review the proposal.  It should be noted that MineOne accepted these terms be direct communication with Judge Carman on June 19, 2024.