Sean Larson, #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
634-7723
634-0985 (fax)
slarson@hkwyolaw.com

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC,
MINEONE PARTNERS LLC, AND TERRA CRYPTO, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company; BIT ORIGIN LTD, A Cayman Islands Company, et al.<br><br>   Defendants. | Case No. 1:23-cv-00079-ABJ |

### DECLARATION OF LEILY LASHKARI
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

  1. Leily Lashkari, hereby declares as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

  2. I am submitting this Declaration in support of my motion seeking admission *Pro Hac Vice* under Local Rule 84.2(b).

3. I am an attorney with the law firm of Loeb & Loeb LLP ("Loeb") located at 345 Park Avenue, New York, New York 10154. Loeb's telephone number is (212) 407-4000 and my email is llashkari@loeb.com.

4. I have been admitted to practice before the following Courts since 1990 and am in good standing with each: (i) New York state; (ii) the United States District Court for the Southern District of New York; and (iii) the United States District Court for the Eastern District of New York.

5. There are no pending disciplinary proceedings against me, and I have never received any public sanctions.

6. I will comply with and be bound by the Local Rules of the Unites States District Court for the District of Wyoming.

7. Sean Larson is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and has appeared and agreed to act as local counsel. I acknowledge that Mr. Larson is required to be fully prepared to represent Defendants MineOne Wyoming Data Center, LLC, MineOne Partners, LLC, and Terra Crypto Inc., at any time, in any capacity.

8. I acknowledge that by appearing *pro hac vice,* I submit and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

**DATED** this 20th day of June, 2024.

LEILY LASHKARI