# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Defendants. ) | Civil Action No. 23CV-79-ABJ |

## ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

THIS MATTER comes before the Court upon the motion of counsel for Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., pursuant to Rule 84.2(b) and (d) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Leily Lashkari as *pro hac vice* counsel in the District of Wyoming.  The Court HAS reviewed this matter and finds that the motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Leily Lashkari is admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings.  Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

DATED this _____ day of June, 2024.

_____
MARK L. CARMAN (RETIRED)
UNITED STATES MAGISTRATE JUDGE