Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 23CV-79-ABJ |
| v. | ) ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

The undersigned attorney, Sean Larson, attorney for Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., hereby moves this Court, pursuant to

Local Rule 84.2(b) and (d), for an Order admitting David Forrest to appear and participate as attorney for Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., in the above-captioned action.

In support of this motion, counsel submits the attached copy of the original Declaration of David Forrest, executed on June 20, 2024, which reflects that Mr. Forrest has been admitted to practice before the District of New York since 2019.

The address, e-mail address, and telephone number for David Forrest are as follows:

> Loeb & Loeb LLP
> 345 Park Avenue
> New York, New York 10154
> (212) 407-4000
> dforrest@loeb.com

Mr. Larson is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court, is fully prepared to represent the Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., at any time in any capacity, and to the best of his knowledge and belief, vouches for David Forrest's good moral character and veracity.

WHEREFORE, the undersigned respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

DATED this 21st day of June, 2024.

> HATHAWAY & KUNZ, LLP
>
> By: */s/ Sean Larson*
> Sean Larson Wyo. Bar #7-5112
> Kari Hartman, Wyo. Bar #8-6507
> HATHAWAY & KUNZ, LLP
> P. O. Box 1208
> Cheyenne, WY 82003
> Phone: (307) 634-7723
> Fax: (307) 634-0985
> slarson@hkwyolaw.com
> khartman@hkwyolaw.com
>
> ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

**CERTIFICATE OF SERVICE**

    This is to certify that on the 21st day of June, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy<br>Scott C. Murray<br>Williams, Porter, Day & Neville, P.C.<br>159 N. Wolcott., Suite 400<br>P.O. Box 10700 (82602)<br>Casper, WY 82601<br>*Attorneys for Plaintiff* | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>pmurphy@wpdn.net<br>smurray@wpdn.net |
| Khale J. Lenhart<br>Tyson R. Woodford<br>Hirst Applegate, LLP<br>P. O. Box 1083<br>Cheyenne, WY 82003-1083 | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com |
| Marc Feinstein, *pro hac vice*<br>William K. Pao, *pro hac vice*<br>David Iden, *pro hac vice*<br>Kaitlyn Farrell, *pro hac vice*<br>Daniel Hirsch, *pro hac vice*<br>Sherin Parikh, *pro hac vice*<br>O'Melveny & Myers, LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>*Attorneys for Bitmain Technologies Georgia Limited* | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>mfeinstein@omm.com<br>wpao@omm.com<br>dhirsch@omm.com<br>diden@omm.com<br>kfarrell@omm.com<br>sparikh@omm.com |
| Meggan J. Hathaway<br>Jane M. France<br>Sundahl, Powers, Kapp & Martin, L.L.C.<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82003-0328 | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>mhathaway@spkm.org<br>jfrance@spkm.org |
| Marc S. Gottlieb<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10017<br>*Attorneys for Bit Origin and SonicHash* | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>msg@orllp.legal |

                                            */s/ Candice Hough*
                                            Hathaway & Kunz, LLP