**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**



**FILED**

*11:22 am, 6/24/24*

**Margaret Botkins
Clerk of Court**

| | | |
|---|---|---|
| BCB CHEYENNE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 23-cv-00079-ABJ |
| | ) | |
| MINEONE WYOMING DATA | ) | |
| CENTER LLC, et al, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF LEILY LASHKARI AND DAVID FORREST AS COUNSEL FOR DEFENDANTS MINEONE PARTNERS LLC, MINEONE WYOMING DATA CENTER LLC AND TERRA CRYPTO INC

_____

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendants, MineOne Partners LLC, MineOne Wyoming Data Center LLC and Terra Crypto Inc, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Leily Lashkari and David Forrest as Pro Hac Vice counsel in the District of Wyoming.  The Court reviewed this matter and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Leily Lashkari and David Forrest are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 24th day of June, 2024.

*Stephanie Hambrick*
_____
STEPHANIE A. HAMBRICK
UNITED STATES MAGISTRATE JUDGE