# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, ) ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 23CV-79-ABJ |
| ) | |
| v. ) | |
| ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S REQUEST FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES

THIS MATTER comes before the Court on Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc.'s Request for Extension to designate expert witnesses. Having reviewed the filing and being otherwise fully advised, the Court finds the Request should be GRANTED.

IT IS HEREBY ORDERED that Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. shall have up to and including August 14, 2024 in which to designate their expert witnesses.

DATED this _____ day of June, 2024.

_____
MARK L. CARMAN (RETIRED)
UNITED STATES MAGISTRATE JUDGE