IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 24 2024 4:21 PM

Margaret Botkins, Clerk
Cheyenne

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79 |

### ORDER GRANTING PLAINTIFF
### LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF

    THIS MATTER comes before the Court on Plaintiff's *Motion and Request for Leave to File an Over-Length Reply Brief of Fifteen (15) Pages* ("*Motion*") in support of its *Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment* {ECF 204].

    The Court has carefully reviewed Plaintiff's *Motion* and FINDS that this case and all its issues warrants the Court granting Plaintiff leave to file an over-length Reply Brief of fifteen (15) pages in support of its *Amended Emergency Motion.*

IT IS THEREFORE ORDERED that Plaintiff BCB Cheyenne, LLC is hereby granted leave to file its 15-page Reply Brief today in support of its *Amended Emergency Motion.*

DATED this 24th day of June, 2024.

BY THE COURT: _____
Mark L. Carman
United States Magistrate Judge