IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON, BLOCKCHAIN, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, A Delaware Limited Liability Company, et al.<br><br>        Defendants. | Case No. 1:23-cv-00079-ABJ |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants and Counterclaimants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. and request that copies of all pleadings and notices be served upon me.

Dated:  New York, New York
          June 25, 2024                  LOEB & LOEB LLP

                                             By:  */s/ Leily Lashkari*
                                                 Leily Lashkari
                                                 345 Park Avenue
                                                 New York, NY  10154
                                                 Tel.: 212.407.4000
                                                 llashkari@loeb.com

                                                 *Attorneys for Defendants*
                                                 *MineOne Wyoming Data Center LLC,*
                                                 *MineOne Partners LLC, and Terra Crypto Inc.*