IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON,    )
BLOCKCHAIN, a Wyoming limited liability  )
company,    )
    )    Case No. 1:23-cv-00079-ABJ
    Plaintiff,    )
    )
    vs.    )
    )
MINEONE WYOMING DATA CENTER LLC,    )
A Delaware Limited Liability Company, et al.    )
    )
    )
    Defendants.    )


## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendants and Counterclaimants MineOne Wyoming Data Center LLC, MineOne

Partners LLC, and Terra Crypto Inc. and request that copies of all pleadings and notices be served

upon me.

Dated:  New York, New York
      June 25, 2024      LOEB & LOEB LLP


      By: */s/ David Forrest*
         David Forrest
         345 Park Avenue
         New York, NY  10154
         Tel.: 212.407.4000
         dforrest@loeb.com

         *Attorneys for Defendants*
         *MineOne Wyoming Data Center LLC,*
         *MineOne Partners LLC, and Terra Crypto Inc.*