IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
DOCKET NUMBER 23-CV-79-ABJ

BCB CHEYENNE LLC dba BISON BLOCKCHAIN,
    Plaintiff,

vs.

MINEONE WYOMING DATA CENTER, LLC, et al.,
    Defendants,

## RETURN OF SERVICE

I, George Gliem of DAY & NIGHT PROCESS SERVING, LLP hereby certify that I received the within **Subpoena to Appear at Testify at a Hearing tor Trial in a Civil Action** and served the same at \_\_\_\_\_ on \_\_\_\_\_ at \_\_\_\_\_ by delivering a true, full and correct copy of the same, together with all endorsements to:

Unable to serve because: **multiple attempts have been made on Sean Murphy. We were unable to serve him before the hearing in this matter.**

George Gliem
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this 26 day of June, 2024 by **George Gliem**.

Notary Public

My Commission Expires: NOV. 19, 2027
**Cost of Service:**    $50.00
**Client's Name:**    Hathaway & Kunz
**Hearing Date:**    June 26, 2024
**Hearing Time:**    1:30 p.m.

SAMANTHA GILLIAND
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166293
MY COMMISSION EXPIRES: NOV 19, 2027

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-CV-79-ABJ |
| MINEONE WYOMING DATA CENTER, LLC, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Sean P. Murphy, 322 W. 27th Street, Cheyenne, WY 82001

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Videoconference | Courtroom No.: |
|---|---|
| | Date and Time: 06/26/2024 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/20/2024

*CLERK OF COURT*

OR

/s/ Kari Hartman

*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant
MINEONE WYOMING DATA CENTER, LLC , who issues or requests this subpoena, are:
Kari Hartman, Esq., Hathaway & Kunz, LLP, 2515 Warren Avenue, Suite 500, P.O. Box 1208, Cheyenne, WY 82001
Phone: (307) 634-7723; email: khartman@hkwyolaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).