# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



**8:01 pm, 6/26/24**

**Margaret Botkins**
**Clerk of Court**

BCB Cheyenne LLC

Plaintiff,

vs.

Case Number: 1:23-CV-00079-ABJ

MineOne Wyoming Data Center LLC et al

Defendants.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Jun 26, 2024      Time: 1:33 - 7:55 pm

| Alan B. Johnson | Tina Ortiz | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy

Attorney(s) for Defendant(s)   Paula Colbath, Sean Larson, Kari Hartman, Alex Inman
Marc Gottlieb, Jane France, Meggan Hathaway
Khale Lenhart, Daniel Hirsch, Tyson Woodford, David Forrest,
Leily Lashkari

Witness(es) for Plaintiff(s)    Andrew J. Astuno, Michael Murphy

Witness(es) for Defendant(s)    Michael Murphy, Dr. Erick Rengifo, Mark Aldrich

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 182 | Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment | Granted |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☑ Order to be prepared by  ☑ Court   ☐ Attorney

Other:
Hearing held via Zoom video conference.
The Court heard arguments from Mr. Murphy and Ms. Colbath.
The Court recessed for a breaks (3:08-3:40 pm, 6:06-6:36 pm, and 7:11-7:16 pm).
The Court will grant the motion.

Civil Motion Minute Sheet
1:23-CV-00079-ABJ

Writ to be prepared by Mr. Murphy.
Order to follow.