

FILED

**Margaret Botkins**
**Clerk of Court**

*1:07 pm, 6/27/24*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-ABJ |
| v. | ) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S MOTION TO STRIKE

THIS MATTER comes before the Court on Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc.'s Motion to Strike. Having reviewed the filing and being otherwise fully advised, the Court finds the Request should be GRANTED. These affidavits were submitted subsequent to the deadline for designation of exhibits for the evidentiary hearing of June 26, 2024. They were not introduced or considered by the Court in the context of

its decision on *Plaintiff's Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment*.

IT IS HEREBY ORDERED that the affidavits of Michael Murphy and Emory Patterson (ECF Nos. 242-3 and 242-4) are stricken from the records in regard to this Court's consideration and ruling upon *Plaintiff's Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment*.

DATED this 27th day of June, 2024.

MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE