# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

8:01 pm, 6/26/24

Margaret Botkins
Clerk of Court

BCB Cheyenne LLC

Plaintiff,

vs.

Case Number: 1:23-CV-00079-ABJ

MineOne Wyoming Data Center LLC et al

Defendants.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Jun 26, 2024          Time: 1:33 - 7:55 pm

| Alan B. Johnson | Tina Ortiz | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| Attorney(s) for Plaintiff(s) | Pat Murphy |
| Attorney(s) for Defendant(s) | Paula Colbath, Sean Larson, Kari Hartman, Alex Inman<br>Marc Gottlieb, Jane France, Meggan Hathaway<br>Khale Lenhart, Daniel Hirsch, Tyson Woodford, David Forrest,<br>Leily Lashkari |
| Witness(es) for Plaintiff(s) | Andrew J. Astuno (2:08-2:35 / 5:06-5:08)<br>Michael Murphy (2:36- 3:07 / 6:01-6:06) |
| Witness(es) for Defendant(s) | Michael Murphy (3:40-4:27)<br>Dr. Erick Rengifo (5:08-5:42)<br>Mark Aldrich (5:42-5:53) |

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 182 | Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment | Granted |

☐ Briefs to be filed on or before                    by

by

☑ Order to be prepared by ☑ Court    ☐ Attorney

Other:
Hearing held via Zoom video conference.
The Court heard arguments from Mr. Murphy and Ms. Colbath.
The Court received the following Exhibits: 8, 9 (accepted as demonstrative), 15, 16, 17, 21 (offered and objected to), 100 (identified and offered).

Civil Motion Minute Sheet
1:23-CV-00079-ABJ

The Court will grant the motion.
Writ to be prepared by Mr. Murphy.
Order to follow.

The Court recessed for a breaks (3:08-3:40 pm, 6:06-6:36 pm, and 7:11-7:16 pm).