FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 JUL -1  AM 11:05

MARGARET BOTKINS, CLERK
CHEYENNE

Hello,

Please see the attached original and ink-signed Bond in the matter of BCB vs. MineOne et. al.

Case Number: 1:23-cv-00079-ABJ

Regards,

Michael Murphy
720-222-3355

## ATTACHMENT AND GARNISHMENT

Bond # **108080065**

KNOW ALL MEN BY THESE PRESENTS:

That we, **BCB CHEYENNE LLC dba Bison Blockchain** of **5830 E 2ND ST # 99307, CASPER, WY 82609-4308** as Principal(s), and **Travelers Casualty and Surety Company of America**, a corporation, authorized to transact surety business in the State of **WYOMING**, as Surety, are held and firmly bound unto **US District Court for the District of Wyoming**, as Obligee, in the penal sum of **One Hundred Thousand** ( $100,000.00 ) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, **BCB CHEYENNE LLC dba Bison Blockchain** plaintiff, has commenced an action in the above entitled Court, against **MineOne Wyoming Data Center LLC** defendant to recover from said defendant the sum of **Nineteen million nine hundred eighty-five thousand six hundred sixty-seven** Dollars ( $19,985,667 ), together with accruing interest, and has filed the necessary affidavits to obtain an order of attachment and garnishment against said defendant.

NOW THEREFORE, the undersigned **Travelers Casualty and Surety Company of America** Insurance Company, of **One Tower Square, Hartford, CT 06183** does hereby undertake to **MineOne Wyoming Data Center LLC**, defendant, in the penal sum of **One Hundred Thousand** Dollars ( $100,000.00 ), that the plaintiff shall pay the defendant all damages and costs, not exceeding the above amount, which he may sustain by reason of the attachment and garnishment in this action if said order prove to have been wrongfully obtained, then this obligation shall be void, otherwise to remain in full force and effect.

SIGNED AND SEALED this **27** day of **June**, **2024**.

BCB CHEYENNE LLC dba Bison Blockchain

BY: _/s/_ _Michael Murphy, Member_
**Plaintiff**      Principal

Travelers Casualty and Surety Company of America

BY: _Greg Rynerson_
Greg A. Rynerson      Attorney-in-Fact

_____
Producer Name
(Required in Arizona Only)



S-6158 (4/17)



**Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**
**Farmington Casualty Company**

## POWER OF ATTORNEY

Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, St. Paul Fire and Marine Insurance Company, and Farmington Casualty Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and the Companies do hereby make, constitute and appoint **Greg A Rynerson** of **WOODLAND HILLS, CA** their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge the following bond or undertaking, and any riders thereto:

Surety Bond No.: **108080065**      Principal: **BCB CHEYENNE LLC dba Bison Blockchain**

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **16th** day of **February, 2024.**



State of Connecticut

City of Hartford ss.

By: _____
Bryce Grissom, Senior Vice President

On this the **16th** day of **February, 2024**, before me personally appeared **Bryce Grissom**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**

_____
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this 27 day of June, 2024.



_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.*

