

FILED

10:34 am, 7/2/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a/ BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Islands company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>　　　　Defendants. | Case No. 23-CV-79-ABJ |

---

### PREJUDGMENT WRIT OF ATTACHMENT

---

**TO: REPUBLIC TITLE OF TEXAS, INC, or other appointed person/entity:**

The sum amount of **FIFTEEN MILLION FIVE HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS ($15,529,165.00)**, as MineOne Wyoming Data Center LLC's ("MineOne") proceeds from the sales of its

Campstool Facility and North Range Facility to CSRE Properties Wyoming, LLC (a wholly-owned subsidiary of CleanSpark, Inc.) is **HEREBY ORDERED** attached as follows:

Immediately upon the escrowed closing of MineOne Wyoming Data Center LLC's ("MineOne") Campstool Facility for the sum of ELEVEN MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS ($11,250,000) per the terms of its May 29, 2024 Purchase and Sale Agreement with CSRE Properties Wyoming, LLC (a wholly-owned subsidiary of CleanSpark, Inc.), and any subsequent amendments thereto, you are directed to attach any credits, monies, funds, and balances owing to MineOne (collectively, the "Attached Campstool Proceeds"), which shall be in your possession, up to the value of **FOUR MILLION THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED TWENTY NINE DOLLARS ($4,312,729)**, being the amount of the Plaintiff's request in its *Amended Motion for Prejudgment Writs of Attachment and Garnishment* [ECF 203] related to MineOne's Campstool Facility, and which is hereby seized by virtue of this **Writ of Attachment**. The Attached Campstool Property does **not** include the amount of SIX MILLION NINE HUNDRED THREE THOUSAND SEVEN HUNDRED SEVEN DOLLARS ($6,903,707 USD) that MineOne owes to its secured creditor AntAlpha Technologies Limited ("AntAlpha"). The Attached Campstool Property may be amended – but only by Order of the Court – to account for (a) any additional interest and/or fees owing to AntAlpha pursuant to the July 27, 2023 Loan and Security Agreement between AntAlpha and MineOne, and later amended by the September 15, 2023 First Amendment to the Loan and Security Agreement, required to pay off and satisfy any and all amounts owing to AntAlpha and/or (b) the balance owing from MineOne on the Seller's Final Settlement

Statement, if any, as related to (i) taxes and/or association dues and (ii) charges for recording, escrow/closing, and/or title insurance, required to successfully close the transaction for MineOne's Campstool Facility and pass clear title to CSRE Properties Wyoming, LLC.

**Immediately upon the escrowed closing of the Campstool Facility, you are ordered to send the Attached Campstool Proceeds, FOUR MILLION THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED TWENTY NINE DOLLARS ($4,312,729), to the Clerk of the United States District Court for the District of Wyoming according to the instructions on ADDENDUM A attached hereto.**

Furthermore, immediately upon the escrowed closing of MineOne's North Range Facility for the sum of ELEVEN MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS ($11,250,000) per the terms of the May 29 Amended and Restated Purchase and Sale Agreement with CSRE Properties Wyoming, LLC (a wholly-owned subsidiary of CleanSpark, Inc.), and any subsequent amendments thereto, you are directed to attach any credits, monies, funds, and balances owing to MineOne (collectively, the "Attached North Range Proceeds"), which shall be in your possession, up to the value of **ELEVEN MILLION TWO HUNDRED SIXTEEN THOUSAND FOUR HUNDRED THIRTY SIX DOLLARS ($11,216,436)**, being the amount of the Plaintiff's request in its *Amended Motion for Prejudgment Writs of Attachment and Garnishment* [ECF 203] related to MineOne's North Range Property, and which is hereby seized by virtue of this **Writ of Attachment**. The Attached North Range Property does **not** include the amount of THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS ($33,564) that

MineOne owes to its unsecured creditor Systems MEC LLC. The Attached North Range Proceeds may be amended – <u>but only by Order of the Court</u> – to account for the balance owing from MineOne on the Seller's Final Settlement Statement, if any, as related to (i) taxes and/or association dues and (ii) charges for recording, escrow/closing, and/or title insurance, required to successfully close the transaction for MineOne's North Range Facility and pass clear title to CSRE Properties Wyoming, LLC. Any other potential amounts owing by MineOne required to successfully close the transaction for MineOne's North Range Facility and pass clear to title to CSRE Properties Wyoming, LLC shall be paid for by MineOne (which it may do so with (a) the remainder of MineOne's funds held by Cheyenne Light Fuel and Power Company in MineOne's Security Fund pursuant to its April 1, 2024 Amended and Restated BCIS Agreement, (b) proceeds from any potential sale of its buildings and/or equipment from the North Range Facility (if those buildings and/or equipment are ultimately required to be removed from the North Range Facility to effectuate the Order of the President of the United States), and/or (c) any other funds MineOne may have).

**Immediately upon the escrowed closing of the North Range Facility, you are directed to send the Attached North Range Proceeds, up to the value of ELEVEN MILLION TWO HUNDRED SIXTEEN THOUSAND FOUR HUNDRED THIRTY SIX DOLLARS ($11,216,436), to the Clerk of the United States District Court for the District of Wyoming according to the instructions on ADDENDUM A attached hereto.**

**HEREBY ISSUED** on this 1st day July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, Judge of the Federal District Court for the District of Wyoming.

BY THE COURT:

Alan B. Johnson
United States District Judge