# ADDENDUM A

## *FEDWIRE INSTRUCTIONS*

### UNITED STATES DISTRICT COURT OF WYOMING

### *FEDWIRE INSTRUCTIONS*

Please provide the following instructions to your Financial Institution for the remittance of Fedwire payments to the U.S. District Court for the District of Wyoming.

| Fedwire Field Tag | Fedwire Field Name | Required Information |
|---|---|---|
| {1510} | Type/Subtype | 1000 |
| {2000} | Amount | *(enter payment amount)* |
| {3400} | Receiver ABA routing number * | 021030004 |
| {3400} | Receiver ABA short name | **TREAS  NYC** |
| {3600} | Business Function Code | **CTR**     *(or CTP)* |
| {4200} | Beneficiary Identifier (account number) | **800004691000** |
| {4200} | Beneficiary Name | **U.S. District Court of Wyoming - Wire** |
| {5000} | Originator | *(enter the name of the originator of the payment)* |
| {6000} | Originator to Beneficiary Information – Line 1 | *(enter information to identify the purpose of the payment)* ***Please Include Case Number and Name.*** |
| {6000} | Originator to Beneficiary Information – Line 2 | *(enter information to identify the purpose of the payment)* |
| {6000} | Originator to Beneficiary Information – Line 3 | *(enter information to identify the purpose of the payment)* |
| {6000} | Originator to Beneficiary Information – Line 4 | *(enter information to identify the purpose of the payment)* |

*The financial institution address for Treasury's routing number is 33 Liberty Street, New York, NY 10045

**Agency contacts:**

Treasury Gateway Systems (CGS)
    877-815-1206

U.S. District Court - Wyoming
    Katie Grant, Financial Administrator
    307-433-2133
    Katie_Grant@wyd.uscourts.gov

Rev 06/2024

# Detailed Instructions for Initiating Wires through the Treasury's Credit Gateway System

The transfer should be made through the Treasury Credit Gateway System (CGS). If the originating bank does not have an account at a Federal Reserve Bank, they must utilize the services of correspondent banks when making a CGS deposit. The information needed to complete the transfer is as follows:

**Type/Subtype Code** - entered by the sender - **1000**

**Amount** - entered by the sender

**Receiver ABA Routing Number** - This identifies the receiving financial institution. The nine digit identifier for the Treasury is **021030004**

**Receiver ABA Short Name** - The short name for the Treasury is **TREAS NYC**

**Business Function Code** - This identifies the business reason for the payment. The default code is **Customer Transfer (CTR)** or Customer Transfer Plus (CTP) may also be used.

**Beneficiary Identifier (Account Number)** - This identifies our court to the Treasury so they know where to apply the funds. For this transaction, please use: **800004691000**

**Beneficiary Name** - the name of the court is critical and the one used for our court should be: **U.S. District Court - District of Wyoming**

**Originator** - Identifies the name of the originator of the payment.

**Originator to Beneficiary Information** - This information identifies the purpose of the payment. **Include the case number, party name (case name)** and any other indentifying information for proper posting of the payment.

The information in red is information the bank will need to properly credit the funds to our Treasury Account. All other information is provided by you or your bank.

After the transfer is made, please contact the court's Financial Administrator, Katie Grant at 307-433-2133 or Katie_Grant@wyd.uscourts.gov. The court will verify the transaction has "settled" the next business day. Once confirmed, the Court will write a receipt and the depositor/sender of the funds will receive confirmation via the email provided to Finance.