

FILED

**Margaret Botkins**
**Clerk of Court**

10:42 am, 7/2/24

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 23-CV-79<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF GARNISHMENT

TO:   **REPUBLIC TITLE OF TEXAS, INC., GARNISHEE:**
2701 W. Plano Parkway, Suite 100
Plano, Texas 75075

1. This **GARNISHMENT** is issued in the name of the United States District Court for the District of Wyoming, and, accordingly, **YOU ARE ATTACHED AS GARNISHEE** until further order of this Court. The Court ordered the attachment of the property of MineOne Wyoming Data Center LLC ("MineOne") in granting the Plaintiffs' *Amended Emergency Motion for Prejudgment Writs of Attachment and Garnishment* [ECF 203]. The amount attached by the Court's **WRIT OF ATTACHMENT** is **FIFTEEN MILLION FIVE HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS ($15,529,165.00)**, as further detailed by said **WRIT OF ATTACHMENT**.

**READ this WRIT carefully and slowly. If you fail to do what it requires, you may become liable for the amount attached by the Court.**

2. You are an entity which may have, or which may come into, possession or control of money, credits, deposits, choses in action, property, and/or rights to property of MineOne in one or more escrow accounts, holding accounts, trust accounts, bank accounts, restricted accounts, general accounts, certificates of deposit, trusts, etc.

3. You are **COMMANDED** to not allow any withdrawals of funds, credits, deposits, choses in action, property, and/or rights to property of MineOne in your possession, or which may come into your possession, up to the amount due, from any accounts or property which MineOne may have with you, or pay any debt due, or to become due, to MineOne, which is part of the Attached Campstool Property or Attached North Range Property (as those terms are defined in the **WRIT OF ATTACHMENT**); and you are required to send the Attached Campstool Proceeds and Attached North Range Proceeds to the Clerk of the United States District Court for the District of Wyoming (per the instructions of the **WRIT OF ATTACHMENT**), except as directed by this **WRIT**, the **ANSWER TO WRIT OF GARNISHMENT**, and/or by order of this Court, <u>up to the amount due</u>.

4. **IMPORTANT**: Even if you do **not** currently have possession or control over any money, credits, deposits, choses in action, property, and/or rights to property of MineOne in one or more escrow accounts, holding accounts, trust accounts, bank accounts, restricted accounts, general accounts, certificates of deposit, trusts, etc., <u>**you are required to file with this Court your ANSWER to this WRIT**</u>.

5. You shall file your **ANSWER** to this **WRIT** no later than ten (10) days after the date this **WRIT** was served upon you. Saturday, Sunday, and legal holidays are not counted as part of the ten days. File your answer by delivering the same, in person or by mail, to **UNITED STATES DISTRICT COURT, 2120 CAPITOL AVENUE, ROOM 2131, CHEYENNE, WY 82001-3658**.

**DATED** this _2nd_ day of July, 2024.

BY THE COURT:

_Becky Harris_
CLERK OF COURT