# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON )
BLOCKCHAIN, a Wyoming limited liability )
Company, )
            )
       Plaintiff, )
            )
v. )       Civil No. 23-CV-79
            )
MINEONE WYOMING DATA CENTER, )
LLC, a Delaware limited liability company; )
MINEONE PARTNERS LLC, a Delaware )
limited liability company; TERRA CRYPTO )
INC., a Delaware corporation; BIT ORIGIN, )
LTD, a Cayman Island Company; )
SONICHASH LLC, a Delaware limited )
liability company; BITMAIN )
TECHNOLOGIES HOLDING COMPANY, )
A Cayman Island Company; BITMAIN )
TECHNOLOGIES GEORGIA LIMITED, )
a Georgia corporation; and JOHN DOES 1-18, )
related persons and companies who control )
or direct some or all of the named Defendants, )
            )
       Defendants. )

---

## ANSWER TO WRIT OF GARNISHMENT

---

       I, the undersigned, as GARNISHEE, verify and declare that the following answers are true and correct with respect to **MineOne Wyoming Data Center LLC** ("MineOne"):

**QUESTION NO. 1:** Does MineOne, individually, or jointly, with any other person or entity, have on deposit with you any money in any escrow accounts, holding accounts, trust accounts, bank accounts, restricted accounts, general accounts, certificates of deposit, trusts, etc. or in any other form, or do you have in your possession, custody, or control any stocks, bonds, securities, choses in action, or other personal property belonging to MineOne, or in which MineOne has an interest?

       **ANSWER:  Yes \_\_\_\_\_  No \_\_\_\_\_** If you answer yes, explain to whom the claim relates and the amount retained or deducted:

_____

_____

_____

**QUESTION NO. 2:** As garnishee, you have the right to retain or deduct out of the property, effects, or credits of MineOne in your hands all demands, whether or not due, against MineOne which you could have availed yourself if you had not been served as garnishee. Are you, pursuant to Wyo. Stat. § 1-15-417 (1977, as amended), retaining or deducting any property, effects, or credits of MineOne in satisfaction of a claim you have against MineOne?

　　　　**ANSWER:  Yes** _____ **No** _____ If you answer yes, explain to whom the claim relates and the amount retained or deducted:

_____

_____

_____

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

　　A. If you have money in your possession in an amount up to the amount owed on the *Writ of Garnishment*, and as further detailed in the *Writ of Attachment,* you shall pay the same to this Court, and by doing so, you are released from further action under the garnishment.　Otherwise, an order of the Court will be issued giving you directions as to what is to happen to MineOne's property in your possession or which may come into your possession.

　　B. Be sure to sign and date this form. You can personally deliver this ANSWER to the Court or mail it to: **UNITED STATES DISTRICT COURT, 2120 CAPITOL AVENUE, ROOM 2131, CHEYENNE, WY 82001-3658**.

　　C. Please also remit a copy of this Answer to this Writ to:

　　　　**Patrick J. Murphy**
　　　　**Williams, Porter, Day & Neville, P.C.**
　　　　**P.O. Box 10700**
　　　　**Casper, WY 82602**

　　　　**DATED** this ____ day of _____ , 2024.

Amount enclosed, if any:　　　　　　_____

　　　　　　　　　　　　　　　　For Republic Title of Texas, Inc.

$_____　　　Name and Title: _____

　　　　　　　　　　　　　　　　Phone No.:_____