

FILED

11:29 am, 7/3/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC,

      Plaintiff,

vs.

MINEONE WYOMING DATA CENTER LLC, et al,

      Respondents.

Case No. 23-CV-0079-ABJ

### ORDER GRANTING EXTENSION OF DEFENDANT'S EXPERT DESIGNATION TO JULY 21, 2024

**THIS MATTER** is before the Court on MineOne Defendants and Terra Crypto's *Request for Extension of Time to Designate Expert Witnesses* filed herein on June 24, 2024. [Doc. 238]. Defendant Bitmain Technologies joined in the motion. [Doc. 241]. The basic reason for the request is the amount of time the Defendants have expended dealing with discovery disputes and Plaintiff's emergency motion. Plaintiff objects to the request for extension generally on the grounds that Defendants have not pursued merits discovery in a timely manner, Defendants have already been granted a three-month extension, Plaintiff would be prejudiced in preparing and participating in discovery occurring before the approaching discovery cutoff date of September 17, 2024, the Revised Scheduling Order states that "deadlines will not be changed, absent compelling or extraordinary

circumstances, and Defendants have not meet their burden to establish cause for the extension.

There is no doubt that this is an extremely contentious affair with significant motion practice on the part of Plaintiff and Defendants. Nevertheless, this Court established a schedule which will ensure the case is ready to proceed to trial on January 27, 2025. [Doc. 164]. Defendants have had the benefit of the Plaintiff's expert reports since March 21, 2024 [Doc. 151]. Defendants were granted a three-month extension, with the consent of Plaintiffs from April 15, 2024, to July 15, 2024. [Doc.164]. Another two weeks have been lost during the briefing of this motion. Defendants have not establish cause for the granting of the requested extension. In addition, Plaintiff's claim of prejudice is foreseeable. The extension sought by Defendants will not be granted, but a one-week extension will be allowed to afford Defendants time to comply with this Order. This Court also denies Defendant a reply in this matter as time is of the essence.

Defendant's expert designation is hereby extended until July 22, 2024.

Dated this 2nd day of July, 2024.

_____
Mark L. Carman
United States Magistrate Judge