# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
Margaret Botkins
Clerk of Court
8:01 pm, 6/26/24

BCB Cheyenne LLC

Plaintiff,

vs.

Case Number: 1:23-CV-00079-ABJ

MineOne Wyoming Data Center LLC et al

Defendants.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Jun 26, 2024    Time: 1:33 - 7:55 pm

| Alan B. Johnson | Tina Ortiz | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy, Scott Murray

Attorney(s) for Defendant(s)    Paula Colbath, Sean Larson, Kari Hartman, Alex Inman
Marc Gottlieb, Meggan Hathaway, Khale Lenhart,
Daniel Hirsch, David Forrest, Leily Lashkari

Witness(es) for Plaintiff(s)    Andrew J. Astuno (2:08-2:35 / 5:06-5:08)
Michael Murphy (2:36- 3:07 / 6:01-6:06)

Witness(es) for Defendant(s)    Michael Murphy (3:40-4:27)
Dr. Erick Rengifo (5:08-5:42)
Mark Aldrich (5:42-5:53)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 182 | Emergency MOTION for Protective Order with Prejudgment Writs of Attachment and Garnishment | Granted |

☐ Briefs to be filed on or before _____ by _____
                                            by _____

☑ Order to be prepared by ☑ Court    ☐ Attorney

Other:
Hearing held via Zoom video conference.
The Court heard arguments from Mr. Murphy and Ms. Colbath.
The Court received the following Exhibits: 8, 9 (accepted as demonstrative), 15, 16, 17, 21,

Civil Motion Minute Sheet
1:23-CV-00079-ABJ

(offered and objected to), 100 (identified and offered), 47.
The Court will grant the motion.
Writ to be prepared by Mr. Murphy.
Order to follow.

The Court recessed for a breaks (3:08-3:40 pm, 6:06-6:36 pm, and 7:11-7:16 pm).