UNITED STATES DISTRICT COURT
for the
DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited lability Company,

*Plaintiff*

v.

MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants

)
)
)
)
)
)   Civil Action No. 23-CV-79
)
)
)
)
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MineOne Wyoming Data Center LLC in Kent County, DE on July 2, 2024 at 3:06 pm at 614 North Dupont Highway, suite 210, Dover, DE 19901 by leaving the following documents with Heather Stuart who as Comp Controller at CORP1 INC is authorized by appointment or by law to receive service of process for MineOne Wyoming Data Center LLC.

Order for Issuance of Prejudgment Writs of Attachment and Garnishment
Writ of Attachment

Writ of Garnishment

White Female, est. age 35-44, glasses: Y, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.1769276653,-75.5257767253
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in         Kent County         ,         /s/ *Brendan Bellamy*
    DE    on    7/3/2024    .         Signature
                                      Brendan Bellamy
                                      +1 (302) 359-8255



