# UNITED STATES DISTRICT COURT

for the
DISTRICT OF WYOMING

**BCB CHEYENNE LLC d/b/a/ BISON BLOCKCHAIN,**
**a Wyoming limited liability company**

*Plaintiff*

v.

**MINEONE WYOMING DATA CENTER, LLC, a**
**Delaware limited liability company; MINEONE**
**PARTNERS LLC, a Delaware limited liability**
**company; TERRA CRYPTO INC., a Delaware**
**corporation; BIT ORIGIN, LTD, a Cayman Islands**
**company; SONICHASH LLC, a Delaware limited**
**liability company; BITMAIN TECHNOLOGIES**
**GEORGIA LIMITED, a Georgia corporation; and**
**JOHN DOES 1-18, related persons and companies who**
**control or direct some or all of the named Defendants**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 23-CV-79-ABJ

## AFFIDAVIT OF SERVICE

I, Briana Pearson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Republic Title of Texas, Inc. in Dallas County, TX on July 2, 2024 at 2:24 pm at 2626 Howell Street, 10th floor, Dallas, TX 75204 by leaving the following documents with Peter Graf who as Registered Agent is authorized by appointment or by law to receive service of process for Republic Title of Texas, Inc..

Order for Issuance of Prejudgment Writs of Attachment and Garnishment
Writ of Attachment
Writ of Garnishment

White Male, est. age 65+, glasses: Y, Gray hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.7986586339,-96.8024078407
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Ellis County_____,

____TX_____ on ____7/3/2024_____.

/s/ *Briana Pearson*
_____
Signature
Briana Pearson
+1 (469) 986-5925

