| STATE OF WYOMING | COUNTY OF |
|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

**BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN**
  *Plaintiff,*
  -vs-
**MINEONE WYOMING DATA CENTER LLC ET AL.**
  *Defendant.*

Civil Action No: **23-CV-79-ABJ**

### SERVICE RETURN FOR BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN

I, **Zedekiah Reilly**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶] I made service of said *DEFENDANTS MOTION PURSUANT TO WYOMING STATUTE 1-15-204, FOR HEARING ON THEIR OBJECTIONS TO THE AMOUNT OF THE PREJUDGMENT ATTACHMENT BOND SET IN THE COURT'S JUNE 28, 2024 ORDER, ORDER ON DEFENDANT'S MOTION PURSUANT TO WYOMING STATUTE 1-15-204, FOR HEARING ON THEIR OBJECTIONS TO THE AMOUNT OF THE PREJUDGMENT ATTACHMENT BOND SET IN THE COURT'S JUNE 28, 2024 ORDER, EXHIBITS* in the county aforesaid on the **8th** day of **July, 2024**, at **3:50 PM** *(from GPS coordinates 42.851415, -106.324124)* by delivering a copy of the same, to **BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN** to wit:

    a. [ ] Personally and in person at:
        [ ] Home
        [ ] Work:
        [ ] Bank:
        [▶] Other: **Attorney's Office**

    b. [▶] By leaving copies with **Shaya Smith (Reception)**, a person over the age of 14 years old: **BCB CHEYENNE LLC D/B/A BISON BLOCKCHAIN, C/O SCOTT MURRAY, 159 N Wolcott St Ste 400, Casper, WYOMING 82601.**

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Female, approx 5'7", approx 180 lbs, approx 30's, Brown hair, Glasses.

Comments: Scott Murray was in court and unavailable for service.

Zedekiah Reilly

Subscribed and affirmed, or sworn to before me in the County of __Natrona__, State of __Wyoming__ this __9__ day of __July__ 2024.

Chelsea M Burgardt
Notary Public / Clerk

CHELSEA M. BURGARDT
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 156392
MY COMMISSION EXPIRES: 09/16/2028

