# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:23 pm, 7/11/24

**Margaret Botkins**
**Clerk of Court**

---

BCB Cheyenne LLC

                           Plaintiff,

vs.

MineOne Wyoming Data Center LLC et al

                           Defendant.

Case Number: 1:23-CV-00079-ABJ

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Jul 11, 2024     Time: 1:35pm - 2:55pm

| Mark L. Carman | Becky Harris | Melanie Sonntag | None |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Pat Murphy

Attorney(s) for Defendant(s)    Paula Colbath, Alex Inman, Kari Hartman
Marc Gottlieb, Meggan Hathaway
Tyson Woodford

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 214 | Motion to Compel Discovery | Under Advisement |

☐ Briefs to be filed on or before      by
                                               by

☑ Order to be prepared by  ☑ Court   ☐ Attorney

Other:
Hearing held via Zoom video conference.
The Court heard from Mr. Murphy and Ms. Colbath.
Possibility of mediation discussed with counsel. The Court heard from Ms. Colbath,
Mr. Murphy and Mr. Gottlieb on the issue.