LOEB & LOEB LLP 345 PARK AVENUE NEW YORK, NY 10154

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action No.: 23-CV-79-ABJ
Date Filed: _____
Court Date: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN,

*Plaintiff*

vs

MINEONE WYOMING DATA CENTER, LLC, et al.,

*Defendant*

STATE OF MARYLAND COUNTY OF FREDERICK SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Maryland

That on the following date: June 24, 2024, at the following time: 2:20 PM,
at 2001 K STREET NW, WASHINGTON, DC 20006 deponent served the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Exhibit A

[X] Papers so served were properly endorsed with the Civil Action No..

Upon: **ANDREW ASTUNO, CLIFFORD CHANCE**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Michelle Johnson said individual to be Conference Coordinator who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Female  Color of skin: Black  Color of hair: Brown  Age: 36 - 50 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: Over 200 Lbs.  Other Features: _____

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

LORALEI ALONZO
Notary Public - State of Maryland
Frederick County
My Commission Expires Mar 21, 2027

Sworn to before me on
6/26/2024

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Nikolas Alvarez

PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542    Work Order # 1486946