# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79-ABJ |

## FIRST AMENDMENT TO PREJUDGMENT WRIT OF GARNISHMENT

The *Prejudgment Writ of Garnishment*, issued and filed on July 2, 2024, is hereby amended as follows:

1. The sum amount ordered attached is amended, updated and revised from FIFTEEN MILLION FIVE HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS ($15,529,165.00) to **FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72)**, as further detailed by the Court's July 2,

2024 *Prejudgment Writ of Attachment* and the Court's July 12, 2024 *First Amendment to Prejudgment Writ of Attachment*.

HEREBY ISSUED on this 12th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

_____

Alan B. Johnson
United States District Judge