# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79-ABJ |

### ORDER AMENDING THE PREJUDGMENT WRITS OF ATTACHMENT AND GARNISHMENT IN REGARDS TO THE ATTACHED CAMPSTOOL PROCEEDS

The Court issued and filed *Prejudgment Writs of Attachment and Garnishment* on July 2, 2024 in the total amount of FIFTEEN MILLION FIVE HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS ($15,529,165.00). Of that total amount, FOUR MILLION THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED TWENTY NINE DOLLARS ($4,312,729.00) was designated as the Attached Campstool

Proceeds. The *Prejudgment Writ of Attachment* indicates the "Attached Campstool Property may be amended - <u>but only by Order of the Court</u> - to account for (a) any additional interest and/or fees owing to AntAlpha pursuant to the July 27, 2023 Loan and Security Agreement between AntAlpha and MineOne, and later amended by the September 15, 2023 First Amendment to the Loan and Security Agreement, required to pay off and satisfy any and all amounts owing to AntAlpha and/or (b) the balance owing from MineOne on the Seller's Final Settlement Statement, if any, as related to (i) taxes and/or association dues and (ii) charges for recording, escrow/closing, and/or title insurance, required to successfully close the transaction for MineOne's Campstool Facility and pass clear title to CSRE Properties Wyoming, LLC."

Based on new information not available at the time of the June 26, 2024 Evidentiary Hearing, and in order to successfully close the transaction for MineOne's Campstool Facility and pass clear title to CSRE Properties Wyoming, LLC, the Court hereby amends the Attached Campstool Proceeds to **FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72)** and the total amount of the *Prejudgment Writs of Attachment and Garnishment* to **FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72)**.

In addition to the SIX MILLION NINE HUNDRED THREE THOUSAND SEVEN HUNDRED SEVEN DOLLARS ($6,903,707.00 USD) that MineOne Wyoming Data Center LLC ("MineOne") owes to its secured creditor AntAlpha Technologies Limited ("AntAlpha"), which is **<u>not</u>** included in the Attached Campstool Proceeds per the July 2, 2024 *Prejudgment Writ of Attachment*, the following amounts are now also **<u>not</u>** included in the Attached Campstool Proceeds:

(a) TWO HUNDRED TWENTY NINE THOUSAND ONE HUNDRED SIXTY TWO DOLLARS AND FORTY TWO CENTS ($229,162.42) – additional interest and/or fees in excess of SIX MILLION NINE HUNDRED THREE THOUSAND SEVEN HUNDRED SEVEN DOLLARS ($6,903,707.00 USD) owing to AntAlpha pursuant to the July 27, 2023 Loan and Security Agreement between AntAlpha and MineOne, and later amended by the September 15, 2023 First Amendment to the Loan and Security Agreement, required to pay off and satisfy any and all amounts owing to AntAlpha as of the **July 15, 2024** closing date; and

(b) TWENTY SIX THOUSAND THIRTY FOUR DOLLARS AND EIGHTY SIX CENTS ($26,034.86) – the balance owing from MineOne on the Seller's Final Settlement Statement, as related to (i) taxes and/or association dues as of the **July 15, 2024** closing date and (ii) charges for recording, escrow/closing, and/or title insurance.

Further, when the Court issued its July 2, 2024 *Prejudgment Writs of Attachment and Garnishment*, the Attached Campstool Proceeds of FOUR MILLION THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED TWENTY NINE DOLLARS ($4,312,729.00) mistakenly excluded THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS ($33,564.00) which had already been excluded, correctly, from the Attached North Range Proceeds.  As such, this amount of THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS ($33,564.00) has now been included in the Attached Campstool Proceeds.

The calculation for the amended Attached Campstool Proceeds of **FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72)** is as follows:

$11,250,000 (Campstool Purchase Price)

- $6,903,707.00 (July 2, 2024 amount excluded for AntAlpha)

- $33,546.00 (July 2, 2024 amount mistakenly excluded due to it already being excluded from the Attached North Range Proceeds)

- $229,162.42 (July 12, 2024 additional amount excluded for AntAlpha)

- $26,034.86 (July 12, 2024 additional amount excluded as balance owing from Seller on final settlement statement)

+ $33,546.00 (July 12, 2024 correction of amount previously mistakenly excluded).

HEREBY ISSUED on this 12th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

_____

Alan B. Johnson
United States District Judge