Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email:   pmurphy@wpdn.net
         smurray@wpdn.net

*Attorneys for Plaintiff BCB Cheyenne LLC
d/b/a Bison Blockchain*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 23-CV-79-ABJ |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO, INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**BCB CHEYENNE LLC, d/b/a BISON BLOCKCHAIN'S
NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM
UPON CLEANSPARK, INC. IN A CIVIL ACTION**

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, through its counsel, Patrick J. Murphy and Scott C. Murray of WILLIAMS, PORTER, DAY & NEVILLE, P.C., and gives this *Notice of Intent to Serve Subpoena Duces Tecum upon CleanSpark, Inc. in a Civil Action.* The Subpoena Duces Tecum and Exhibit A are attached hereto.

DATED this 12th day of July 2024.

        BCB CHEYENNE LLC d/b/a
        BISON BLOCKCHAIN,

        Plaintiff

By: _____
        Patrick J. Murphy, WSB No. 5-1779
        Scott C. Murray, WSB No. 7-4896
        WILLIAMS, PORTER, DAY & NEVILLE, PC
        159 N. Wolcott, Ste. 400
        Casper, WY 82601
        (307) 265-0700
        pmurphy@wpdn.net
        smurray@wpdn.net

*Attorneys for Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2024, a true and correct copy of the foregoing document was served as follows:

| | | |
|---|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[ x ] | U.S. Mail (prepaid)<br>CM/ECF Electronic Transmission<br>Overnight Delivery<br>Hand Delivery<br>Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>David Forrest, *Pro Hac Vice*<br>Leily Lashkari, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue New York, NY 10154<br>pcolbath@loeb.com<br>ainman@loeb.com<br>dforrest@loeb.com<br>llashkari@loeb.com | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[ x ] | U S. Mail (prepaid)<br>CM/ECF Electronic Transmission<br>Overnight Delivery<br>Hand Delivery<br>Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>William Pao, *Pro Hac Vice*<br>Daniel Hirsch, *Pro Hac Vice*<br>David Iden, *Pro Hac Vice*<br>Sherin Parikh, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>wpao@omm.com<br>dhirsch@omm.com<br>diden@omm.com<br>sparikh@omm.com | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[ x ] | U.S. Mail (prepaid)<br>CM/ECF Electronic Transmission<br>Overnight Delivery<br>Hand Delivery<br>Electronic Mail |

| | | |
|---|---|---|
| Khale J. Lenhart, WSB No. 7-4581 | [ ] | U.S. Mail (prepaid) |
| Tyson R. Woodford, WSB No. 8-6650 | [ ] | CM/ECF Electronic Transmission |
| HIRST APPLEGATE LLP | [ ] | Overnight Delivery |
| 1720 Carey Ave. Room 400 | [ ] | Hand Delivery |
| P.O. BOX 1083 | [ x ] | Electronic Mail |
| Cheyenne, WY 82003 | | |
| klenhart@hirstapplegate.com | | |
| twoodford@hirstapplegate.com | | |
| | | |
| Meggan J. Hathaway | [ ] | U.S. Mail (prepaid) |
| Jane M. France | [ ] | CM/ECF Electronic Transmission |
| SUNDAHL, POWERS, KAPP & MARTIN, LLC | [ ] | Overnight Delivery |
| 500 W. 18th Street, Ste. 200 | [ ] | Hand Delivery |
| Cheyenne, WY 82003 | [ x ] | Electronic Mail |
| mhathaway@spkm.org | | |
| jfrance@spkm.org | | |
| | | |
| Marc S. Gottlieb | [ ] | U.S. Mail (prepaid) |
| ORTOLI ROSENSTADT, LLP | [ ] | CM/ECF Electronic Transmission |
| 366 Madison Avenue, 3rd Floor | [ ] | Overnight Delivery |
| New York, NY 10017 | [ ] | Hand Delivery |
| msg@orllp.legal | [ x ] | Electronic Mail |

By: _____
Patrick J. Murphy