FILED

8:59 am, 7/15/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>Defendants. | Civil No. 23-CV-79-ABJ |

## FIRST AMENDMENT TO PREJUDGMENT WRIT OF ATTACHMENT

The *Prejudgment Writ of Attachment*, issued and filed on July 2, 2024, is hereby amended as follows:

1. The sum amount ordered attached is amended, updated and revised from FIFTEEN MILLION FIVE HUNDRED TWENTY-NINE THOUSAND ONE HUNDRED SIXTY-FIVE DOLLARS ($15,529,165.00) to **FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72).**

2. The Attached Campstool Proceeds is amended, updated and revised from FOUR MILLION THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED TWENTY NINE DOLLARS ($4,312,729.00) to **FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72)**.

3. In addition to the SIX MILLION NINE HUNDRED THREE THOUSAND SEVEN HUNDRED SEVEN DOLLARS ($6,903,707.00 USD) that MineOne Wyoming Data Center LLC ("MineOne") owes to its secured creditor AntAlpha Technologies Limited ("AntAlpha"), which is **not** included in the Attached Campstool Proceeds, the following amounts are now also **not** included in the Attached Campstool Proceeds:

    a. TWO HUNDRED TWENTY NINE THOUSAND ONE HUNDRED SIXTY TWO DOLLARS AND FORTY TWO CENTS ($229,162.42) – additional interest and/or fees in excess of SIX MILLION NINE HUNDRED THREE THOUSAND SEVEN HUNDRED SEVEN DOLLARS ($6,903,707.00 USD) owing to AntAlpha pursuant to the July 27, 2023 Loan and Security Agreement between AntAlpha and MineOne, and later amended by the September 15, 2023 First Amendment to the Loan and Security Agreement, required to pay off and satisfy any and all amounts owing to AntAlpha as of the **July 15, 2024** closing date; and

    b. TWENTY SIX THOUSAND THIRTY FOUR DOLLARS AND EIGHTY SIX CENTS ($26,034.86) – the balance owing from MineOne on the Seller's Final Settlement Statement, as related to (i) taxes and/or association dues as of the **July 15, 2024** closing date and (ii) charges for recording, escrow/closing, and/or title insurance.

4. The amended, updated and revised Attached Campstool Proceeds of FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72) also now includes an additional THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS ($33,564.00) in order to correct the mistaken exclusion of this amount from the Attached Campstool Proceeds in the July 2, 2024 *Prejudgment Writ of Attachment* (as this amount is already excluded, correctly, from the Attached North Range Proceeds).

HEREBY ISSUED on this 12th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

*[signature: Alan B. Johnson]*

Alan B. Johnson
United States District Judge