Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
       smurray@wpdn.net

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79 |

### PLAINTIFF'S MOTION AND REQUEST FOR LEAVE TO TO FILE AN OVER-LENGTH REPLY BRIEF OF FIFTEEN (15) PAGES

COMES NOW Plaintiff BCB Cheyenne LLC, d/b/a Bison Blockchain ("BCB"), through its counsel, and pursuant to Rule 7.1(b)(1)(D) of the U.S.D.C.L.R., hereby moves and requests the Court

1

to grant BCB leave to file an over-length Response Brief of fifteen (15) pages for BCB's [proposed] Response in opposition to the MineOne Defendants' 7/8/24 *Motion, Pursuant to Wyoming Statute § 1-15-204 (sic), for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond Set in the Court's June 28, 2024 Order ("Bond Objections")* [ECF 267]. In support of this Motion, BCB shows the Court as follows:

1. On July 8, 2024, the MineOne Defendants filed their *Bond Objections*. Their *Bond Objections* had five (5) exhibits totaling 72 pages. The thrust of MineOne's *Bond Objections* is to ask the Court to increase the $100,000 surety bond to either $22,939,679.68 or $76,000,000. [ECF 267 at Page 10 of 13]. The effect of such a request, if granted, is that BCB would never be able to purchase such a bond, and the prejudgment attachment and garnishment Writs could never be issued.

2. To properly assert its many objections to the MineOne Defendants' *Bond Objections*, BCB's counsel, Patrick Murphy, needed fifteen (15) pages of briefing, not the allowed ten (10) pages for a non-dispositive motion.

3. Mr. Murphy met and conferred with counsel for the MineOne Defendants about BCB's Request for a [proposed] 15-page over-length Response on Monday morning, July 22, 2024, via email. Counsel for BCB and MineOne, Patrick Murphy and Paula Colbath, respectively, have conferred and they agree that BCB may be allowed fifteen (15) pages for its Response to MineOne's *Bond Objections* and the MineOne Defendants may be allowed fifteen (15) pages for their July 25, 2024 Response Brief to BCB's July 10, 2024 *Motion for Sanctions*.

4. Judicial efficiency and understanding are best served by allowing BCB to file its requested 15-page Response Brief.

5. A proposed Order granting BCB leave to file a 15-page [over-length] Response Brief is submitted with this Motion for the Court's consideration.

WHEREFORE, Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain respectfully asks the Court to allow BCB to file its 15-page Response Brief in opposition to MineOne Defendants' 7/8/24 *Motion, Pursuant to Wyoming Statute § 1-15-204 (sic), for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond Set in the Court's June 28, 2024 Order ("Bond Objections")*.

DATED this 22nd day of July, 2024.

>BCB CHEYENNE LLC d/b/a
>BISON BLOCKCHAIN, Plaintiff
>
>By:   */s/ Patrick J. Murphy*
>Patrick J. Murphy (WSB No. 5-1779)
>Scott C. Murray (WSB No. 7-4896)
>Williams, Porter, Day & Neville, PC
>159 N Wolcott St. Suite 400
>Casper, WY 82601
>Ph: (307) 265-0700
>pmurphy@wpdn.net
>smurray@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 22nd day of July, 2024.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [ ]  U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[ ]  Overnight Delivery<br>[ ]  Hand Delivery<br>[ ]  Electronic Mail |

3

| | |
|---|---|
| Paula Colbath, *Pro Hac Vice* <br> Alex Inman, *Pro Hac Vice* <br> LOEB & LOEB LLP <br> 345 Park Avenue New <br> York, NY 10154 <br> pcolbath@loeb.com <br> ainman@loeb.com | [ ]   U. S. Mail (prepaid) <br> [ x ]   CM/ECF Electronic Transmission <br> [ ]   Overnight Delivery <br> [ ]   Hand Delivery <br> [ ]   Electronic Mail |
| Marc Feinstein, *Pro Hac Vice* <br> William Pao, *Pro Hac Vice* <br> Daniel Hirsch, *Pro Hac Vice* <br> *David* Iden, *Pro Hac Vice* <br> Sherin Parikh, *Pro Hac Vice* <br> O'MELVENY & MYERS <br> 400 South Hope Street <br> Los Angeles, CA 90071-2899 <br> mfeinstein@omm.com <br> wpao@omm.com <br> dhirsch@omm.com <br> diden@omm.com <br> sparikh@omm.com | [ ]   U. S. Mail (prepaid) <br> [ x ]   CM/ECF Electronic Transmission <br> [ ]   Overnight Delivery <br> [ ]   Hand Delivery <br> [ ]   Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581 <br> Tyson R. Woodford, WSB No. 8-6650 <br> HIRST APPLEGATE LLP <br> 1720 Carey Ave. Room 400 <br> P.O. BOX 1083 <br> Cheyenne, WY 82003 <br> klenhart@hirstapplegate.com <br> twoodford@hirstapplegate.com | [ ]   U. S. Mail (prepaid) <br> [ x ]   CM/ECF Electronic Transmission <br> [ ]   Overnight Delivery <br> [ ]   Hand Delivery <br> [ ]   Electronic Mail |
| Meggan J. Hathaway <br> Jane M. France <br> SUNDAHL, POWERS, KAPP & MARTIN, LLC <br> 500 W. 18th Street, Ste. 200 <br> Cheyenne, WY 82003 <br> mhathaway@spkm.org <br> jfrance@spkm.org | [ ]   U. S. Mail (prepaid) <br> [ x ]   CM/ECF Electronic Transmission <br> [ ]   Overnight Delivery <br> [ ]   Hand Delivery <br> [ ]   Electronic Mail |

5

| | |
|---|---|
| Marc S. Gottlieb<br>ORTOLI ROSENSTADT, LLP.<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10017<br>Telephone: (212) 588-0022<br>Facsimile: (866) 294-0074<br>Email: msg@orllp.legal | [  ]   U. S. Mail (prepaid)<br>[ x ]  CM/ECF Electronic Transmission<br>[  ]   Overnight Delivery<br>[  ]   Hand Delivery<br>[  ]   Electronic Mail |

      */s/ Patrick J. Murphy*
      Patrick J. Murphy