IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79 |

### [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AN OVER-LENGTH RESPONSE BRIEF

THIS MATTER comes before the Court on Plaintiff's *Motion and Request for Leave to File an Over-Length Reply Brief of Fifteen (15) Pages* ("*Motion*") for its Response to the MineOne Defendants' July 8, 2024 *Motion for Hearing on Their Objections to the Amount of the Prejudgment Attachment Bond* [ECF 267] ("*Bond Motion*").

The Court has carefully reviewed Plaintiff's *Motion* and FINDS that this case and all its issues warrant the Court granting Plaintiff leave to file an over-length Response Brief of fifteen (15) pages in opposition to the MineOne Defendants' *Bond Motion*.

1

IT IS THEREFORE ORDERED that Plaintiff BCB Cheyenne, LLC is hereby granted leave to file its 15-page Response Brief today in opposition to the MineOne Defendants' July 8, 2024 *Bond Motion*.

DATED this _____ day of July, 2024.

BY THE COURT: _____
United States Magistrate Judge