**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN (*pro hac vice*)**
**WILLIAM PAO (*pro hac vice*)**
**DAVID IDEN (*pro hac vice*)**
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com
wpao@omm.com
diden@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } } | |
| Plaintiff, | } } } | |
| vs. | } } } | Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } } } } | |
| Defendants. | } | |

## *BITMAIN TECHNOLOGIES GEORGIA LIMITED'S DESIGNATION OF JOHN KENYON HAYWARD AS EXPERT WITNESS*

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and Local Civil Rule 26.1(e)(1) of the United States District Court for the District of Wyoming, Defendant Bitmain Technologies Georgia Limited ("Bitmain") hereby designates the following expert witness, whom Bitmain may use at trial:

> **John Kenyon Hayward**
> HashWatt, Inc.
> 2 Bala Plaza, Suite 300
> Bala Cynwyd, PA 19004
> Telephone:  (610) 660-7800

Mr. Hayward is the Chief Executive Officer of HashWatt, Inc., a closely held private bitcoin miner incorporated in the State of Delaware.  He has extensive experience managing cryptocurrency mining facilities and has served as a business entrepreneur and executive for more than 35 years.  Mr. Hayward may be contacted through counsel.

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Bitmain hereby provides Mr. Hayward's signed Expert Report, attached hereto as **Exhibit A**.

Mr. Hayward's curriculum vitae is attached as **Appendix A** to his report.  Mr. Hayward is being compensated at a rate of $980 per hour.  If Plaintiff takes Mr. Hayward's deposition, Plaintiff is responsible for paying Mr. Hayward's fee of $980/hour for his deposition time.

Pursuant to Federal Rule of Civil Procedure 26(e)(2), Bitmain reserves the right to supplement Mr. Hayward's report.

Dated: 22 July 2024

BITMAIN TECHNOLOGIES GEORGIA LIMITED, Defendant

BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4581**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain Technologies Georgia Limited
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

and for

**MARC FEINSTEIN (*pro hac vice*)**
**WILLIAM PAO (*pro hac vice*)**
**DAVID IDEN (*pro hac vice*)**
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com
wpao@omm.com
diden@omm.com

### CERTIFICATE OF SERVICE

I certify the foregoing ***Bitmain Technologies Georgia Limited's Designation of Kenyon Hayward as Expert Witness*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 22 July 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

– 4 –

| | |
|---|---|
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orlip.legal<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Technologies Georgia Limited