Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Leily Lashkari, Esq. (Admitted *Pro Hac Vice*)
David Forrest, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC,
MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 23CV-79-ABJ |
| | ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS MINEONE WYOMING DATA CENTER LLC,**
**MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S**
**EXPERT WITNESS DESIGNATION**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Local Rule 26.1(e), and this Court's Order dated July 3, 2024 (ECF 263), Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto Inc. hereby join in Defendant Bitmain Technologies Georgia Limited's designation of John Kenyon Hayward as an expert witness who may be called to testify at the trial of this action and adopt his Report, and opinions therein, in their entirety.

Mr. Hayward's resume, report of contemplated testimony, and hourly fee may be found in the expert designation of Defendant Bitmain Technologies Georgia Limited.  ECF No. 283.

DATED this 22nd day of July, 2024.

DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

By: */s/ Paula K. Colbath*
  Sean Larson Wyo. Bar #7-5112
  Kari Hartman, Wyo. Bar #8-6507
  HATHAWAY & KUNZ, LLP
  P. O. Box 1208
  Cheyenne, WY 82003
  Phone: (307) 634-7723
  Fax: (307) 634-0985

  Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
  Leily Lashkari, Esq. (Admitted *Pro Hac Vice*)
  David Forrest, Esq. (Admitted *Pro Hac Vice*)
  Alex Inman, Esq. (Admitted *Pro Hac Vice*)
  345 Park Avenue
  New York, NY  10154
  Telephone: 212-407-4905
  Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of July, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy                          [✓] CM/ECF
Scott C. Murray                           [  ] Fax:
Williams, Porter, Day & Neville, P.C.      [  ] E-mail:
159 N. Wolcott., Suite 400              pmurphy@wpdn.net
P.O. Box 10700 (82602)                 smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart                        [✓] CM/ECF
Tyson R. Woodford                      [  ] Fax:
Hirst Applegate, LLP                   [  ] E-mail:
P. O. Box 1083                       klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083          twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*           [✓] CM/ECF
William K. Pao, *pro hac vice*          [  ] Fax:
David Iden, *pro hac vice*              [  ] E-mail:
Daniel Hirsch, *pro hac vice*          mfeinstein@omm.com
Sherin Parikh, *pro hac vice*          wpao@omm.com
O'Melveny & Myers, LLP            dhirsch@omm.com
400 South Hope Street, 18th Floor     diden@omm.com
Los Angeles, CA 90071             sparikh@omm.com
*Attorneys for Bitmain Technologies Georgia Limited*

Meggan J. Hathaway                  [✓] CM/ECF
Jane M. France                       [  ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.   [  ] E-mail:
500 W. 18th Street, Suite 200         mhathaway@spkm.org
Cheyenne, WY 82003-0328          jfrance@spkm.org

Marc S. Gottlieb                       [✓] CM/ECF
Ortoli Rosenstadt, LLP              [  ] Fax:
366 Madison Avenue, 3rd Floor      [  ] E-mail:
New York, NY 10017                msg@orllp.legal
*Attorneys for Bit Origin and SonicHash*

*/s/ Paula K. Colbath*
Hathaway & Kunz, LLP