Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212-407-4905
212-407-4990 (Fax)
ATTORNEYS FOR DEFENDANTS MINEONE
WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-ABJ |

# DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO, INC.'S MOTION FOR PERMISSION TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMIT

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., (the "MineOne Defendants") by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby file this motion seeking the Court's permission to file a fifteen-page response brief to Plaintiff BCB's First Motion for Sanctions Against Defendant MineOne Wyoming Data Center LLC (ECF No. 269).

Local Rule 7.1(b)(1)(C) provides that briefs in opposition to non-dispositive motions can only contain ten pages unless there are complex or numerous legal issues justifying an extension. Here, the MineOne Defendants need additional pages to respond to BCB's Motion for Sanctions given the numerous issues and the length of the exhibits. There are numerous legal issues implicated in the response necessitating the additional pages.

Counsel for the MineOne Defendants conferred with counsel for Plaintiff. Counsel for Plaintiff does not object to this motion.

The MineOne Defendants respectfully request this Court's order allowing it to file a response brief to BCB's Motion for Sanctions of fifteen pages in length.

DATED this 23rd day of July, 2024.

DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

By: */s/ Sean Larson*
    Sean Larson Wyo. Bar #7-5112
    Kari Hartman, Wyo. Bar #8-6507
    HATHAWAY & KUNZ, LLP
    P. O. Box 1208
    Cheyenne, WY 82003
    Phone: (307) 634-7723
    Fax: (307) 634-0985

    Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
    Alex Inman, Esq. (Admitted *Pro Hac Vice*)
    345 Park Avenue
    New York, NY 10154
    Telephone: 212-407-4905
    Fax: 212-407-4990

    ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of July, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy                                    [✓] CM/ECF
Scott C. Murray                                      [ ] Fax:
Williams, Porter, Day & Neville, P.C.                [ ] E-mail:
159 N. Wolcott., Suite 400                           pmurphy@wpdn.net
P.O. Box 10700 (82602)                               smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Khale J. Lenhart                                     [✓] CM/ECF
Tyson R. Woodford                                    [ ] Fax:
Hirst Applegate, LLP                                 [ ] E-mail:
P. O. Box 1083                                       klenhart@hirstapplegate.com
Cheyenne, WY 82003-1083                              twoodford@hirstapplegate.com

Marc Feinstein, *pro hac vice*                       [✓] CM/ECF
William K. Pao, *pro hac vice*                       [ ] Fax:
David Iden, *pro hac vice*                           [ ] E-mail:
Kaitlyn Farrell, *pro hac vice*                      mfeinstein@omm.com
Daniel Hirsch, *pro hac vice*                        wpao@omm.com
Sherin Parikh, *pro hac vice*                        dhirsch@omm.com
O'Melveny & Myers, LLP                               diden@omm.com
400 South Hope Street, 18th Floor                    kfarrell@omm.com
Los Angeles, CA 90071                                sparikh@omm.com
*Attorneys for Bitmain Technologies Georgia Limited*

Meggan J. Hathaway                                   [✓] CM/ECF
Jane M. France                                       [ ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.               [ ] E-mail:
500 W. 18th Street, Suite 200                        mhathaway@spkm.org
Cheyenne, WY 82003-0328                              jfrance@spkm.org

Marc S. Gottlieb                                     [✓] CM/ECF
Ortoli Rosenstadt, LLP                               [ ] Fax:
366 Madison Avenue, 3rd Floor                        [ ] E-mail:
New York, NY 10017                                   msg@orllp.legal
*Attorneys for Bit Origin and SonicHash*

                                                     */s/ Candice Hough*
                                                     Hathaway & Kunz, LLP