FILED

Margaret Botkins
Clerk of Court

8:56 am, 7/24/24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 23CV-79-ABJ |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO, INC.'S MOTION FOR PERMISSION TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMIT

THIS MATTER having come before the Court on Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto, Inc.'s Motion for Permission to File Response Brief in Excess of Page Limit. Upon consideration of the Motion and the Court finding good cause therefore, hereby GRANTS the motion.

IT IS ORDERED that Defendants may file their response brief in excess of the page limitation set forth in Local Rule 7.1(b)(1)(C).  Defendants may have fifteen (15) pages for their Response Brief to BCB's Motion for Sanctions.

DATED this __24th__ day of July, 2024.

_____
MARK L. CARMAN (RETIRED)
UNITED STATES MAGISTRATE JUDGE