Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-ABJ |

# DEFENDANTS' REQUEST FOR HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS [ECF No. 269]

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby request a hearing on *Plaintiff's Motion for Sanctions*, [ECF No. 269] and Defendants' pending *Opposition*.

WHEREFORE Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. request this Court enter an order setting a hearing on Plaintiff's *Motion for Sanctions* [ECF No. 269].

DATED this 24th day of July, 2024.

*/s/ Sean Larson*
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985
slarson@hkwyolaw.com
khartman@hkwyolaw.com
Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (*Admitted Pro Hac Vice*)
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4905
Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS
*MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of July 2024, a true and correct copy of the foregoing was served upon counsel as follows:

<table>
<tr><td>

Patrick J. Murphy  
Scott C. Murray  
Williams, Porter, Day & Neville, P.C.  
159 N. Wolcott., Suite 400  
P.O. Box 10700 (82602)  
Casper, WY 82601  
*Attorneys for Plaintiff*

</td><td>

[✓]  CM/ECF  
[  ]  Fax:  
[  ]  E-mail:  
pmurphy@wpdn.net  
smurray@wpdn.net

</td></tr>
<tr><td>

Khale J. Lenhart  
Tyson R. Woodford  
Hirst Applegate, LLP  
P. O. Box 1083  
Cheyenne, WY 82003-1083

</td><td>

[✓]  CM/ECF  
[  ]  Fax:  
[  ]  E-mail:  
klenhart@hirstapplegate.com  
twoodford@hirstapplegate.com

</td></tr>
<tr><td>

Marc Feinstein, *pro hac vice*  
William K. Pao, *pro hac vice*  
O'Melveny & Myers, LLP  
400 South Hope Street, 18th Floor  
Los Angeles, CA 90071  
*Attorneys for Bitmain Technologies Georgia Limited*

</td><td>

[✓]  CM/ECF  
[  ]  Fax:  
[  ]  E-mail:  
mfeinstein@omm.com  
wpao@omm.com

</td></tr>
<tr><td>

Meggan J. Hathaway  
Jane M. France  
Sundahl, Powers, Kapp & Martin, L.L.C.  
500 W. 18th Street, Suite 200  
Cheyenne, WY 82003-0328

</td><td>

[✓]  CM/ECF  
[  ]  Fax:  
[  ]  E-mail:  
mhathaway@spkm.org  
jfrance@spkm.org

</td></tr>
<tr><td>

Marc S. Gottlieb  
Ortoli Rosenstadt, LLP  
366 Madison Avenue, 3rd Floor  
New York, NY 10017  
*Attorneys for Bit Origin and SonicHash*

</td><td>

[✓]  CM/ECF  
[  ]  Fax:  
[  ]  E-mail:  
msg@orllp.legal

</td></tr>
</table>

                                                  */s/ Sean Larson*  
                                                  Hathaway & Kunz, LLP