

**FILED**

3:28 pm, 7/25/24

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, a Wyoming limited liability
company,

     Plaintiff,

v.

MINEONE WYOMING DATA CENTER
LLC, a Delaware limited liability company;
MINEONE PARTNERS LLC, a Delaware
limited liability company; TERRA CRYPTO
INC., a Delaware corporation; BIT ORIGIN,
LTD, a Cayman Island Company;
SONICHASH LLC, a Delaware limited
liability company; BITMAIN
TECHNOLOGIES HOLDING COMPANY, a
Cayman Island Company; BITMAIN
TECHNOLOGIES GEORGIA LIMITED, a
Georgia corporation; and JOHN DOES 1-20,
related persons and companies who control or
direct some or all of the named Defendants.

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 23CV-79-ABJ

---

## SECOND ORDER FOR MEDIATION

---

   This Court previously set aside two days for a global mediation in this matter to commence

on July 29, 2024. This morning the Court learned that the "lead" negotiator, Marc. Gottielb, for

the Defendants was suddenly taken ill on a business trip to Tampa, Florida and was scheduled for

surgery later today. Mr. Gottielb was in the process of preparing the mediation statements which

were to be filed forthwith per this Court's order. As a result of Mr. Gottielb's sudden and serious

illness, he is understandably unable to attend the mediation scheduled for July 29th, 2024.

Nevertheless, his medical care providers have informed him that he will be released to travel the following week.

Defendants proposed conducting the mediation on August 7th to 9th. Plaintiff's counsel strongly objected to continuation of the mediation. In the alternative, Plaintiff requested the mediation to be set for August 6-7th. This Court finds that Mr. Gottielb is critical to the success of this mediation and his attendance is to be facilitated to a reasonable degree. Having considered the circumstances and the opinions of the parties the Court vacates the mediation dates of July 29 and 30th and reschedules the mediation as follows.

- Confidential mediation statements in accordance with this Court's prior order will be provided on or before August 1, 2024.

- Plaintiff's will appear for mediation at 1:30 p.m. on August 6, 2024 for its initial session with the mediator.

- Defendants' will appear for mediation at 9 a.m. on August 7, 2024 for their initial session with the mediator.

- All parties will be present for mediation by 11:00 a.m. on August 7, 2024.

- The Court will set aside from August 6, 2024 at 1:30 p.m. until and through August 8 for mediation proceedings.

- The parties shall have all persons necessary to the settlement of this case either in person (preferred) or by Zoom or other video conferencing programs for all discussion with the mediator during the mediation.

DATED this 25th day of July, 2024.

MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE