FILED
9:36 am, 7/26/24
Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON )
BLOCKCHAIN, a Wyoming limited liability )
Company, )
 )
    Plaintiff, )
 )
v. ) Civil No. 23-CV-79-ABJ
 )
MINEONE WYOMING DATA CENTER, )
LLC, a Delaware limited liability company; )
MINEONE PARTNERS LLC, a Delaware )
limited liability company; TERRA CRYPTO )
INC., a Delaware corporation; BIT ORIGIN, )
LTD, a Cayman Island Company; )
SONICHASH LLC, a Delaware limited )
liability company; BITMAIN )
TECHNOLOGIES HOLDING COMPANY, )
A Cayman Island Company; BITMAIN )
TECHNOLOGIES GEORGIA LIMITED, )
a Georgia corporation; and JOHN DOES 1-18, )
related persons and companies who control )
or direct some or all of the named Defendants, )
 )
    Defendants. )

**SECOND ORDER TO AMEND THE PREJUDGMENT WRITS OF ATTACHMENT AND GARNISHMENT IN REGARDS TO THE ATTACHED CAMPSTOOL PROCEEDS**

The Court issued and filed the *First Amendment to Prejudgment Writs of Attachment and Garnishment* on July 15, 2024 in the total amount of FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72). Of that total amount, FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72) was designated as the Attached Campstool Proceeds.

The *Prejudgment Writ of Attachment* indicates the "Attached Campstool Property may be amended - <u>but only by Order of the Court</u> - to account for (a) any additional interest and/or fees owing to AntAlpha pursuant to the July 27, 2023 Loan and Security Agreement between AntAlpha and MineOne, and later amended by the September 15, 2023 First Amendment to the Loan and Security Agreement, required to pay off and satisfy any and all amounts owing to AntAlpha and/or (b) the balance owing from MineOne on the Seller's Final Settlement Statement, if any, as related to (i) taxes and/or association dues and (ii) charges for recording, escrow/closing, and/or title insurance, required to successfully close the transaction for MineOne's Campstool Facility and pass clear title to CSRE Properties Wyoming, LLC."

Based on new information, and in order to successfully close the transaction for MineOne's Campstool Facility and pass clear title to CSRE Properties Wyoming, LLC, the Court hereby amends the Attached Campstool Proceeds to **FOUR MILLION THIRTY FOUR THOUSAND TWO HUNDRED SEVENTY NINE DOLLARS AND SIXTY SEVEN CENTS ($4,034,279.67)** and the total amount of the *Prejudgment Writs of Attachment and Garnishment* to **FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67).**

In addition to the (a) SEVEN MILLION ONE HUNDRED THIRTY TWO THOUSAND EIGHT HUNDRED SIXTY NINE DOLLARS AND FORTY TWO CENTS ($7,132,869.42 USD) that MineOne owes to its secured creditor AntAlpha Technologies Limited ("AntAlpha"), and the (b) TWENTY SIX THOUSAND THIRTY FOUR DOLLARS AND EIGHTY SIX CENTS ($26,034.86) that MineOne owes for taxes, association dues, recording, escrow/closing, and/or title insurance, all of which is **not** included in the Attached Campstool Proceeds per the

July 15, 2024 *First Amendment to Prejudgment Writ of Attachment*, the following amounts are now also **not** included in the Attached Campstool Proceeds:

    (a) FIFTY SIX THOUSAND SEVEN HUNDRED TWENTY SEVEN DOLLARS ($56,727.00) – additional interest owing to AntAlpha required to pay off and satisfy any and all amounts owing to AntAlpha as of the **July 26, 2024** closing date; and

    (b) EIGHTY NINE DOLLARS AND FIVE CENTS ($89.05) – the additional balance owing from MineOne on the Seller's Final Settlement Statement related to taxes as of the **July 26, 2024** closing date and recording fees.

The calculation for the amended Attached Campstool Proceeds of **FOUR MILLION THIRTY FOUR THOUSAND TWO HUNDRED SEVENTY NINE DOLLARS AND SIXTY SEVEN CENTS ($4,034,279.67)** is as follows:

    $11,250,000 (Campstool Purchase Price)

    - $7,132,869.42 (July 15, 2024 amount excluded for AntAlpha)

    - $56,727.00 (July 26, 2024 additional amount excluded for AntAlpha)

    - $26,034.86 (July 15, 2024 amount excluded as balance owing from Seller on final settlement statement)

    - $89.05 (July 26, 2024 additional amount excluded as balance owing from Seller on final settlement statement)

HEREBY ISSUED on this 26th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

*Alan B. Johnson* (signature)

Alan B. Johnson
United States District Judge