FILED



9:35 am, 7/26/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON )
BLOCKCHAIN, a Wyoming limited liability )
Company, )
)
Plaintiff, )
)
v. ) Civil No. 23-CV-79-ABJ
)
MINEONE WYOMING DATA CENTER, )
LLC, a Delaware limited liability company; )
MINEONE PARTNERS LLC, a Delaware )
limited liability company; TERRA CRYPTO )
INC., a Delaware corporation; BIT ORIGIN, )
LTD, a Cayman Island Company; )
SONICHASH LLC, a Delaware limited )
liability company; BITMAIN )
TECHNOLOGIES HOLDING COMPANY, )
A Cayman Island Company; BITMAIN )
TECHNOLOGIES GEORGIA LIMITED, )
a Georgia corporation; and JOHN DOES 1-18, )
related persons and companies who control )
or direct some or all of the named Defendants, )
)
Defendants. )

## SECOND AMENDMENT TO PREJUDGMENT WRIT OF ATTACHMENT

The *First Amendment to Prejudgment Writ of Attachment*, issued and filed on July 15, 2024, is hereby amended as follows:

1. The sum amount ordered attached is updated and revised from FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72) to **FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67).**

2. The Attached Campstool Proceeds is updated and revised from FOUR MILLION NINETY ONE THOUSAND NINETY FIVE DOLLARS AND SEVENTY TWO CENTS ($4,091,095.72) to **FOUR MILLION THIRTY FOUR THOUSAND TWO HUNDRED SEVENTY NINE DOLLARS AND SIXTY SEVEN CENTS ($4,034,279.67)**.

3. In addition to the (a) SEVEN MILLION ONE HUNDRED THIRTY TWO THOUSAND EIGHT HUNDRED SIXTY NINE DOLLARS AND FORTY TWO CENTS ($7,132,869.42 USD) that MineOne owes to its secured creditor AntAlpha Technologies Limited ("AntAlpha"), and the (b) TWENTY SIX THOUSAND THIRTY FOUR DOLLARS AND EIGHTY SIX CENTS ($26,034.86) that MineOne owes for taxes, association dues, recording, escrow/closing, and/or title insurance, all of which is **not** included in the Attached Campstool Proceeds per the July 15, 2024 *First Amendment to Prejudgment Writ of Attachment*, the following amounts are now also **not** included in the Attached Campstool Proceeds:

    a. FIFTY SIX THOUSAND SEVEN HUNDRED TWENTY SEVEN DOLLARS ($56,727.00) – additional interest owing to AntAlpha required to pay off and satisfy any and all amounts owing to AntAlpha as of the **July 26, 2024** closing date; and

    b. EIGHTY NINE DOLLARS AND FIVE CENTS ($89.05) – the additional balance owing from MineOne on the Seller's Final Settlement Statement related to taxes as of the **July 26, 2024** closing date and recording fees.

HEREBY ISSUED on this 26th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

*Alan B. Johnson* (signature)

Alan B. Johnson
United States District Judge