

FILED

9:37 am, 7/26/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, )
)
)
)
)
Plaintiff, )
)
v. )   Civil No. 23-CV-79-ABJ
)
MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, )
)
)
)
)
)
)
)
)
)
)
)
)
)
Defendants. )

### SECOND AMENDMENT TO PREJUDGMENT WRIT OF GARNISHMENT

The *First Amendment to Prejudgment Writ of Garnishment*, issued and filed on July 15, 2024, is hereby amended as follows:

1. The sum amount ordered attached is updated and revised from **FIFTEEN MILLION THREE HUNDRED SEVEN THOUSAND FIVE HUNDRED THIRTY ONE DOLLARS AND SEVENTY TWO CENTS ($15,307,531.72)** to **FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67)**, as further detailed by the Court's July

2, 2024 *Prejudgement Writ of Attachment,* the Court's July 15, 2024 *First Amendment to Prejudgment Writ of Attachment,* and the Court's July 26, 2024 *Second Amendment to Prejudgment Writ of Attachment.*

HEREBY ISSUED on this 26th day of July, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

*[signature]*

Alan B. Johnson
United States District Judge