Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
307-634-7723

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB, LLP
345 Park Avenue New
York, NY 10154
212-407-4905

Jane M. France, Wyo. Bar #7-4828
Meggan J. Hathaway, Wyo. Bar #7-4856
SUNDAHL, POWERS, KAPP & MARTIN, LLC
500 West 18th St., Suite 200
Cheyenne, WY 82001
307-632-6421

Marc S. Gottlieb, Esq. (Admitted *Pro Hac Vice)*
ORTOLI ROSENTSTADT, LLP
366 Madison Avenue, 3rd Floor New
York, NY  10017
212-588-0022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, )<br>)<br>)<br>)<br>            Plaintiff,                                              )<br>)<br>v.                                                                          )<br>)<br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 23CV-79-ABJ |

| | |
|---|---|
| related persons and companies who control or direct some or all of the named Defendants. | ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS TERRA CRYPTO, INC., MINEONE PARTNERS LLC, MINEONE WYOMING DATA CENTER, LLC, BIT ORIGIN, LTD, AND SONICHASH LLC'S NOTICE OF RULE 68 OFFER OF JUDGMENT

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc., ("MineOne Defendants") by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and Defendants Bit Origin, Ltd and Sonichash, LLC by and through counsel SUNDAHL, POWERS, KAPP & MARTIN, LLC, and ORTOLI ROSENSTADT LLP and hereby present this Notice to note for the record their offer made pursuant to Rule 68 of the Federal Rules of Civil Procedure, an offer to allow judgment in the amount of $1.8 Million Dollars which was presented to Plaintiff BCB Cheyenne, LLC d/b/a Bison Blockchain on July 17, 2024. Plaintiff has 14 days from the date presented to serve written notice accepting the offer. If such offer is not timely accepted, then Defendants may be entitled to costs pursuant to Rule 68(d).

DATED this 26th day of July, 2024.

DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

By: /s/ Sean Larson
Sean Larson Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar #8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003
Phone: (307) 634-7723
Fax: (307) 634-0985

>Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
>Leily Lashkari, Esq. (Admitted *Pro Hac Vice*)
>David Forrest, Esq. (Admitted *Pro Hac Vice*)
>Alex Inman, Esq. (Admitted *Pro Hac Vice*)
>345 Park Avenue
>New York, NY 10154
>Telephone: 212-407-4905
>Fax: 212-407-4990
>
>ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.
>
>DEFENDANTS BIT ORIGIN, LTD AND SONICHASH LLC
>
>By: */s/ Marc Gottlieb*
>>Jane M. France Wyo. Bar#7-4828
>>Meggan J. Hathaway Wyo. Bar #7-4856
>>SUNDAHL, POWERS, KAPP & MARTIN, LLC
>>500 West 18th St., Suite 200 Cheyenne, WY 82001
>>Telephone: (307) 632-6421
>>Email: jfrance@spkm.org
>>Email: mhathaway@spkm.org
>>
>>Marc S. Gottlieb (Admitted *Pro Hac Vice*)
>>ORTOLI ROSENSTADT, LLP 366 Madison Ave, 3rd Floor New York, NY 10017
>>Telephone: (212) 829-8943
>>Email: msg@orllp.legal
>>
>>ATTORNEYS FOR DEFENDANTS BIT ORIGIN, LTD AND SONICHASH LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 26th day of July, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy | [✓] CM/ECF |
| Scott C. Murray | [ ] Fax: |
| Williams, Porter, Day & Neville, P.C. | [ ] E-mail: |
| 159 N. Wolcott., Suite 400 | pmurphy@wpdn.net |
| P.O. Box 10700 (82602) | smurray@wpdn.net |
| Casper, WY 82601 | |
| *Attorneys for Plaintiff* | |
| | |
| Khale J. Lenhart | [✓] CM/ECF |
| Tyson R. Woodford | [ ] Fax: |
| Hirst Applegate, LLP | [ ] E-mail: |
| P. O. Box 1083 | klenhart@hirstapplegate.com |
| Cheyenne, WY 82003-1083 | twoodford@hirstapplegate.com |
| | |
| Marc Feinstein, *pro hac vice* | [✓] CM/ECF |
| William K. Pao, *pro hac vice* | [ ] Fax: |
| David Iden, *pro hac vice* | [ ] E-mail: |
| Kaitlyn Farrell, *pro hac vice* | mfeinstein@omm.com |
| Daniel Hirsch, *pro hac vice* | wpao@omm.com |
| Sherin Parikh, *pro hac vice* | dhirsch@omm.com |
| O'Melveny & Myers, LLP | diden@omm.com |
| 400 South Hope Street, 18th Floor | kfarrell@omm.com |
| Los Angeles, CA 90071 | sparikh@omm.com |
| *Attorneys for Bitmain Technologies Georgia Limited* | |
| | |
| Meggan J. Hathaway | [✓] CM/ECF |
| Jane M. France | [ ] Fax: |
| Sundahl, Powers, Kapp & Martin, L.L.C. | [ ] E-mail: |
| 500 W. 18th Street, Suite 200 | mhathaway@spkm.org |
| Cheyenne, WY 82003-0328 | jfrance@spkm.org |
| | |
| Marc S. Gottlieb | [✓] CM/ECF |
| Ortoli Rosenstadt, LLP | [ ] Fax: |
| 366 Madison Avenue, 3rd Floor | [ ] E-mail: |
| New York, NY 10017 | msg@orllp.legal |
| *Attorneys for Bit Origin and SonicHash* | |

                                                          */s/ Candice Hough*
                                                          Hathaway & Kunz, LLP