# UNITED STATES DISTRICT COURT
## District Of Wyoming

Margaret Botkins
Clerk of Court





FILED

**Margaret Botkins**
**Clerk of Court**

Jon Bastian
Chief Deputy Clerk

July 26, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:    BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al
             District Court Case Number:  1:23-cv-00079-ABJ

             Notice of Appeal Filed:        7/26/2024
             $600 fee was not paid; $5 fee was not paid.

Dear Mr. Wolpert:

Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries
- Copy of Notice of Appeal
- Copy of all pre-judgment motions and post-judgment motions to reconsider or which questions the judgments, and any other order disposing thereof, as follows:

    [254] Order on Motions for Protective Order with Prejudgment Writs of Attachment and Garnishment

If anything further is required, please let me know.

                                     Sincerely,

                                     Margaret Botkins
                                     Clerk of Court

                         By: *Becky Harris*

Attachment(s)