# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Margaret Botkins  
Clerk of Court



Jon Bastian  
Chief Deputy Clerk

July 30, 2024

Chris Wolpert, Clerk of Court  
United States Court of Appeals for the 10th Circuit  
Byron R. White Courthouse  
1823 Stout Street  
Denver, CO  80257

    Re:    BCB Cheyenne LLC v. MineOne Wyoming Data Center LLC et al  
             District Court Case Number:  1:23-cv-00079-ABJ  
             USCA Case Number: 24-8048  
             Notice of Appeal Filed:       7/26/2024

Dear Mr. Wolpert:

    Attached are documents filed in connection with the **Amended** Notice of Appeal in this case, which will constitute the supplemental preliminary record on appeal:

- Copy of District Court docket entries
- Copy of **Amended** Notice of Appeal

If anything further is required, please let me know.

                                            Sincerely,

                                            Margaret Botkins  
                                            Clerk of Court

                                            By: *Becky Harris* (signature)

Attachment(s)

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ♦ Casper, WY 82601  
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014

www.wyd.uscourts.gov