IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a/ BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Islands company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>        Defendants. | Case No.  23-CV-79-ABJ |

**ORDER ON INFORMAL DISCOVERY CONFERENCE**

On August 19, 2024, the Court held an Informal Discovery Conference. Attorneys for Plaintiffs appeared as well as attorneys for Defendants MineOne, Terra Crypto, Bit Origin, and SonicHash. No counsel from Bitmain was present despite receiving notice. The Court discussed multiple issues as set forth below:

1

Defendant MineOne requested Plaintiff to produce documents between March 15, 2023, and May 3, 2023. The Court orders Plaintiff to produce these documents. The Court believes this is in compliance with Judge Rankins prior order. [ECF. 190]. Plaintiff may produce a privilege log if applicable.

Plaintiff's counsel represented that it had recently complied with MineOne's request to produce documents dated after March 7, 2023. Plaintiff provided 14,000 documents to MineOne last week. Plaintiff also represented that it has now produced text messages and WhatsApp messages to MineOne and represented that Plaintiff did not use WeChat to correspond about the project involved. Plaintiff is to provide any outstanding texts, etc. by Friday, August 20, 2024.

Plaintiff represented it has produced all third-party documents it has received based upon its subpoenas and that if no documents were produced, then Plaintiff did not receive and documents for that subpoena.

Plaintiff represented it has provided a complete and detailed privilege log. Counsel represented the first log entry is dated March 4, 2023, and that is when his representation of Plaintiff began.

Also in dispute is Defendant MineOne's subpoenas issued to third-party investors for depositions and production of documents and its request for documents regarding BCB's capitalization and funding. This is also the subject of Plaintiff's motion [ECF 317]. The Court will allow Plaintiff to supplement this motion to include all information discussed on this topic.  The supplement and responses are to address the discovery issues only.  Defendants may file a separate response to the request for sanctions contained in

Plaintiff's motion with the same deadlines per Judge Johnson's order. The District Court will hear the motions for sanctions. This supplement is to be filed by Friday, August 23, 2024, at noon. Defendants have until Wednesday, September 4, 2024, to file a response and Plaintiff has seven (7) days to file a reply. The deposition dates and requests for production contained in all subpoenas to third parties are stayed until the motion is ruled upon.

In addition, MineOne has requested Plaintiff produce documents concerning the Request for Proposal submitted by Plaintiff to Black Hills Energy. In its supplemental briefing outlined above, Plaintiff should provide briefing regarding its objection to producing these documents. Defendants may responds as stated above.

MineOne requested that Plaintiff provide information regarding the text messages, WhatsApp messages, etc., specifically from whom information was collected. Plaintiff is to provide this information and MineOne is to provide the same information for any WeChat, WhatsApp, text messages, etc. it has previously provided to Plaintiff.

The Court also ordered that all parties are to exchange dates of availability for counsel to conduct depositions in this case by Tuesday, August 20, 2024, as well as a list by each party of what witnesses it wishes to depose and if it believes a particular party should be responsible for producing the witness. The Court will schedule an additional informal discovery conference to discuss issues raised by Plaintiff for later this week.

Dated this 21st day of August, 2024.

*Stephanie Hambrick*

Stephanie A. Hambrick
United States Magistrate Judge