

FILED

*8:17 am, 8/21/24*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a/ BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Islands company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Case No. 23-CV-79-ABJ |

## NOTICE OF PROCEDURAL DISPOSITION REGARDING PLAINTIFF'S EMERGENCY MOTION [ECF NO. 317]

THIS MATTER comes before the Court upon Plaintiff's *Emergency Motion for a Protective Order, Quashing MineOne's August 2024 Subpoenas on Passive Investors of BCB, for the Sanction of Default Against MineOne Wyoming Data Center LLC, for the Award of BCB's Attorney Fees Defending Against These Harassing Subpoenas, and for*

1

*the Revocation of the Court's Pro Hac Vice Admission of MineOne's New York City Counsel, Paula K. Colbath* (ECF No. 317), filed on August 18, 2024. Plaintiff, BCB Cheyenne LLC d/b/a Bison Blockchain ("BCB" or "Plaintiff"), casts its overlength[1] request for extraordinary relief from this Court in a familiar "emergency" fashion— accompanying a myriad of motions which have become increasing difficult for the Court to address in the expedited manner that Plaintiff's counsel has grown accustomed to demanding.

Under Local Rule 7.1(b)(1)(B), "[e]ach party opposing the motion shall have fourteen (14) days after the filing of the motion to file a written response containing a short, concise statement of the arguments and authorities in opposition to the motion." Accordingly, the Court will allow Defendants to appropriately respond to Plaintiff's *Emergency Motion* (ECF No. 317), and the Court will hold a hearing on the motion if the Court deems such a hearing is necessary to render a decision. In light of Magistrate Judge Hambrick's findings and orders during an informal discovery conference, the Court shall bifurcate its decision on Plaintiff's *Emergency Motion* based on the issues raised. Magistrate Judge Hambrick will rule on the discovery issues concerning Plaintiff's request for a protective order and subpoenas issued to third-party investors. Judge Alan B. Johnson will rule on Plaintiff's request for sanctions. Each party opposing Plaintiff's *Emergency Motion* (ECF No. 317) concerning Plaintiff's request for default and sanctions shall file a separate response concerning sanctions no later than Wednesday, September 4, 2024.

---

[1] Local Rule 7.1(b)(1)(C) provides that "Briefs in support of an in opposition to all non-dispositive motions are limited to a maximum of ten (10) page."). Plaintiff did not request permission to file a brief in excess of ten pages.

Plaintiff may file a reply brief within seven (7) days of the filing of Defendants' responsive briefs.

Defendants' briefs in opposition to Plaintiff's request for sanctions as articulated in its *Emergency Motion* (ECF No. 317) are limited to a maximum of ten (10) pages, pursuant to Local Rule 7.1(b)(1)(C). Should either Plaintiff or Defendants require additional pages to address their respective arguments on the request for sanctions, the Court requests that each party seeking an overlength brief to file a motion requesting permission to file a brief in excess of the allotted page count, with a statement regarding how many pages the proposed brief will contain. *See* Local Rule 7.1(b)(1).

## CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED**, that the Court will reserve its ruling on Plaintiff's *Emergency Motion* (ECF No. 317) until the motion has been properly briefed.

**IT IS FURTHER ORDERED** any party opposing Plaintiff's *Emergency Motion* (ECF No. 317) shall file a responsive brief no later than September 4, 2024.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply brief within seven (7) days of the filing of Defendants' responsive briefs.

Dated this 20th day of August, 2024.

Alan B. Johnson
United States District Judge

3