# EXHIBIT A

| DHS AGREEMENT PHASE 1 OBLIGATIONS *(emphasis added)* ||
|---|---|
| **MineOne Wyoming Data Center LLC** | **BCB Cheyenne LLC** |
| 6.1(a) *Financing for the (i) land acquisition of the sites for the Facilities* (by MineOne or by its nominee, Terra) payable to the appropriate title company for each Facility and for the North Range Facility no later than five (5) business days after the Effective Date, *(ii) environmental and construction permits and licenses, (iii) buildings and (iv) interconnection for electric infrastructure and services, (v) surveying, environmental and other required testing or studies, and (vi) architectural and engineering design and drawings.* | 6.2(a) Supporting and managing the land acquisition for the Facilities by MineOne (including all local Wyoming legal and other required support). |
| 6.1(b) *Financing construction of the Facility or Facilities and other required infrastructure* to achieve CFCO. | 6.2(b) Obtaining all permits and licenses, including construction permits for buildings and the Facilities' electric infrastructure, environmental licenses and permits, operations permits and licenses (including legal and other) required or recommended to comply with applicable law and regulation. |
| 6.1(c) Signing and negotiation (if required) of power purchase arrangements to obtain the Power Supply to the Facilities in an expedited manner. | 6.2(c) Supporting and managing the execution of the power purchase arrangements by MineOne. |
| 6.1(d) *Funding credit facilities to support the Power Supply* under the new or amended Power Purchase Agreement and *ensuring that all deposit and electricity costs and charges invoiced by the Utility thereunder are paid*. | 6.2(d) All other reasonable related activities within its control to enable MineOne and other users of the Facilities to conduct digital currency mining activities in a proper and timely manner to ensure that CFCO occurs not later than 31 October 2022. |
| 6.1(e) *Acquiring and supplying Miners* (each a "Miner" and collectively the "Miners"). | 6.2(e) Ensuring that all improvements are developed in accordance with the approved construction and engineering documents and all employees, contractors, or Subcontractors (if any) (as provided for below) carry standard general liability and workman's compensation insurance. |
| 6.1(f) *Purchasing from suppliers specialized containers designed to host the Miners* (the "Containers"), pursuant to one or more container purchase agreements (each a "Container Purchase Agreement"), from time to time sufficient to have the Miners installed therein as contemplated by this Agreement. | 6.2(f) Project management and services to support MineOne responsibilities as specified in the Budget as and when the same fall due. |
| 6.1(g) *Purchasing from suppliers all necessary electrical equipment, including but not limited to transformers, switch gear, and electrical cable.* | |
| 6.1(h) *Acquiring all required equipment to properly operate the Miners, including sufficient inventory of spare parts*. | |
| 6.1(i) *Procuring property all risks and third-party liability and other insurances in relation to the Miners, Containers and Facilities* in accordance with customary industry practice for projects of this nature; and naming BCBC as an additional insured on all insurance policies or noting their interest therein. | |
| 6.1(j) Providing expert support and consultancy services to BCBC. | |