**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** *(pro hac vice)*
**WILLIAM PAO** *(pro hac vice)*
**DAVID IDEN** *(pro hac vice)*
**SHERIN PARIKH** *(pro hac vice)*
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; wpao@omm.com;
diden@omm.com; sparikh@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>　　　　　　Defendants. | Civil No. 23-CV-79J |

– 2 –

## MOTION FOR ADMISSION OF KATE STUTZ, PRO HAC VICE

Khale J. Lenhart of Hirst Applegate, LLP, counsel for Defendant Bitmain Technologies Georgia Limited (hereinafter "Bitmain Georgia"), moves this Court for the admission of Kate Stutz, *pro hac vice*, for the purpose of representing Bitmain Georgia herein and in support thereof, states the following:

1. Khale J. Lenhart is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court, and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2. Khale J. Lenhart or some other attorney of Hirst Applegate, LLP will assist Kate Stutz in the representation of Defendant Bitmain Georgia herein.

3. Kate Stutz is an attorney of O'Melveny & Myers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071, 213-430-6000, kstutz@omm.com. Kate Stutz is an attorney licensed to practice law in the State of California and is a member in good standing of the United States District Court for the Northern and Southern Districts of California and the District of Colorado.

4. Based on available information and belief, Khale J. Lenhart vouches for the good moral character and veracity of Kate Stutz.

5. Khale J. Lenhart or some other attorney with Hirst Applegate, LLP will continue to act as counsel for Defendant Bitmain Georgia herein and will be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act for and on behalf of the client on all matters, including Pretrial Conferences, as well as trial and other hearings.

6. Kate Stutz understands that upon her admission for purposes of this proceeding, she is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

7. Pursuant to U.S.D.C.L.R. 84.2(b), attached hereto is the Declaration of Kate Stutz in support of her request for admission.

8. The requisite fee for admission of an attorney *pro hac vice* will be provided to the Court.

Dated: 27 August 2024.

            BITMAIN TECHNOLOGIES GEORGIA
            LIMITED, Defendant


            BY: s/Khale J. Lenhart
              **KHALE J. LENHART, #7-4693**
              **TYSON R. WOODFORD, #8-6650**
              OF HIRST APPLEGATE, LLP
              Attorneys for Defendant Bitmain Georgia
              P.O. Box 1083
              Cheyenne, WY 82003-1083
              Phone: (307) 632-0541
              Fax: (307) 632-4999
              klenhart@hirstapplegate.com
              twoodford@hirstapplegate.com

                 and for

              **MARC FEINSTEIN** *(pro hac vice)*
              **WILLIAM PAO** *(pro hac vice)*
              **DAVID IDEN** *(pro hac vice)*
              **SHERIN PARIKH** *(pro hac vice)*
              O'Melveny & Myers
              400 South Hope Street
              Los Angeles, CA 90071-2899
              Phone: (213) 430-6000
              Fax: (213) 430-6407
              mfeinstein@omm.com; wpao@omm.com;
              diden@omm.com; sparikh@omm.com

– 4 –

### CERTIFICATE OF SERVICE

      I certify the foregoing ***Motion for Admission of Kate Stutz, Pro Hac Vice*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 27 August 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants MineOne, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>David A. Forrest, *Pro Hac Vice*<br>Leily Lashkari, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>ainman@loeb.com<br>dforrest@loeb.com<br>llashkari@loeb.com<br>*Attorneys for Defendants MineOne, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendants Bit Origin, SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 5 –

| | |
|---|---|
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orlip.legal<br>*Attorneys for Defendants Bit Origin, SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

  s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia