UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>　　　　　Defendants. | Civil No. 23-CV-79J |

## ORDER GRANTING ADMISSION OF KATE STUTZ, PRO HAC VICE

**THIS MATTER** having come before the Court upon Defendant Bitman's *Motion for Admission of Kate Stutz, Pro Hac Vice*, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Kate Stutz of O'Melveny & Myers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071, be allowed to practice before this Court in the above-captioned matter.

Dated: _____ August 2024.

_____
SAMANTHA A. HAMBRICK, United States Magistrate Judge