**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KATE STUTZ** (*pro hac vice*)
**DANNY HIRSCH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; diden@omm.com;
kstutz@omm.com; dhirsch@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>　　　　　　　Defendants. | Civil No. 23-CV-79J |

## *NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS*

Khale J. Lenhart, counsel for Defendant Bitmain Technologies Georgia Limited, hereby gives notice that attorney William K. Pao, admitted *pro hac vice*, is no longer with the law firm of O'Melveny & Myers and is now a member of the law firm of Cooley LLP. His new contact information is effective immediately as follows:

>William K. Pao
>Cooley LLP
>Wells Fargo Center, South Tower
>365 South Grand Avenue, Suite 900
>Los Angeles, CA 90071-1560
>(T) 213-561-3249
>FAX: 213-561-3244
>wpao@cooley.com

Dated: 29 August 2024.

>BITMAIN TECHNOLOGIES GEORGIA
>LIMITED, Defendant
>
>
>BY: s/Khale J. Lenhart
>**KHALE J. LENHART, #7-4581**
>**TYSON R. WOODFORD, #8-6650**
>OF HIRST APPLEGATE, LLP
>Attorneys for Defendant Bitmain Georgia
>P. O. Box 1083
>Cheyenne, WY 82003-1083
>Phone: (307) 632-0541
>Fax: (307) 632-4999
>klenhart@hirstapplegate.com
>twoodford@hirstapplegate.com
>
>and for

**MARC FEINSTEIN** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KATE STUTZ** (*pro hac vice*)
**DANNY HIRSCH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; diden@omm.com;
kstutz@omm.com; dhirsch@omm.com

## CERTIFICATE OF SERVICE

I certify the foregoing *Notice of Change of Law Firm Affiliation and Address* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 29 August 2024, and that copies were served as follows:

Patrick J. Murphy, #5-1779
Scott C. Murray, #7-4896
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, WY 82602-3902
pmurphy@wpdn.net
smurray@wpdn.net
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Sean M. Larson, #7-5112
Kari Ann Hartman, #8-6507
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
slarson@hkwyolaw.com
khartman@hkwyolaw.com
*Attorneys for Defendants Mineone, Terra Crypto*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Paula Colbath, *Pro Hac Vice*
Sarah Levitan Perry, *Pro Hac Vice*
Alex Inman, *Pro Hac Vice*
Leily Lashkari, *Pro Hac Vice*
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com
llashkari@loeb.com
*Attorneys for Defendants Mineone, Terra Crypto*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

– 4 –

Jane M. France, #7-4828  
Meggan Hathaway, #7-4856  
Sundahl Powers Kapp & Martin LLC  
500 W. 18th Street, Suite 200  
Cheyenne, WY 82001  
jfrance@spkm.org  
mhathaway@spkm.org  
*Attorneys for Defendant Bit Origin Ltd., SonicHash*

☐ U.S. MAIL  
☐ FED EX  
☐ FAX  
☐ HAND DELIVERED  
☐ EMAIL  
☒ E-FILE

Marc S. Gottlieb, I, *Pro Hac Vice*  
Ortoli Rosenstadt, LLP  
366 Madison Avenue, 3rd Floor  
New York, NY 10022-5616  
msg@orllp.legal  
*Attorneys for Defendant Bit Origin Ltd., SonicHash*

☐ U.S. MAIL  
☐ FED EX  
☐ FAX  
☐ HAND DELIVERED  
☐ EMAIL  
☒ E-FILE

_s/Norma J. Hubka_  
OF HIRST APPLEGATE, LLP  
Attorneys for Defendant Bitmain Georgia