# EXHIBIT 6

| | |
|---|---|
| **From:** | Paula Colbath |
| **Sent:** | Monday, August 12, 2024 12:58 PM |
| **To:** | Patrick J. Murphy Esq (pmurphy@wpdn.net); Scott C. Murray |
| **Cc:** | MineOne-BCB; Marc S. Gottlieb |
| **Subject:** | Mineone Subpoenas |

Pat: I received your voicemail message. The MineOne Defendants are agreeable to extend your time to file motions to quash and/or modify the subpoenas, until 2 days after the parties have completed an informal discovery conference, as required by Wyoming local rules.

Your voicemail message also seemed to seek our consent to transfer your motions relating to the subpoenas to the Wyoming Federal District Court. We are agreeable to have any issues relating to the subpoena decided by our Wyoming Magistrate Judge.

Regards,
Paula

1