Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
212-407-4905
212-407-4990 (Fax)
ATTORNEYS FOR DEFENDANTS MINEONE
WYOMING DATA CENTER, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-ABJ |

# DEFENDANT MINEONE WYOMING DATA CENTER, LLC'S MOTION FOR PERMISSION TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMIT

COMES NOW Defendant MineOne Wyoming Data Center LLC ("MineOne Data"), by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby files this motion seeking the Court's permission to file a twenty-page response brief to *Plaintiff BCB's Emergency Motion for Protective Order* (ECF No. 317) and *Supplemental Briefing and Motion for Protective Order on MineOne's August Subpoenas to BCB's Passive Investors, MineOne's Request for BCB's Capitalization and Funding, and For Production of BCB's Request for Proposal to BHE* (ECF No. 325).

Local Rule 7.1(b)(1)(C) provides that briefs in opposition to non-dispositive motions can only contain ten pages unless there are complex or numerous legal issues justifying an extension. Here, MineOne Data needs ten additional pages to respond to BCB's *Motion for Protective Order* given that there are seven subpoenas at issue in the Motion and Plaintiff has already submitted approximately 28 pages for briefing related to the Motion.

Plaintiff's opening brief is 18 pages, and as Judge Johnson observed in the Court's Notice of Procedural Disposition Regarding Plaintiff's Emergency Motion (ECF No. 317), BCB filed its overlength brief *without* "request[ing] permission to file a brief in excess of ten pages." ECF No. 320 at n.1. BCB then filed an additional ten page supplemental brief (ECF No. 325), with numerous footnotes with excessively small font. MineOne Data seeks an additional ten pages to respond to BCB's opening brief and supplemental brief.

Counsel for MineOne Data conferred with counsel for Plaintiff. Counsel for Plaintiff objects to this motion.

MineOne Data respectfully requests this Court's order allowing it to file a response brief to BCB's *Motion for Protective Order* of twenty pages in length.

DATED this 3rd day of September, 2024.

                                              DEFENDANT MINEONE WYOMING DATA CENTER, LLC

By: */s/ Sean Larson*
     Sean Larson Wyo. Bar #7-5112
     Kari Hartman, Wyo. Bar #8-6507
     HATHAWAY & KUNZ, LLP
     P. O. Box 1208
     Cheyenne, WY 82003
     Phone: (307) 634-7723
     Fax: (307) 634-0985

     Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
     Alex Inman, Esq. (Admitted *Pro Hac Vice*)
     345 Park Avenue
     New York, NY 10154
     Telephone: 212-407-4905
     Fax: 212-407-4990

     ATTORNEYS FOR DEFENDANT MINEONE WYOMING DATA CENTER, LLC

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of September, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy | [✓] CM/ECF |
| Scott C. Murray | [ ] Fax: |
| Williams, Porter, Day & Neville, P.C. | [ ] E-mail: |
| 159 N. Wolcott., Suite 400 | pmurphy@wpdn.net |
| P.O. Box 10700 (82602) | smurray@wpdn.net |
| Casper, WY 82601 | |
| *Attorneys for Plaintiff* | |
| | |
| Khale J. Lenhart | [✓] CM/ECF |
| Tyson R. Woodford | [ ] Fax: |
| Hirst Applegate, LLP | [ ] E-mail: |
| P. O. Box 1083 | klenhart@hirstapplegate.com |
| Cheyenne, WY 82003-1083 | twoodford@hirstapplegate.com |
| | |
| William K. Pao, *pro hac vice* | [✓] CM/ECF |
| Cooley LLP | [ ] Fax: |
| Wells Fargo Center, South Tower | [ ] E-mail: |
| 365 South Grand Avenue, Suite 900 | wpao@cooley.com |
| Los Angeles, CA 90071-1560 | |
| | |
| Marc Feinstein, *pro hac vice* | [✓] CM/ECF |
| David Iden, *pro hac vice* | [ ] Fax: |
| Kate Stutz, *pro hac vice* | [ ] E-mail: |
| Daniel Hirsch, *pro hac vice* | mfeinstein@omm.com |
| Sherin Parikh, *pro hac vice* | dhirsch@omm.com |
| O'Melveny & Myers, LLP | diden@omm.com |
| 400 South Hope Street, 18th Floor | kstutz@omm.com |
| Los Angeles, CA 90071 | sparikh@omm.com |
| | |
| *Attorneys for Bitmain Technologies Georgia Limited* | |
| | |
| Meggan J. Hathaway | [✓] CM/ECF |
| Jane M. France | [ ] Fax: |
| Sundahl, Powers, Kapp & Martin, L.L.C. | [ ] E-mail: |
| 500 W. 18th Street, Suite 200 | mhathaway@spkm.org |
| Cheyenne, WY 82003-0328 | jfrance@spkm.org |

| | |
|---|---|
| Marc S. Gottlieb | [✓] CM/ECF |
| Ortoli Rosenstadt, LLP | [ ] Fax: |
| 366 Madison Avenue, 3rd Floor | [ ] E-mail: |
| New York, NY 10017 | msg@orllp.legal |
| *Attorneys for Bit Origin and SonicHash* | |

*/s/ Candice Hough*
Hathaway & Kunz, LLP