# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23CV-79-ABJ |
| v. | ) ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANT MINEONE WYOMING DATA CENTER, LLC'S MOTION FOR PERMISSION TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMIT

**THIS MATTER** comes before the Court on Defendant MineOne Wyoming Data Center, LLC's ("MineOne Data") *Motion for Permission to File Response Brief in Excess of Page Limit*. Having reviewed the filing and being otherwise fully advised, the Court finds the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that MineOne Data shall have twenty pages for its response brief to *Plaintiff BCB's Emergency Motion for Protective Order* (ECF No. 317) and *Supplemental Briefing and Motion for Protective Order on MineOne's August Subpoenas to BCB's Passive Investors, MineOne's Request for BCB's Capitalization and Funding, and For Production of BCB's Request for Proposal to BHE* (ECF No. 325).

DATED this _____ day of _____, 2024.

_____
STEPHANIE HAMBRICK
UNITED STATES MAGISTRATE JUDGE