# EXHIBIT B

| Field List | Comments |
|---|---|
| BegBates | Beg Doc |
| EndBates | End Doc |
| BegAttach | Use the BegBates number from the parent Document – this is the attachment indicator, and should be populated for the parents & attachments |
| EndAttach | The last bates page of the last attachment |
| Author | |
| BCC | |
| CC | |
| Custodian | |
| Date Modified | date last modified for documents |
| Time Last Modified | Time Last Modified for non-emails |
| Date Received | date received for emails |
| Date Sent | date sent for emails |
| Email Sent Time | Sent time of emails |
| File Extension | File Extension |
| Doc Title | |
| File Name | |
| File Path | Where the files originally reside (email or native docs) |
| From | |
| MD5Hash | |
| Page Count | If produced in .TIFF format |
| Subject | |
| To | |
| DocLink | Path to the Native file, i.e. Native\LOEB00000001.xls |
| Doc Type | |
| Volume | Volume Name |
| Text Link | Path to where the TXT files are located, i.e. \text\Loeb000001.txt |
| Sources | Used to build the file path in Relativity |
| SortDateTime | Primary Date of the parent email, populated to its attachments. Date & time last modified for non-email |
| Parent/Attachment | Populate with P or Parent for parent and A or Attachment for attachment |