# EXHIBIT 3

Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
       smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 23-CV-79 ) |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain ("Plaintiff" or "BCB"), through its counsel, and hereby submits its corporate disclosure statement pursuant to FED. R. CIV. P. 7.1(b).

1

Plaintiff BCB Cheyenne LLC is a limited liability company organized in Wyoming. It has seven members: Formerly from Casper, Wyoming, Member Michael Murphy, now resides in Colorado. Member Emory Patterson, IV is an Illinois resident. Member Neil Phippen is a Colorado resident. Member BCB Ventures LLC is a Wyoming limited liability company. Member CMV Global, LLC is a Wyoming limited liability company. Member Bryce Fincham is an Ohio resident. And member Bayview Capital Investments, LLC is a Wyoming limited liability company.

BCB Cheyenne LLC does not have any parent corporation. No publicly held corporation holds 10% or more of BCB Cheyenne LLC.

DATED this 31tst day of July, 2023.

    BCB CHEYENNE LLC d/b/a
    BISON BLOCKCHAIN,

    Plaintiff

By:  /s/ Patrick J. Murphy
    Patrick J. Murphy (WSB No. 5-1779)
    Scott C. Murray (WSB No. 7-4896)
    Williams, Porter, Day & Neville, PC
    159 N Wolcott St. Suite 400
    Casper, WY 82601
    Ph: (307) 265-0700
    pmurphy@wpdn.net
    smurray@wpdn.net

*Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of ***Plaintiff's Corporate Disclosure Statement*** was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 31st day of July, 2023.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue<br>NewYork, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |

/s/ Patrick J. Murphy
Patrick J. Murphy

3

Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 23-CV-79 |
| | ) |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S AMENDED AND SECOND SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff BCB Cheyenne LLC, a Wyoming limited liability company, and pursuant to FED. R. CIV. P. 7.1(2)(A), hereby files its Amended and Second Supplemental Corporate Disclosure Statement. The reasons for this amended and supplemental filing are to provide, for BCB Cheyenne LLC member CMV Global, LLC:

1

(1) the full names of its individual members; (2) the names of its LLC members; (3) the domiciles of the members of its LLC members; (4) the name of its corporation member; (5) the state of incorporation and principal place of business for its corporation member; (6) a correction to the domicile of its individual member Tim Desrochers; and (7) a correction to the domicile of James Quid, who is one of the members of one of its LLC members, Bayview Capital Investments, LLC. Tim Desrochers was domiciled in Colorado (not Texas), and James Quid was domiciled in Illinois (not Wyoming), at the time Plaintiff's Complaint was filed. The 8/21/23 Affidavit of James Quid is attached as **"Exhibit 1"** to this filing and the 8/14/23 Affidavit of Tim Desrochers is attached as **"Exhibit 2"** to this filing.

### A. Members of BCB Cheyenne LLC

Plaintiff BCB Cheyenne LLC is a limited liability company organized in Wyoming. It has seven (7) members: Formerly from Casper, Wyoming (NCHS 2000), member Michael Murphy has resided in Colorado continuously since 2010. Member Emory Patterson, IV is domiciled in Illinois. Member Neil Phippen is domiciled in Colorado. Member Bryce Fincham is domiciled in Ohio. Member BCB Ventures LLC is a Wyoming limited liability company. Member CMV Global, LLC is a Wyoming limited liability company. And member Bayview Capital Investments, LLC is a Wyoming limited liability company.

BCB Cheyenne LLC does not have any parent corporation. No publicly held corporation holds 10% or more of BCB Cheyenne LLC.

None of the members of BCB Cheyenne LLC are domiciled in Delaware, New

2

York, Texas, Wyoming, the British Virgin Islands, the Cayman Islands, China, or Singapore. None of the members of BCB Cheyenne LLC's three (3) limited liability company members are domiciled in Delaware, New York, Texas, Wyoming, the British Virgin Islands, the Cayman Islands, China, or Singapore. The one corporation member of one of BCB Cheyenne LLC's limited liability company members, PBGG Investments, Inc., is not incorporated in, nor does it have its principal place of business in Delaware, New York, Texas, Wyoming, the British Virgin Islands, the Cayman Islands, China, or Singapore.

### B. Members of BCB Ventures LLC.

The only three members of BCB Ventures LLC are Michael Murphy (domiciled in Colorado), Neil Phippen (domiciled in Colorado), and Emory Patterson, IV (domiciled in Illinois).

### C. Members of Bayview Capital Investments, LLC.

Attached as **"Exhibit 1-A"** to the Affidavit of James Quid is the Bayview Capital Investments, LLC member list identifying the only two members of Bayview Capital Investments, LLC. The two members are James Quid and his wife, Jessica Quid, each of whom are individuals domiciled in Illinois.

### D. Members of CMV Global, LLC.

The attached **"Exhibit 1-A"** to the Affidavit of James Quid provides the required disclosures for all of the members of CMV Global, LLC, specifically: (1) the names and domiciles of all of its individual members; (2) the names of its LLC members, and the names and domiciles of the members of its LLC members; and (3) the name, state of incorporation, and principal place of business of its corporation member. CMV Global, LLC members are domiciled in Arizona, Colorado, Florida, Illinois, Kentucky, New

3

Hampshire, Ohio, Tennessee, Japan, and Portugal. The members of the LLC members of CMV Global, LLC are domiciled in Arizona, Illinois, and New Hampshire. The corporation member of CMV Global, LLC, PBGG Investments, Inc., is an Illinois corporation with its principal place of business in Illinois.

DATED this 21st day of August, 2023.

                                         BCB CHEYENNE LLC d/b/a
                                         BISON BLOCKCHAIN,

                                         Plaintiff

By:   /s/ Patrick J. Murphy
       Patrick J. Murphy (WSB No. 5-1779)
       Scott C. Murray (WSB No. 7-4896)
       Williams, Porter, Day & Neville, PC
       159 N Wolcott St. Suite 400
       Casper, WY 82601
       Ph: (307) 265-0700
       pmurphy@wpdn.net
       smurray@wpdn.net

*Attorneys for Plaintiff*

4

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of ***Plaintiff's Amended and Second Supplemental Corporate Disclosure Statement*** was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 21st day of August, 2023.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Ann Hartman, WSB No 8-6507.<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue<br>NewYork, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com | ☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF Email |

/s/ Patrick J. Murphy
Patrick J. Murphy

5