# EXHIBIT 5

| | |
|---|---|
| **From:** | Paula Colbath |
| **Sent:** | Thursday, August 1, 2024 3:22 PM |
| **To:** | Patrick J. Murphy Esq (pmurphy@wpdn.net) |
| **Cc:** | MineOne-BCB |
| **Subject:** | RE: Bryce Fincham |

Pat: Since you did not confirm that you represent Mr. Fincham, we intend to reach out to him to discuss available deposition dates and a subpoena that you will soon get notice of. With the exception of Messrs. Quid and Desrochers, who you have previously confirmed your firm represents, does your firm represent any other members or members of members as we would like to discuss available deposition date/subpoenas with them.

Regards,
Paula Colbath

**From:** Paula Colbath
**Sent:** Wednesday, July 31, 2024 10:36 PM
**To:** Patrick J. Murphy Esq (pmurphy@wpdn.net) <pmurphy@wpdn.net>
**Cc:** MineOne-BCB <MineOne-BCB@loeb.com>
**Subject:** Bryce Fincham

Pat: Please confirm to me, by return email, that Williams, Porter, Day & Neville, P.C. does not represent Bryce Fincham.

Regards,
Paula