# EXHIBIT 6

## STATE OF WYOMING ✱ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **BCB Cheyenne LLC** | | |
| Filing ID | 2021-001048272 | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 11/01/2021 10:57 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Principal Address

5839 East 2nd Ave., Ste 99307
Casper, WY 82609

### Mailing Address

5830 East 2nd St, Ste 99307
Casper, WY 82609

### Registered Agent Address

Scott Murray
159 N Wolcott Ste 400
PO Box 10700
Casper, WY 82601

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Scott Murray  159 N. Wolcott, Ste. 400, Casper, WY 82601 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **BCB Cheyenne LLC** | | |
| **Filing ID** | **2021-001048272** | | |
| Type | Limited Liability Company | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2023 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 09226340 |
| AR Date | 11/1/2023 2:19 PM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|

### Principal Address
5839 East 2nd Ave., Ste 99307
Casper, WY 82609

### Mailing Address
5830 East 2nd St, Ste 99307
Casper, WY 82609

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 07851186 | Original | 11/15/2022 | 2022 | $60.00 |

    Principal Address 1 Changed  From: 159 N. Wolcott, Suite 400  To: 635 Logistics Dr
    Principal City Changed  From: Casper  To: Cheyenne
    Principal Postal Code Changed  From: 82601  To: 82009

| | | | | |
|---|---|---|---|---|
| 09226340 | Original | 11/01/2023 | 2023 | $60.00 |

    Principal Address 1 Changed  From: 635 Logistics Dr  To: 5839 East 2nd Ave., Ste 99307
    Principal City Changed  From: Cheyenne  To: Casper
    Principal Postal Code Changed  From: 82009  To: 82609

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2022-003902380 | Delinquency Notice - Tax | 11/02/2022 |
| See Filing ID | Initial Filing | 11/01/2021 |