# EXHIBIT 11

```
1                IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF WYOMING
    ─────────────────────────────────────────────────────────────
3
     BCB CHEYENNE, LLC, d/b/a         | DOCKET NO. 23-CV-00079-ABJ
4    BISON BLOCKCHAIN, a Wyoming      |
     limited liability company,       | (Pages 1 through 210)
5                                     |
            Plaintiff,                |
6                                     | Cheyenne, Wyoming
            vs.                       | Wednesday, June 26, 2024
7                                     | 1:33 p.m.
     MINEONE WYOMING DATA CENTER,     |
8    LLC, a Delaware limited          |
     liability company; MINEONE       |
9    PARTNERS, LLC, a Delaware        |
     limited liability company;       |
10   TERRA CRYPTO, INC., a Delaware   |
     corporation; BIT ORIGIN LTD.,    |
11   a Cayman Island company;         |
     SONICHASH, LLC, a Delaware       |
12   limited liability company;       |
     BITMAIN TECHNOLOGIES HOLDING     |
13   COMPANY, a Cayman Island         |
     company; BITMAIN TECHNOLOGIES    |
14   GEORGIA LIMITED, a Georgia       |
     corporation; and JOHN DOES 1-20, |
15   related persons and companies    |
     who control or direct some or    |
16   all of the named Defendants,     |
                                      |
17          Defendants.               |
    ─────────────────────────────────────────────────────────────
18
              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
19       EMERGENCY MOTION FOR PROTECTIVE ORDER WITH PREJUDGMENT
                 WRITS OF ATTACHMENT AND GARNISHMENT
20
                 BEFORE THE HONORABLE ALAN B. JOHNSON
21                    UNITED STATES DISTRICT JUDGE

22

           MELANIE L. HUMPHREY-SONNTAG, RDR, CRR, CRC
23                  Federal Official Court Reporter
         2120 Capitol Avenue, Room 2228, Cheyenne, WY 82001
24            307.433.2169 * MelanieSonntagCRR@gmail.com
            Proceedings reported with realtime stenography;
25       transcript produced with computer-aided transcription.
```

```
 1   APPEARANCES (via Zoom):
     For the Plaintiff:      PATRICK J. MURPHY
 2                           SCOTT C. MURRAY
                             WILLIAMS, PORTER, DAY & NEVILLE
 3                           159 North Wolcott Street, Suite 400
                             Casper, WY 82601
 4
     For the Defendants      PAULA COLBATH
 5    MineOne, Terra         DAVID A. FORREST
      Crypto, Bit Origin,    ALEX INMAN
 6    and SonicHash:         LEILY LASHKARI
                             LOEB & LOEB, LLP
 7                           345 Park Avenue
                             New York, NY 10154
 8
                             KARI HARTMAN
 9                           SEAN M. LARSON
                             HATHAWAY & KUNZ, LLP
10                           2515 Warren Avenue, Suite 500
                             Cheyenne, WY 82001
11
     For the Defendants      MARC S. GOTTLIEB, I
12    Bit Origin and         ORTOLI ROSENSTADT, LLP
      SonicHash:             366 Madison Avenue, Third Floor
13                           New York, NY 10022

14                           MEGGAN HATHAWAY
                             SUNDAHL, POWERS, KAPP & MARTIN, LLC
15                           2020 Carey Avenue, Suite 301
                             Cheyenne, WY 82001
16
     For the Defendants      KHALE J. LENHART
17    Bitmain Technologies:  HIRST APPLEGATE, LLP
                             1720 Carey Avenue, Suite 400
18                           Cheyenne, WY 82001

19                           DANIEL HIRSCH
                             O'MELVENY & MYERS, LLP
20                           400 South Hope Street, 18th Floor
                             Los Angeles, CA 90071
21

22

23

24

25
```

```
                          I N D E X
                                                         PAGE
  Opening Statement by Mr. Murphy                         8
  Opening Statement by Ms. Colbath                       14

PLAINTIFF WITNESSES:
  ANDREW ASTUNO
  Direct Examination by Mr. Murphy                       20
  Voir Dire Examination by Ms. Colbath                   22
  Direct Examination (Resumed) by Mr. Murphy             24
  Cross-Examination by Ms. Colbath                       31
  Further Direct Examination by Mr. Murphy              131

  MICHAEL MURPHY
  Direct Examination by Mr. Murphy                       40
  Cross-Examination by Ms. Colbath                      103
  Redirect Examination by Mr. Murphy                    121
  Recross-Examination by Ms. Colbath                    123
  Further Direct Examination by Mr. Murphy              171

DEFENSE WITNESSES:
  ERICK RENGIFO, PhD
  Direct Examination by Ms. Colbath                     132
  Cross-Examination by Mr. Murphy                       158

  MARK ALDRICH
  Direct Examination by Ms. Colbath                     159
  Cross-Examination by Mr. Murphy                       163

  Closing Argument by Mr. Murphy                        175
  Closing Argument by Ms. Colbath                       186
  Ruling by the Court                                   194

                          E X H I B I T S
                                          IDENTIFIED  RECEIVED
PLAINTIFF EXHIBITS
     8       General Ledger Journal           84         90
             Entries Chart
     9       Related Party Lenders Chart      75         84
             (demonstrative)
    15       DHS Agreement                    49         50
    16       Side Letter                      50         51
    17       Consulting Services Agreement    51         52
    21       Email Compilation                63         --
   100       Murphy Testimony Script          68         --

DEFENSE EXHIBITS
    47       Email Chain                     124         --
```

1  numerous organizations that are indebted and connected with --
2  I think there is substantial merit to the arguments and the
3  evidence that we have seen that this may be camouflaged equity
4  investments, so-called by Michael Murphy in his presentation.
5           Certainly, the Dow creditors and Cox creditors would
6  be of concern and deserve extensive scrutiny in that regard,
7  but, on its face, it appears that there is a significant
8  connection here.
9           The defendant in this matter has attempted to
10 indicate that BCB, whose role in this in Phase 1 -- using the
11 terms of the parties in that regard -- as the project manager,
12 was -- was interesting to the Court of how it was structured
13 and the surrounding comments about it because BCB was really
14 the cat's paw, deliberately selected in this matter by the
15 Chinese members for the purpose of presenting a local face on
16 this project and disguising, in a way, the responsibility of
17 the foreign members or making not -- it not as apparent after
18 these agreements and contracts were entered into.
19          Of course, BCB was eager and would have done
20 anything -- even stupidly giving up their one asset in this
21 matter, their winnings of the Black Hills lottery that they
22 had -- for the opportunity to put together a blockchain
23 program, mining program, that could bring great -- great
24 wealth with the electricity that would be provided for it.
25          So they played the role of the face of this

C E R T I F I C A T E

I, MELANIE HUMPHREY-SONNTAG, Federal Official Court Reporter for the United States District Court for the District of Wyoming, a Registered Diplomate Reporter, Certified Realtime Reporter, and Certified Realtime Captioner, do hereby certify that I reported by realtime stenography the foregoing proceedings contained herein on the aforementioned subject on the date herein set forth and that the foregoing pages constitute a full, true, and correct transcript.

Dated this 1st day of July, 2024.

/s/ Melanie Humphrey-Sonntag

MELANIE HUMPHREY-SONNTAG
RDR, CRR, CRC
Federal Official Court Reporter