# Exhibit A

| VOLUME | BATES BEGIN | DATE | SUMMARY |
|---|---|---|---|
| VOL019 | MINEONE0036152 | 1/26/23 | Email from Iris Li (Bit Origin) to Erick Rengifo re MineOne payments; missing attachment |
| VOL019 | MINEONE0036153 | 1/16/23 | Email from Iris Li (Bit Origin) to Erick Rengifo with incoming wire record and attached ledger |
| VOL019 | MINEONE0036155 | | Ledger showing cash inflows and outflows 11/14/22-1/13/23 |
| VOL019 | MINEONE0036156 | 1/8/23 | Email from Iris Li (Bit Origin) to Erick Rengifo re MineOne payments |
| VOL019 | MINEONE0036158 | | Ledger showing cash inflows and outflows 11/14/22-1/6/23 |
| VOL019 | MINEONE0036159 | 12/9/22 | Email from Iris Li (Bit Origin) to Erick Rengifo re MineOne payments; request to Erick to wire more capital |
| VOL019 | MINEONE0036163 | attachment | Ledger showing cash inflows and outflow 11/14/22-12/9/22 |
| VOL019 | MINEONE0036164 | 12/7/22 | Email from Iris Li (Bit Origin) to Erick Rengifo re MineOne payments; attached ledger |
| VOL019 | MINEONE0036167 | attachment | Ledger showing cash inflows and outflows 11/14/22-12/5/22 |
| VOL019 | MINEONE0036168 | 11/25/22 | Email from Iris Li (Bit Origin) to Erick Rengifo re MineOne payments; attached ledger |
| VOL019 | MINEONE0036170 | attachment | Ledger showing cash inflows and outflows 11/14/22-11/23/22 |
| VOL019 | MINEONE0036171 | 11/9/22 | Email from Haku to Erick and Jiaming requesting Erick wire $20,000 to IIC |
| VOL019 | MINEONE0036172 | 6/25/23 | Email from Haku to Erick, Jiaming, and Iris requesting Erick to send funds to MWDC investors (Yu & Jing Investment, Rising Sun Properties, email cut-off). |

| VOL019 | MINEONE0036173 | 11/17/23 | Email from Erick Rengifo to Haku Du and Jiaming Li indicating investor distributions had been sent to Yu & Jing Investment LLC, Rising Sun Properties LLC, and Oriental Sun Enterprises LLC |
| --- | --- | --- | --- |
| VOL019 | MINEONE0036176 | 7/26/23 | Email from Erick Rengifo to Haku Du, Iris Li, and Jiaming Li indicating Erick will make payments as soon as "we get the funds." |
| VOL019 | MINEONE0036179 | 6/30/23 | Email from Jiaming Li to Heaven Anderson, Jim Lever, Erick Rengifo and Haku Du regarding Campstool parcel |
| VOL019 | MINEONE0036192 | 6/30/23 | Email from Heaven Anderson to Jiaming Li, Jim Lever, Erick Rengifo and Haku Du regarding Campstool parcel |
| VOL019 | MINEONE0036205 | attachment | Campstool parcel warranty deed |
| VOL019 | MINEONE0036206 | 6/30/23 | Email from Jiaming Li to Heaven Anderson, Jim Lever, Erick Rengifo and Haku Du regarding Campstool parcel |
| VOL019 | MINEONE0036217 | 6/25/23 | Email from Erick Rengifo to Haku Du, Jiaming Li, and Iris Li indicating Erick had made distribution payments to MWDC investors (Yu & Jing Investment, Rising Sun Properties, email cut-off) |
| VOL019 | MINEONE0036219 | 6/26/23 | Wire receipt showing "2nd distribution MWDC" to Oriental Sun |
| VOL019 | MINEONE0036220 | 6/26/23 | Wire receipt showing "2nd distribution MWDC" to Yu & Jing |
| VOL019 | MINEONE0036221 | 6/26/23 | Wire receipt showing "2nd distribution MWDC" to Tian Dong |
| VOL019 | MINEONE0036222 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036226 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036230 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and |

| | | | |
|---|---|---|---|
| | | | Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036233 | attachment | Invoice 23035-1059B from Lovas Engineering |
| VOL019 | MINEONE0036234 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036237 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036240 | attachment | Invoice 23035-1059B from Lovas Engineering |
| VOL019 | MINEONE0036241 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036243 | 6/23/23 | Email thread between Chris Lovas, Jiaming Li, Iris Li, Erick Rengifo, Haku Du and Noemi regarding invoice and payment to Lovas Engineering |
| VOL019 | MINEONE0036245 | 5/22/23 | Email from Erick Rengifo to Haku Du and Jiaming Li indicating first distribution to MWDC investors (Yu & Jing Investment, Tian Dongsheng, Oriental Sun Enterprises) is completed |
| VOL019 | MINEONE0036248 | 5/22/23 | Wire receipt showing "partners profit return" to Tian Dong |
| VOL019 | MINEONE0036249 | 5/22/23 | Wire receipt showing "partners profit return" to Oriental Sun |
| VOL019 | MINEONE0036250 | 5/22/23 | Wire receipt showing "partners profit return" to YuJing |
| VOL019 | MINEONE0036251 | 5/22/23 | Email from Erick Rengifo to Haku Du and Jiaming Li indicating test wire to MWDC investors (Yu & Jing Investment, Tian Dongsheng, Oriental Sun Enterprises) is completed |
| VOL019 | MINEONE0036254 | 5/22/23 | Wire receipt showing "MWDC test wire" to Tian Dong |
| VOL019 | MINEONE0036255 | 5/22/23 | Wire receipt showing "MWDC test wire" to YuJing |

| | | | |
|---|---|---|---|
| VOL019 | MINEONE0036256 | 5/22/23 | Wire receipt showing "MWDC test wire" to Oriental Sun |
| VOL019 | MINEONE0036257 | 5/22/23 | Email from Erick Rengifo to Haku Du and Jiaming Li requesting wire info of Tian Dongsheng |
| VOL019 | MINEONE0036259 | 5/5/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036266 | 5/5/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036272 | 5/4/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036278 | 5/4/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036284 | 5/4/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036290 | 5/1/23 | Email thread between Crystyn Lasley, Jiaming Li, Haku Du, Erick Rengifo, Iris Li, and Noemi Li regarding invoice and payment for Rocky Mountain Sand & Gravel LLC |
| VOL019 | MINEONE0036295 | 4/21/23 | Email from Chris Loas to Iris Li, Erick Rengifo, Jiaming Li, Haku Du, and Noemi Li requesting an update on the project at NRBP |
| VOL019 | MINEONE0036297 | 4/5/23 | Email from Crystyn Lasley to Haku Du, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment. Within the email thread, Haku Du states "We have |

| | | | |
|---|---|---|---|
| | | | been scrambling with a large number of overheating mining rigs…due to lack of exhaust fans (***huge mistake and misrepresentation of Cegen***)…. These are the challenges presented to MineOne as the unprofessional and ***irresponsible party Cegen couldn't deliver the produce on time as they promised (November 30, 2022)*** and we were forced to find our own way out by hiring 3rd party crews to clean the mess" (emphasis added) |
| VOL019 | MINEONE0036302 | 4/5/23 | Email from Crystyn Lasley to Haku Du, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment |
| VOL019 | MINEONE0036307 | 3/31/23 | Email from Chris Lovas to Iris Li, Erick Rengifo, Jiaming Li, Haku Du, and Noemi Li regarding notification of payment processing |
| VOL019 | MINEONE0036309 | 3/30/23 | Email from Elise Macy (CH Yarber) regarding receipt of payment from MineOne |
| VOL019 | MINEONE0036311 | 3/30/23 | Email from Iris Li to Chris Lovas, Erick Rengifo, Jiaming Li, Haku Due and Noemi Li indicating that payment was made by Intellectual International Capital LLC on behalf of Wyoming MineOne |
| VOL019 | MINEONE0036312 | 3/30/23 | Email from Iris Li to Mary Malson, Will Westervelt, Zac Moss, Erick Rengifo, Jiaming Li, Haku Due and Noemi Li indicating that payment was made by Intellectual International Capital LLC on behalf of Wyoming MineOne |
| VOL019 | MINEONE0036313 | 3/30/23 | Email from Iris Li to Elise Macy, Erick Rengifo, Jiaming Li, Haku Due and Noemi Li indicating that payment was made by Intellectual International Capital LLC on behalf of Wyoming MineOne |
| VOL019 | MINEONE0036315 | 3/15/23 | Email from Tony Simpson thanking MineOne for payment |
| VOL019 | MINEONE0036318 | attachment | Systems MEC logo |
| VOL019 | MINEONE0036319 | 3/15/23 | Email from Kenny McPherson indicating that Misty had verified the payment |
| VOL019 | MINEONE0036322 | 11/21/23 | Email from Haku Du to Erick Rengifo, Jiaming Li, and Iris Li indicating a payment |

|  |  |  |  |
|---|---|---|---|
|  |  |  | has been arranged to repay money to IIC |
| VOL019 | MINEONE0036323 | 11/17/23 | Email from Haku Due to Erick Rengifo, Jiaming Li, and Iris Li requesting payments be made to the MWDC investors (Yu & Jing Investment, Rising Sun Properties, Oriental Sun Enterprises) |
| VOL019 | MINEONE0036325 | 11/9/23 | Email from Haku Du to Erick Rengifo, Jiaming Li, and Iris Li indicating a payment has been arranged to repay money to IIC |
| VOL019 | MINEONE0036326 | 11/8/23 | Email from Haku Du to Erick Rengifo, Jiaming Li, and Iris Li indicating a payment has been arranged to repay money to IIC and a payment has been arranged for Systems MEC |
| VOL019 | MINEONE0036327 | 10/26/23 | Email from Haku Du to Erick Rengifo, Jiaming Li, and Iris Li requesting funds be sent from MineOne Partners LC's bank account to repay IIC |
| VOL019 | MINEONE0036328 | 7/4/23 | Email from Haku Du to Erick Rengifo, Iris Li, and Jiaming Li requesting payments be made based on an attached excel spreadsheet |
| VOL019 | MINEONE0036330 | attachment | Excel spreadsheet showing upcoming payment to be made |
| VOL019 | MINEONE0036331 | 7/21/21 | Email from Haku Du to Erick Rengifo, Iris Li, and Jiaming Li requesting payments to be made |
| VOL019 | MINEONE0036335 | attachment | Screenshot of a list of payments.  Note that the O&M payment was described as a "payroll payment" |
| VOL019 | MINEONE0036336 | 7/20/23 | Email from Haku Du to Erick Rengifo, Iris Li, Jiaming Li requesting payments be made to vendors listed in the email |
| VOL019 | MINEONE0036337 | 6/25/23 | Email from Haku Du to Erick Rengifo, Jiaming Li, and Iris Li requesting funds be send to MWDC investors (Yu & Jing Investment, Rising Sun Properties, Oriental Sun) |
| VOL019 | MINEONE0036338 | 5/22/23 | Email from Haku Du to Erick Rengifo and Jiaming Li regarding the first distribution |

| | | | |
|---|---|---|---|
| | | | to MWDC investors |
| VOL019 | MINEONE0036340 | 5/22/23 | Email from Haku Du to Erick Rengifo and Jiaming Li regarding the first distribution to MWDC investors |
| VOL019 | MINEONE0036341 | 5/1/23 | Email from Haku Du to Crystyn Lasley, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment to Rocky Mountain Sand & Gravel |
| VOL019 | MINEONE0036346 | 4/25/23 | Email from Haku Du to Chris Lovas, Erick Rengifo, Jiaming Li, Iris Li and Noemi Li regarding timing for the building of the final three MDCs |
| VOL019 | MINEONE0036349 | 4/6/23 | Email from Haku Du to Crystyn Lasley, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment to Rocky Mountain Sand & Gravel |
| VOL019 | MINEONE0036354 | 4/4/23 | Email from Haku Du to Crystyn Lasley, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment to Rocky Mountain Sand & Gravel |
| VOL019 | MINEONE0036358 | 3/15/23 | Email from Haku Du to Tony Simpson, Misty McPherson, Iris Li, Jiaming Li, Erick Rengifo and Noemi Li indicating IIC had paid the invoice |
| VOL019 | MINEONE0036360 | 4/6/23 | Email from Haku Du to Crystyn Lasley regarding payment to Rocky Mountain Sand & Gravel |
| VOL019 | MINEONE0036365 | 4/5/23 | Email from Haku Du to Crystyn Lasley, Jiaming Li, Erick Rengifo, Iris Li, and Noemi Li regarding payment to Rocky Mountain Sand & Gravel |
| VOL019 | MINEONE0036370 | 11/17/23 | Email from Erick Rengifo to Haku Du, Jiaming Li, and Iris Li indicating the three partners from Dallas had been paid their distributions |
| VOL019 | MINEONE0036373 | 5/4/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036384 | 5/4/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |

| VOL019 | MINEONE0036394 | 5/3/24 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
|---|---|---|---|
| VOL019 | MINEONE0036407 | attachment | Campstool plat map |
| VOL019 | MINEONE0036409 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036423 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036437 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036450 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036462 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036473 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036484 | attachment | Wire transfer request from MineOne Wyoming Data Center to First American Title Insurance |
| VOL019 | MINEONE0036485 | 5/1/23 | Email thread between Erick Rengifo, Jim Lever, Heaven Anderson, and Jiaming Li regarding the Campstool parcel |
| VOL019 | MINEONE0036495 | 11/17/23 | Email from Erick Rengifo to Haku Du, Jiaming Li, and Iris Li indicating the three partners from Dallas had been paid their distributions |
| VOL019 | MINEONE0036498 | 7/24/23 | Email from Jiaming Li to Joseph Rapaglia (Chase Bank) indicating that a $500k wire from IIC to Black Hills Energy is a valid transfer |

| | | | |
|---|---|---|---|
| VOL019 | MINEONE0036499 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036514 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036528 | 4/26/23 | Email from Heaven Anderson to Erick Rengifo indicating all parties have signed 3rd Party Authorization |
| VOL019 | MINEONE0036530 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036543 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036555 | 4/26/23 | Email from Heaven Anderson to Erick Rengifo requesting signature on 3rd Party Authorization |
| VOL019 | MINEONE0036557 | 4/25/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036569 | 4/24/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036579. | 4/21/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036588 | 4/21/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036596 | 4/20/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036603 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |

| VOL019 | MINEONE0036617 | 4/26/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
|---|---|---|---|
| VOL019 | MINEONE0036630 | 4/24/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036641 | 4/21/23 | Email thread between Heaven Anderson, Erick Rengifo, and Jim Lever regarding the Campstool parcel |
| VOL019 | MINEONE0036649 | 5/13/24 | Letter from BHE indicating service to MineOne's NRBP site will be immediately restricted due to the Federal Order |
| VOL010 (reproduced without some redactions) | multiple | | **_NO_** loan documents, investment documents, sales documents, lease documents, promissory notes, security documents and/or lien documents, including all drafts of such documents, which relate to the purported loans as referenced in the declaration of Erick Rengifo paragraphs 64(b), 64(c) and 64(d) [Doc. 214-2] were provided. |
| VOL009a (reproduced without some redactions) | multiple | | **_NO_** loan documents, investment documents, sales documents, lease documents, promissory notes, security documents and/or lien documents, including all drafts of such documents, which relate to the purported loans as referenced in the declaration of Erick Rengifo paragraphs 64(b), 64(c) and 64(d) [Doc. 214-2] were provided. |