# Exhibit B

Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
David Forrest, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR MINEONE WYOMING DATA CENTER, LLC
MINEONE PARTNERS LLC, TERRA CRYPTO, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23CV-79-ABJ |
| v. | ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS MINEONE WYOMING DATA CENTER LLC,
MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S SUPPLEMENTAL PRIVILEGE LOG**

| No. | From | To | cc | Dated | Subject | File Extension | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 348 | Stephen Cohen [scohen@loeb.com] | Erick Rengifo [rengifo@ucholding.com] Jiaming Li [jiam@ucholding.com] | Nathaniel Minott | 3/31/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 349 | | | | | Attachment to No. 348 - Repo and Debt Conversion Agreement with attorney comments [draft] | pdf & Word | Attorney Work Product |
| 350 | Erick Rengifo [rengifo@ucholding.com] | Stephen Cohen [scohen@loeb.com] | Shannon Reaves Jiaming Li Chris Griner Nathaniel Minott | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 351 | | | | | Attachment to No. 350 - Payment loan agreement | pdf | Attorney Work Product |
| 352 | Erick Rengifo [rengifo@ucholding.com] | Shannon Reaves [shannon.reaves@squirepb.com] | Stephen Cohen Jiaming Li Chris Griner Nathaniel Minott | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 353 | Erick Rengifo [rengifo@ucholding.com] | Stephen Cohen [scohen@loeb.com] | Shannon Reaves Jiaming Li Chris Griner Nathaniel Minott | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |

**DEFENDANTS MINEONE WYOMING DATA CENTER LLC,
MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S SUPPLEMENTAL PRIVILEGE LOG**

| No. | From | To | cc | Dated | Subject | File Extension | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 354 | Shannon Reaves [shannon.reaves@squirepb.com] | Stephen Cohen [scohen@loeb.com] | Jiaming Li<br>Chris Griner<br>Nathaniel Minott<br>Tamara Rozina | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 355 | Erick Rengifo [rengifo@ucholding.com] | Shannon Reaves [shannon.reaves@squirepb.com] | Stephen Cohen<br>Jiaming Li<br>Chris Griner<br>Nathaniel Minott<br>Tamara Rozina | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 356 | Shannon Reaves [shannon.reaves@squirepb.com] | Erick Rengifo [rengifo@ucholding.com] | Stephen Cohen<br>Jiaming Li<br>Chris Griner<br>Nathaniel Minott<br>Tamara Rozina | 4/1/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 357 | Erick Rengifo [rengifo@ucholding.com] | Stephen Cohen [scohen@loeb.com] | Jiaming Li<br>Nathaniel Minott | 3/31/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |
| 358 | Erick Rengifo [rengifo@ucholding.com] | Stephen Cohen [scohen@loeb.com] | Shannon Reaves<br>Jiaming Li<br>Chris Griner<br>Nathaniel Minott | 3/31/2024 | Email re: Terra and CFIUS | msg | Attorney-Client Communication |