## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, </br></br>  Plaintiff, </br></br> v. </br></br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, </br></br>  Defendants. | Civil No. 23-CV-79 |

### [PROPOSED] ORDER GRANTING PLAINTIFF BCB CHEYENNE LLC'S THIRD MOTION FOR SANCTIONS

THIS MATTER comes before the Court on Plaintiff BCB Cheyenne LLC's ("BCB") *Third Motion for Sanctions Against Defendant MineOne Wyoming Data Center, LLC* ("*Motion*"). The Court has carefully reviewed this *Motion* and the responsive briefing of Defendant MineOne Wyoming Data Center, LLC. The Court has also carefully reviewed Plaintiff's First Motion for Sanctions [ECF269] and Emergency Motion for Protective Order, Quashing MineOne's August 2024 Subpoenas on Passive Investors of BCB, for the Sanction of Default Against MineOne Wyoming Data Center LLC, for the Award of BCB's Attorney Fees Defending Against These

Harassing Subpoenas, and for the Revocation of the Court's *Pro Hac Vice* Admission of MineOne's New York City Counsel, Paula K. Colbath ("*Emergency Motion*") [ECF 317].

After considering all these motions, the responsive briefing, and being very familiar with this contested litigation, the Court FINDS that MineOne has willfully violated Magistrate Judge Carman's August 9, 2024 discovery Order by not producing the documents Judge Carman ordered MineOne to produce; that MineOne has not provided any reason, rationale, explanation or even an excuse as to why it has not complied with Judge Carman's discovery Order; and MineOne should therefore be sanctioned by the Corut for willful failure to comply with the Court's discovery Order.

The Court FURTHER FINDS that MineOne's earlier failure to comply with Magistrate Judge Rankin's discovery Order, combined with its misconduct with respect to Plaintiff's *Emergency Motion*, warrants the Court's strongest sanctions against MineOne.  *See Lee v. Max Int'l, LLC*, 638 F.3d 1318, 1320-21 (10th Cir 2021).  The Court FURTHER FINDS that the following sanctions are warranted and proportional to MineOne's misconduct in this case: (1) the entry of default against MineOne on Plaintiff's First Amended Complaint; (2) the dismissal with prejudice of MineOne's three Counterclaims; and (3) an award of attorney fees against MineOne and in favor of Plaintiff BCB Cheyenne LLC in an amount to be determined by the Court upon application to the Court, which application may be made within twenty deays of the date of this order, with MineOne being granted twenty days thereafter to file its response to Plaintiff's application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that, as discovery sanctions, the entry of default is hereby entered against Defendant MineOne Wyoming Data Center LLC on Plaintiff's First Amended Complaint; that the Counterclaims of Defendant MineOne Data Center, LLC are dismissed with prejudice; and the Court will later enter its award of attorney fees

to Plaintiff BCB Cheyenne LLC after the Court considers Plaintiff's Fee Application and MineOne's Response thereto.

DATED this _____ day of _____, 2024.

BY THE COURT: _____
Alan B. Johnson
United States District Judge

3