**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | }<br>}<br>} |
| Plaintiff, | } |
| vs. | } Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## *BITMAIN TECHNOLOGIES GEORGIA LIMITED'S NOTICE OF WITHDRAWAL OF DESIGNATION OF JOHN KENYON HAYWARD AS EXPERT WITNESS*

Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia") hereby withdraws John Kenyon Hayward as an expert witness in this action.

Mr. Hayward was engaged by Bitmain Georgia and its counsel O'Melveny & Myers LLP ("O'Melveny") to serve as an expert witness exclusively on Bitmain Georgia's behalf. No other Defendant has ever paid or retained Mr. Hayward for his professional time and services in connection with Mr. Hayward's Expert Report [ECF 283 and 284] or expert testimony. Although Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto, Inc. filed a document [ECF 285] in which they purport to have cross-designated Mr. Hayward as their Expert Witness, Bitmain Georgia and O'Melveny have never given their consent to those defendants to designate Mr. Hayward jointly as their expert and specifically told them prior to their filing that document that Bitmain Georgia and O'Melveny did not consent to their filing a joint designation.

Bitmain Georgia objects to the extent any other defendant seeks to cause Mr. Hayward to provide expert or other testimony in this action, including to subpoena him, depose him, or call him to appear at trial, for any purpose.

Dated: September 10, 2024.

        BITMAIN TECHNOLOGIES GEORGIA
        LIMITED, Defendant


BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4693**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain Georgia
    P.O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Bitmain Technologies Georgia Limited's Notice of Withdrawal of Designation of John Kenyon Hayward as Expert Witness*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 10 September 2024, and that copies were served as follows:

Patrick J. Murphy, #5-1779
Scott C. Murray, #7-4896
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, WY 82602-3902
pmurphy@wpdn.net
smurray@wpdn.net
*Attorneys for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Sean M. Larson, #7-5112
Kari Ann Hartman, #8-6507
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
slarson@hkwyolaw.com
khartman@hkwyolaw.com
*Attorneys for Defendants Mineone, Terra Crypto*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Paula Colbath, *Pro Hac Vice*
Sarah Levitan Perry, *Pro Hac Vice*
Alex Inman, *Pro Hac Vice*
Leily Lashkari, *Pro Hac Vice*
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com
sperry@loeb.com
ainman@loeb.com
llashkari@loeb.com
*Attorneys for Defendants Mineone, Terra Crypto*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

Jane M. France, #7-4828
Meggan Hathaway, #7-4856
Sundahl Powers Kapp & Martin LLC
500 W. 18th Street, Suite 200
Cheyenne, WY 82001
jfrance@spkm.org
mhathaway@spkm.org
*Attorneys for Defendant Bit Origin Ltd., SonicHash*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☒ E-FILE

– 3 –

| | |
|---|---|
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orllp.legal<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

_s/Norma J. Hubka_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia

– 4 –