**KHALE J. LENHART, #7-4693**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | }<br>}<br>} |
| Plaintiff, | } |
| vs. | } Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## ***STIPULATION OF DISMISSAL OF BCB'S CLAIMS AGAINST BITMAIN DEFENDANTS WITH PREJUDICE***

Pursuant to the settlement agreement between Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain ("BCB") and Defendant Bitmain Technologies Georgia Limited ("Bitmain Georgia"), BCB and Bitmain Georgia hereby stipulate and agree that all of BCB's claims against Bitmain Georgia and Bitmain Technologies Holding Company in this action shall be immediately dismissed with prejudice, each party bearing its own attorneys' fees, costs, and expenses in the action.

Dated: September 10, 2024.

        BITMAIN TECHNOLOGIES GEORGIA
        LIMITED, Defendant

BY: s/Khale J. Lenhart
    **KHALE J. LENHART, #7-4693**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendant Bitmain Georgia
    P.O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

BCB CHEYENNE LLC d/b/a BISON
BLOCKCHAIN, Plaintiff

BY: s/Patrick J. Murphy
    **PATRICK J. MURPHY (#5-1779)**
    **SCOTT C. MURRAY (#7-4896)**
    Williams, Porter, Day & Neville, PC
    159 N Wolcott St. Suite 400
    Casper, WY 82601
    Ph: (307) 265-0700
    pmurphy@wpdn.net
    smurray@wpdn.net

– 3 –

## CERTIFICATE OF SERVICE

I certify the foregoing ***Stipulation of Dismissal of BCB's Claims Against Bitmain Defendants with Prejudice*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 10 September 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>Leily Lashkari, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com<br>llashkari@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

| | |
|---|---|
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orllp.legal<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

        s/Norma J. Hubka
OF HIRST APPLEGate, LLP
Attorneys for Defendant Bitmain Georgia