UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | } } } |
| Plaintiff, | } } |
| vs. | } } Civil No. 23-CV-79J |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | } } } } } } } } } } } } } } } |
| Defendants. | } |

# ORDER DISMISSING BCB'S CLAIMS AGAINST BITMAIN DEFENDANTS WITH PREJUDICE

**THIS MATTER** having come before the Court upon the *Stipulation of Dismissal of BCB's Claims Against Bitmain Defendants with Prejudice*, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that all of Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain's claims against Defendants Bitmain Technologies Georgia Limited and Bitmain Technologies Holding Company in this action are hereby dismissed with prejudice, each party bearing its own attorneys' fees, costs, and expenses in the action.

– 2 –

Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain retains all of its claims in the action against Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, Terra Crypto Inc., Bit Origin, Ltd, and SonicHash LLC.

Dated: \_\_\_\_ September 2024.

_____
ALAN B. JOHNSON, United States District Judge