# EXHIBIT 3

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF WYOMING
   ─────────────────────────────────────────────────────────────
 3
    BCB CHEYENNE, LLC, d/b/a        | DOCKET NO. 23-CV-00079-ABJ
 4  BISON BLOCKCHAIN, a Wyoming     |
    limited liability company,      | (Pages 1 through 210)
 5                                  |
         Plaintiff,                 |
 6                                  | Cheyenne, Wyoming
         vs.                        | Wednesday, June 26, 2024
 7                                  | 1:33 p.m.
    MINEONE WYOMING DATA CENTER,    |
 8  LLC, a Delaware limited         |
    liability company; MINEONE      |
 9  PARTNERS, LLC, a Delaware       |
    limited liability company;      |
10  TERRA CRYPTO, INC., a Delaware  |
    corporation; BIT ORIGIN LTD.,   |
11  a Cayman Island company;        |
    SONICHASH, LLC, a Delaware      |
12  limited liability company;      |
    BITMAIN TECHNOLOGIES HOLDING    |
13  COMPANY, a Cayman Island        |
    company; BITMAIN TECHNOLOGIES   |
14  GEORGIA LIMITED, a Georgia      |
    corporation; and JOHN DOES 1-20,|
15  related persons and companies   |
    who control or direct some or   |
16  all of the named Defendants,    |
                                    |
17       Defendants.                |
   ─────────────────────────────────────────────────────────────
18
            TRANSCRIPT OF MOTION HEARING PROCEEDINGS
19     EMERGENCY MOTION FOR PROTECTIVE ORDER WITH PREJUDGMENT
                WRITS OF ATTACHMENT AND GARNISHMENT
20
              BEFORE THE HONORABLE ALAN B. JOHNSON
21                 UNITED STATES DISTRICT JUDGE

22

            MELANIE L. HUMPHREY-SONNTAG, RDR, CRR, CRC
23                 Federal Official Court Reporter
       2120 Capitol Avenue, Room 2228, Cheyenne, WY 82001
24           307.433.2169 * MelanieSonntagCRR@gmail.com
            Proceedings reported with realtime stenography;
25        transcript produced with computer-aided transcription.
```

```
                                                                    2

 1   APPEARANCES (via Zoom):
     For the Plaintiff:       PATRICK J. MURPHY
 2                            SCOTT C. MURRAY
                              WILLIAMS, PORTER, DAY & NEVILLE
 3                            159 North Wolcott Street, Suite 400
                              Casper, WY 82601
 4
     For the Defendants       PAULA COLBATH
 5    MineOne, Terra          DAVID A. FORREST
      Crypto, Bit Origin,     ALEX INMAN
 6    and SonicHash:          LEILY LASHKARI
                              LOEB & LOEB, LLP
 7                            345 Park Avenue
                              New York, NY 10154
 8
                              KARI HARTMAN
 9                            SEAN M. LARSON
                              HATHAWAY & KUNZ, LLP
10                            2515 Warren Avenue, Suite 500
                              Cheyenne, WY 82001
11
     For the Defendants       MARC S. GOTTLIEB, I
12    Bit Origin and          ORTOLI ROSENSTADT, LLP
      SonicHash:              366 Madison Avenue, Third Floor
13                            New York, NY 10022

14                            MEGGAN HATHAWAY
                              SUNDAHL, POWERS, KAPP & MARTIN, LLC
15                            2020 Carey Avenue, Suite 301
                              Cheyenne, WY 82001
16
     For the Defendants       KHALE J. LENHART
17    Bitmain Technologies:   HIRST APPLEGATE, LLP
                              1720 Carey Avenue, Suite 400
18                            Cheyenne, WY 82001

19                            DANIEL HIRSCH
                              O'MELVENY & MYERS, LLP
20                            400 South Hope Street, 18th Floor
                              Los Angeles, CA 90071
21

22

23

24

25
```

```
                          I N D E X
                                                    PAGE
   Opening Statement by Mr. Murphy                    8
   Opening Statement by Ms. Colbath                  14

 PLAINTIFF WITNESSES:
  ANDREW ASTUNO
   Direct Examination by Mr. Murphy                 20
   Voir Dire Examination by Ms. Colbath             22
   Direct Examination (Resumed) by Mr. Murphy       24
   Cross-Examination by Ms. Colbath                 31
   Further Direct Examination by Mr. Murphy        131

  MICHAEL MURPHY
   Direct Examination by Mr. Murphy                 40
   Cross-Examination by Ms. Colbath                103
   Redirect Examination by Mr. Murphy              121
   Recross-Examination by Ms. Colbath              123
   Further Direct Examination by Mr. Murphy        171

 DEFENSE WITNESSES:
  ERICK RENGIFO, PhD
   Direct Examination by Ms. Colbath               132
   Cross-Examination by Mr. Murphy                 158

  MARK ALDRICH
   Direct Examination by Ms. Colbath               159
   Cross-Examination by Mr. Murphy                 163

   Closing Argument by Mr. Murphy                  175
   Closing Argument by Ms. Colbath                 186
   Ruling by the Court                             194

                        E X H I B I T S
                                        IDENTIFIED   RECEIVED
 PLAINTIFF EXHIBITS
     8       General Ledger Journal         84          90
             Entries Chart
     9       Related Party Lenders Chart    75          84
             (demonstrative)
    15       DHS Agreement                  49          50
    16       Side Letter                    50          51
    17       Consulting Services Agreement  51          52
    21       Email Compilation              63          --
   100       Murphy Testimony Script        68          --

 DEFENSE EXHIBITS
    47       Email Chain                   124          --
```

23-CV-00079-ABJ          M. MURPHY - DIRECT - MURPHY                    41

1  A.  I'm one of three founding members of BCB, a team which
2  includes about a dozen individuals, including Cheyenne locals.
3  We all lost our jobs and livelihoods when the defendants
4  breached our agreement with them.
5          This has been an incredibly painful experience for
6  all of us at BCB, especially for our team members with
7  families and young children.  We deserve to be compensated for
8  the good and hard work we did and the tremendous value that we
9  created.
10 Q.  How deep into this are you?
11 A.  I'm about as deep as anyone can be.  I'm all in
12 financially, having invested most of my life savings.  I'm
13 all in emotionally and mentally, as well, for the past
14 three years.
15         This project and now this lawsuit has affected every
16 facet of my life, and now all of this -- everything from the
17 last three years -- is on the line today for me, BCB's team
18 members, and our families.
19         MS. COLBATH:  Your Honor, may I interrupt.
20         Mr. Murphy appears to be reading from something.
21 I -- I would ask that he not have any scripts or -- or answers
22 and that he answers his counsel's questions without the aid of
23 something that we can't all see.
24         MR. MURPHY:  That's inappropriate.  He's answering
25 the question.  It's -- it's clear.  And if he has some notes

```
 1                    C E R T I F I C A T E
 2
 3
 4
 5          I, MELANIE HUMPHREY-SONNTAG, Federal Official Court
 6   Reporter for the United States District Court for the District
 7   of Wyoming, a Registered Diplomate Reporter, Certified
 8   Realtime Reporter, and Certified Realtime Captioner, do hereby
 9   certify that I reported by realtime stenography the foregoing
10   proceedings contained herein on the aforementioned subject on
11   the date herein set forth and that the foregoing pages
12   constitute a full, true, and correct transcript.
13
14          Dated this 1st day of July, 2024.
15
16
17
18                    /s/ Melanie Humphrey-Sonntag
19                    _____
20                    MELANIE HUMPHREY-SONNTAG
                      RDR, CRR, CRC
21                    Federal Official Court Reporter
22
23
24
25
```