# EXHIBIT 4

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF WYOMING
   ─────────────────────────────────────────────────────────────
 3
     BCB CHEYENNE, LLC, d/b/a         | DOCKET NO. 23-CV-00079-ABJ
 4   BISON BLOCKCHAIN, a Wyoming      |
     limited liability company,       | (Pages 1 through 78)
 5                                    |
              Plaintiff,              |
 6                                    |
              vs.                     |
 7                                    |
     MINEONE WYOMING DATA CENTER,     | Mammoth, Wyoming
 8   LLC, a Delaware limited          | Monday, August 19, 2024
     liability company; MINEONE       | 2:42 p.m.
 9   PARTNERS, LLC, a Delaware        |
     limited liability company;       |
10   TERRA CRYPTO, INC., a Delaware   |
     corporation; BIT ORIGIN LTD.,    |
11   a Cayman Island company;         |
     SONICHASH, LLC, a Delaware       |
12   limited liability company;      |
     BITMAIN TECHNOLOGIES HOLDING     |
13   COMPANY, a Cayman Island         |
     company; BITMAIN TECHNOLOGIES    |
14   GEORGIA LIMITED, a Georgia       |
     corporation; and JOHN DOES 1-20, |
15   related persons and companies    |
     who control or direct some or    |
16   all of the named Defendants,     |
                                      |
17            Defendants.             |
   ─────────────────────────────────────────────────────────────
18

19          TRANSCRIPT OF INFORMAL DISCOVERY CONFERENCE

20         BEFORE THE HONORABLE STEPHANIE A. HAMBRICK
                  UNITED STATES MAGISTRATE JUDGE
21

22
             MELANIE L. HUMPHREY-SONNTAG, RDR, CRR, CRC
23                  Federal Official Court Reporter
         2120 Capitol Avenue, Room 2228, Cheyenne, WY 82001
24            307.433.2169 * MelanieSonntagCRR@gmail.com
       Proceedings reported remotely with realtime stenography;
25      transcript produced with computer-aided transcription.
```

```
23-CV-00079-ABJ                                                    2
```

| | | |
|---|---|---|
| 1 | APPEARANCES (via Zoom): | |
| | For the Plaintiff: | PATRICK J. MURPHY |
| 2 | | SCOTT C. MURRAY |
| | | WILLIAMS, PORTER, DAY & NEVILLE |
| 3 | | 159 North Wolcott Street, Suite 400 |
| | | Casper, WY 82601 |
| 4 | | |
| | For the Defendants | PAULA COLBATH |
| 5 |  MineOne, Terra | DAVID A. FORREST |
| |  Crypto, Bit Origin, | ALEX INMAN |
| 6 |  and SonicHash: | LOEB & LOEB, LLP |
| | | 345 Park Avenue |
| 7 | | New York, NY 10154 |
| 8 | | KARI HARTMAN |
| | | SEAN M. LARSON |
| 9 | | HATHAWAY & KUNZ, LLP |
| | | 2515 Warren Avenue, Suite 500 |
| 10 | | Cheyenne, WY 82001 |
| 11 | For the Defendants | MARC S. GOTTLIEB, I |
| |  Bit Origin and | ORTOLI ROSENSTADT, LLP |
| 12 |  SonicHash: | 366 Madison Avenue, Third Floor |
| | | New York, NY 10022 |
| 13 | | |
| | | MEGGAN HATHAWAY |
| 14 | | SUNDAHL, POWERS, KAPP & MARTIN, LLC |
| | | 2020 Carey Avenue, Suite 301 |
| 15 | | Cheyenne, WY 82001 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1      So they should -- the -- the defendants should have
2 them in the format that they request.
3      THE COURT:  Okay.
4      MR. MURPHY:  So that's the WhatsApp.
5      And if I could turn to the Skype messages that they
6 asked for, also, I can share with you that BCB did not use
7 Skype to communicate on the project.  It has no Skype messages
8 to produce.
9      We know that the Defendant MineOne folks did, and we
10 had -- we've had the big discovery arguments with Judge Carman
11 over that, but BCB does not have any to produce.
12      And then to the fifth item, what you call the WeChat
13 messages -- again, that's one word, "WeChat" -- BCB did not
14 use WeChat to communicate on the project, and it has no WeChat
15 messages to produce.
16     THE COURT:  Okay.
17     MR. MURPHY:  All right?
18     And then my last item -- and I think we've talked
19 about it a little bit -- on the email messages.  I can tell
20 you that BCB has produced over 13,000 emails and attachments
21 consisting of over 44,000 pages, and that's based on our
22 May 2024 and August 2024 productions.  And I think -- and
23 this -- the more recent one of approximately 14,000 is the
24 August of '24 production.
25     And, finally, BCB has been diligently working with

1           C E R T I F I C A T E

2

3

4

5           I, MELANIE HUMPHREY-SONNTAG, Federal Official Court
6   Reporter for the United States District Court for the District
7   of Wyoming, a Registered Diplomate Reporter, Certified
8   Realtime Reporter, and Certified Realtime Captioner, do hereby
9   certify that I remotely reported by realtime stenography the
10  foregoing proceedings contained herein on the aforementioned
11  subject on the date herein set forth and that the foregoing
12  pages constitute a full, true, and correct transcript.

13

14          Dated this 22nd day of August, 2024.

15

16

17

18          /s/ Melanie Humphrey-Sonntag

19          _____

20          MELANIE HUMPHREY-SONNTAG
            RDR, CRR, CRC
21          Federal Official Court Reporter

22

23

24

25