# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 23CV-79-ABJ |
| v. | )<br>)<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS TERRA CRYPTO, INC., MINEONE PARTNERS LLC, AND MINEONE WYOMING DATA CENTER, LLC'S MOTION PURSUANT TO FED. R. CIV. P. 16(b)(4) TO MODIFY THE COURT'S APRIL 25, 2024 SCHEDULING ORDER**

**THIS MATTER** comes before the Court on Defendants Terra Crypto, Inc., MineOne Partners LLC, and MineOne Wyoming Data Center, LLC's (the "MineOne Defendants") Motion Pursuant to Fed. R. Civ. P. 16(b)(4) to Modify the Court's April 25, 2024 Scheduling Order. Having reviewed the filing and being otherwise fully advised, the Court finds good cause to modify

the current scheduling order for the reasons stated in the Motion and that the Motion should be **GRANTED**.

    **IT IS HEREBY ORDERED** that the deadline for fact discovery and for dispositive motions briefing shall both be extended by three weeks.

    DATED this \_\_\_\_\_ day of _____, 2024.

                                                                  _____

                                                                    ALAN B. JOHNSON  
                                                                    UNITED STATES DISTRICT JUDGE