Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
　　　　smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79 |

**STIPULATED MOTION TO AMEND THE PREJUDGMENT WRIT OF ATTACHMENT AND PREJUDGMENT WRIT OF GARNISHMENT**

COME NOW Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain and Defendant MineOne Wyoming Data Center LLC ("MineOne"), through their respective counsel, and hereby stipulate and jointly move the Court for entry of an Order amending the amounts to be attached and garnished from the September 12, 2024 sale of the North Range Property by MineOne to CSRE Properties Wyoming,

1

LLC. These Parties stipulate and ask the Court to issue amendments to the Prejudgment Writs of Attachment and Garnishment reflecting the payments that have to be deducted and paid to other third parties at the September 12, 2024 North Range Closing, all as set forth in the attached [proposed] Third Amendment to Prejudgment Writ of Attachment and Third Amendment to Prejudgment Writ of Garnishment, copies of which are attached as **"Exhibit A"** and **"Exhibit B"** to this Stipulated Motion.

Also attached as **"Exhibit C"** is these Parties' [proposed] Order Amending the Prejudgment Writs of Attachment and Garnishment in regard to the Attached North Range Proceeds and the total amount of the attached proceeds (for Campstool and North Range combined). The intent of this [proposed] Order is to clarify the exact amount of money being attached and garnished from the September 12, 2024 purchase-and-sale of the North Range Property and to update the total amount of money being attached and garnished for both Campstool and North Range.

WHEREFORE, BCB Cheyenne LLC and MineOne Wyoming Data Center LLC respectfully request that the Court sign and file the aforesaid [proposed] amended Writs and [proposed] Order in advance of the September 12, 2024 purchase and sale of the North Range Property.

DATED this 11th day of September 2024.

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a<br>BISON BLOCKCHAIN,<br><br>Plaintiff/Counterclaim Defendant<br><br>By: /s/ Patrick J. Murphy<br>    Patrick J. Murphy (WSB No. 5-1779)<br>    Scott C. Murray (WSB No. 7-4896)<br>    Williams, Porter, Day & Neville, PC<br>    159 N Wolcott St. Suite 400<br>    Casper, WY  82601<br>    Ph: (307) 265-0700<br>    pmurphy@wpdn.net<br>    smurray@wpdn.net | MINEONE WYOMING DATA CENTER, LLC,<br><br>Defendant/Counterclaim Plaintiff<br><br>By: /s/ Paula Colbath<br>    Paula Colbath, *Pro Hac Vice*<br>    Sarah Levitan Perry, *Pro Hac Vice*<br>    Alex Inman, *Pro Hac Vice*<br>    LOEB & LOEB LLP<br>    345 Park Avenue<br>    New York, NY  10154<br>    pcolbath@loeb.com<br>    sperry@loeb.com<br>    ainman@loeb.com |

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 11th day of September 2024.

| | |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [  ]    U. S. Mail (prepaid)<br>[ x ]    CM/ECF Electronic Transmission<br>[  ]    Overnight Delivery<br>[  ]    Hand Delivery<br>[  ]    Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue New<br>York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com | [  ]    U. S. Mail (prepaid)<br>[ x ]    CM/ECF Electronic Transmission<br>[  ]    Overnight Delivery<br>[  ]    Hand Delivery<br>[  ]    Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>William Pao, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>wpao@omm.com | [  ]    U. S. Mail (prepaid)<br>[ x ]    CM/ECF Electronic Transmission<br>[  ]    Overnight Delivery<br>[  ]    Hand Delivery<br>[  ]    Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581<br>Tyson R. Woodford, WSB No. 8-6650<br>HIRST APPLEGATE LLP<br>1720 Carey Ave. Room 400<br>P.O. BOX 1083<br>Cheyenne, WY 82003<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com | [  ]    U. S. Mail (prepaid)<br>[ x ]    CM/ECF Electronic Transmission<br>[  ]    Overnight Delivery<br>[  ]    Hand Delivery<br>[  ]    Electronic Mail |

| | |
|---|---|
| Meggan J. Hathaway<br>Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>500 W. 18th Street, Ste. 200<br>Cheyenne, WY 82003<br>mhathaway@spkm.org<br>jfrance@spkm.org | [   ]   U. S. Mail (prepaid)<br>[ x ]   CM/ECF Electronic Transmission<br>[   ]   Overnight Delivery<br>[   ]   Hand Delivery<br>[   ]   Electronic Mail |
| Marc S. Gottlieb<br>ORTOLI ROSENSTADT, LLP.<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10017<br>Telephone: (212) 588-0022<br>Facsimile: (866) 294-0074<br>Email: msg@orllp.legal | [   ]   U. S. Mail (prepaid)<br>[ x ]   CM/ECF Electronic Transmission<br>[   ]   Overnight Delivery<br>[   ]   Hand Delivery<br>[   ]   Electronic Mail |

By:   /s/ Patrick J. Murphy
         Patrick J. Murphy

4