# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, )))) | |
| Plaintiff, )) | |
| v. ) | Civil No. 23-CV-79-ABJ |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, )))))))))))))))) | |
| Defendants. ) | |

## THIRD AMENDMENT TO PREJUDGMENT WRIT OF GARNISHMENT

The *Second Amendment to Prejudgment Writ of Garnishment*, issued and filed on July 26, 2024, is hereby amended as follows:

1. The sum amount ordered attached is updated and revised from FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67) to **FIFTEEN MILLION TWO HUNDRED NINE THOUSAND ONE HUNDRED SEVENTY FIVE DOLLARS AND FORTY THREE CENTS ($15,209,175.43)**, as further detailed by the Court's July 2, 2024

Case 1:23-cv-00079-ABJ   Document 347-2   Filed 09/11/24   Page 2 of 2

*Prejudgement Writ of Attachment,* the Court's July 15, 2024 *First Amendment to Prejudgment Writ of Attachment*, the Court's July 26, 2024 *Second Amendment to Prejudgment Writ of Attachment*, and the Court's September 12, 2024 *Third Amendment to Prejudgment Writ of Attachment*.

HEREBY ISSUED on this 11th day of September, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

_____

Alan B. Johnson
United States District Judge