**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br>     Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 23-CV-79-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FIRST ORDER TO AMEND THE PREJUDGMENT WRITS OF ATTACHMENT AND GARNISHMENT IN REGARDS TO THE ATTACHED NORTH RANGE PROCEEDS**

The Court issued and filed the *Second Amendment to Prejudgment Writs of Attachment and Garnishment* on July 26, 2024 in the total amount of FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67). Of that total amount, FOUR MILLION THIRTY FOUR THOUSAND TWO HUNDRED SEVENTY NINE DOLLARS AND SIXTY SEVEN CENTS ($4,034,279.67) was designated as the Attached Campstool Proceeds, leaving the remaining amount of ELEVEN

MILLION TWO HUNDRED SIXTEEN THOUSAND FOUR HUNDRED THIRTY SIX DOLLARS AND ZERO CENTS ($11,216,436.00) as the Attached North Range Proceeds.

The *Prejudgment Writ of Attachment* indicates the "Attached North Range Proceeds may be amended - but only by Order of the Court - to account for the balance owing from MineOne on the Seller's Final Settlement Statement, if any, as related to (i) taxes and/or association dues and (ii) charges for recording, escrow/closing, and/or title insurance, required to successfully close the transaction for MineOne's North Range Facility and pass clear title to CSRE Properties Wyoming, LLC."

Based on new information, and in order to successfully close the transaction for MineOne's North Range Facility and pass clear title to CSRE Properties Wyoming, LLC, the Court hereby amends the Attached North Range Proceeds to **ELEVEN MILLION ONE HUNDRED SEVENTY FOUR THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS AND SEVENTY SIX CENTS ($11,174,895.76)** and the total amount of the *Prejudgment Writs of Attachment and Garnishment* to **FIFTEEN MILLION TWO HUNDRED NINE THOUSAND ONE HUNDRED SEVENTY FIVE DOLLARS AND FORTY THREE CENTS ($15,209,175.43)**.

In addition to the THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS AND ZERO CENTS ($33,564.00 USD) that MineOne allegedly owed to its unsecured creditor Systems MEC LLC for work performed on the North Range Facility, which has likely already been paid, but which was not included in the Attached North Range Proceeds per the July 2, 2024 *Prejudgment Writ of Attachment*, the following amounts are now also **not** included in the Attached North Range Proceeds:

(a) TWENTY FOUR THOUSAND SIX HUNDRED EIGHTY FOUR DOLLARS AND ZERO CENTS ($24,684.00) – the balance owing from MineOne on the Seller's Final Settlement Statement related to recording, escrow/closing, and/or title insurance fees as of the **September 12, 2024** closing date; and

(b) SIXTEEN THOUSAND EIGHT HUNDRED FIFTY SIX DOLLARS AND TWENTY FOUR CENTS ($16,856.24) – the balance owing from MineOne on the Seller's Final Settlement Statement related to taxes as of the **September 12, 2024** closing date.

The calculation for the amended Attached North Range Proceeds of **ELEVEN MILLION ONE HUNDRED SEVENTY FOUR THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS AND SEVENTY SIX CENTS ($11,174,895.76)** is as follows:

$11,250,000 (North Range Purchase Price)

- $33,564.00 (July 2, 2024 amount excluded for Systems MEC LLC - likely already paid)

- $24,684.00 (September 12, 2024 amount excluded for recording, escrow/closing, and/or title insurance fees)

- $16,856.24 (September 12, 2024 amount excluded for taxes)

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

HEREBY ISSUED on this 11th day of September, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

BY THE COURT:

_____

Alan B. Johnson
United States District Judge