**FILED**



*4:45 pm, 9/11/24*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79-ABJ |

### THIRD AMENDMENT TO PREJUDGMENT WRIT OF ATTACHMENT

The *Second Amendment to Prejudgment Writ of Attachment*, issued and filed on July 26, 2024, is hereby amended as follows:

1. The sum amount ordered attached is updated and revised from FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67) to **FIFTEEN MILLION TWO HUNDRED NINE THOUSAND ONE HUNDRED SEVENTY FIVE DOLLARS AND FORTY THREE CENTS ($15,209,175.43)**.

2. The Attached North Range Proceeds is updated and revised from ELEVEN MILLION TWO HUNDRED SIXTEEN THOUSAND FOUR HUNDRED THIRTY SIX DOLLARS AND ZERO CENTS ($11,216,436.00) to **ELEVEN MILLION ONE HUNDRED SEVENTY FOUR THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS AND SEVENTY SIX CENTS ($11,174,895.76)**.

3. In addition to the THIRTY THREE THOUSAND FIVE HUNDRED SIXTY FOUR DOLLARS AND ZERO CENTS ($33,564.00 USD) that MineOne allegedly owed to its unsecured creditor Systems MEC LLC for work performed on the North Range Facility, which has likely already been paid, but which was not included in the Attached North Range Proceeds per the July 2, 2024 *Prejudgment Writ of Attachment*, the following amounts are now also **not** included in the Attached North Range Proceeds:

    a. TWENTY FOUR THOUSAND SIX HUNDRED EIGHTY FOUR DOLLARS AND ZERO CENTS ($24,684.00) – the balance owing from MineOne on the Seller's Final Settlement Statement related to recording, escrow/closing, and/or title insurance fees as of the **September 12, 2024** closing date; and

    b. SIXTEEN THOUSAND EIGHT HUNDRED FIFTY SIX DOLLARS AND TWENTY FOUR CENTS ($16,856.24) – the balance owing from MineOne on the Seller's Final Settlement Statement related to taxes as of the **September 12, 2024** closing date.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

HEREBY ISSUED on this 11th day of September, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

September 11, 2024.

BY THE COURT:

*Alan B. Johnson*

Alan B. Johnson
United States District Judge