

FILED

4:45 pm, 9/11/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants,<br><br>    Defendants. | Civil No. 23-CV-79-ABJ |

### THIRD AMENDMENT TO PREJUDGMENT WRIT OF GARNISHMENT

The *Second Amendment to Prejudgment Writ of Garnishment*, issued and filed on July 26, 2024, is hereby amended as follows:

1. The sum amount ordered attached is updated and revised from FIFTEEN MILLION TWO HUNDRED FIFTY THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND SIXTY SEVEN CENTS ($15,250,715.67) to **FIFTEEN MILLION TWO HUNDRED NINE THOUSAND ONE HUNDRED SEVENTY FIVE DOLLARS AND FORTY THREE CENTS ($15,209,175.43)**, as further detailed by the Court's July 2, 2024

*Prejudgement Writ of Attachment*, the Court's July 15, 2024 *First Amendment to Prejudgment Writ of Attachment*, the Court's July 26, 2024 *Second Amendment to Prejudgment Writ of Attachment*, and the Court's September 12, 2024 *Third Amendment to Prejudgment Writ of Attachment*.

HEREBY ISSUED on this 11th day of September, 2024, at Cheyenne, Wyoming, on the order of the Honorable Alan B. Johnson, United States District Court Judge for the District of Wyoming.

September 11, 2024.

BY THE COURT:

Alan B. Johnson
United States District Judge