Marc S. Gottlieb, Esq. (*admitted pro hac vice*)
OROTLI ROSENSTADT, LLP.
366 Madison Avenue, 3rd Floor
New York, New York 10017
Phone: (212) 829-8943
Fax:     (866) 294-0074
msg@orllp.legal

M. France, WSB No. 7-4828
Meggan J. Hathaway, WSB No. 7-4856
Sundahl, Powers, Kapp & Martin, LLC
500 W 18th Street, Suite 200
P.O. Box 328
Cheyenne, WY 82001
Phone:  (307) 632-6421
Fax:     (307) 632-7216
 jfrance@spkm.org
mhathaway@spkm.org

*Attorneys for Defendant Bit Origin Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BSON BLOCKCHAIN, | ) ) ) | |
| *Plaintiff*, | ) ) | Civil No.: 23-CV-079 |
| v. | ) ) | |
| MINEONE WYOMIN DATA CENTER, LLC, MINONE PARTNERS, LLC., TERRA CRYPTO, INC.,   BIT ORIGIN, LTD., SONICHASH, LLC., and JOHN DOES 1-20, | ) ) ) ) ) ) | **NOTICE OF DEPOSITION** |
| *Defendants*. | ) ) | |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 30.1 and the Order dated September 9, 2024 (ECF No. 339), Defendants Bit Origin, Ltd and SonicHash, by their counsel, will take the deposition upon oral examination of Patrick Gahan before an officer who is

duly authorized to administer oaths, on the 17th days of September 2024 at 10:00 a.m. Mountain Time (12:00 p.m. Eastern Standard Time).

The deposition will be taken by Zoom and recorded by audio-visual and/or stenographic means and will continue thereafter day to day until complete. You are invited to attend and cross-examine.

Dated: New York, New York
September 12, 2024

                                            ORTOLI ROSENSTADT, LLP

By:    /s/ Marc S. Gottlieb
       Marc S. Gottlieb
       366 Madison Avenue, 3rd Floor
       New York, New York 10017

*Attorneys for Bit Origin and SonicHash*

## CERTIFICATE OF SERVICE

    This is to certify that on the 12th day of September, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Patrick J. Murphy<br>Scott C. Murray<br>Williams, Porter, Day & Neville, P.C.<br>159 N. Wolcott., Suite 400<br>P.O. Box 10700 (82602)<br>Casper, WY 82601<br>*Attorneys for Plaintiff* | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>pmurphy@wpdn.net smurray@wpdn.net |
| Sean Larson, Wyo. Bar #7-5112<br>Kari Hartman, Wyo. Bar # 8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY  82003-1208 | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail:<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com |
| Paula K. Colbath<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>*Attorneys for Defendants MineOne Wyoming Data Center, LLC, MineOne Partners LLC, and Terra Crypto Inc.* | [✓] CM/ECF<br>[ ] Fax:<br>[ ] E-mail<br>pcolbath@loeb.com |

                                              */s/Marc S. Gottlieb*
                                              Marc S. Gottlieb
                                              Ortoli Rosenstadt, LLP