## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, ) ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 23CV-79-ABJ |
| v. ) ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

---

## ORDER GRANTING DEFENDANTS MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S *THIRD* MOTION TO STRIKE BCB'S REPLY AFFIDAVITS, AWARD ATTORNEYS' FEES AND COSTS, AND SANCTION PLAINTIFF'S COUNSEL PURSUANT TO LOCAL CIVIL RULE 84.1(b)

---

**THIS MATTER** comes before the Court on Defendants MineOne Partners LLC, MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.'s, (the "MineOne Defendants") Motion (1) Striking the Affidavit of Michael Murphy (ECF No. 351-1) and the Affidavit of Patrick J. Murphy

(ECF No. 351-2), (2) Admonishing BCB's counsel (Patrick Murphy) for his continued misconduct, (3) Awarding the MineOne Defendants' attorneys' fees and costs in bringing their *third* motion to strike, and (4) Sanctioning BCB's counsel (Patrick Murphy) by subjecting him to discipline by the Court, including open court reprimands, pursuant to Local Civil Rule 84.1(b).

Having reviewed the filing and being otherwise fully advised, the Court finds the Motion should be **GRANTED**.

DATED this _____ day of _____, 2024.

_____
STEPHANIE A. HAMBRICK
UNITED STATES MAGISTRATE JUDGE