# EXHIBIT C

**Messages in chronological order** (times are shown in GMT -06:00)

> 💬 **site-northrange**

N  **Neil <nphippen@gmail.com>**  10/17/2022, 2:49 PM
*Joined the conversation*
Neil has joined the channel

S  **Steve Randall <steve@bisonblockchain.com>**  10/17/2022, 2:49 PM
*Joined the conversation*
Steve Randall has joined the channel

E  **Emory Patterson <emory@bcbv.net>**  10/17/2022, 2:49 PM
*Joined the conversation*
Emory Patterson has joined the channel

M  **Michael Murphy <murf@bisonblockchain.com>**  10/17/2022, 2:49 PM
*Joined the conversation*
Michael Murphy has joined the channel

N  **Neil <nphippen@gmail.com>**  10/17/2022, 2:50 PM
Steve Randall here is the start of some office needs I am working on getting set up

N  **Neil <nphippen@gmail.com>**  10/17/2022, 2:50 PM
tab 2 is the more immediate bare bones needs

S  **Steve Randall <steve@bisonblockchain.com>**  10/17/2022, 2:56 PM
Was there an attachment?

N  **Neil <nphippen@gmail.com>**  10/17/2022, 2:58 PM
<https://docs.google.com/spreadsheets/d/1NLVZ5u9JYTKmemCsiLf6jzrKE2n2eXLsUO8Sg5F2-8A/edit#gid=2081432099>

*Attachment: BISON BLOCKCHAIN COMAND CENTER (129 bytes)*

S  **Steve Randall <steve@bisonblockchain.com>**  10/17/2022, 2:59 PM
perfect, I am reviewing now

S  **Steve Randall <steve@bisonblockchain.com>**  10/17/2022, 3:03 PM
Looks good to me as far as the necessities to monitor. Are the 65" TVs for Foreman? Security Cameras?

N  **Neil <nphippen@gmail.com>**  10/17/2022, 3:04 PM
yes, multi purpose
2 in the war room for monitoring miners and security cams
1 in the conference room for hosting meetings

I think we need 6 or 7 as we scale the ops out

S  **Steve Randall <steve@bisonblockchain.com>**  10/17/2022, 3:05 PM
Sounds functional to me

E  **Emory Patterson <emory@bcbv.net>**  10/18/2022, 2:22 PM
Steve Randall There is a network engineering call starting in the next 10 minutes and we meant to include you on it but you weren't on the invite. Are you available to join?

E  **Emory Patterson <emory@bcbv.net>**  10/18/2022, 2:26 PM
network diagram, cut-sheets, controls, etc



Image: IMG_4090.JPG (584 KB)

S | **Steve Randall <steve@bisonblockchain.com>** | 10/25/2022, 9:38 AM
photo 2



Image: IMG_4093.JPG (721 KB)

S | **Steve Randall <steve@bisonblockchain.com>** | 10/25/2022, 9:40 AM
this is a 415/208 build out.

S | **Steve Randall <steve@bisonblockchain.com>** | 10/25/2022, 9:40 AM
well discuss on the call

S | **Steve Randall <steve@bisonblockchain.com>** | 10/25/2022, 10:17 AM
I will be referencing page 3

Attachment: 22-259 Titan 4.7 General Layout rev0.pdf (885 KB)

S | **Steve Randall <steve@bisonblockchain.com>** | 10/25/2022, 10:17 AM
Referencing specs from moonshot

***CONFIDENTIAL***    BCB151690

makes sense

---

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/28/2022, 3:18 PM
Michael Murphy you beat me to it. lol

**M**   **Michael Murphy &lt;murf@bisonblockchain.com&gt;**   10/28/2022, 3:19 PM
i already had that map created (from a month ago) so figured it would be easy to provide

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/28/2022, 3:22 PM
Much better than mine

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/28/2022, 3:45 PM
&lt;!channel&gt; I just got off the phone with Jason, corrected some of the confusion we were both having. We should make a decision here pretty quickly if we want Shermco to do the fiber v. Next Step. Jason advised me he will need at least 2 weeks after ordering to acquire materials.

**M**   **Michael Murphy &lt;murf@bisonblockchain.com&gt;**   10/28/2022, 3:49 PM
has jason provided a quote? and do we have a quote from shermco?

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/28/2022, 3:55 PM
If Shermco provided a quote, it would be with Emory.
Jason does have the correct strand type now after verifying with BCM. He needs conduit lengths, he said he would drive up on Monday to get measurements if we didn't have that available, which I would imagine, Shermco does.

**E**   **Emory Patterson &lt;emory@bcbv.net&gt;**   10/28/2022, 4:50 PM
I sent this to Jason a few weeks ago.

*Image: IMG_1890.png (2 MB)*

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/28/2022, 4:51 PM
OK he has those lengths, he needs lengths of the new temp office location and the ISP to e house conduit lengths

**M**   **Michael Murphy &lt;murf@bisonblockchain.com&gt;**   10/28/2022, 4:55 PM
Steve Randall this is from CEGEN

*Attachment: 22-259 Schedule 10262022.pdf (180 KB)*

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/31/2022, 10:57 AM
Do we know the strand count on the Fiber run from Lumen?

**M**   **Michael Murphy &lt;murf@bisonblockchain.com&gt;**   10/31/2022, 10:59 AM
no. we should probably ask lumen. Neil do you have the contact for that?

**S**   **Steve Randall &lt;steve@bisonblockchain.com&gt;**   10/31/2022, 11:00 AM
Actually on the phone with them right now on hold

**N**   **Neil &lt;nphippen@gmail.com&gt;**   10/31/2022, 11:01 AM
just shot an email to Aaron, the engineer they assigned to us

***CONFIDENTIAL***　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BCB151693

S | **Steve Randall <steve@bisonblockchain.com>** | 10/31/2022, 11:13 AM
Will have to wait for Aaron, they eventually transferred me to a number that doesn't work lol

S | **Steve Randall <steve@bisonblockchain.com>** | 10/31/2022, 5:07 PM
<!channel> If power cords don't end up being provided we will need to know the length needed to order. I'm not familiar with moonshot products, but Raptor has always been very easy to get ahold of.

N | **Neil <nphippen@gmail.com>** | 10/31/2022, 5:08 PM
agreed, they can be very expensive too - CC originally was on the hook for cables

N | **Neil <nphippen@gmail.com>** | 10/31/2022, 5:09 PM
We told them our partner was going to provide Zhuque cables

S | **Steve Randall <steve@bisonblockchain.com>** | 10/31/2022, 5:10 PM
absolutely, the zhuque I have no idea what power req are.. Are they dual input asic's as well? If so, especially the s19. The moonshot PDU is rated to take both input c13's..

S | **Steve Randall <steve@bisonblockchain.com>** | 10/31/2022, 5:10 PM



*Image: image.png (71 KB)*

S | **Steve Randall <steve@bisonblockchain.com>** | 10/31/2022, 5:12 PM
id love to see a photo of one if possible. When I googled, it was a photo of a Chinese rocket lol

N | **Neil <nphippen@gmail.com>** | 10/31/2022, 5:14 PM

*Attachment: C16 user manual ch&en_10.8.pdf (3 MB)*

N | **Neil <nphippen@gmail.com>** | 10/31/2022, 5:14 PM

***CONFIDENTIAL***                                                                                                                                          BCB151694