# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. <br><br> Defendants. | Civil Action No. 23CV-79-ABJ |

## ORDER GRANTING DEFENDANTS MINEONE WYOMING DATA CENTER LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.'S REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

**THIS MATTER** comes before the Court on Defendants MineOne Partners LLC, MineOne Wyoming Data Center, LLC and Terra Crypto, Inc.'s, (the "MineOne Defendants") Motion for Extension of Time to File Motion to Compel. Having reviewed the filing and being otherwise fully advised, the Court finds the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for the MineOne Defendants to file their Motion to Compel is September 20, 2024.

DATED this \_\_\_\_\_ day of _____, 2024.

_____
STEPHANIE A. HAMBRICK
UNITED STATES MAGISTRATE JUDGE