**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

**MARC FEINSTEIN** (*pro hac vice*)
**DAVID IDEN** (*pro hac vice*)
**KATE STUTZ** (*pro hac vice*)
**DANNY HIRSCH** (*pro hac vice*)
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
Fax: (213) 430-6407
mfeinstein@omm.com; diden@omm.com;
kstutz@omm.com; dhirsch@omm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD., a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | Civil No. 23-CV-79J |

## *MOTION TO QUASH RULE 45 SUBPOENA AND FOR SANCTIONS AGAINST THE MINEONE DEFENDANTS*

Defendant Bitmain Technologies Georgia Limited (hereinafter "Bitmain"), by and through its undersigned counsel, respectfully requests that the Court enter an Order quashing the MineOne Defendants' Rule 45 subpoena served on Bitmain Georgia on September 12, 2024 and to impose sanctions on the MineOne Defendants for the reasons set forth in the *Memorandum in Support of Bitmain Technologies Georgia Limited's Motion to Quash Rule 45 Subpoena and for Sanctions Against the MineOne Defendants* ("*Memorandum in Support*"), filed contemporaneously herewith.

Dated:  15 September 2024.

                            BITMAIN TECHNOLOGIES GEORGIA LIMITED, Defendant

BY: s/Khale J. Lenhart
     **KHALE J. LENHART, #7-4581**
     **TYSON R. WOODFORD, #8-6650**
     OF HIRST APPLEGATE, LLP
     Attorneys for Defendant Bitmain Georgia
     P. O. Box 1083
     Cheyenne, WY 82003-1083
     Phone: (307) 632-0541
     Fax: (307) 632-4999
     klenhart@hirstapplegate.com
     twoodford@hirstapplegate.com

                                  and for

– 3 –

        **MARC FEINSTEIN** *(pro hac vice)*
        **DAVID IDEN** *(pro hac vice)*
        **KATE STUTZ** *(pro hac vice)*
        **DANNY HIRSCH** *(pro hac vice*)
        O'Melveny & Myers
        400 South Hope Street
        Los Angeles, CA 90071-2899
        Phone: (213) 430-6000
        Fax: (213) 430-6407
        mfeinstein@omm.com; diden@omm.com;
        kstutz@omm.com; dhirsch@omm.com

## CERTIFICATE OF SERVICE

    I certify the foregoing ***Motion to Quash Rule 45 Subpoena and for Sanctions Against the MineOne Defendants*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 15 September 2024, and that copies were served as follows:

| | |
|---|---|
| Patrick J. Murphy, #5-1779<br>Scott C. Murray, #7-4896<br>Williams, Porter, Day & Neville, P.C.<br>159 North Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602-3902<br>pmurphy@wpdn.net<br>smurray@wpdn.net<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Sean M. Larson, #7-5112<br>Kari Ann Hartman, #8-6507<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY 82003-1208<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 4 –

| | |
|---|---|
| Paula Colbath, *Pro Hac Vice*<br>Sarah Levitan Perry, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>Leily Lashkari, *Pro Hac Vice*<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154<br>pcolbath@loeb.com<br>sperry@loeb.com<br>ainman@loeb.com<br>llashkari@loeb.com<br>*Attorneys for Defendants Mineone, Terra Crypto* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Jane M. France, #7-4828<br>Meggan Hathaway, #7-4856<br>Sundahl Powers Kapp & Martin LLC<br>500 W. 18th Street, Suite 200<br>Cheyenne, WY 82001<br>jfrance@spkm.org<br>mhathaway@spkm.org<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Marc S. Gottlieb, I, *Pro Hac Vice*<br>Ortoli Rosenstadt, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10022-5616<br>msg@orllp.legal<br>*Attorneys for Defendant Bit Origin Ltd., SonicHash* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

_s/Norma J. Hubka_
OF HIRST APPLEGATE, LLP
Attorneys for Defendant Bitmain Georgia