Patrick J. Murphy, WSB No. 7-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
           smurray@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF BCB CHEYENNE LLC'S JOINDER IN DEFENDANT BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO QUASH RULE 45 SUBPOENA AND FORSANCTIONS AGAINST THE MINEONE DEFENDANTS**

**COMES NOW** Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain, by and through its undersigned counsel, and hereby joins in all arguments set forth in Defendant Bitmain Technologies Georgia Limited's *Motion to Quash Rule 45 Subpoena and for Sanctions Against the MineOne Defendants* [ECF 355] and its *Memorandum in Support of Bitmain Technologies Georgia Limited's Motion to Quash Rule 45 Subpoena and for Sanctions Against the MineOne Defendants* [ECF 356].

**WHEREFORE**, Plaintiff BCB Cheyenne LLC d/b/a Bison Blockchain respectfully requests the Court grant Bitmain's *Motion.*

**DATED** this 17th day of September, 2024.

> BCB CHEYENNE LLC d/b/a
> BISON BLOCKCHAIN, Plaintiff
>
> By:   */s/ Patrick J. Murphy*
> Patrick J. Murphy (WSB No. 5-1779)
> Scott C. Murray (WSB No. 7-4896)
> Williams, Porter, Day & Neville, PC
> 159 N Wolcott St. Suite 400
> Casper, WY 82601
> Ph: (307) 265-0700
> pmurphy@wpdn.net
> smurray@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served upon counsel as indicated below this 17th day of September 2024.

| Counsel | Method |
|---|---|
| Sean M. Larson, WSB No. 7-5112<br>Kari Hartman, WSB No. 8-6507<br>HATHAWAY & KUNZ, LLP<br>P.O. Box 1208<br>Cheyenne, WY 82001<br>slarson@hkwyolaw.com<br>khartman@hkwyolaw.com | [ ] U.S. Mail (prepaid)<br>[ ] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |

1

| | |
|---|---|
| Marc S. Gottlieb<br>ORTOLI ROSENSTADT, LLP<br>366 Madison Avenue, 3rd Floor<br>New York, NY 10017<br>msg@orllp.legal | [ ]   U.S. Mail (prepaid)<br>[ ]   CM/ECF Electronic Transmission<br>[ ]   Overnight Delivery<br>[ ]   Hand Delivery<br>[ ]   Electronic Mail |
| Meggan J. Hathaway<br>Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>500 W. 18th Street, Ste. 200<br>Cheyenne, WY 82003<br>mhathaway@spkm.org<br>jfrance@spkm.org | [ ]   U.S. Mail (prepaid)<br>[ ]   CM/ECF Electronic Transmission<br>[ ]   Overnight Delivery<br>[ ]   Hand Delivery<br>[ ]   Electronic Mail |
| Paula Colbath, *Pro Hac Vice*<br>Alex Inman, *Pro Hac Vice*<br>David Forrest, *Pro Hac Vice*<br>Leily Lashkari, *Pro Hac Vice*<br>LOEB & LOEB LLP<br>345 Park Avenue New York, NY 10154<br>pcolbath@loeb.com<br>ainman@loeb.com<br>dforrest@loeb.com<br>llashkari@loeb.com | [ ]   U.S. Mail (prepaid)<br>[ ]   CM/ECF Electronic Transmission<br>[ ]   Overnight Delivery<br>[ ]   Hand Delivery<br>[ ]   Electronic Mail |
| Marc Feinstein, *Pro Hac Vice*<br>Daniel Hirsch, *Pro Hac Vice*<br>David Iden, *Pro Hac Vice*<br>Sherin Parikh, *Pro Hac Vice*<br>Kate Stutz, *Pro Hac Vice*<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>mfeinstein@omm.com<br>dhirsch@omm.com<br>diden@omm.com<br>sparikh@omm.com<br>kstutz@omm.com | [ ]   U.S. Mail (prepaid)<br>[ ]   CM/ECF Electronic Transmission<br>[ ]   Overnight Delivery<br>[ ]   Hand Delivery<br>[ ]   Electronic Mail |

| | |
|---|---|
| William Pao, *Pro Hac Vice*<br>COOLEY LLP<br>Wells Fargo Center, South Tower<br>355 South Grand Avenue, Suite 900<br>Los Angeles, CA 90071-1560<br>Ph.:  213-561-3249<br>Fax:  213-430-6407<br>wpao@cooley.com | [  ]   U. S. Mail (prepaid)<br>[  ]   CM/ECF Electronic Transmission<br>[  ]   Overnight Delivery<br>[  ]   Hand Delivery<br>[  ]   Electronic Mail |
| Khale J. Lenhart, WSB No. 7-4581<br>Tyson R. Woodford, WSB No. 8-6650<br>HIRST APPLEGATE LLP<br>1720 Carey Ave. Room 400<br>P.O. BOX 1083<br>Cheyenne, WY 82003<br>klenhart@hirstapplegate.com<br>twoodford@hirstapplegate.com | [  ]   U.S. Mail (prepaid)<br>[  ]   CM/ECF Electronic Transmission<br>[  ]   Overnight Delivery<br>[  ]   Hand Delivery<br>[  ]   Electronic Mail |

By:   */s/ Patrick J. Murphy*
      Patrick J. Murphy

3