# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, ) ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 23CV-79-ABJ |
| ) | |
| v. ) | |
| ) | |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANT MINEONE WYOMING DATA CENTER, LLC, TERRA CRYPTO INC., MINEONE PARTNERS LLC'S MOTION FOR PERMISSION TO FILE MOTION TO COMPEL IN EXCESS OF PAGE LIMIT

**THIS MATTER** comes before the Court on Defendant MineOne Wyoming Data Center, LLC, Terra Crypto Inc., MineOne Partners LLC's (the "MineOne Defendants") *Motion for Permission to File Motion to Compel in Excess of Page Limit*. Having reviewed the filing and being otherwise fully advised, the Court finds the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the MineOne Defendants shall have twenty-five pages for its Motion to Compel.

DATED this _____ day of _____, 2024.

_____
STEPHANIE HAMBRICK
UNITED STATES MAGISTRATE JUDGE