Sean Larson, Wyo. Bar #7-5112
Kari Hartman, Wyo. Bar # 8-6507
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
slarson@hkwyolaw.com
khartman@hkwyolaw.com

Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
Alex Inman, Esq. (Admitted *Pro Hac Vice*)
LOEB & LOEB LLC
345 Park Avenue
New York, NY 10154
212-407-4905
212-407-4990 (Fax)

ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 23CV-79-ABJ |
| v. | )<br>) |
| MINEONE WYOMING DATA CENTER LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# NOTICE OF FILING PROPOSED ORDER ON MINEONE DEFENDANTS' MOTION TO COMPEL

COME NOW Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. (the "MineOne Defendants") by and through counsel, HATHAWAY & KUNZ, LLP, and LOEB & LOEB LLC, and hereby submit the proposed order to go with *Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc's Motion to Compel Discovery from Plaintiff, for Sanctions, and for Alternative Service of Subpoenas* [Doc. 366].

DATED this 23rd day of September, 2024.

        DEFENDANTS MINEONE WYOMING DATA
        CENTER, LLC, MINEONE PARTNERS LLC,
        AND TERRA CRYPTO INC.

By:  */s/ Sean Larson*
      Sean Larson Wyo. Bar #7-5112
      Kari Hartman, Wyo. Bar #8-6507
      HATHAWAY & KUNZ, LLP
      P. O. Box 1208
      Cheyenne, WY 82003-1208
      Phone: (307) 634-7723
      Fax: (307) 634-0985

      Paula K. Colbath, Esq. (Admitted *Pro Hac Vice*)
      Alex Inman, Esq. (*Admitted Pro Hac Vice*)
      345 Park Avenue
      New York, NY  10154
      Telephone: 212-407-4905
      Fax: 212-407-4990

ATTORNEYS FOR DEFENDANTS MINEONE WYOMING DATA CENTER, LLC, MINEONE PARTNERS LLC, AND TERRA CRYPTO INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of September, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

Patrick J. Murphy  [✓] CM/ECF
Scott C. Murray  [ ] Fax:
Williams, Porter, Day & Neville, P.C.  [ ] E-mail:
159 N. Wolcott., Suite 400  pmurphy@wpdn.net
P.O. Box 10700 (82602)  smurray@wpdn.net
Casper, WY 82601
*Attorneys for Plaintiff*

Meggan J. Hathaway  [✓] CM/ECF
Jane M. France  [ ] Fax:
Sundahl, Powers, Kapp & Martin, L.L.C.  [ ] E-mail:
500 W. 18th Street, Suite 200  mhathaway@spkm.org
Cheyenne, WY 82003-0328  jfrance@spkm.org

Marc S. Gottlieb  [✓] CM/ECF
Ortoli Rosenstadt, LLP  [ ] Fax:
366 Madison Avenue, 3rd Floor  [ ] E-mail:
New York, NY 10017  msg@orllp.legal
*Attorneys for Bit Origin and SonicHash*

/s/ Candice Hough
Hathaway & Kunz, LLP