# EXHIBIT B

**PAULA K. COLBATH**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4905
**Main**   212.407.4000
**Fax**    212.407.4990
pcolbath@loeb.com

Via Email

September 4, 2024

Patrick Murphy, Esq.
Scott Murray, Esq.
Williams, Porter, Day and Neville, P.C.
159 N Wolcott St., Suite 400
Casper, WY 82601

Marc Feinstein, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Marc S Gottlieb, Esq.
Ortoli Rosenstadt, LLP
366 Madison Avenue, 3rd Floor
New York, NY 10022

Re:   *BCB Cheyenne LLC v. MineOne et. al.*; Civil No. 23-CV-79-ABJ
       **Deposition Scheduling**

Dear Counsel:

As you know, we represent Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. (collectively, the "MineOne Defendants"). We write pursuant to Judge Hambrick's September 3, 2024 directive to provide a list of individuals that the MineOne Defendants intend to depose:

1. Bryce Fincham (BCB is the party that we believe controls this witness)

2. Barney Patsel & Todd Edwards (by subpoena)[1]

3. James Quid (BCB) / CMV Global & Bayview Capital (BCB) (if necessary, after deposing Messrs. Fincham, Patsel, and Edwards)

4. Neil Phippen (BCB)

5. Emory Patterson (BCB)

---

[1] The MineOne Defendants plan to sequence the depositions with Mr. Fincham's deposition first and if Messrs. Edwards' and Patsel's deposition testimony would seem duplicative of Fincham's deposition, the MineOne Defendants will withdraw their subpoenas to Messrs. Edwards and Patsel.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



September 4, 2024
Page 2

6. Steven Randall (BCB)

7. Sean Murphy (BCB)

8. Tony Simpson (by subpoena)

9. Mark Aldrich / Shermco (by subpoena)

10. Lee Filer (by subpoena)

11. Joey Darwell / Cryptonite LLC (by subpoena)

12. Leo Wolfson (by subpoena)

13. Tyler Lindholm (by subpoena)

14. Michael Murphy (BCB)

The MineOne Defendants reserve all rights and waive none.

Regards,

Paula K. Colbath
Partner

cc:   All Counsel (via Email)

239707572
241515-10003