# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, </br></br> Plaintiff, </br></br> v. </br></br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, </br></br> Defendants. | Civil No. 23-CV-79 |

## ORDER GRANTING BCB'S MOTION TO QUASH
## MINEONE DEFENDANTS' SUBBPOENA TO JWJ TECHNOLOGY LLC

**THIS MATTER** having come before the Court upon Plaintiff BCB Cheyenne LLC's *Motion to Quash MineOne Defendants' Subpoena to JWJ Technology* (the "*Motion*"), and the Court having reviewed the pleadings and being fully advised in the premises, **FINDS** good cause exits to grant the *Motion*;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Subpoena to Testify at a Deposition in a Civil Action, dated September 12, 2024, noticed by Defendants MineOne

Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. to non-party, JWJ Tehcnology LLC, is **HEREBY QUASHED**.

    **SO ORDERED** this _____ day of September, 2024.

                                   **BY THE COURT:**

                                   _____
                                   Stephanie A. Hambrick
                                   United States Magistrate Judge