**FILED**



5:02 pm, 9/26/24

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB Cheyenne LLC | |
| Plaintiff, | |
| vs. | Case Number: 1:23-CV-00079-ABJ |
| MineOne Wyoming Data Center LLC et al | |
| Defendants. | |

### CIVIL MINUTE SHEET - MOTION HEARING

Date: Sep 26, 2024     Time: 3:22pm - 4:53pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Pat Murphy

Attorney(s) for Defendant(s)     Paula Colbath, Sean Larson, Kari Hartman, David Forrest
Marc Gottlieb, Meggan Hathaway

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 344 | Motion to Modify the Scheduling Order | Under Advisement |

☐ Briefs to be filed on or before              by
                                               by

☐ Order to be prepared by  ☐ Court  ☐ Attorney

Other:
Hearing held by Zoom video conference.
The Court addressed the attorneys.
The Court heard from Ms. Colbath, Mr. Murphy and Mr. Gottlieb.
The Court will enter an order.

WY15                                                                                     Rev. 09/18/2024