# EXHIBIT 1

```
                  IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF WYOMING
 ─────────────────────────────────────────────────────────────────────

  BCB CHEYENNE, LLC, d/b/a          | DOCKET NO. 23-CV-00079-ABJ
  BISON BLOCKCHAIN, a Wyoming       |
  limited liability company,        | (Pages 1 through 56)
                                    |
         Plaintiff,                 |
                                    |
         vs.                        |
                                    |
  MINEONE WYOMING DATA CENTER,      | Cheyenne, Wyoming
  LLC, a Delaware limited           | Thursday, September 26, 2024
  liability company; MINEONE        | 3:22 p.m.
  PARTNERS, LLC, a Delaware         |
  limited liability company;        |
  TERRA CRYPTO, INC., a Delaware    |
  corporation; BIT ORIGIN LTD.,     |
  a Cayman Island company;          |
  SONICHASH, LLC, a Delaware        |
  limited liability company;        |
  BITMAIN TECHNOLOGIES HOLDING      |
  COMPANY, a Cayman Island          |
  company; BITMAIN TECHNOLOGIES     |
  GEORGIA LIMITED, a Georgia        |
  corporation; and JOHN DOES 1-20,  |
  related persons and companies     |
  who control or direct some or     |
  all of the named Defendants,      |
                                    |
         Defendants.                |
 ─────────────────────────────────────────────────────────────────────

              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
                  MOTION TO AMEND SCHEDULING ORDER

              BEFORE THE HONORABLE ALAN B. JOHNSON
                   UNITED STATES DISTRICT JUDGE
```

*MELANIE L. HUMPHREY-SONNTAG, RDR, CRR, CRC*
*Federal Official Court Reporter*
*2120 Capitol Avenue, Room 2228, Cheyenne, WY 82001*
*307.433.2169 * MelanieSonntagCRR@gmail.com*
*Proceedings reported with realtime stenography;*
*transcript produced with computer-aided transcription.*

```
23-CV-00079-ABJ                                                    2
```

```
 1   APPEARANCES (via Zoom):
     For the Plaintiff:      PATRICK J. MURPHY
 2                           WILLIAMS, PORTER, DAY & NEVILLE
                             159 North Wolcott Street, Suite 400
 3                           Casper, WY 82601

 4   For the Defendants      PAULA COLBATH
      MineOne, Terra         DAVID A. FORREST
 5    Crypto, Bit Origin,    LOEB & LOEB, LLP
      and SonicHash:         345 Park Avenue
 6                           New York, NY 10154

 7                           SEAN LARSON
                             KARI HARTMAN
 8                           HATHAWAY & KUNZ, LLP
                             2515 Warren Avenue, Suite 500
 9                           Cheyenne, WY 82001

10   For the Defendants      MARC S. GOTTLIEB, I
      Bit Origin and         ORTOLI ROSENSTADT, LLP
11    SonicHash:             366 Madison Avenue, Third Floor
                             New York, NY 10022
12
                             MEGGAN HATHAWAY
13                           SUNDAHL, POWERS, KAPP & MARTIN, LLC
                             2020 Carey Avenue, Suite 301
14                           Cheyenne, WY 82001

15

16

17

18

19

20

21

22

23

24

25
```

1   communications, won't produce any of its CleanSpark
2   communications, won't produce any of its Republic Title of
3   Texas documents, and, yet, they want to extend the discovery
4   cutoff to hammer on all of our people.
5          Your Honor, to close, the Court knows we're going to
6   have heavy dispositive motion briefing.  But MineOne wants to
7   jam BCB so badly at -- when we were already consumed with
8   stress, burdensome costs, and fishing expeditions -- so
9   I can't focus my time and BCB's time on the dispositive motion
10  briefing.
11         Any further extensions only help MineOne cure its
12  delay after delay after delay, and they burden BCB with more
13  cost, more time delays, more difficulties.  Don't -- please
14  don't give MineOne yet another grace -- and that's what I call
15  it, and I don't choose that word lightly but another grace --
16  especially since MineOne is at fault for the predicament it
17  put itself in by not doing the needed discovery when it should
18  have done.  Don't give them more days, more subpoenas, and
19  more depositions to impose themselves on BCB when I need to be
20  briefing to Your Honor.
21         Thank you, Judge Johnson.
22         MR. GOTTLIEB:  Your Honor, may I be heard on this.
23         THE COURT:  Sure.  Absolutely, Mr. Gottlieb.
24         MR. GOTTLIEB:  I don't have as much skin in the game
25  as -- as MineOne, but I am part of this, and I'm -- we're sort

1  of working with MineOne because we're both defendants and we
2  have a commonality on certain issues.
3      But I've been a part of these meet and confers.  And
4  I will say this:  Mr. Murphy talks a very good game.  He's
5  extremely polite, he's extremely soft-spoken, and he gives you
6  the impression that he's the victim here of everything, that
7  everything we've tried to do in this case is all wrong and
8  everything he's done is right.
9      It's just a gamesmanship all the way through.  And
10 I'll give you the best example of this.
11     Judge Hambrick asked us to meet and confer -- she
12 directed us to meet and confer on some of these issues, and we
13 tried to do that.
14     And when we got on the phone with all the counsel,
15 Michael Murphy, Patrick Murphy's son, he took the lead on the
16 meet and confer, which was completely improper.  I objected to
17 it.  I told Patrick Murphy this is inappropriate, Paula
18 Colbath told him this is inappropriate, and he wouldn't let it
19 go.  He wouldn't stop.
20     Michael Murphy conducted the entire meet and confer.
21 And when we were trying to get dates for depositions, it was
22 virtually impossible.
23     What Patrick doesn't tell you is the fact that when
24 we tried to schedule depositions of certain principals of
25 BCB -- including Mr. Emory, who Ms. Colbath was trying to

1           I want to address one subpoena that -- Mr. Murphy has
2    been -- said that my client controls a witness by the name of
3    Huaili Zhang and another witness by the name of Chong Wang.
4           We have repeatedly told him we don't control those
5    individuals.  Ultimately, because it just became a repeated
6    narrative from -- from Mr. Murphy every time he wrote to the
7    Court -- I said "You know what?  I'm going to facilitate
8    getting Huaili Zhang's deposition."
9           I have served a subpoena on Huaili Zhang,
10   JWJ Technologies, a Georgia LLC.  And so why Mr. Murphy at
11   this point -- since he has been harping for months that he
12   wants that individual, I said "Here's his contact information;
13   this is his last-known address; this is who he works for; you
14   can readily serve a subpoena."
15          He didn't.  I finally said "I've got to take this off
16   the table.  I'll subpoena him; I'll get the documents; I'll
17   take his deposition."  So Mr. Zhang is -- is available and
18   where -- we anticipate getting documents.
19          MR. MURPHY:  If it please the Court -- or maybe it
20   doesn't please the Court.  You've had a long day.
21          But I reject everything that Marc Gottlieb just
22   represented to the Court.
23          Sorry, Marc.
24          MR. GOTTLIEB:  Michael didn't get on the phone and
25   conduct the meet and confer, Patrick?  That didn't happen?

1        MR. MURPHY:  He did -- he was on the phone, and he
2    did not conduct the meet and confer.  You know it.
3        MR. GOTTLIEB:  That's not true --
4        MR. MURPHY:  He asked -- he asked Paula Colbath --
5    (Simultaneous speaking.)
6    (Reporter seeks clarification.)
7        MR. GOTTLIEB:  Everybody else was there and they can
8    attest to this.
9        And you know that that's not true.
10       THE COURT:  Is Michael on with you now, Patrick?
11       MR. MURPHY:  I'm sorry?
12       THE COURT:  Is Michael with you now?
13       MR. MURPHY:  No.  When -- no, he's not.  He's down in
14   Denver.
15       MS. COLBATH:  Might I add on that point that Judge
16   Hambrick issued an order, Your Honor, dated September 9,
17   2024 -- and because Mr. Michael Murphy's presence made the
18   meet and confer -- I can -- brutal, counterproductive,
19   unprofessional.
20       When we raised what exactly took place in detail with
21   her, she issued an order on 9/9/2024 that states in
22   paragraph 5 -- this is how serious she took the issue and what
23   had taken place -- "And that counsel, dash, not individual
24   agents, officers, or the like of the parties, dash, are the
25   only participants in any and all future meet and confers."

1              She felt the need to issue a court order.  It had
2    been so destructive to have Mr. Michael Murphy on, and that's
3    why the meet and confer lasted three hours.
4              MR. MURPHY:  So incorrect.  It was unprofessional
5    because of Ms. Colbath and her yelling and her refusal to tell
6    us what we all knew, and that's that Jiaming Li has a Chinese
7    passport and could have traveled to Hong Kong to give his
8    deposition.  But she would never answer Michael Murphy's
9    question about that.  I had to write a letter addressing
10   Ms. Colbath's professionalism after that meet and confer.
11             MR. GOTTLIEB:  You just acknowledged that Pat -- that
12   Michael Murphy was participating in this call, just there.
13             MR. MURPHY:  Of course I did.  I've never denied
14   that.
15             It's just when you say, Mr. Gottlieb, that he
16   conducted the entire meet and confer and that he was the
17   problem, that's what I reject.
18             MR. GOTTLIEB:  He did.  And that was true.  And
19   that's exactly what happened.
20             And I stand by it and I'm an officer of the Court.
21             MR. MURPHY:  We all are.
22             Enough is enough.
23             THE COURT:  The Court will enter its order.  I'm not
24   sure just what I'm going to say yet.
25             Thank you.

1         C E R T I F I C A T E

5         I, MELANIE HUMPHREY-SONNTAG, Federal Official Court
6  Reporter for the United States District Court for the District
7  of Wyoming, a Registered Diplomate Reporter, Certified
8  Realtime Reporter, and Certified Realtime Captioner, do hereby
9  certify that I reported by realtime stenography the foregoing
10 proceedings contained herein on the aforementioned subject on
11 the date herein set forth and that the foregoing pages
12 constitute a full, true, and correct transcript.

14        Dated this 30th day of September, 2024.

18        /s/ Melanie Humphrey-Sonntag

20        MELANIE HUMPHREY-SONNTAG
          RDR, CRR, CRC
21        Federal Official Court Reporter