# EXHIBIT A

## Patrick Murphy

| | |
|---|---|
| From: | Paula Colbath <pcolbath@loeb.com> |
| Sent: | Sunday, September 29, 2024 8:51 AM |
| To: | Patrick Murphy |
| Cc: | Marc Gottlieb; murf@bcbv.net |
| Subject: | Re: BCB: Yiliang Guo Exhibits 1-7 |

Noted and passed on.

This will also confirm our conversation that we will not go forward tomorrow with Emory Patterson's deposition, as the parties are focused on efforts to resolve the matter. If settlement discussions are unsuccessful, you agreed to provide a date in the future for Mr. Patterson's deposition. If my understanding of our conversation is inaccurate, please let me know ASAP.

Regards,
Paula

**Paula Colbath**
*Partner*



345 Park Avenue | New York, NY 10154
**Direct Dial:** 212.407.4905 | **Fax:** 212.407.4990 | **E-mail:** pcolbath@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Sunday, September 29, 2024 10:30:46 AM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; murf@bcbv.net <murf@bcbv.net>
**Subject:** Re: BCB: Yiliang Guo Exhibits 1-7

Paula: michael Murphy's cell phone is (720) 222-3355.

Michael would like to Zoom with Erick this morning or early afternoon.

Headed into Mass now.

Pat

> On Sep 23, 2024, at 5:45 PM, Patrick Murphy <pmurphy@wpdn.net> wrote:
>
> Thank you for letting me know this, Paula.
>
> Pat
>
>> On Sep 23, 2024, at 5:40 PM, Paula Colbath <pcolbath@loeb.com> wrote:
>>
>> I have no exhibits.
>>
>> **Paula Colbath**
>> *Partner*
>>
>> <llhorizontal45_26405396-a821-4bca-9601-f26107dc0e74.jpg>
>>
>> 345 Park Avenue | New York, NY 10154
>> Direct Dial: 212.407.4905 | Fax: 212.407.4990 | E-mail: pcolbath@loeb.com
>> Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com
>>
>> <mansfield2022-2023-resized_183a91bc-456a-4263-99ba-58cdffa98cf8.png>
>>
>> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.
>>
>> **From:** Patrick Murphy <pmurphy@wpdn.net>
>> **Sent:** Monday, September 23, 2024 7:06:07 PM
>> **To:** Paula Colbath <pcolbath@loeb.com>; Marc Gottlieb <msg@orllp.legal>; Feinstein, Marc <mfeinstein@omm.com>
>> **Cc:** Stutz, Kate <kstutz@omm.com>; Iden, David <diden@omm.com>; dhirsch@omm.com <dhirsch@omm.com>; Pao, Will <wpao@cooley.com>; Khale J. Lenhart <KLenhart@hirstapplegate.com>; Wendy Trembath <wtrembath@wpdn.net>; Alex Inman <ainman@loeb.com>; David Forrest <dforrest@loeb.com>; Leily Lashkari <llashkari@loeb.com>; Sean Larson <slarson@hkwyolaw.com>; Kari Hartman

2

&lt;khartman@hkwyolaw.com&gt;
**Subject:** RE: BCB: Yiliang Guo Exhibits 1-7

Paula and Marc:

I am waiting to receive your depositions exhibits by email. Could you please send those to me now so I can print them? Thank you!

I assume you received the seven exhibits that I sent you with this morning's email; right?

Pat

&lt;image001.png&gt;

WPDN.NET

&lt;image002.png&gt;

&lt;image003.png&gt;

Patrick J. Murphy

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602

PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

**From:** Patrick Murphy
**Sent:** Monday, September 23, 2024 10:52 AM
**To:** Paula Colbath &lt;pcolbath@loeb.com&gt;; Marc Gottlieb &lt;msg@orllp.legal&gt;; Feinstein, Marc &lt;mfeinstein@omm.com&gt;
**Cc:** Stutz, Kate &lt;kstutz@omm.com&gt;; Iden, David &lt;diden@omm.com&gt;; dhirsch@omm.com; Pao, Will &lt;wpao@cooley.com&gt;; Khale J. Lenhart &lt;KLenhart@hirstapplegate.com&gt;; Wendy Trembath &lt;wtrembath@wpdn.net&gt;; ainman@loeb.com; David Forrest &lt;dforrest@loeb.com&gt;; Leily Lashkari &lt;llashkari@loeb.com&gt;; Sean Larson &lt;slarson@hkwyolaw.com&gt;; Kari Hartman &lt;khartman@hkwyolaw.com&gt;
**Subject:** FW: BCB: Yiliang Guo Exhibits 1-7

Dear Counsel:

Attached please find courtesy copies of the seven (7) exhibits I have marked for Yiliang Guo's Zoom deposition this evening. I want all of you to have easy and ready access to all seven (7) exhibits. I do not anticipate "screen sharing" during my direct examination of Mr. Guo. Instead, I will just refer to these seven (7) exhibits.

3

Just so you know, these are exactly the same seven (7) exhibits that are attached to Mr. Guo's Mediation Affidavit. So all of you already have them.

I will ask Wendy Trembath to forward this email to our court reporter, Randy Hatlestad.

Paula and Marc G: Would you please do me the return favor of sending me all of the documents you are going to use or mark as deposition exhibits for Mr. Guo? Thank you in advance.

Thank you.

Pat Murphy

| <image001.png> | Patrick J. Murphy |
|---|---|
| WPDN.NET | Attorney at Law<br>Office: 307-265-0700<br>pmurphy@wpdn.net |
| <image002.png> | 159 N. Wolcott St. Suite 400 (82601)<br>P.O. Box 10700 |
| <image003.png> | Casper, WY 82602 |

PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

This email has been scanned for spam and viruses. Click here to report this email as spam.

<image001.png>
<image002.png>
<image003.png>

This email has been scanned for spam and viruses. Click here to report this email as spam.

4