# EXHIBIT B

**Patrick Murphy**

| | |
|---|---|
| **From:** | Paula Colbath <pcolbath@loeb.com> |
| **Sent:** | Wednesday, October 2, 2024 9:58 AM |
| **To:** | Patrick Murphy |
| **Cc:** | Marc Gottlieb; MineOne-BCB; Masterson |
| **Subject:** | RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon. |

Pat: I just Zoomed with Drs. Rengifo and Li. I have been advised that there is a settlement framework under discussion, but as we know as lawyers, the devil is always in the details. I understand your side is drafting the settlement agreement and we look forward to reviewing it soon. In the meantime, we must all honor the deadlines we currently face, including getting Emory's deposition on the schedule for next Wednesday. Hopefully, we will have an inked deal before then, maybe as early as this week. Once we receive your draft settlement agreement, we will review it with our clients and get back to you ASAP with our comments.

Again, we are on standby to review the draft settlement agreement that I understand Michael is working on.

Regards,
Paula

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Wednesday, October 2, 2024 11:37 AM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; MineOne-BCB <MineOne-BCB@loeb.com>; Masterson <masterson@wpdn.net>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.


Dear Paula:

Michael Murphy is now reporting to me that he, Erick and Jiaming just reached a settlement framework in principle on their extended Zoom settlement call early this morning. And that each of them expressed to one another, at the end of their Zoom call, they have a settlement framework in principle.

Michael also says we need to "paper" this settlement framework, starting immediately.

Michael and I will take the laboring oar with writing the proposed draft of the written settlement agreement.

And we will use, as our template, much of the language and organization in our BCB/Bitmain Georgia Settlement Agreement.

Would you please reach out to Erick and Jiaming to confirm this, Paula?

It is urgent, Michael says, that the Court be able to distribute the attached funds (currently invested, through the registry of the Court, with the Department of the Treasury, the Clerk tells me) ASAP…so the Parties can invest their allocated funds in Bitcoin ASAP.

I know lawyers often like to say, "time is of the essence," but time – and getting the allocated monies invested in Bitcoin – truly is of the essence here. So much so that Michael and I hope to provide you with a draft Settlement Agreement by the end of the day or very early tomorrow. Our hope is that Judge Johnson would be able to sign an Order distributing all the attached funds, and all of their accrued interest, sometime this Friday.

Thank you, Paula.

Pat Murphy



**Patrick J. Murphy**

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602



PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

---

**From:** Paula Colbath <pcolbath@loeb.com>
**Sent:** Tuesday, October 1, 2024 4:28 PM
**To:** Patrick Murphy <pmurphy@wpdn.net>
**Cc:** Marc Gottlieb <msg@orllp.legal>; MineOne-BCB <MineOne-BCB@loeb.com>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.

I'll keep my fingers crossed. Things look encouraging.

Regards,
Paula

---

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Tuesday, October 1, 2024 5:47 PM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; MineOne-BCB <MineOne-BCB@loeb.com>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.

That's fine, Paula. Thank you. Michael told me he and Erick and Jiaming are Zooming at 8pm Eastern tonight.

We'll round in the morning with each other to then call Judge Johnson's chamber.

Pat



Patrick J. Murphy

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602

WPDN.NET



PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

**From:** Paula Colbath <pcolbath@loeb.com>
**Sent:** Tuesday, October 1, 2024 3:45 PM
**To:** Patrick Murphy <pmurphy@wpdn.net>
**Cc:** Marc Gottlieb <msg@orllp.legal>; MineOne-BCB <MineOne-BCB@loeb.com>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.

Pat: Unfortunately, I'm not able to connect with Jiaming and Erick until much later tonight, so I'll be back to you sometime tomorrow regarding your below email.

Best,
Paula

**Paula Colbath**
*Partner*



345 Park Avenue | New York, NY 10154
**Direct Dial:** 212.407.4905 | **Fax:** 212.407.4990 | **E-mail:** pcolbath@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.