# EXHIBIT C

# Patrick Murphy

| | |
|---|---|
| From: | Michael Murphy <murf@bcbv.net> |
| Sent: | Wednesday, October 2, 2024 9:51 PM |
| To: | Erick Rengifo; Jiaming Li; pcolbath@loeb.com |
| Cc: | Patrick Murphy; emory@bcbv.net |
| Subject: | working Draft Settlement Agreement |
| Attachments: | mineone_bcb_settlement_agreement_draft.docx |

Hello Erick, Jiaming, and Paula,

Please see the attached "working" DRAFT Settlement Agreement. This is not complete, but it does contain (1) most of what Erick, Jiaming, Emory and I spoke about earlier today (in Section 2) and (2) the language from the BCB-Bitmain Settlement Agreement updated to account for the relevant parties now working towards settlement. Rather than take additional time to provide a completed draft, we wanted to get this to you now (albeit incomplete) so you could start reviewing it (and so you can see the good faith effort we are making to move quickly on this).

Erick/Jiaming - let's meet at your earliest convenience on Thursday to continue working through the details in Section 2 on the commercial terms. Emory and I have some questions for you. There are also some highlighted parts we still need to fill in. And we also want to discuss a few ideas Emory and I have regarding the calculation of the Target Return (which should help address some of our risk concerns in return for providing a guarantee of the $1,160,976 to you).

regards,
Michael

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

**Patrick Murphy**

---

| | |
|---|---|
| **From:** | Paula Colbath <pcolbath@loeb.com> |
| **Sent:** | Wednesday, October 2, 2024 4:55 PM |
| **To:** | Patrick Murphy |
| **Cc:** | Marc Gottlieb; murf@bcbv.net; Masterson; MineOne-BCB; Stephen Cohen |
| **Subject:** | RE: Form W9 and Form AO-213 |

Thanks for the update. I will be monitoring my emails.

Just as an FYI – I may need input on the Settlement Agreement from one of my corporate partners (I'm not sure how technical Michael's draft will be). As you know, this is Stephen Cohen's client. Stephen is out of the office for the Jewish Holidays and will be offline until Saturday night. I can try to enlist another partner if necessary, depending on the complexity. I did want to give you a heads-up on that.

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Wednesday, October 2, 2024 6:49 PM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; murf@bcbv.net; Masterson <masterson@wpdn.net>; MineOne-BCB <MineOne-BCB@loeb.com>; Stephen Cohen <scohen@loeb.com>
**Subject:** RE: Form W9 and Form AO-213

Paula:

I haven't yet sent you Michael Murphy's draft Settlement Agreement. I just emailed you saying that Michael just boarded a plane and is flying to Denver. He lands at/near 6:00 pm Mountain. And he needs another hour, once he is on the ground, to finish up his work on it. And I think Michael would like to visit with Erick/Jiaming maybe one more time on some details. Anyway, I hope to email it to you at 7:00 pm Mountain this evening. That's the plan.

Later tonight, at home, I will start writing a proposed Stipulated Motion – and corresponding Order – to Distribute the Attached Funds.

Thank you.

Pat



Patrick J. Murphy

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602



1

PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

**From:** Paula Colbath <pcolbath@loeb.com>
**Sent:** Wednesday, October 2, 2024 4:32 PM
**To:** Patrick Murphy <pmurphy@wpdn.net>
**Cc:** Marc Gottlieb <msg@orllp.legal>; murf@bcbv.net; Masterson <masterson@wpdn.net>; MineOne-BCB <MineOne-BCB@loeb.com>; Stephen Cohen <scohen@loeb.com>
**Subject:** RE: Form W9 and Form AO-213

I will review them with the client and we will have them ready to go. Please send me your proposed Stipulated Motion. I'm currently working through an email backlog. Did you forward a draft settlement agreement?

Paula


**Paula Colbath**
*Partner*



345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4905 | Fax: 212.407.4990 | E-mail: pcolbath@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

**Mansfield Rule**
Certified 2023-2024 DIVERSITY

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Wednesday, October 2, 2024 5:35 PM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; murf@bcbv.net; Masterson <masterson@wpdn.net>; MineOne-BCB <MineOne-BCB@loeb.com>; Stephen Cohen <scohen@loeb.com>
**Subject:** FW: Form W9 and Form AO-213

Paula:

2

To help facilitate our clients' proposed settlement, the Clerk of the District Court sent me these two forms today.

These two forms need to be completed by our clients – and returned to the Clerk – **before** the Clerk can electronically transfer the attached funds to our clients.

The Clerk told me she thought it would take anywhere from 3-7 days, following Judge Johnson's filing of His Honor's Order Distributing Attached Funds, for the Clerk to then wire the monies to MineOne's account and BCB's account.

My hope is that you and I can file a Stipulated Motion to Distribute the Attached Funds by this Friday, October 4, and that Judge Johnson could receive, review, sign and file the Order Distributing Attached Funds sometime Friday afternoon, October 4.

If we can do that, it will give us a good chance to have the Clerk wire the monies to our clients' accounts by the following Friday, October 11, and maybe before that.

Michael Murphy is on an airplane now but landing soon. It is still Michael and my intent and plan to provide you with a good (but not perfect) working draft of the Settlement Agreement by 5:00 pm Mountain today.

Please call me when you have a moment, Paula.

Pat Murphy
(307) 262-2872 (cell)


WILLIAMS, PORTER, DAY & NEVILLE P.C.
*Wyoming's Law Firm*

WPDN.NET



Patrick J. Murphy

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602

PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.

---

**From:** Katie Grant <Katie_Grant@wyd.uscourts.gov>
**Sent:** Wednesday, October 2, 2024 10:26 AM
**To:** Patrick Murphy <pmurphy@wpdn.net>
**Subject:** Form W9 and Form AO-213

Good morning, Mr. Murphy,

Attached please find a W9 form in order to disburse funds (with an order of the court). Also attached is an AO-213 form in order to disburse payment via EFT (electronic funds transfer).

3

Again, once we have a signed order, we will first initiate a $5 test payment to ensure no issues with the banking information, etc., and then will disburse the remaining funds upon confirmation of receipt of the test payment.

Please have any completed forms returned to me.  Let me know if you have any questions.

Thank you,

Katie Grant
Financial Administrator
U.S. District Court – District of Wyoming
2120 Capitol Avenue, Rm 2131
Cheyenne, WY 82001
(307)433-2133

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.