# EXHIBIT
# G

## Patrick Murphy

| | |
|---|---|
| **From:** | Paula Colbath <pcolbath@loeb.com> |
| **Sent:** | Wednesday, October 2, 2024 6:03 PM |
| **To:** | Patrick Murphy; Scott Ortiz; Scott C. Murray |
| **Cc:** | Marc Gottlieb; Masterson; Sean M. Larson; Kari Hartman; MineOne-BCB |
| **Subject:** | RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon. |

Pat:  Your gall knows no limits.

The MineOne Defendants are in the thick of trial preparation and need produced now all of the documents your clients have hidden and improperly withheld from production, all of which should have been produced to us in February 2024.  For the reasons set forth below, we cannot consent to any additional time for BCB to submit its opposition papers on our motion to compel.  We must receive BCB's opposition by Friday, October 4th, so we can expeditiously submit our Reply and the motion can be fully briefed and submitted to the Court for decision.

As you well know and is evident from your own email communications, including your 10/1 email (sent at 2:26pm (MT)/4:26pm(EST), we **never** agreed to any extension of time for Plaintiff BCB to respond to the MineOne Defendants' Motion to Compel, which Judge Hambrick granted the MineOne Defendants permission to make on Monday, September 9th, with a filing deadline of September 17th (a mere 8 days later), which filing deadline was ultimately extended by Judge Hambrick to Friday, September 20th (an additional 3 days), for a total number of **11 days** from Judge Hambrick's permission to make the motion to the required date of filing.

On Friday, October 4th, you will have been afforded a full **14 days** to respond to our motion (time that exceeds the amount of time we had to make the motion) and you have the audacity to seek another **25-day** extension, to October 29th, for a total of **39 days** to respond to a straightforward motion to compel.  We vehemently oppose your requested time extension to October 29th.

With regard to your request for a page extension (to 25 pages), we are agreeable to afford you the same number of pages we were afforded, namely, 25 pages **solely on the condition that BCB agree to afford the MineOne Defendants 10 pages for their Reply.**  We look forward to receiving your Opposition on Friday, October 4th.

Regards,
Paula Colbath

**From:** Patrick Murphy <pmurphy@wpdn.net>
**Sent:** Wednesday, October 2, 2024 6:44 PM
**To:** Paula Colbath <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; Masterson <masterson@wpdn.net>; Sean M. Larson <SLarson@hkwyolaw.com>; Kari Hartman <khartman@hkwyolaw.com>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.

Paula:

I am beginning to write BCB's [new] motion for an extension of time to file an over-length Response to MineOne's *Motion to Compel Discovery and for Sanctions* ("*Motion*").  If you will not agree to file the three

pleadings I sent to you earlier this afternoon, I will file BCB's new motion tomorrow morning. I will be attaching this email string to BCB's [new] motion…if I am forced to file it, which I would rather not. In BCB's [new] motion, I want to correctly represent that you and I have conferred as to BCB's requests that it be allowed to file 1) an over-length Response brief of twenty-five (25) pages, and (b) that BCB be granted an extension of time, through and including October 29, to file its over-length Response to MineOne's *Motion*.

Quite aside from the fact that you and I *agreed*, on Sunday, September 29, that BCB should be given an extension of time of two weeks from and after whatever date, if any, our clients reach an impasse with their on-going (and very fruitful) settlement negotiations, I politely remind you that the Court (Judge Hambrick) granted MineOne's request that it be allowed twenty-five pages to brief its *Motion,* and the Court also gave MineOne a four-day extension of time to file its *Motion.* Consequently, I am asking that you please agree and consent that BCB be allowed to file an over-length Response of 25 total pages, and that BCB be given an extension of time until October 29 to file its Response.

Would you please let me know whether you consent – or won't consent – to these two requests by 9:00 pm Mountain tonight.

With respect to our clients' ongoing settlement talks, and Michael Murphy's work drafting the settlement agreement, Michael is a bit more delayed than I thought. He is on a plane right now flying to Denver. He has made so much progress on the written agreement, but needs another hour – after landing at 6:00 pm Mountain – to finish up his work on the document. We now estimate that I can push a good draft of the document over to you by 7:00 pm Mountain time this evening. It won't be a perfect document, but it will be pretty pretty good.

Looking forward to hearing from you soon. Thanks. Please call me tonight on my cell at (307) 262-2872.

Pat





WPDN.NET

**Patrick J. Murphy**

Attorney at Law
Office: 307-265-0700
pmurphy@wpdn.net
159 N. Wolcott St. Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602

*PRIVILEGE NOTICE: This email message contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call (collect) immediately at (307) 265-0700 and ask to speak with the sender. Also, I would appreciate your forwarding the message back to me and deleting it from your system. Thank you.*

*FEDERAL TAX ADVICE DISCLAIMER: This email is not tax advice and is not intended for the purposes of avoiding federal tax penalties or promoting, marketing, or recommending to another party any matters addressed herein. IRS Circular 230.*

**From:** Patrick Murphy
**Sent:** Wednesday, October 2, 2024 1:54 PM
**To:** 'Paula Colbath' <pcolbath@loeb.com>
**Cc:** Marc Gottlieb <msg@orllp.legal>; Masterson <masterson@wpdn.net>; Sean M. Larson <SLarson@hkwyolaw.com>; Kari Hartman <khartman@hkwyolaw.com>
**Subject:** RE: BCB, MineOne, and Reaching Out to Judge Johnson's Judicial Assistant This Afternoon.

Paula: