IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 23-CV-79 |

**[PROPOSED] ORDER GRANTING PLAINTIFF BCB CHEYENNE LLC AN EXTENSION OF TIME UNTIL OCTOBER 21, 2024 TO FILE ITS RESPONSE TO THE MINEONE DEFENDANTS' MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS [ECF 366]**

THIS MATTER comes before the Court on Plaintiff BCB's *Expedited Motion for An Extension of Time to File an Over-Length Response to the MineOne Defendants' Motion to Compel Discovery and for Sanctions* ("Second Expedited Motion").

The Court has carefully reviewed BCB's Second Expedited Motion. The Court has also carefully reviewed BCB's First Expedited Motion. Aware that the existing deadline for BCB to file its Response to the MineOne Defendants' *Motion to Compel Discovery and for Sanctions* is presently October 4, 2024, for the reasons expressed in BCB's Second Expedited Motion, the

1

Court FINDS that good cause is demonstrated, and the interests of justice are best served, by granting BCB's request that it be allowed to file a 25-page over-length Response to the MineOne Defendants' *Motion to Compel Discovery and for Sanctions* and further granting BCB an extension of time from October 4, 2024 to October 21, 2024 to serve its 25-page Response.

IT IS THEREFORE ORDERED that Plaintiff BCB Cheyenne LLC be and hereby is granted leave to file a 25-page Response to the MineOne Defendants' 25-page *Motion to Compel Discovery and for Sanctions*, and

IT IS FURTHER ORDERED that BCB Cheyenne LLC is granted an extension of time, from October 4, 2024 to October 21, 2024, to file its 25-page Response to the MineOne Defendants' 25-page *Motion to Compel Discovery and for Sanctions*.

DATED this _____ day of October, 2024.

BY THE COURT:    _____
                                Alan B. Johnson
                                United States District Judge