# EXHIBIT C

**Patrick Murphy**

| | |
|---|---|
| **From:** | Paula Colbath <pcolbath@loeb.com> |
| **Sent:** | Thursday, October 3, 2024 5:22 AM |
| **To:** | Patrick Murphy; Scott Ortiz; Scott C. Murray |
| **Cc:** | MineOne-BCB |
| **Subject:** | Fw: working Draft Settlement Agreement |

Pat: Here's the email Dr. Rengifo sent to your son Michael Murohy this morning. As you can see, the draft settlement agreement and its terms are so preliminary that my clients don't want me to review or spend any time on it.

We must continue the litigation and meet our current deadlines. Trial preparation must continue, as the clock is ticking and there's no assurance of a settlement. There's simply no reason that the lawyers cannot file the required papers, while the clients explore settlement options. Given the decisions the Court needs to make and our fast approaching trial date and required pretrial filings,,we must continue on two tracks (and I know you understand that). Let's get Mr. Patterson's deposition rescheduled. Let's file our motion papers so Judge Johnson can begin to make the necessary pretrial decisions. The motion to compel is a motion the MineOne Defendants will ask Judge Johnson to expedite decision on since we need the withheld documents for our trial preparation. Please do not continue to stall your opposition papers on this motion.

Regards,
Paula Colbath


**Paula Colbath**
*Partner*


LOEB & LOEB LLP

345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4905 | Fax: 212.407.4990 | E-mail: pcolbath@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

**Mansfield Rule**
Certified 2023-2024 DIVERSITY

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you. Loeb & Loeb LLP.

---

**From:** Erick Rengifo <rengifo@ucholding.com>
**Sent:** Thursday, October 3, 2024 5:59:37 AM
**To:** Michael Murphy <murf@bcbv.net>
**Cc:** Jiaming Li <jiam@ucholding.com>; Paula Colbath <pcolbath@loeb.com>; Patrick Murphy <pmurphy@wpdn.net>; Emory Patterson <emory@bcbv.net>
**Subject:** Re: working Draft Settlement Agreement

1

Good morning Michael

Thank you for sending the document. Jiaming and I will work on this right away.

Please do not include Paula at this stage of the negotiations. We will include her once the commercial terms are finalized and agreed.

Erick

On Wed, Oct 2, 2024 at 11:50 PM Michael Murphy <murf@bcbv.net> wrote:
> Hello Erick, Jiaming, and Paula,
>
> Please see the attached "working" DRAFT Settlement Agreement.  This is not complete, but it does contain (1) most of what Erick, Jiaming, Emory and I spoke about earlier today (in Section 2) and (2) the language from the BCB-Bitmain Settlement Agreement updated to account for the relevant parties now working towards settlement.  Rather than take additional time to provide a completed draft, we wanted to get this to you now (albeit incomplete) so you could start reviewing it (and so you can see the good faith effort we are making to move quickly on this).
>
> Erick/Jiaming - let's meet at your earliest convenience on Thursday to continue working through the details in Section 2 on the commercial terms.  Emory and I have some questions for you.  There are also some highlighted parts we still need to fill in.  And we also want to discuss a few ideas Emory and I have regarding the calculation of the Target Return (which should help address some of our risk concerns in return for providing a guarantee of the $1,160,976 to you).
>
> regards,
> Michael

--
Erick W. Rengifo, Ph.D.


CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you,

This email has been scanned for spam and viruses. Click here to report this email as spam.