# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; and JOHN DOES 1-20, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER EXTENDING THE BRIEFING AND FILING DEADLINES

THIS MATTER comes before the Court on BCB Cheyenne LLC's *Expedited Motion to Extend Certain Briefing Deadlines by Three Weeks, as Earlier Agreed*.

The Parties agreed that the interests of justice are best served by the Court further modifying its April 25, 2024 Revised Scheduling Order to extend the following case deadlines by three weeks, specifically:

    A.    The October 4, 2024 deadline to file dispositive motions to October 25, 2024;

    B.    The October 18, 2024 deadline to file Responses to all dispositive motions to November 8, 2024;

    C.    The October 25, 2024 deadline to file any Reply to any dispositive motions to November 15, 2025;

D.     The October 18, 2024 deadline to file other (nondispositive) motions to November 9, 2024;

E.     The November 15, 2024 deadline to file the Parties' Joint Pretrial Memorandum to December 6, 2024;

F.     The November 8, 2024 deadline to file any motions in limine to November 29, 2024;

G.     The November 22, 2024 deadline to file any Responses to any motions in limine to December 13, 2024; and

H.     The December 2, 2024 deadline to file any Replies to any motions in limine to December 22, 2024.

The Court FINDS that the interests of justice are best served by granting these aforesaid modifications to the Court's April 25, 2024 Revised Scheduling Order, and

IT IS THEREFORE ORDERED that the dates and deadlines in the Court's April 25, 2024 Revised Scheduling Order are further amended to reflect the three-week extensions identified above.

DATED this \_\_\_\_ day of October 2024.

BY THE COURT: _____

Alan B. Johnson
United States District Judge