# EXHIBIT A

|  |  |
|---|---|
| **From:** | Maribel Gill on behalf of Paula Colbath |
| **Sent:** | Thursday, September 12, 2024 2:21 PM |
| **To:** | Patrick Murphy; Wendy Trembath; Marc Gottlieb; Jane France; Meggan Hathaway |
| **Cc:** | MineOne-BCB; Sean Larson; Kari Hartman |
| **Subject:** | BCB Cheyenne LLC v. MineOne et al. - Notice of Intent to Serve Subpoena |
| **Attachments:** | Notice of Subpoena [FINAL].pdf |

Counsel,

Please see the attached notice of subpoena. Please note that the date for compliance in the attached Subpoena is a control date that is subject to change based upon witness availability.

Regards,
Paula Colbath