# EXHIBIT B

| | |
|---|---|
| **From:** | huailizhang <506244106@qq.com> |
| **Sent:** | Thursday, September 19, 2024 1:46 AM |
| **To:** | David Forrest |
| **Subject:** | Re: Subpoena to JWJ Technology LLC |

**CAUTION: EXTERNAL EMAIL**

confirmed

感谢您的来信，我会尽快给您回信！

---Original---

**From:** "David Forrest"<dforrest@loeb.com>

**Date:** Fri, Sep 13, 2024 02:34 AM

**To:** "506244106@qq.com"<506244106@qq.com>;

**Cc:** "MineOne-BCB"<MineOne-BCB@loeb.com>;

**Subject:** Subpoena to JWJ Technology LLC

Dear Mr. Zhang,

We represent Defendants MineOne Wyoming Data Center LLC, MineOne Partners LLC, and Terra Crypto Inc. in the above-referenced action. Because of Court deadlines, we are required to serve the attached Deposition and Document Subpoena upon JWJ Technology LLC. We have listed September 17, 2024 as a control date for compliance, but are willing to discuss other dates.

Please confirm whether you will accept service of the attached subpoena upon behalf of JWJ Technology LLC. Again, the date listed is flexible. We would like to speak with you, or any other representative of JWJ, in advance of any deposition.

Regards,

**David Forrest**
*Attorney At Law*



345 Park Avenue | New York, NY 10154

**Direct Dial:** 212.407.4877 | **Fax:** 212.407.4990 | **E-mail:** dforrest@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.