Patrick J. Murphy, WSB No. 5-1779
Scott C. Murray, WSB No. 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 N. Wolcott, Ste. 400
P.O. Box 10700 (82602)
Casper, WY 82601
Email: pmurphy@wpdn.net
smurray@wpdn.net

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all the remaining Parties, Plaintiff BCB Cheyenne LLC and Defendants MineOne Wyoming Data Center, LLC, Terra Crypto Inc., MineOne Partners, LLC, Bit Origin, Ltd.,

and SonicHash, LLC, through their respective counsel, and hereby stipulate and agree that their entire controversy, suit, claims, counterclaims and defenses have been compromised and settled to each of these Parties' satisfaction, and this action, including Plaintiff's First Amended Complaint and the Counterclaims of Defendants MineOne Wyoming Data Center LLC, Terra Crypto Inc., MineOne Partners LLC, Bit Origin, Ltd. and SonicHash LLC should now be dismissed with prejudice, with each Party to pay its own costs and attorney's fees.

DATED this 15th day of October, 2024.

| BCB Cheyenne LLC d/b/a Bison Blockchain<br><br>Plaintiff<br><br><br>By: /s/ Patrick J. Murphy<br>    Patrick J. Murphy (WSB No. 5-1779)<br>    Williams, Porter, Day & Neville, PC<br>    159 N Wolcott St. Suite 400<br>    Casper, WY 82601<br>    Ph: (307) 265-0700<br>    E-mail: pmurphy@wpdn.net | MineOne Wyoming Data Center LLC, Terra Crypto Inc., and MineOne Partners LLC<br><br>Defendants<br><br>By: Paula K. Colbath, *Pro Hac Vice*<br>    Paula K. Colbath<br>    LOEB & LOEB LLP<br>    345 Park Avenue<br>    New York, NY 10154<br>    Ph.: (212) 407-4905<br>    E-mail: pcolbath@loeb.com<br><br>Bit Origin, Ltd. and SonicHash, LLC<br><br>Defendants<br><br>By: Marc S. Gottlieb, *Pro Hac Vice*<br>    Marc S. Gottlieb<br>    ORTOLI ROSENSTADT, LLP<br>    366 Madison Avenue, 3rd Floor<br>    New York, NY 10017<br>    msg@orllp.legal |