# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, . | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court pursuant to the Stipulation of all the Parties that Plaintiff's First Amended Complaint and the Counterclaims of Defendants MineOne Wyoming Data Center LLC, Terra Crypto Inc., MineOne Partners LLC, Bit Origin, Ltd. and SonicHash LLC have been compromised and settled to the Parties' satisfaction, and this action should now be dismissed with prejudice with each Party to pay its own costs and attorney's fees, and good cause having been shown therefore;

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint and the Counterclaims of MineOne Wyoming Data Center LLC, Terra Crypto Inc., MineOne Partners LLC, Bit Origin, Ltd. and SonicHash LLC should be, and hereby are, dismissed with prejudice, with each Party to pay its own costs and attorney's fees.

DATED this _____ day of October, 2024.

BY THE COURT:       _____
                    Alan B. Johnson
                    United States District Judge