**FILED**

1:40 pm, 10/15/24

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BCB CHEYENNE LLC d/b/a BISON BLOCKCHAIN, a Wyoming limited liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 23-CV-79 |
| MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company; MINEONE PARTNERS LLC, a Delaware limited liability company; TERRA CRYPTO INC., a Delaware corporation; BIT ORIGIN, LTD, a Cayman Island Company; SONICHASH LLC, a Delaware limited liability company; BITMAIN TECHNOLOGIES HOLDING COMPANY, A Cayman Island Company; BITMAIN TECHNOLOGIES GEORGIA LIMITED, a Georgia corporation; and JOHN DOES 1-18, related persons and companies who control or direct some or all of the named Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER DIRECTING THE CLERK OF THE DISTRICT COURT TO DISTRIBUTE ALL OF THE ATTACHED FUNDS AND ACCRUED INTEREST BEING HELD BY THE CLERK OF THE DISTRICT COURT PURSUANT TO THIS COURT'S AMENDED PREJUDGMENT WRITS OF ATTACHMENT AND GARNISHMENT**

THIS MATTER comes before the Court on the *Parties' Joint and Stipulated Motion To Distribute All Of The Attached Funds And Accrued Interest Being Held By The Clerk Of The District Court Pursuant To This Court's Amended Prejudgment Writs Of Attachment And Garnishment* ("*Stipulated Motion*").

1. The Court has carefully reviewed the *Stipulated Motion*.

1

2. The Court is also advised that all of the Parties have now reached, and signed, their written Settlement Agreement and Mutual Releases ("Settlement Agreement"). Pursuant to their Settlement Agreement, the Parties will soon be filing their Stipulation of Dismissal with Prejudice and asking the Court to enter its Order of Dismissal with Prejudice.

3. The Court is further advised that the Parties have now agreed, and memorialized in their Settlement Agreement, that the prejudgment attached funds being held and invested by the Clerk of the District Court pursuant to this Court's earlier orders should now be distributed by the Clerk of the District Court to MineOne Wyoming Data Center LLC and BCB Cheyenne LLC, respectively, as follows:

   a. To MineOne Wyoming Data Center LLC the sum of $11,177,292.79; and

   b. To BCB Cheyenne LLC the sum of $4,100,000.00.

   Any remaining balance held in the Court's Registry after the distributions above shall be used to satisfy any interest and/or fees owing to the Court, and any balance remaining after satisfying any interest and/or fees owing to the Court shall be distributed to MineOne Wyoming Data Center LLC.

4. The Court expressly approves the Parties' Stipulated Motion for the immediate disbursement of the attached prejudgment funds as described above.

5. The Court FINDS that there is good cause shown, and the interests of justice are best served, by having the Clerk of the District Court immediately disperse to MineOne Wyoming Data Center LLC and BCB Cheyenne LLC the attached funds being held and invested by the Clerk of the District Court as described above.

IT IS THEREFORE ORDERED that the Clerk of the District Court for the District of Wyoming shall immediately disburse the attached funds being held by the Clerk of the District

Court pursuant to this Court's original and amended Prejudgment Writs of Attachment and Garnishment, as follows:

    A. To MineOne Wyoming Data Center LLC the sum of $11,177,292.79; and

    B. To BCB Cheyenne LLC the sum of $4,100,000.00.

Any remaining balance held in the Court's Registry after the distributions above shall be used to satisfy any interest and/or fees owing to the Court, and any balance remaining after satisfying any interest and/or fees owing to the Court shall be distributed to MineOne Wyoming Data Center LLC; and

IT IS FURTHER ORDERED that once all of the attached funds have been distributed by the Clerk of the District Court above, this Court's Prejudgment Writs of Attachment and Garnishment shall be considered dissolved.

DATED this 14TH day of October, 2024.

BY THE COURT:

Alan B. Johnson
United States District Judge