**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**October 16, 2024**

_____

**Christopher M. Wolpert**
**Clerk of Court**

BCB CHEYENNE, LLC, a Wyoming limited liability company, d/b/a Bison Blockchain,

    Plaintiff Counter Defendant - Appellee,

v.

MINEONE WYOMING DATA CENTER, LLC, a Delaware limited liability company,

    Defendant Counterclaimant - Appellant,

and

MINEONE PARTNERS, a Delaware limited liability company, et al.,

    Defendant Counterclaimants,

and

BITMAIN TECHNOLOGIES HOLDING COMPANY, a Cayman Island Company, et al.,

    Defendants.

No. 24-8048
(D.C. No. 1:23-CV-00079-ABJ)
(D. Wyo.)

_____

**ORDER**
_____

This matter is before the court on the parties' *Joint and Stipulated Motion to Dismiss This Appeal*. The *Motion* asks the court to "dismiss this appeal . . . with

prejudice." The parties further state that they have agreed that each party will "bear its own costs and attorney fees."

The court construes the *Motion* as a motion for voluntary dismissal of this appeal. The court grants the motion as construed and dismisses this appeal. *See* Fed. R. App. P. 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk